TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

Alex J Hildebrand
Chief Assistant Attorney General
Alaska Bar No. 0612104
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907 465-3600
Facsimile: 907.465.3019
Email: alexander.hildebrand@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health, <br><br> Defendant. | Case No.: 3:23-cv-00044-SLG |

# STIPULATION

Counsel for plaintiffs and counsel for defendant met telephonically on February 22nd and February 23rd and have agreed to stay this case until May 1, 2023. The State of Alaska Department of Health ("DOH") is very aware of, and is making immediate and significant efforts to address, the SNAP benefits backlog.[1] These include hiring additional positions, bringing on contractors, and seeking waivers from the USDA, Food and Nutrition Service ("FNS"). DOH is also actively working with FNS to develop a Corrective Action Plan to address the SNAP benefits backlog. The Office of the Governor has also requested supplemental appropriations from the legislature for DOH to help address the SNAP benefits backlog.[2] In light of DOH's demonstrated commitment to resolving the SNAP benefits backlog, the parties agree to stay this litigation until May 1, 2023 to allow time for implementation and continuation of DOH's efforts to reduce the SNAP benefits backlog. Counsel for plaintiffs and defendant agreed to meet no fewer than three times during the stay period to discuss the status of DOH's efforts to address the SNAP benefits backlog. Plaintiffs believe that these meetings with the DOH, along with the DOH's continued commitment to make immediate changes to address the backlog, will be the most efficient and quickest path to achieving full relief for class members. Accordingly, Plaintiffs agree to this stay only as a means to secure immediate relief, and the stay does

---

[1] *See, e.g.*, https://www.akleg.gov/basis/Meeting/Detail?Meeting=SHSS%202023-01-24%2015:30:00#tab4_4; https://www.akleg.gov/basis/Meeting/Detail?Meeting=HHSS%202023-02-02%2015:00:00#tab2_4.

[2] https://omb.alaska.gov/fy2023-supplemental-budget/.

not in any way indicate that class members are not suffering ongoing harm from the SNAP benefits backlog or that the backlog does not require immediate attention.

In the event that the stay expires without further stipulation by the parties, the defendant's Answer to the Complaint will be due on May 10, 2023. The plaintiffs previously filed a Motion for Preliminary Injunction and Motion for Class Certification in state court. The defendant's opposition to those motions will be due on the later date of: May 10, 2023, or ten days after the plaintiffs file any supplemental briefing on the motions now pending before the Court. The defendant agrees not to raise the plaintiffs' agreement to this stay as a defense to the motion for a preliminary injunction.

DATED March 1, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: /s/ Lael A. Harrison
Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093

/s/ Alex J Hildebrand
Alex J Hildebrand
Chief Assistant Attorney General
Alaska Bar No. 0612104

*For defendant*

NORTHERN JUSTICE PROJECT

By: /s/ Nicholas Feronti
Nicholas Feronti
Alaska Bar No. 2106069

*For plaintiffs*

CERTIFICATE OF SERVICE

I certify that on March 1, 2023 the foregoing STIPULATION TO STAY was served VIA EMAIL on:

Nicholas Feronti
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
nferonti@njp-law.com

Goriune Dudukgian
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
gdudukgian@njp-law.com

CC all pleadings to:
Jim Davis - jdavis@njp-law.com

Saima Akhtar
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
akhtar@nclej.org

Jordan Berger
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
berger@nclej.org

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447

*Della Kamkoff et. al. v. Heidi Hedberg*      Case No. 3:23-cv-00044-SLG
STIPULATION FOR STAY      Page 4 of 5

kelsey.tavares@us.dlapiper.com

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Micah A. Chavin
DLA Piper LLP (US)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
micah.chavin@us.dlapiper.com

Bethany M. Bunge
DLA Piper LLP (US)
845 Texas Avenue, Suite 3800
Houston, Texas 77002
bethany.bunge@us.dlapiper.com

s/ Nomi R, Saxton
Nomi R. Saxton
Law Office Assistant

*Della Kamkoff et. al. v. Heidi Hedberg*     Case No. 3:23-cv-00044-SLG
STIPULATION FOR STAY     Page 5 of 5