Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

RECEIVED
JAN 27 2023
LAW-CIVIL-ANC

*Saima Akhtar (New York Bar No. 4661237)
*Jordan Berger (New York Bar No. 5847827)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org
Email: berger@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
(916) 930-3200 (telephone)
(916) 930-3201 (fax)
Email: micah.chavin@us.dlapiper.com
*Bethany M. Bunge (Tex. Bar No. 24120730)

**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8400 (telephone)
(713) 425-8401 (fax)
Email: bethany.bunge@us.dlapiper.com

**pro hac vice to be filed*

**Attorneys for Plaintiffs**

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br><br>*Defendant*. | Case No. 3AN-22-__________<br><br>**AFFIDAVIT OF TERERESA FERGUSON** |

I, Tereresa Ferguson, being first duly sworn, state as follows:

1. I am a Plaintiff in this matter and have personal knowledge of the contents of this affidavit. This affidavit is in support of Plaintiffs' Motion for Preliminary Injunction and Plaintiffs' Motion for Class Certification, filed January 20, 2023.

2. My name is Tereresa Ferguson.

3. I am 37 years old and live in Anchorage, Alaska.

4. I live with my husband and four kids. My kids are 17, 15, 13, and 11 years old.

5. My husband and I currently have no income or savings. We have been using the money we received from last year's Permanent Fund Dividend to cover our rent and electricity. We have been able to prepay our rent through March of this year, but starting in April we will have to pay $1450 per month.

6. My sister will occasionally give me a little money to watch her daughter. My husband will occasionally do odd jobs in the community.

7. We have a cell phone under a friend's phone plan.

8. During the pandemic, my kids got computers through the school district to be able to attend classes remotely. This is our only access to the internet. However, the internet is not reliable and will often shut off by itself.

9. My family has received SNAP for the last 3 years.

10. In or about early October, 2022 I received my recertification packet in the mail.

11. The recertification was due to the agency November 30, 2022.

12. On or about November 15, 2022, I submitted my recertification application for SNAP.

13. I submitted my recertification application by going to the Anchorage SNAP office.

14. The office was not physically open and I had to put my application in the drop box.

15. I have not received any notifications about my SNAP case since submitting my recertification application.

16. I have tried to call the call center about three times a week since the second week of December, 2022 multiple times to get an update on my application. At the end of December, 2022, I was calling the call center multiple times a day, every day.

17. When I called, I would get directed to an automated line that would confirm that my recertification had been received. On multiple occasions, when I tried to call back to get to a real person, the line would get disconnected.

18. I have never been able to speak to a representative, and often will wait for up to 45 minutes.

19. On or around December 13, 2022, I tried to go in person to the Anchorage office, but was told I could not speak to anyone face-to-face.

20. Not having SNAP has been really hard. I have four kids to feed in addition to my husband and myself. I have had to rely on my sister who has been cooking meals and bringing them over for us for the last few weeks. My kids are able to get free lunch at school. I was able to go to a food bank once at the end of December, but otherwise have not been able to travel to the food bank because gas is too expensive.

21. I am willing to serve as a class representative in this lawsuit on behalf of myself and other needy families living in Alaska who seek food stamps benefits to which they are entitled.

22. As a representative of a plaintiff class harmed by the same unlawful DOH conduct, I am willing to protect and advance the interests of the plaintiff class rather than acting in my own sole interest.

Dated: January ___, 2023
______, Alaska

______________________________
Tereresa Ferguson

SUBCRIBED AND SWORN TO this ___ day of January, 2023.

______________________________
Notary in and for the State of Alaska
My Commission expires: ____________

Affidavit of Teresa Ferguson
*Della Kamkoff et al. v. Heidi Hedberg* (Case No. )

RECEIVED

JAN 27 2023

LAW-CIVIL-ANC

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
*Jordan Berger (New York Bar No. 5847827)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org
Email: berger@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
(916) 930-3200 (telephone)
(916) 930-3201 (fax)
Email: micah.chavin@us.dlapiper.com
*Bethany M. Bunge (Tex. Bar No. 24120730)

**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8400 (telephone)
(713) 425-8401 (fax)
Email: bethany.bunge@us.dlapiper.com

**pro hac vice to be filed*

**Attorneys for Plaintiffs**

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br>*Defendant*. | Case No. 3AN-22-__________<br><br>**NOTICE OF FILING UNSIGNED AFFIDAVIT** |

Plaintiffs file herewith the unsigned Affidavit of Tereresa Ferguson. The undersigned certifies that Ms. Ferguson has reviewed this affidavit and agrees with its contents. The original signed and notarized affidavit will be filed with the court as soon as it is received.

DATED this 20th day of January, 2023.

**NORTHERN JUSTICE PROJECT, LLC**
Attorneys for Plaintiffs

*/s/ Nicholas Feronti*

Nicholas Feronti, AK Bar No. 2106069
Goriune Dudukgian, AK Bar No. 0506051


Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
*Jordan Berger (New York Bar No. 5847827)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
akhtar@nclej.org
berger@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
maggie.craig@us.dlapiper.com
kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
christopher.young@dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Tel.: (916) 930-3200
Fax: (916) 930-3201
micah.chavin@us.dlapiper.com

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Tel.: (713) 425-8400
Fax: (713) 425-8401
bethany.bunge@us.dlapiper.com

**pro hac vice to be filed*

Attorneys for Plaintiffs