IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DELLA KAMKOFF, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>HEIDI HEDBERG, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>                Defendant. | Case No. 3:23-cv-00044-SLG |

## ORDER RE STIPULATION FOR STAY

The Court has reviewed and APPROVES the parties' Stipulation at Docket 6. This case is STAYED until May 1, 2023. If no further stipulation is filed on or before May 1, 2023, the defendant's Answer to the Complaint is due no later than May 10, 2023 and the defendant's opposition to plaintiffs' previously filed Motion for Preliminary Injunction and Motion for Class Certification shall be filed no later than May 10, 2023, or ten days after the plaintiffs file any supplemental briefing on the two motions now pending before the Court to the extent the Court permits such supplemental briefing.

DATED this 14th day of March, 2023, at Anchorage, Alaska.

                                                    */s/ Sharon L. Gleason*
                                                  UNITED STATES DISTRICT JUDGE