IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DELLA KAMKOFF, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>HEIDI HEDBERG, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>        Defendant. | Case No. 3:23-cv-00044-SLG |

### ORDER RE MOTIONS BY NON-RESIDENT ATTORNEYS TO APPEAR PRO HAC VICE

Before the Court are the following motions by non-resident attorneys to appear pro hac vice on behalf of plaintiffs:

1. Bethany Bunge's Motion by Non-Resident Attorney to Appear Pro Hac Vice of Behalf of Plaintiffs at Docket 7-11;

2. Christopher Young's Motion by Non-Resident Attorney to Appear Pro Hac Vice of Behalf of Plaintiffs at Docket 7-12;

3. Jordan Berger's Motion by Non-Resident Attorney to Appear Pro Hac Vice of Behalf of Plaintiffs at Docket 7-15;

4. Kelsey Tavares' Motion by Non-Resident Attorney to Appear Pro Hac Vice of Behalf of Plaintiffs at Docket 7-16;

5. Margaret Craig's Motion by Non-Resident Attorney to Appear Pro Hac Vice of Behalf of Plaintiffs at Docket 7-17;

6. Micah Chavin's Motion by Non-Resident Attorney to Appear Pro Hac Vice of Behalf of Plaintiffs at Docket 7-20; and,

7. Saima Akthar's Motion by Non-Resident Attorney to Appear Pro Hac Vice of Behalf of Plaintiffs at Docket 7-26.

The filings in the record demonstrate that the named plaintiffs are not able to pay a filing fee. Therefore, the motions are each GRANTED.

DATED this 17th day of March, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00044-SLG, *Kamkoff, et al. v. Hedberg*
Order re Motions by Non-Resident Attorneys to Appear Pro Hac Vice
Page 2 of 2
Case 3:23-cv-00044-SLG   Document 9   Filed 03/17/23   Page 2 of 2