# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DELLA KAMKOFF, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>HEIDI HEDBERG, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>        Defendant. | Case No. 3:23-cv-00044-SLG |

## ORDER RE STIPULATION ON CLASS CERTIFICATION

Before the Court at Docket 13 is the parties' *Stipulation on Class Certification*. Good cause being shown, the stipulation is APPROVED and IT IS ORDERED as follows:

1. This action is certified as a class action with the following two subclasses:

    a) An **Untimely Eligibility Class** comprised of all Alaska residents who since January 20, 2021, have applied, are applying, or will apply for SNAP benefits through an initial application or an application for recertification and did not or will not receive an eligibility determination within the legally required time frames;

    b) A **Right to File Class** comprised of all Alaska residents who since October 1, 2022, were or will be denied the right to file a SNAP application the first time they contact DPA during office hours.

2. This Court finds that both classes meet the threshold certification requirements of Fed. R. Civ. P. 23(a) because the classes are so numerous that joinder is impracticable.

3. This Court find that there are questions of law and fact common to each of the two plaintiff classes as required by Fed. R. Civ. P. 23(a)(2).

4. This Court finds that the typicality requirement, as set forth under Fed. R. Civ. P. 23(a)(3), is met and authorizes:

   a) Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Nataliia Moroz, and Rhonda Conover to serve as representatives of the Untimely Eligibility Class; and

   b) Autumn Ellanna to serve as representative of the Right to File Class.

5. This Court finds that the named plaintiffs and their counsel will fairly and adequately protect the interests of the plaintiff classes as required under Fed. R. Civ. P. 23(a)(4).

6. This Court finds that the requirements of Fed. R. Civ. P. 23(b)(2) are met because the requested relief, if ordered, will inure to all members of the plaintiff classes.

7. This Court finds that notice under Fed. R. Civ. P. 23(c)(2)(A) is not required.

Case No. 3:23-cv-00044-SLG, *Kamkoff, et al. v. Hedberg*
Order re Stipulation on Class Certification
Page 2 of 3
Case 3:23-cv-00044-SLG   Document 15   Filed 05/09/23   Page 2 of 3

8. The Northern Justice Project, LLC, National Center for Law and Economic Justice, and DLA Piper, LLP are appointed as class counsel.

DATED this 9th day of May, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00044-SLG, *Kamkoff, et al. v. Hedberg*
Order re Stipulation on Class Certification
Page 3 of 3
Case 3:23-cv-00044-SLG   Document 15   Filed 05/09/23   Page 3 of 3