TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2846
Email: justin.nelson@alaska.gov
Email: probate.law.ecf@alaska.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>Defendant. | Case No.: 3:23-cv-00044-SLG |

## AFFIDAVIT OF DEB ETHERIDGE

STATE OF ALASKA )<br>
) ss.<br>
FIRST JUDICIAL DISTRICT )

1. I, Deb Etheridge, am over the age of 18 and competent to testify.
2. I am the Director of the Division of Public Assistance within the State of Alaska Department of Health ("DPA"). I started in that position in January of 2023. In that position, I oversee administration of all DPA programs, including the Supplemental Nutrition Assistance Program ("SNAP"). This affidavit is based on my personal knowledge and appropriate consultation with DPA staff.
3. The US Department of Agriculture administers the SNAP program through the Food and Nutrition Service ("FNS").
4. FNS prescribes standards by which the states must operate their SNAP programs, monitors compliance with those standards, provides technical advice and assistance to ensure program compliance, and imposes penalties for failure to comply with the standards.
5. Failure to achieve compliance can be met with escalating consequences, including loss of funding for operation of the SNAP program and ultimately referral to the US Attorney General to pursue an injunction.
6. FNS has identified deficiencies in operation of the State of Alaska's SNAP program and initiated the process to eliminate those deficiencies by requiring DPA to engage in a corrective action plan to forestall additional enforcement measures.

7. The corrective action planning process involves frequent close collaborative interaction with experts at FNS to identify the root causes of the deficiencies and develop strategies to resolve them.

8. FNS provides funding for the benefits paid to recipients and 50% of the administrative costs incurred by the state for operation of the SNAP program that are in jeopardy if Alaska cannot satisfactorily correct the identified deficiencies in the program.

9. DPA is currently operating under a Corrective Action Plan that was accepted by FNS on April 25, 2023. This plan focused primarily on SNAP program Integrity and, Recertification Federal Compliance.

10. DPA has been amending its policies and practices to correct the issues identified in the CAP with frequent input and oversight from FNS.

11. When I took the position of Director of DPA in January, I knew that the agency was suffering from a severe backlog processing both new applications and recertification applications, particularly in the SNAP program, and it would be my responsibility to resolve it. During my 11 month tenure DPA has made many positive structural and programmatic changes to improve its performance to bring the division into compliance with FNS regulations. Examples of changes include:

A. Over the 2023 legislative session, DPA worked with the legislature to pass appropriations for DPA to hire additional staff, contractor workers, consultants,

and capital appropriations to upgrade and ultimately replace our very old IT systems.

B. We also received funding from the legislature to hire contract workers to staff our virtual call center (VCC). Staffing the VCC with contract workers frees up DPA eligibility technician time for processing applications. Training these contract employees also takes time. We entered into a contract for seventy-five workers in February. Training and evaluation of VCC staff is an ongoing process of improvement as lessons are learned.

C. We also, with support from a contractor, developed a new staffing pattern. On April 12, 2023 we implemented the new staffing plan for processing benefits applications. This staffing approach has already had to be modified midstream when FNS directed a departure from the previous approach of working new case to keep the backlog from growing and having a dedicated team devoted to just backlog. Reallocation of resources to focus on clearing backlog cases has caused a new backlog of cases that are delayed by a lesser degree than those from the original backlog. This change, mandated by FNS, has altered the metrics that were being used by DPA to measure its progress.

D. We continue to actively recruit to fill necessary positions. Recruiting for these positions is hampered by the national labor shortage, pay, and the work that staff are expected to undertake.

E. Due to the long training period for new hires to learn their roles we are reviewing our training materials to find efficiencies so that we may get well trained staff into the field sooner.

F. Staff from other areas of DPA who have the ability to process cases have been pulled off their normal duties to assist in making eligibility determinations. However, there are inherent limit to the scope and duration of this practice to ensure that other essential functions do not suffer. Flexibility in allocating these resources is critical to meeting all of the objectives FNS has yet to set.

G. The process of "unwinding" Medicaid from the COVID-19 public health emergency also has had impact on our staffing plans. Tens of thousands of Alaskans' Medicaid benefits have and will come due for recertification for the first time since 2020. DPA will be able to renew or discontinue a certain number of these with relatively little work, but others will require more extensive processing. In order to comply with similar requirements for Medicaid regulations the limited number of staff must necessarily be versatile in skills and assignments to balance the competing needs of other programs. We are continuing to get ongoing assistance from our contractor to allocate resources and assignments in the most efficient manner. To this end we have implemented a new system for assigning work that is constantly balancing the numerous competing needs such as this.

H. We have applied for another interview waiver from FNS for the next 6 months, which had previously been shown effective in reducing the processing backlog.

I. We are exploring performance-based bonus pay to incentivize retention and recruitment of staff. Retention is as important as recruitment, if not more so, due to the extensive training necessary for a new hire to work independently.

J. A new online portal has been developed that will applicants and recipients to apply for SNAP benefits, upload necessary verifications into their case file and have access to their case file to check status and provide any additional information required to complete a determination. This portal is schedule to go live at the end of December 2023.

K. One of the most significant developments is the modernization of the SNAP eligibility system that is so old and limited that it probably acts as the most significant barrier to deep systemic change at DPA. The new system is expected to dramatically increase the efficiency of staff and effectiveness of services rendered. It is scheduled to be implemented in the 2025 fiscal year. Extensive preparation and planning is necessary to lay the foundations for such an endeavor.

12. On August 2, 2023 FNS issued revised guidance to all state SNAP Agencies advising them of new enforcement escalation procedures and guidance regarding SNAP Application Processing Timeliness ("APT"). This guidance advised states with unsatisfactory APT numbers that a CAP would be forthcoming.

13. On October 5, 2023 FNS began the anticipated CAP process when it issued a letter to DPA in response to ongoing SNAP application delays. It required DPA to regularly report timeliness data and to cooperate in amending the existing CAP to include timeliness concerns. The new CAP will be integrated into the current one. The letter further stated that once FNS had received the APT data and reviewed it then FNS would work with DPA to set specific benchmarks and related goals with timelines for accomplishing them. The letter specifically notes that current initiatives will be considered in setting benchmarks which will be monitored to determine if additional escalation is warranted.
14. DPA has now provided the APT data requested by FNS and routinely meets with FNS, which is monitoring and offering technical assistance to DPA on an ongoing basis.
15. The CAP is a living document that can be amended as circumstances warrant and acts as a template for change and the assessment of indicators of that change.
16. It is currently unclear when FNS will return with its specific requirements and the benchmarks for DPA to demonstrate correction. We expect these would be available within no more than 6 months so that DPA can begin making necessary corrections.
17. DPA is engaged in and committed to continuous improvement to meet our obligations. We do not intend to relax our efforts, independent of FNS, to make changes that will enhance efficiency and responsiveness.

18. The requested stay will allow DPA to create a workflow model and adjust staffing to achieve specific goals in the specific order and timeframes that FNS requires. Absent this guidance it is quite possible that FNS will make demands that are inconsistent with any that result from this litigation, making compliance with both impossible.

Deb Etheridge

Subscribed and sworn to before me on November 9, 2023

STATE OF ALASKA
NOTARY PUBLIC
Joel Morgan
My Commission Expires With Office

Notary Public in and for Alaska
My Commission Expires: W/ office