TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2846
Email: justin.nelson@alaska.gov
Email: probate.law.ecf@alaska.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>Defendant. | Case No.: 3:23-cv-00044-SLG |

**DECLARATION OF TRACIE DABLEMONT**

STATE OF ALASKA )
) ss.
FIRST JUDICIAL DISTRICT )

1. I, Tracie Dablemont, am over the age of 18 and competent to testify.

2. I am the Chief of Program Integrity and Analysis within the State of Alaska Department, of Health Division of Public Assistance ("DPA"). In this position, I oversee Quality Assessment, Fraud, EBT, Fair Hearing, Claims, Management Evaluation, and Research and Analysis units for DPA. In conjunction with management and team leads some of my duties include conducting research, analyzing performance, assessing the impact of rules and regulations, and preparing necessary reports. This affidavit is based on my personal knowledge and appropriate consultation with DPA staff.

3. FNS prescribes standards by which the states must operate their SNAP programs, monitors compliance with those standards, provides technical advice and assistance to ensure program compliance, and imposes penalties for failure to comply with the standards.

4. I am very familiar with the standards and am closely involved with FNS in its oversight of the Alaska SNAP Program. As Chief of Program Integrity and Analysis, I am responsible for data reporting on the SNAP Program, which includes review and submission of performance data to FNS as required.

5. I am aware of the requirements of the Corrective Action Plan ("CAP") that is currently in place for DPA and the process of creation, amendment, and enforcement of the CAP by FNS.

6. In my role as Chief of Program Integrity and Analysis, I am part of the regular meeting with FNS to report on performance, compliance with the terms of the existing CAP, and other issues of concern for Alaska's administration of the SNAP program.

7. FNS provides oversight of operations at all levels and provides evaluations and findings regarding compliance with programmatic expectations. This oversight goes beyond just what is included in the CAP. It also includes evaluation of training materials, observing staff as they work, and evaluation of general management as examples.

8. DPA is in regular and meaningful dialogue with FNS regarding performance of the program and DPA compliance with federal program regulations. This includes specific steps to achieve the goals identified by FNS.

9. The CAP identifies the performance goals and the steps necessary to achieve them. The meetings with FNS program experts provide technical assistance in taking those steps.

10. This technical assistance and CAP feedback take place during regular meetings between DPA leadership, of which I am part, and FNS representatives.

11. Examples of this collaboration process include the following:

A. During the week of May 1–5, 2023, FNS staff spent time in Alaska for a Management Evaluation process, which included personal observation, interviewing staff, and reviewing documents that included training materials.

B. On May 8, 2023, three separate meetings were held as a result of the FNS oversight visit the week prior. There were meetings specific to the management evaluation findings, CAP follow up, and a technical assistance discussion.

C. Between February and July 2023, FNS and DPA leadership met weekly to review and discuss implementation of FNS recommendations.

D. Since August 2023, the meetings are now held on a biweekly schedule.

12. I provide a weekly report on backlog and case processing directly to FNS in the format they prescribe, which includes key performance metrics.

13. DPA has also now provided a more comprehensive report, which is required on a semi-annual basis, for FNS to evaluate.

14. I will be working with FNS and DPA leadership on satisfying any new requirements from FNS.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed on: _(*date*)_________

Tracie Dablemont

Digitally signed by Tracie Dablemont
Date: 2023.11.09 14:04:08 -09'00'

TRACIE DABLEMONT