TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2846
Email: justin.nelson@alaska.gov
Email: probate.law.ecf@alaska.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>  Defendant. | Case No.: 3:23-cv-00044-SLG |

# NOTICE OF ERRATA

It has come to the State's attention that the Motion for Stay filed November 9, 2023, contained an error in paragraphs 5 and 6 of Section VI. Those paragraphs incorrectly stated that as of August 28, 2023, FNS required DPA to resume verification of housing and utility costs, but in fact FNS required DPA to resume verification of income. DPA continues to use self-verification for housing and utility costs. Further, the citations to the SNAP Act and implementing regulations were incomplete. With this Notice of Errata, the State files and Amended Motion for Stay that corrects that error and adds more detailed and specific citations to the SNAP Act and regulations in Sections II, III and IV, but is otherwise identical in substance. With the Amended Motion for Stay the State also submits Second Affidavits of Deb Etheridge and Tracie Dablemont confirming the accuracy of the facts recited in the Amended motion.

DATED: November 21, 2023.

TREG TAYLOR
ATTORNEY GENERAL

By: /s/*Lael A. Harrison*
Lael A. Harrison
Alaska Bar No. 0811093
Assistant Attorney General
Alaska Department of Law

By: /s/*Justin D. Nelson*
Justin D. Nelson
Alaska Bar No. 1102007
Assistant Attorney General
Alaska Department of Law
*Attorneys for Defendant*