TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2846
Email: justin.nelson@alaska.gov
Email: probate.law.ecf@alaska.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>  Defendant. | Case No.: 3:23-cv-00044-SLG |

# SECOND AFFIDAVIT OF DEB ETHERIDGE

STATE OF ALASKA )
) ss.
FIRST JUDICIAL DISTRICT )

1. I, Deb Etheridge, am over the age of 18 and competent to testify.

2. I am the Director of the Division of Public Assistance within the State of Alaska, Department of Health ("DPA"). I started in that position in January of 2023. In that position, I oversee administration of all DPA programs, including the Supplemental Nutrition Assistance Program ("SNAP"). This affidavit is based on my personal knowledge and appropriate consultation with DPA staff.

3. I have reviewed the State's Amended Motion for Stay to be filed with this affidavit and the facts asserted therein are true and correct to my knowledge.

_____
DEB ETHERIDGE

Subscribed and sworn to before me on ___November 21___, 2023.

_____
Notary Public in and for Alaska
My Commission Expires: __with office__