TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Alaska Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: 907.465.3600
Facsimile: 907.465.3019
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2846
Email: justin.nelson@alaska.gov
Email: probate.law.ecf@alaska.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>　　　Defendant. | Case No.: 3:23-cv-00044-SLG |

# SECOND DECLARATION OF TRACIE DABLEMONT

STATE OF ALASKA )
                                 ) ss.
FIRST JUDICIAL DISTRICT )

1. I, Tracie Dablemont, am over the age of 18 and competent to testify.

2. I am the Chief of Program Integrity and Analysis within the State of Alaska Department, of Health Division of Public Assistance ("DPA"). In this position, I oversee Quality Assessment, Fraud, EBT, Fair Hearing, Claims, Management Evaluation, and Research and Analysis units for DPA. In conjunction with management and team leads some of my duties include conducting research, analyzing performance, assessing the impact of rules and regulations, and preparing necessary reports. This affidavit is based on my personal knowledge and appropriate consultation with DPA staff.

3. I have reviewed the State's Amended Motion for Stay to be filed with this affidavit and the facts asserted therein are true and correct to my knowledge.

4. I declare, under penalty of perjury that the foregoing is true and correct.

                                                                     TRACIE DABLEMONT