Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@us.dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
(916) 930-3200 (telephone)
(916) 930-3201 (fax)
Email: micah.chavin@us.dlapiper.com

PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 6

Case 3:23-cv-00044-SLG   Document 35   Filed 05/08/24   Page 1 of 6

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8400 (telephone)
(713) 425-8401 (fax)
Email: bethany.bunge@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health.<br><br>*Defendant*. | Case No. 3:23-cv-00044-SLG<br><br>**PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION** |

PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 6

Case 3:23-cv-00044-SLG   Document 35   Filed 05/08/24   Page 2 of 6

Pursuant to Fed. R. Civ. P. 65, plaintiffs Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, by and through counsel, the Northern Justice Project, LLC, the National Center for Law and Economic Justice, and DLA Piper hereby make a motion before this Court for an order preliminarily enjoining Defendant from violating the Federal SNAP Act, 7 U.S.C. §§ 2011, 2014 and 2020, and implementing regulations, for the reasons set forth in the memorandum of law attached hereto.

Specifically, the Plaintiffs seek a preliminary injunction enjoining the Defendant to:

1. Promptly process SNAP applications and recertifications as is required by 7 U.S.C. § 2020(e)(3), (4), and (9), including those cases now eligible for expedited processing, now pending beyond legally mandated-processing timeframes during the pendency of the litigation, and on an ongoing basis;

2. Provide written notice and opportunity to request a fair hearing to those SNAP applicants whose applications are not processed within the mandated timeframes; and

3. Provide a mechanism for informal relief to class members awaiting application or recertification processing beyond the mandated timeframes.

This motion is supported by the Declaration of Nicholas Feronti in Support of Plaintiffs' Renewed Motion for Preliminary Injunction, and exhibits attached thereto; Declarations of Rose Carney, Zoya Jenkins, Steve Younker, Rachel Grant and Roger

PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 6

Case 3:23-cv-00044-SLG   Document 35   Filed 05/08/24   Page 3 of 6

Gaston; and a Memorandum of Law in Support of Plaintiffs' Renewed Motion for Preliminary Injunction; and is filed with a Proposed Order.

DATED this 8th day of May, 2024 at Anchorage, Alaska.

Attorneys for Plaintiffs

/s/ Nicholas Feronti
Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297

PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 6

Case 3:23-cv-00044-SLG   Document 35   Filed 05/08/24   Page 4 of 6

Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Tel.: (916) 930-3200
Fax: (916) 930-3201
Email: micah.chavin@us.dlapiper.com

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Tel.: (713) 425-8400
Fax: (713) 425-8401
Email: bethany.bunge@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*appearing pro hac vice*

**Attorneys for Plaintiffs**

PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 5 of 6

Case 3:23-cv-00044-SLG   Document 35   Filed 05/08/24   Page 5 of 6

## Certificate of Service

I hereby certify that on May 8, 2024, true and correct copies of the Plaintiffs' Renewed Motion for Preliminary Injunction; Declaration of Attorney Nicholas Feronti in Support of Plaintiffs' Renewed Motion for Preliminary Injunction; Declaration of Zoya Jenkins; Declaration of Rose Carney; Declaration of Steve Younker; Declaration of Rachel Grant; Declaration of Roger Gaston; Memorandum of Law in Support of Plaintiffs' Renewed Motion for Preliminary Injunction, and a proposed order were served on all parties via the CM/ECF electronic filing system.

/s/ Nicholas Feronti
Nicholas Feronti, AK Bar No. 2106069

PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 6 of 6

Case 3:23-cv-00044-SLG   Document 35   Filed 05/08/24   Page 6 of 6