**Declaration of Rose Carney**

Rose Carney declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My name is Rose Carney.

2. I am 69 years old and live in Palmer, Alaska. I am a white woman.

3. I live in a house with my friend, but we have separate units. My friend and I split the rent.

4. I receive a little under $1400 from Supplemental Security Income ("SSI") and Alaska Adult Public Assistance ("APA") per month. I also receive the annual permanent fund dividend.

5. My recertification was due at the end of October, 2023. I submitted my recertification the first week of October.

6. In October or November, I did not receive a notice or call from DPA about an interview. I also did not receive any notice of delayed processing, any notice stating that I had the right to a hearing to challenge any delay in the evaluation of my recertification, or any other communication from DPA.

7. In December, I received a letter saying my card was going to be discontinued because I had $55 on it that I had not spent.

8. The $55 on my account was from before I had to recertify. I had been waiting for my next disbursement so that I could purchase more food and in bulk. I shop at Costco where I am able to buy in bulk. I have to travel to Anchorage to go to Costco, so it is more economical for me to wait to shop when I can buy more.

9. After I got the letter in December, I went to my local office to explain why I had not spent the $55.

1

10. While I was not receiving SNAP, I relied on the foodbank for meals. I volunteer at the Harvest Christian Fellowship Food Bank and will get food from them about once a month. I also will sometimes get food at the Palmer Food Bank, but last time I went, they said I could not get food there because I had already gotten food from somewhere else.

11. Sometimes the Food Bank only provides fruit and no meat. Other times, there is food that I cannot eat.

12. In early January, 2024, I received a notice stating I would be receiving $42/month.

13. I had previously been receiving close to $100/month, and my income has not changed this year, other than a slight increase in my SSI. I appealed the January 2024 determination with the help of Alaska Legal Services. In or around March 2024, my appeal was successful, and I now receive about $200/month.

Dated: April 16, 2024
Palmer, Alaska

Rose Carney

2