DocuSign Envelope ID: F6186181-9E40-4B5E-BB4D-FEF2045C1FE5

## Affidavit of Steve Younker

I, Steve Younker, being first duly sworn, state as follows:

1. My name is Steve Younker.

2. I am 61 years old and live in Anchorage, Alaska.

3. I live by myself and rent part of a shared house.

4. On a monthly basis, I currently receive $1,085 in Social Security Disability and an additional $257 in public assistance benefits. I pay $257 each month for Medicare.

5. I have diabetes and hypoglycemia, which requires me to pay over $1,000 each month for my medications. This is one of my biggest costs.

6. Last year, I blew out my shoulder and can no longer work.

7. I have cataracts and am nearly blind. Because of my vision impairment, I cannot drive. For transportation, I rely on my friends to give me a ride or a bus ride program for people with limited vision. When I am out on the street by myself, it is really difficult to get around, and I worry about getting hit by cars.

8. In early 2023, I first contacted DOH about applying for SNAP.

9. I reapplied for SNAP in August 2023.

10. I completed a paper application and gave it to my local office in-person. Usually, I make a copy of the top page and have it stamped for confirmation; however, this time, I did not receive that copy.

11. After I reapplied for SNAP in August 2023, I did not receive any updates about my application for nearly 6 months. It was not approved until February 7, 2024. Between applying for a recertification in August 2023, and being approved for a recertification on February 7, 2024, I did not receive any written notice stating that the evaluation of my

1

DocuSign Envelope ID: F6186181-9E40-4B5E-BB4D-FEF2045C1FE5

recertification would be delayed, or any written notice stating that I had the right to a hearing to challenge any delay in the evaluation of my recertification

12. During this delay, I went to my local office in-person multiple times to try to figure out the issue. This was very challenging due to my impaired vision. Additionally, I would have to wait in line for a long time to speak with someone at the local office, and they would tell me that I likely would not hear anything until next year.

13. After several visits, a staff member at the local office told me that they had lost my application, and I needed to apply again. If she had not shared this information with me, I would not have known there was an issue with my application. No one told me about this issue during my previous visits to the office.

14. At the time of that visit, I was very desperate and was doing very poorly due to my diabetes and hypoglycemia. It was so challenging at the time that I wanted to cry at the office. I think that the only reason the woman at the office was willing to help me at that time was out of sympathy.

15. The delay in receiving SNAP severely impacted the progression of my diabetes. I had to substantially change my diet, and I lost nearly 20 pounds in those six months.

16. I went to a food bank for the first time in my life. In order to get there, I needed to spend money on cab rides because I cannot drive, and this was costly when I did not have much money to begin with.

17. I faced difficult decisions in order to have enough for food, rent, and my gas and electricity bills. I had a vehicle that I kept in hopes of being able to drive again after my cataract surgery, which is planned for Spring 2024. In order to afford groceries, I sold it for $1,800.

DocuSign Envelope ID: F6186181-9E40-4B5E-BB4D-FEF2045C1FE5

18. The holidays are a particularly depressing time because many of my family members passed away at that time of year. I usually like to have a slice of ham, like I remember eating with my family during the holidays. I was not able to have that this year because of the delay in SNAP. This was really rough emotionally, and the inability to afford food made my depression during this time of year more profound.

Dated: February 21.00, 2024
Anchorage, Alaska

DocuSigned by:

*[signature]*
22C00D22DA46421...

[NAME]