IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br><br>*Defendant*. | Case No. 3:23-cv-00044-SLG |

## ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

This Court, having considered, the *Plaintiffs' Renewed Motion for Preliminary Injunction*, and any opposition thereto; HEREBY GRANTS the motion as follows:

1.    The Defendant is directed to promptly process SNAP applications and recertifications as is required by 7 U.S.C. § 2020(e)(3), (4), and (9), including those cases now eligible for expedited processing, now pending beyond legally mandated-processing timeframes during the pendency of the litigation, and on an ongoing basis.

2.    The Defendant is directed to provide written notice and opportunity to request a fair hearing to those SNAP applicants whose applications are not

Case 3:23-cv-00044-SLG   Document 35-8   Filed 05/08/24   Page 1 of 2

processed within the mandated timeframes.

3.      The Defendant shall provide a mechanism by which the Plaintiffs' counsel may bring to the attention of the Defendant those instances in which an application may not have been processed in accordance with applicable Federal statutes and regulations cited herein. The Defendant shall investigate the processing of said application and advise the Plaintiffs' counsel of the result of said investigation within three (3) business days. The Defendant shall provide the Plaintiffs' counsel with the identity of and the contact information for the person(s) responsible for resolving requests for assistance referred under this paragraph and any successors to the person(s) responsible for resolving the issues.

DATED this ____ day of _____, 2024, at Anchorage, Alaska.


By: _____
        Sharon L. Gleason
        UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 2

Case 3:23-cv-00044-SLG   Document 35-8   Filed 05/08/24   Page 2 of 2