TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: probate.law.ecf@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>        Defendant. | Case No.: 3:23-cv-00044-SLG |

# UNOPPOSED MOTION FOR EXTENSION OF TIME

The defendant respectfully requests a further extension of time until Wednesday, June 12, 2024, to oppose the plaintiffs' Renewed Motion for Preliminary Injunction (Dkt. 35). Good cause exists for this further, extraordinary extension, as detailed in the attached Affidavit of Counsel. Undersigned counsel has consulted with counsel for plaintiffs and this motion is not opposed.

DATED: June 10, 2024.

TREG TAYLOR
ATTORNEY GENERAL

By: /s/ Lael A. Harrison
Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Department of Law
Attorney for Defendant

By: /s/ Justin D. Nelson
Justin D. Nelson
Alaska Bar No. 1102007
Assistant Attorney General
Alaska Department of Law
Attorney for Defendant

Certificate of Service
I certify that on June 10, 2024, the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was served electronically on:

Goriune Dudukgian
Northern Justice Project
406 G Street, Suite 207

*Della Kamkoff et. al. v. Heidi Hedberg*  Case No.: 3:23-cv-00044-SLG
Unopposed Motion for Extension of Time  Page 2 of 4
Case 3:23-cv-00044-SLG   Document 43   Filed 06/10/24   Page 2 of 4

Anchorage, AK 99501
gdudukgian@njp-law.com

Nicholas Feronti
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
nferonti@njp-law.com
CC all pleadings to:
Jim Davis - jdavis@njp-law.com

Saima Akhtar
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
akhtar@nclej.org

Jordan Berger
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
berger@nclej.org

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
kelsey.tavares@us.dlapiper.com

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Micah A. Chavin

*Della Kamkoff et. al. v. Heidi Hedberg*  Case No.: 3:23-cv-00044-SLG
Unopposed Motion for Extension of Time  Page 3 of 4
Case 3:23-cv-00044-SLG   Document 43   Filed 06/10/24   Page 3 of 4

DLA Piper LLP (US)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
micah.chavin@us.dlapiper.com

Bethany M. Bunge
DLA Piper LLP (US)
845 Texas Avenue, Suite 3800
Houston, Texas 77002
bethany.bunge@us.dlapiper.com


*/s/Lael A. Harrison*
Lael A. Harrison, Assistant Attorney General

*/s/Justin D. Nelson*
Justin D. Nelson, Assistant Attorney General