TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: probate.law.ecf@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>        Defendant. | Case No.: 3:23-cv-00044-SLG |

# [PROPOSED] ORDER

For good cause shown, the defendant's unopposed motion for extension of time is GRANTED. The defendant's opposition to the plaintiff's Renewed Motion for Preliminary Injunction (Dkt. 35) will be due Wednesday, June 12, 2024.

DATED: _____ 2024.

_____
Sharon L. Gleason
United States District Judge

*Della Kamkoff et. al. v. Heidi Hedberg*  Case No.: 3:23-cv-00044-SLG
[Proposed] Order  Page 2 of 2
Case 3:23-cv-00044-SLG   Document 43-1   Filed 06/10/24   Page 2 of 2