Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
maggie.craig@us.dlapiper.com
kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
christopher.young@dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Tel.: (916) 930-3200
Fax: (916) 930-3201
micah.chavin@us.dlapiper.com

NOTICE OF FILING EXECUTED DECLARATIONS AND AFFIDAVIT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 5

Case 3:23-cv-00044-SLG   Document 45   Filed 06/11/24   Page 1 of 5

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Tel.: (713) 425-8400
Fax: (713) 425-8401
bethany.bunge@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>     *Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br>         *Defendant*. | Case No. 3:23-cv-00044-SLG<br><br>**NOTICE OF FILING EXECUTED DECLARATIONS AND AFFIDAVIT** |

NOTICE OF FILING EXECUTED DECLARATIONS AND AFFIDAVIT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 5

Case 3:23-cv-00044-SLG   Document 45   Filed 06/11/24   Page 2 of 5

The plaintiffs, by and through counsel, the Northern Justice Project, LLC, the National Center for Law and Economic Justice, and DLA Piper, hereby give notice of their filing of seven executed declarations, and one executed affidavit, which are germane to the Plaintiffs' Renewed Motion for Preliminary Injunction, filed on May 8, 2024, ECF 35. These executed documents allege the same facts that were alleged in the unsigned affidavits there were initially filed in this matter before this case was removed.

Dated: June 11, 2024                    Attorneys for Plaintiffs

/s/ Nicholas Feronti
Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com

NOTICE OF FILING EXECUTED DECLARATIONS AND AFFIDAVIT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 5

Case 3:23-cv-00044-SLG   Document 45   Filed 06/11/24   Page 3 of 5

Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Tel.: (916) 930-3200
Fax: (916) 930-3201
Email: micah.chavin@us.dlapiper.com

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Tel.: (713) 425-8400
Fax: (713) 425-8401
Email: bethany.bunge@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*appearing pro hac vice*

**Attorneys for Plaintiffs**

NOTICE OF FILING EXECUTED DECLARATIONS AND AFFIDAVIT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 5

Case 3:23-cv-00044-SLG   Document 45   Filed 06/11/24   Page 4 of 5

## Certificate of Service

I hereby certify that on June 11, 2024, true and correct copies of the foregoing declaration were served on all parties via the CM/ECF electronic filing system.

/s/ Nicholas Feronti
Nicholas Feronti, AK Bar No. 2106069

NOTICE OF FILING EXECUTED DECLARATIONS AND AFFIDAVIT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 5 of 5

Case 3:23-cv-00044-SLG   Document 45   Filed 06/11/24   Page 5 of 5