TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: probate.law.ecf@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>    Defendant. | Case No.: 3:23-cv-00044-SLG |

# PARTIES' JOINT REQUEST FOR PUBLIC LISTEN LINE FOR ORAL ARGUMENT

The State respectfully requests that this Court establish a public listen line for the oral argument in this matter set for tomorrow July 18, 2024, at 2pm. The Director of the Division of Public Assistance is currently traveling out of state and wishes to listen to the argument by telephone. Undersigned counsel has consulted with counsel for the plaintiffs who indicated they would also appreciate a public listen line, and they join in this request.

DATED: July 17, 2024.

>TREG TAYLOR
>ATTORNEY GENERAL
>
>By: /s/Lael A. Harrison
>Lael A. Harrison
>Assistant Attorney General
>Alaska Bar No. 0811093
>Department of Law
>Attorney for Defendant
>
>By: /s/Justin D. Nelson
>Justin D. Nelson
>Alaska Bar No. 1102007
>Assistant Attorney General
>Alaska Department of Law
>Attorney for Defendant

*Della Kamkoff et. al. v. Heidi Hedberg*           Case No.: 3:23-cv-00044-SLG
Parties' Joint Request for Public Listen Line for Oral Argument           Page 2 of 4

Case 3:23-cv-00044-SLG   Document 57   Filed 07/17/24   Page 2 of 4

Certificate of Service

I certify that on July 17, 2024, the foregoing **Parties' Joint Request for Public Listen Line for Oral Argument** was served electronically on:

Goriune Dudukgian
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
gdudukgian@njp-law.com

Nicholas Feronti
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
nferonti@njp-law.com
CC all pleadings to:
Jim Davis - jdavis@njp-law.com

Saima Akhtar
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
akhtar@nclej.org

Jordan Berger
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
berger@nclej.org

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
kelsey.tavares@us.dlapiper.com

*Della Kamkoff et. al. v. Heidi Hedberg*                           Case No.: 3:23-cv-00044-SLG
Parties' Joint Request for Public Listen Line for Oral Argument          Page 3 of 4

Case 3:23-cv-00044-SLG   Document 57   Filed 07/17/24   Page 3 of 4

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Micah A. Chavin
DLA Piper LLP (US)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
micah.chavin@us.dlapiper.com

Bethany M. Bunge
DLA Piper LLP (US)
845 Texas Avenue, Suite 3800
Houston, Texas 77002
bethany.bunge@us.dlapiper.com

*/s/Lael A. Harrison*
Lael A. Harrison, Assistant Attorney General

*/s/Justin D. Nelson*
Justin D. Nelson, Assistant Attorney General

*Della Kamkoff et. al. v. Heidi Hedberg*　　　　　　　　　　Case No.: 3:23-cv-00044-SLG
Parties' Joint Request for Public Listen Line for Oral Argument　　　　　　　Page 4 of 4

Case 3:23-cv-00044-SLG   Document 57   Filed 07/17/24   Page 4 of 4