# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DELLA KAMKOFF, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HEIDI HEDBERG, in her official capacity as Commissioner of the Alaska Department of Health, <br><br> Defendant. | Case No. 3:23-cv-00044-SLG |

## ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Before the Court at Docket 65 is the parties' Joint Motion to Extend Scheduling Order Deadlines. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that deadlines in this matter are AMENDED as follows:

1. The deadline to add parties and amend pleadings is reset to **February 17, 2025.**

2. Discovery:

   a. The deadline for completion of fact discovery, including all depositions, is reset to **April 15, 2025.**

   b. The deadline for the exchange of the final lay witness list reset to **April 15, 2025**.

   c. The deadline for filing discovery motions, absent extraordinary circumstances, is reset to **May 19, 2025**.

   d. The deadline for disclosure of expert witnesses is reset to January **3, 2025.**

e. The deadline for exchange of expert reports is extended to **February 3, 2025**.

f. The deadline for the close of expert discovery is reset to **June 17, 2025**.

g. The deadline for filing *Daubert* motions is reset to **August 15, 2025**.

3. Dispositive motions shall be filed no later than **September 15, 2025**.

DATED this 1st day of October 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00044-SLG, *Kamkoff, et al. v. Hedberg*
Order re Joint Motion to Extend Scheduling Order Deadlines
Page 2 of 2
Case 3:23-cv-00044-SLG   Document 66   Filed 10/01/24   Page 2 of 2