Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@us.dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
(916) 930-3200 (telephone)
(916) 930-3201 (fax)
Email: micah.chavin@us.dlapiper.com

PLAINTIFFS' SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 5

Case 3:23-cv-00044-SLG   Document 67   Filed 10/08/24   Page 1 of 5

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8400 (telephone)
(713) 425-8401 (fax)
Email: bethany.bunge@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br><br>*Defendant*. | Case No. 3:23-cv-00044-SLG<br><br>**PLAINTIFFS' SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING** |

PLAINTIFFS' SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 5

Case 3:23-cv-00044-SLG    Document 67    Filed 10/08/24    Page 2 of 5

The plaintiffs, through counsel, request that this Court permit a second supplemental filing in support of their pending Plaintiffs' Renewed Motion for Preliminary Injunction. This proposed supplemental filing includes data that was recently disclosed by the defendant, which shows how the defendant's timeliness in processing SNAP applications has fallen since oral argument, and how the backlog of SNAP applications has grown.

This motion is supported by the Declaration of Attorney Nicholas Feronti in Support of the Second Motion to Supplement Renewed Preliminary Injunction Filing, and the exhibits attached thereto, and is filed with a Proposed Order.

DATED this 8th day of October, 2024

Attorneys for Plaintiffs

/s/ Nicholas Feronti
Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)

PLAINTIFFS' SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 5

Case 3:23-cv-00044-SLG   Document 67   Filed 10/08/24   Page 3 of 5

**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
Tel.: (916) 930-3200
Fax: (916) 930-3201
Email: micah.chavin@us.dlapiper.com

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Tel.: (713) 425-8400
Fax: (713) 425-8401
Email: bethany.bunge@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*appearing pro hac vice*

Attorneys for Plaintiffs

PLAINTIFFS' SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 5

Case 3:23-cv-00044-SLG    Document 67    Filed 10/08/24    Page 4 of 5

## Certificate of Service

I hereby certify that on October 8, 2024, true and correct copies of the Plaintiffs' Second Motion to Supplement Renewed Preliminary Injunction Filing; the Declaration of Attorney Nicholas Feronti in Support of Plaintiffs' Second Motion to Supplement Renewed Preliminary Injunction Filing; and a Proposed Order were served on all parties via the CM/ECF electronic filing system.

/s/ Nicholas Feronti
Nicholas Feronti, AK Bar No. 2106069

PLAINTIFFS' SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 5 of 5

Case 3:23-cv-00044-SLG   Document 67   Filed 10/08/24   Page 5 of 5