Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@us.dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270
Sacramento, CA 95814-3976
(916) 930-3200 (telephone)
(916) 930-3201 (fax)
Email: micah.chavin@us.dlapiper.com

DECLARATION OF ATTORNEY NICHOLAS FERONTI IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Kamkoff et. al. v. Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 6

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8400 (telephone)
(713) 425-8401 (fax)
Email: bethany.bunge@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br><br>*Defendant*. | Case No. 3:23-cv-00044-SLG<br><br>**DECLARATION OF ATTORNEY NICHOLAS FERONTI IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING** |

DECLARATION OF ATTORNEY NICHOLAS FERONTI IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Kamkoff et. al. v. Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 6

Case 3:23-cv-00044-SLG    Document 67-1    Filed 10/08/24    Page 2 of 28

Nicholas Feronti declares under penalty of perjury:

1.      I am an attorney with the Northern Justice Project, one of the firms representing the named plaintiffs and plaintiff classes in the above-entitled action.

2.      I am familiar with the facts and circumstances of this case.

3.      I make this declaration seeking the Court's permission to file a second supplemental filing containing newly acquired information that is relevant to the Plaintiffs' Renewed Motion for Preliminary Injunction, ECF 35.

4.      On May 8, 2024, the plaintiffs filed their renewed motion for a preliminary injunction. ECF 35. On June 12, 2024, the defendant opposed. ECF 46. On June 20, 2024, the plaintiffs replied. ECF 52. On July 18, 2024, this Court held oral argument. ECF 59.

5.      After oral argument, on August 22, 2024, the defendant produced new data to the plaintiffs about the defendant's performance in timely processing SNAP applications in June 2024 and July 2024. ECF 61-1 at 4. This new data indicated that the defendant's rate of timely processing for non-expedited SNAP applications fell from 87% in May 2024 to 78% in July 2024, and that the defendant's timely processing rate for all initial SNAP applications fell from 88% in May 2024 to 87% in July 2024. *Id.* at 8.

6.      On August 23, 2024, the plaintiffs filed a motion to supplement their renewed preliminary injunction filing with the data that the defendant produced the day before. ECF 61. On August 26, 2024, the defendant partially opposed this motion, arguing that the data showed no "significant differences from the report already filed with Court," but still stating that it did "not necessarily object" to the data entering the record. ECF 62 at 2.

DECLARATION OF ATTORNEY NICHOLAS FERONTI IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Kamkoff et. al. v. Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 6

Case 3:23-cv-00044-SLG     Document 67-1     Filed 10/08/24     Page 3 of 28

7.     Since then, the defendant has produced more new data in discovery, which shows how the defendant's timeliness in processing SNAP applications has fallen since oral argument, and shows how the backlog of SNAP applications has grown.

8.     For one, as for the defendant's timeliness in processing SNAP applications, on October 7, 2024, the defendant produced new data to the plaintiffs about the defendant's performance in timely processing SNAP applications since oral argument. A pdf of the chart containing this new data, which was produced as an Excel spreadsheet and marked as SOA 018095, is attached hereto as Exhibit 1. This new data shows the following:

- The defendant's rate of timely processing non-expedited SNAP applications was 87% in May 2024, 81% in June 2024, 78% in July 2024, 67% in August 2024, and 63% in September 2024.

- The defendant's rate of timely processing expedited SNAP applications was 89% in May 2024, 95% in June 2024, 94% in July 2024, 81% in August 2024, and 74% in September 2024.

- The defendant's rate of timely processing all initial SNAP applications was 88% in May 2024, 89% in June 2024, 87% in July 2024, 74% in August 2024, and 67% in September 2024.

9.     Further, as for the defendant's backlog of SNAP applications since oral argument, the defendant produced new data to the plaintiffs about this backlog in two parts, producing some data on September 26, 2024, and updated data on October 7, 2024. For ease of reference, that data is compiled into Exhibits 2 and 3, and included as follows.

