IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br>    *Defendant*. | Case No. 3:23-cv-00044-SLG<br><br>**ORDER GRANTING PLAINTIFFS' SECOND MOTION TO SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING** |

This Court, having considered, the *Plaintiffs' Second Motion to Supplement Renewed Preliminary Injunction Filing*, and any opposition thereto; HEREBY GRANTS the motion. The attorney declaration and accompanying exhibits are accepted as filed.

DATED this \_\_\_\_ day of _____, 2024, at Anchorage, Alaska.

                 By: _____
                    Sharon L. Gleason
                    UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' SECOND MOTION TO
SUPPLEMENT RENEWED PRELIMINARY INJUNCTION FILING
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 1

Case 3:23-cv-00044-SLG  Document 67-2  Filed 10/08/24  Page 1 of 1