TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>   Defendant. | Case No.: 3:23-cv-00044-SLG |

# JOINT STATUS REPORT REGARDING INFORMAL RELIEF PROCESS

Pursuant to this Court's order of December 31, 2024, the parties jointly file this status report regarding their informal relief process, which has been in place since approximately March 2023. The process is as follows: when class counsel becomes aware of a class member who believes that their SNAP application has been delayed, class counsel first requests that class member confirm that their application was actually received by the Division of Public Assistance (DPA) and that it remains unworked. If the class member confirms that their application is received and unworked, class counsel may send an email directly to the DPA's Division Operations Support Team (DOST) with the class member's name, and Social Security number or case number for identity verification. Class counsel copies defense counsel on these referral emails but communicates directly with DOST. DOST will then promptly process the referred class member's application. The target timeframe for processing these referrals is three business days.

When making referrals, class counsel strives to obtain a Release of Information form (http://dpaweb.hss.state.ak.us/e-forms/pdf/GEN-58.pdf) from the class member, authorizing release of the class member's information to class counsel. The Release of Information form may be submitted to DPA with either an ink or electronic signature. For referrals with a signed Release of Information, DOST will respond to class counsel regarding the status of the referral. When referral volume is light, DOST simply responds

*Della Kamkoff et. al. v. Heidi Hedberg*                     Case No.: 3:23-cv-00044-SLG
JOINT STATUS REPORT REGARDING INFORMAL RELIEF            Page 2 of 5
Case 3:23-cv-00044-SLG    Document 78    Filed 02/03/25    Page 2 of 5

directly to the referral email. However, when referral volume is heavy, DOST may compile information about the individual relief cases processed and send a single response email on Friday of each week with an update regarding all referrals received that week. That update will note when the referral was received, when action was taken on the referral, and the status of the application. DOST will still process referrals received without a Release of Information but will not provide class counsel with a status update on the referral.

The parties recently met on January 29, 2025, and confirmed that this process continues to work well and serve the interests of class members in need.

DATED: February 3, 2025.

        TREG TAYLOR
        ATTORNEY GENERAL

By: */s/Lael Harrison*
    Lael A. Harrison
    Assistant Attorney General
    Alaska Bar No. 0811093
    Department of Law
    Attorney for Defendant

By: */s/Justin Nelson*
    Justin D. Nelson
    Alaska Bar No. 1102007
    Assistant Attorney General
    Alaska Department of Law
    Attorney for Defendant

*Della Kamkoff et. al. v. Heidi Hedberg*     Case No.: 3:23-cv-00044-SLG
JOINT STATUS REPORT REGARDING INFORMAL RELIEF     Page 3 of 5

Case 3:23-cv-00044-SLG     Document 78     Filed 02/03/25     Page 3 of 5

NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE

By:    */s/ Saima Akhtar*
Saima Akhtar
Senior Attorney
Bar No. 4661237 (New York)*

On behalf of Plaintiffs' Counsel
NORTHERN JUSTICE PROJECT
NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE
DLA PIPER, LLP (US)

*appearing pro hac vice*

Certificate of Service
I certify that on February 3, 2025 the foregoing **Joint Status Report Regarding Informal Relief Process** was served electronically on:

Goriune Dudukgian
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
gdudukgian@njp-law.com

Nicholas Feronti
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
nferonti@njp-law.com
CC all pleadings to:
Jim Davis - jdavis@njp-law.com

Saima Akhtar
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004

*Della Kamkoff et. al. v. Heidi Hedberg*     Case No.: 3:23-cv-00044-SLG
JOINT STATUS REPORT REGARDING INFORMAL RELIEF     Page 4 of 5

Case 3:23-cv-00044-SLG     Document 78     Filed 02/03/25     Page 4 of 5

akhtar@nclej.org

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
kelsey.tavares@us.dlapiper.com

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Micah A. Chavin
DLA Piper LLP (US)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
micah.chavin@us.dlapiper.com

Bethany M. Bunge
DLA Piper LLP (US)
845 Texas Avenue, Suite 3800
Houston, Texas 77002
bethany.bunge@us.dlapiper.com

*/s/Lael Harrison*
Lael A. Harrison, Assistant Attorney General

*/s/Justin Nelson*
Justin D. Nelson, Assistant Attorney General

*Della Kamkoff et. al. v. Heidi Hedberg*     Case No.: 3:23-cv-00044-SLG
JOINT STATUS REPORT REGARDING INFORMAL RELIEF     Page 5 of 5

Case 3:23-cv-00044-SLG    Document 78    Filed 02/03/25    Page 5 of 5