TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>   Defendant. | Case No.: 3:23-cv-00044-SLG |

# NOTICE OF FILING
# DIVISION OF PUBLIC ASSISTANCE COURT REPORT

Pursuant to this Court's Order of December 31, 2024, the Alaska Department of Health files its first Monthly Status Report.

DATED: February 3, 2025.

        TREG TAYLOR
        ATTORNEY GENERAL

By:   /s/Lael Harrison
      Lael A. Harrison
      Assistant Attorney General
      Alaska Bar No. 0811093
      Alaska Department of Law
      Attorney for Defendant

By:   /s/Justin Nelson
      Justin D. Nelson
      Assistant Attorney General
      Alaska Bar No. 1102007
      Alaska Department of Law
      Attorney for Defendant

<u>Certificate of Service</u>
I certify that on February 3, 2025 the foregoing **Notice of Filing Division of Public Assistance Court Report** was served electronically on:

Goriune Dudukgian
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
gdudukgian@njp-law.com

Nicholas Feronti
Northern Justice Project
406 G Street, Suite 207

Anchorage, AK 99501
nferonti@njp-law.com
CC all pleadings to:
Jim Davis - jdavis@njp-law.com

Saima Akhtar
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
akhtar@nclej.org

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
kelsey.tavares@us.dlapiper.com

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Micah A. Chavin
DLA Piper LLP (US)
1415 L Street, Suite 270
Sacramento, CA 95814-3976
micah.chavin@us.dlapiper.com

Bethany M. Bunge
DLA Piper LLP (US)
845 Texas Avenue, Suite 3800
Houston, Texas 77002
bethany.bunge@us.dlapiper.com

*/s/Lael Harrison*
Lael A. Harrison, Assistant Attorney General

*/s/Justin Nelson*
Justin D. Nelson, Assistant Attorney General