DECLARATION OF ATTORNEY NICHOLAS FERONTI IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Kamkoff et. al. v. Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 6

Case 3:23-cv-00044-SLG     Document 67-1     Filed 10/08/24     Page 4 of 28

10.     Attached hereto as Exhibit 2 are tables titled "Backlog Applications / Recertifications," which report how long applications and recertifications for SNAP were pending as of the date at the top of the table. Exhibit 2 includes such tables for (1) July 18, 2024 (the date of oral argument); (2) July 25, 2024; (3) August 1, 2024; (4) August 8, 2024; (5) August 15, 2024; (6) August 22, 2024; (7) August 29, 2024; (8) September 5, 2024; (9) September 12, 2024, and (10) September 19, 2024.

- As an example, the July 18, 2024 report (at Exhibit 2, Page 1) indicates that, as of that date, there were 221 SNAP applications that were pending for more than 30 days, including 216 that were pending for 31-45 days, 2 that were pending for 46-60 days, 1 that was pending for 61-90 days, 1 that was pending for 91-120 days, and 1 that was pending for 121-150 days.

- As another example, the September 19, 2024 report (at Exhibit 2, Page 10) indicates that, as of that date, there were 870 SNAP applications that were pending for more than 30 days, including 599 that were pending for 31-45 days, 228 that were pending for 46-60 days, and 43 that were pending for 61-90 days.

11.     Attached hereto as Exhibit 3 are tables titled "Average Age of Unacted Applications by Program," which report how many applications and recertifications for SNAP were pending beyond various times, as well as the average age that they were pending, all as of the date at the top of the table. Exhibit 3 includes such tables for (1) July 22, 2024 (four days after oral argument); (2) July 29, 2024; (3) August 5, 2024; (4) August

DECLARATION OF ATTORNEY NICHOLAS FERONTI IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Kamkoff et. al. v. Hedberg*; Case No. 3:23-cv-00044-SLG
Page 5 of 6

Case 3:23-cv-00044-SLG     Document 67-1     Filed 10/08/24     Page 5 of 28

12, 2024; (5) August 19, 2024; (6) August 26, 2024; (7) September 3, 2024; (8) September 9, 2024; (9) September 16, 2024, (10) September 23, 2024, and (11) September 30, 2024.

- As an example, the July 22, 2024 report (at Exhibit 3, Page 1) indicates that, as of that date, there were 309 SNAP applications that were pending for over 30 days, and that they had been pending an average of 37 days.

- As another example, the September 30, 2024 report (at Exhibit 3, Page 11) indicates that, as of that date, there were 3,088 SNAP applications that were pending for over 30 days, and that they had been pending an average of 47 days.

WHEREFORE, I respectfully request that the Court accept and review this additional data and proceed in determining Plaintiffs' Renewed Motion for Preliminary Injunction that is now pending.

DATED this 8th day of October, 2024.

/s/ Nicholas Feronti
Nicholas Feronti, AK Bar No. 2106069

DECLARATION OF ATTORNEY NICHOLAS FERONTI IN SUPPORT OF PLAINTIFFS'
SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Kamkoff et. al. v. Hedberg*; Case No. 3:23-cv-00044-SLG
Page 6 of 6

Case 3:23-cv-00044-SLG     Document 67-1     Filed 10/08/24     Page 6 of 28

| Month | Non-Expedite Applications | | | Expedite Applications | | | Total Initial Applications | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Applications | Timely Applications | Performance | Total Applications | Timely Applications | Performance | Total Applications | Timely Applications | Performance |
| Mar-23 | 944 | 183 | 19% | 876 | 327 | 37% | 1,820 | 510 | 28% |
| Apr-23 | 1,040 | 330 | 32% | 811 | 509 | 63% | 1,851 | 839 | 45% |
| May-23 | 1,078 | 341 | 32% | 1,439 | 573 | 40% | 2,517 | 914 | 36% |
| Jun-23 | 1,029 | 395 | 38% | 1,449 | 543 | 37% | 2,478 | 938 | 38% |
| Jul-23 | 1,680 | 294 | 18% | 949 | 568 | 60% | 2,629 | 862 | 33% |
| Aug-23 | 2,959 | 784 | 26% | 784 | 195 | 25% | 3,743 | 979 | 26% |
| Sep-23 | 604 | 258 | 43% | 851 | 130 | 15% | 1,455 | 388 | 27% |
| Oct-23 | 802 | 265 | 33% | 445 | 112 | 25% | 1,247 | 377 | 30% |
| Nov-23 | 807 | 219 | 27% | 744 | 193 | 26% | 1,551 | 412 | 27% |
| Dec-23 | 2,048 | 672 | 33% | 1,438 | 714 | 50% | 3,486 | 1,386 | 40% |
| Jan-24 | 2,489 | 1,144 | 46% | 1,585 | 1,483 | 94% | 4,074 | 2,627 | 64% |
| Feb-24 | 2,789 | 1,607 | 58% | 1,606 | 1,487 | 93% | 4,395 | 3,094 | 70% |
| Mar-24 | 1,501 | 1,288 | 86% | 1,426 | 1,352 | 95% | 2,927 | 2,640 | 90% |
| Apr-24 | 1,291 | 1,090 | 84% | 1,254 | 1,190 | 95% | 2,545 | 2,280 | 90% |
| May-24 | 1,023 | 889 | 87% | 1,144 | 1,017 | 89% | 2,167 | 1,906 | 88% |
| Jun-24 | 953 | 772 | 81% | 1,126 | 1,069 | 95% | 2,079 | 1,841 | 89% |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 2,327 | 2,024 | 87% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 1,907 | 1,420 | 74% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 1,797 | 1,208 | 67% |
| Prev. six month Totals: | 6,308 | 4,864 | 77% | 6,514 | 5,815 | 89% | 12,822 | 10,679 | 83% |

**Alaska SNAP APT by Month**

Last Updated 10/3/2024

## Backlog Applications/Recertifications - *Updated 07/18/2024*

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 22 | 292 | 13 | 2 | 1 | 1 | - | - | - | - | - | - | - | - | 331 |
| Food Stamps (Expedite) | 22 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | 23 |
| Food Stamps (non-Expedite Applications) | - | 216 | 2 | 1 | 1 | 1 | - | - | - | - | - | - | - | - | 221 |
| Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution | - | 75 | 11 | 1 | | | - | | | | | | | - | 87 |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| Medicaid Non-Disability Related (ARIES) | | | | | | | | | | | | | | | |
| Medicaid - CAMA - Disability Related (EIS) | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

*HAP: Due to system issues we are unable to distinguish between water and heating program*

## Backlog Applications/Recertifications - *Updated 07/25/2024*

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 30 | 253 | 16 | 4 | | 2 | - | | | | | | | | 305 |
| *Food Stamps (Expedite)* | 30 | 1 | - | - | | 1 | | | | | | | | | 32 |
| *Food Stamps (non-Expedite Applications)* | - | 201 | 7 | 2 | | 1 | - | | | | | | | - | 211 |
| *Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution* | - | 51 | 9 | 2 | | - | - | | | | | | | - | 62 |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| *Medicaid Non-Disability Related (ARIES)* | | | | | | | | | | | | | | | |
| *Medicaid - CAMA - Disability Related (EIS )* | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

*HAP: Due to system issues we are unable to distinguish between water and heating program*

SOA018075

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 39 | 360 | 14 | 8 | 1 | - | - | 1 | - | - | - | - | - | - | 423 |
| Food Stamps (Expedite) | 39 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | 40 |
| Food Stamps (non-Expedite Applications) | - | 174 | 7 | 3 | - | - | - | 1 | - | - | - | - | - | - | 185 |
| Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution | - | 185 | 7 | 5 | 1 | - | - | - | - | - | - | - | - | - | 198 |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| Medicaid Non-Disability Related (ARIES) | | | | | | | | | | | | | | | |
| Medicaid - CAMA - Disability Related (EIS ) | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

HAP: Due to system issues we are unable to distinguish between water and heating program

SOA018076

## Backlog Applications/Recertifications - *Updated 08/08/2024*

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 29 | 333 | 7 | 3 | 1 | - | - | - | - | - | - | - | - | - | 373 |
| Food Stamps (Expedite) | 29 | | - | - | - | - | - | - | - | - | - | - | - | - | 29 |
| Food Stamps (non-Expedite Applications) | - | 142 | 6 | 2 | - | - | - | - | - | - | - | - | - | - | 150 |
| Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution | - | 191 | 1 | 1 | 1 | - | - | - | - | - | - | - | - | - | 194 |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| Medicaid Non-Disability Related (ARIES) | | | | | | | | | | | | | | | |
| Medicaid - CAMA - Disability Related (EIS) | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

HAP: Due to system issues we are unable to distinguish between water and heating program

SOA018077

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | ▮ | | | | | | | | | | | | | | ▮ |
| Adult Public Assistance | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | | | | | ▮ | ▮ |
| Food stamps (applications, expedites & recertifications) | 190 | 706 | 20 | 2 | 1 | - | - | - | - | - | - | - | - | - | 919 |
| Food Stamps (Expedite) | 190 | 1 | - | - | 1 | - | - | - | - | - | - | - | - | - | 192 |
| Food Stamps (non-Expedite Applications) | - | 259 | 8 | 1 | - | - | - | - | - | - | - | - | - | - | 268 |
| Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution | - | 446 | 12 | 1 | - | - | - | - | - | - | - | - | - | - | 459 |
| General Relief Assistance (exclud. Senior Benefits) | ▮ | | ▮ | | ▮ | | | ▮ | ▮ | | | | ▮ | ▮ | ▮ |
| Senior Benefits only | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Interim Assistance | ▮ | ▮ | ▮ | | ▮ | | | | | | | | | | ▮ |
| Medicaid (includes EIS & ARIES & CAMA) | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Medicaid Non-Disability Related (ARIES) | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ | | ▮ | ▮ | ▮ |
| Medicaid - CAMA - Disability Related (EIS ) | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Heating & Water Assistance Programs | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| Total | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

*HAP: Due to system issues we are unable to distinguish between water and heating program*

SOA018078

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 321 | 906 | 48 | 4 | 1 | 1 | 1 | - | - | - | - | - | - | 2 | 1,284 |
| Food Stamps (Expedite) | 321 | - | - | - | - | - | - | - | - | - | - | - | - | - | 321 |
| Food Stamps (non-Expedite Applications) | - | 325 | 9 | 4 | 1 | 1 | - | - | - | - | - | - | - | 1 | 341 |
| Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution | - | 581 | 39 | - | - | - | 1 | - | - | - | - | - | - | 1 | 622 |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| Medicaid Non-Disability Related (ARIES) | | | | | | | | | | | | | | | |
| Medicaid - CAMA - Disability Related (EIS) | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

*HAP: Due to system issues we are unable to distinguish between water and heating program*

SOA018079

**Backlog Applications/Recertifications** - *Updated 08/29/2024*

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 404 | 1,231 | 194 | 9 | 2 | 1 | - | - | - | - | - | - | - | - | 1,841 |
| *Food Stamps (Expedite)* | *404* | *3* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *407* |
| *Food Stamps (non-Expedite Applications)* | *-* | *431* | *83* | *5* | *2* | *1* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *522* |
| *Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution* | *-* | *797* | *111* | *4* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *912* |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| *Medicaid Non-Disability Related (ARIES)* | | | | | | | | | | | | | | | |
| *Medicaid - CAMA - Disability Related (EIS)* | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

*HAP: Due to system issues we are unable to distinguish between water and heating program*

Case 3:23-cv-00044-SLG    Document 67-1    Filed 10/08/24    Page 14 of 36    **Exhibit 2, Page, 7 of 10**

SOA018080

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 448 | 1,580 | 359 | 25 | 2 | 1 | - | - | - | - | - | - | - | 1 | 2,416 |
| *Food Stamps (Expedite)* | *448* | *3* | *-* | *-* | *-* | *-* | | | | | | | | *-* | *451* |
| *Food Stamps (non-Expedite Applications)* | *-* | *618* | *88* | *5* | *2* | *1* | | | | | | | | *-* | *714* |
| *Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution* | *-* | *959* | *271* | *20* | *-* | *-* | | | | | | | | *1* | *1,251* |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| *Medicaid Non-Disability Related (ARIES)* | | | | | | | | | | | | | | | |
| *Medicaid - CAMA - Disability Related (EIS )* | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

*HAP: Due to system issues we are unable to distinguish between water and heating program*

## Backlog Applications/Recertifications - *Updated 09/12/2024*

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 451 | 1,498 | 717 | 62 | 3 | - | - | - | - | - | - | - | - | - | 2,731 |
| *Food Stamps (Expedite)* | *451* | *8* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *459* |
| *Food Stamps (non-Expedite Applications)* | *-* | *658* | *169* | *15* | *2* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *844* |
| *Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution* | *-* | *832* | *548* | *47* | *1* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *1,428* |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| *Medicaid Non-Disability Related (ARIES)* | | | | | | | | | | | | | | | |
| *Medicaid - CAMA - Disability Related (EIS)* | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

HAP: Due to system issues we are unable to distinguish between water and heating program

SOA018089

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alaska Temporary Assistance Program | | | | | | | | | | | | | | | |
| Adult Public Assistance | | | | | | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 305 | 1,280 | 921 | 140 | 2 | - | - | - | - | - | - | - | - | - | 2,648 |
| Food Stamps (Expedite) | 305 | 4 | 2 | - | 1 | - | - | - | - | - | - | - | - | - | 312 |
| Food Stamps (non-Expedite Applications) | - | 599 | 228 | 43 | - | - | - | - | - | - | - | - | - | - | 870 |
| Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution | - | 677 | 691 | 97 | 1 | - | - | - | - | - | - | - | - | - | 1,466 |
| General Relief Assistance (exclud. Senior Benefits) | | | | | | | | | | | | | | | |
| Senior Benefits only | | | | | | | | | | | | | | | |
| Interim Assistance | | | | | | | | | | | | | | | |
| Medicaid (includes EIS & ARIES & CAMA) | | | | | | | | | | | | | | | |
| Medicaid Non-Disability Related (ARIES) | | | | | | | | | | | | | | | |
| Medicaid - CAMA - Disability Related (EIS ) | | | | | | | | | | | | | | | |
| Heating & Water Assistance Programs | | | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | | | | |

*HAP: Due to system issues we are unable to distinguish between water and heating program*

SOA018091

| | 07/22/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **All Unacted Applications** | | **Over 30 Days EIS Recert./Renewals** | | **Over 45 Days ARIES Recerts Medicaid** | | **Over 90 Days EIS Recerts Medicaid** | | **Over 30 Days/7 Days SNAP Exped. Applications** | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | ■ | ■ | \| | \| | \| | \| | \| | \| | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | \| | \| | \| | \| | \| | \| | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 8 | 131 | - | - | - | - | - | - | 21 | 31 | Food Stamps (Expedite) |
| Food Stamps | 17 | 2,941 | 39 | 88 | - | - | - | - | 37 | 309 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | \| | \| | \| | \| | \| | \| | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | | | | | | | | | | | CAMA |
| Interim Assistance | | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | | | | | | | | | | | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | | | | | | | | | | | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

SOA017882

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **07/29/2024 Average Age of Unacted Applications by Program*** | | | | | | | | | | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 12 | 74 | - | - | - | - | - | - | 19 | 37 | Food Stamps (Expedite) |
| Food Stamps | 18 | 3,066 | 35 | 171 | - | - | - | - | 36 | 373 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | | | | | | | | | | | CAMA |
| Interim Assistance | | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | | | | | | | | | | | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | | | | | | | | | | | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 7 | 130 | – | – | – | – | – | – | 17 | 31 | Food Stamps (Expedite) |
| Food Stamps | 19 | 3,315 | 37 | 249 | – | – | – | – | 37 | 468 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | | | | | | | | | | | CAMA |
| Interim Assistance | | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | | | | | | | | | | | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | | | | | | | | | | | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

**08/05/2024 Average Age of Unacted Applications by Program***

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

Exhibit 3, Page 3 of 11

SOA017884

| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 7 | 397 | - | - | - | - | - | - | 12 | 104 | Food Stamps (Expedite) |
| Food Stamps | 20 | 3,543 | 36 | 385 | - | - | - | - | 36 | 695 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | - | | | | | | | | | | CAMA |
| Interim Assistance | ■ | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | ■ | ■ | | | | | | | ■ | | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | ■ | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | ■ | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | ■ | ■ | | | | | ■ | | ■ | | Heating Assistance Program |
| Total | ■ | ■ | | | | | ■ | | ■ | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

SOA017885

| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | ■ | ■ | | | | | | | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | | | | | | | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 9 | 500 | - | - | - | - | - | - | 14 | 250 | Food Stamps (Expedite) |
| Food Stamps | 22 | 4,005 | 38 | 579 | - | - | - | - | 37 | 972 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | ■ | | | | | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | | | | | | | | | | | CAMA |
| Interim Assistance | | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | | | | | | | | | | | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | | | | | | | | | | | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

SOA017886

| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 12 | 588 | – | – | – | – | – | – | 17 | 357 | Food Stamps (Expedite) |
| Food Stamps | 23 | 4,308 | 38 | 836 | - | – | - | - | 38 | 1,352 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | CAMA |
| Interim Assistance | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Interim Assistance |
| MAGI Medicaid - ARIES | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | MAGI Medicaid – EIS |
| MAGI Acct. Transfers - EIS | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

SOA017887

| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | ■ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | ▮ | ■ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 15 | 703 | - | - | - | - | - | - | 20 | 481 | Food Stamps (Expedite) |
| Food Stamps | 26 | 4,875 | 41 | 1,205 | - | - | - | - | 41 | 1,893 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | ■ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | | | | | | | | | | | CAMA |
| Interim Assistance | | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | | | | | | | | | | | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | | | | | | | | | | | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | ■ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | ■ | ▮ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 14 | 725 | – | – | – | – | – | – | 19 | 451 | Food Stamps (Expedite) |
| Food Stamps | 28 | 5,084 | 44 | 1,430 | – | – | – | – | 42 | 2,331 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | ■ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | | | | | | | | | | | CAMA |
| Interim Assistance | | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | | | | | | | | | | | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | | | | | | | | | | | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

SOA018088

| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | ■ | | | | | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | ■ | ■ | | | | | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 12 | 554 | - | - | - | - | - | - | 17 | 340 | Food Stamps (Expedite) |
| Food Stamps | 30 | 5,362 | 46 | 1,561 | - | - | - | - | 44 | 2,507 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | | | | | | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | | | | | | | | | | | CAMA |
| Interim Assistance | | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | | | | | | | | | | | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | | | | | | | | | | | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

| | 09/23/2024 Average Age of Unacted Applications by Program* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | ■ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | ■ | ■ | ■ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 11 | 400 | - | - | - | - | - | - | 18 | 178 | Food Stamps (Expedite) |
| Food Stamps | 31 | 5,661 | 48 | 1,710 | - | - | - | - | 47 | 2,737 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | | ■ | ■ | ▮ | | ▮ | ▮ | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | ■ | | | | | | | | ■ | | CAMA |
| Interim Assistance | ■ | | | | | | | | | | Interim Assistance |
| MAGI Medicaid - ARIES | | ■ | | | | | | | | ■ | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | ■ | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | | | | | | | | | | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | | | | | | | | | | ■ | Heating Assistance Program |
| Total | ■ | ■ | ■ | ■ | ▮ | ▮ | ▮ | ▮ | ■ | ■ | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

SOA018092

| 09/30/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | Alaska Temporary Assistance Program |
| Adult Public Assistance | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | Adult Public Assistance |
| Food Stamps (Expedite) | 8 | 267 | - | - | - | - | - | - | 16 | 60 | Food Stamps (Expedite) |
| Food Stamps | 34 | 5,516 | 49 | 2,064 | - | - | - | - | 47 | 3,088 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | ■ | ■ | ■ | ■ | | | ■ | ■ | ■ | ■ | General Relief Assistance (incl. Senior Benefits) |
| CAMA | ■ | | | | | | | | ■ | | CAMA |
| Interim Assistance | | ■ | | | | | | | ■ | ■ | Interim Assistance |
| MAGI Medicaid - ARIES | | ■ | | | | | | | | ■ | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | | | | | | | ■ | | | | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | | ■ | | | | | | | | ■ | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | | | | | | | | | | | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | ■ | ■ | | | | | | | ■ | ■ | Heating Assistance Program |
| Total | | | | | | | | | | | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA

FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.

FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.

SOA018093