# Report on Compliance with Court-Ordered Requirements

SNAP/APA

State of Alaska, Department of Health

February 3, 2025

# Table of Contents

I.    Introduction .................................................................................................. 2

II.   Implementation of Notification for Agency-Caused Delays ...................... 3

III.  Timely Processing of Applications ........................................................... 5

    A. Workload Management ......................................................................... 5

        1.    Workload Management Strategy ................................................ 5

        2.    Data Dashboard ........................................................................ 6

    B. System Modernization .......................................................................... 7

        1.    Overview of IT Modernization .................................................. 7

    C. Staffing Improvements ......................................................................... 9

        1.    Overview of Staffing Improvements .......................................... 9

        2.    Merit State Staff ....................................................................... 9

        3.    Non-Merit Contract Staff ........................................................ 10

        4.    Training .................................................................................... 11

        5.    Continuous Improvement ........................................................ 12

        6.    Class Study .............................................................................. 13

IV.   Efforts to streamline administration of programs ................................... 14

    A. Workload Management Matrix ............................................................. 14

        1.    Example of efforts included in the SNAP Workload Management Matrix
              14

V.    Conclusion ............................................................................................... 16

# I. Introduction

This report outlines the State of Alaska Department of Health's (DOH) actions to address court-ordered requirements and resolve delays in processing Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA) applications. It details efforts to meet the court's expectations, including processing applications within state and federally mandated timeframes, notifying applicants of delays, and providing opportunities for fair hearings. Additionally, the report highlights ongoing compliance measures, such as the development of monthly dashboards to track processing rates, system modernization progress, staffing improvements, and initiatives to simplify eligibility determinations. These actions reflect DOH's commitment to resolving systemic issues and ensuring timely access to essential benefits.

DOH acknowledges its dual responsibility to balance court-mandated expectations with federal requirements and strives to meet the demands of both entities. Federal agencies like Food and Nutrition Services (FNS) and Center for Medicare and Medicaid Services (CMS) impose stringent benchmarks and compliance standards, such as the Applications Processing Timeliness (APT) Corrective Action Plan (CAP), which requires measurable improvements in application processing timeliness. For instance, Alaska must achieve a minimum APT rate of 75% by June 2025 and ultimately reach 95% over two consecutive quarters to be released from the CAP (Attachment 1: Food and Nutrition Services email to Director, Benchmark for ATP CAP, 10.8.2025). These federal oversight demands necessitate significant operational adjustments, regular staff training, and system updates, which challenge resources and delay modernization initiatives. Despite

these challenges, DOH remains steadfast in balancing compliance with service delivery to minimize disruptions for Alaskans and maintain public trust.

Attachments, noted in each section, will be provided to the court monthly in compliance with the order.

- Attachment 1: Food and Nutrition Services email to Director, Benchmark for ATP CAP, 10.8.2025
- Attachment 2: Workload Management Matrix
- Attachment 3: Backlog Dashboard with Detail
- Attachment 4: Division of Public Assistance IT Modernization Roadmap
- Attachment 5: Distribution and Status of Eligibility Technician Positions
- Attachment 6: Distribution and Status of Contracted Staff
- Attachment 7: Training Schedule and Cohort Status.

## II.    Implementation of Notification for Agency-Caused Delays

The Division of Public Assistance (DPA) submitted the final work request to implement automated notifications for agency-caused delays on January 9, 2025. These notices will be generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed: on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday.

Draft notices have been completed, and the programming for this functionality is currently in the test environment of the Eligibility Information System (EIS). The Division is in the process of creating test cases to validate that the programming functions as intended. Once testing is successfully completed, the updates will be moved to

production environment, with an anticipated completion date by the end of February 2025, provided the testing phase proceeds smoothly.

Attachment 2 will be provided to the court monthly in compliance with the order: Attachment 2: Workload Management Matrix, specifically line 23, provides updates on the implementation of the Notification for Agency Caused Delays.

The need to address this project immediately in compliance with court orders has led to delays in other work requests, including:

*Adult Public Assistance and Senior Benefit Transition to Electronic Benefit Transfer (EBT)* — To modernize payments, Adult Public Assistance and Senior Benefit recipients currently receiving paper checks will transition to EBT cards. A notification letter will be sent 60 days in advance, encouraging recipients to enroll in direct deposit. Those not enrolled will receive benefits via EBT moving forward.

*System Decommissioning* — The outdated Integrated Child Care Information System (ICCIS) has been replaced by Alaska Integrated Child Care Information System AKCCIS. Payments, reports, and file transfers from ICCIS have stopped, and the system is now read-only. Remaining tasks include extracting data for retention and audit purposes and terminating system access.

*SNAP Online Application Data Reporting* — To meet FNS requirements, DPA is developing a system for quarterly reports on SNAP Online Applications. This will track initial applications, online recertifications (once available), and data by household type (Regular/Elderly-Disabled). Other submission methods—mail, fax, in-person, and phone—will also be captured.

The Division remains focused on meeting court-mandated requirements while ensuring the accuracy and reliability of these notifications. Further updates will follow as implementation progresses.

## III. Timely Processing of Applications

### A. Workload Management

#### 1. Workload Management Strategy

The Division of Public Assistance utilizes a robust workload management strategy to ensure timely and efficient case processing. Leveraging data from the Eligibility Information System (EIS) and Current™, (workload management software) staff identify daily case priorities to meet established timeliness objectives. The Division Workflow Manager develops detailed daily production plans, offering a structured framework for staffing and task allocation to maintain operational oversight and maximize efficiency.

Monday through Friday mornings, these production plans are shared with staff, specifying assignments, responsibilities, and performance goals tailored to each location. Supervisors maintain a statewide staffing spreadsheet, accounting for factors such as approved leave, regular days off, Fair Hearings, Virtual Contact Center (VCC) duties, and lobby support. Staff not assigned to these critical areas focus on non-lobby tasks, such as processing documents received via uploads, mail, or email. Priority is given to expedited SNAP applications and related cases, including Adult Public Assistance, Senior Benefits, Alaska Temporary Assistance, and Burial requests.

Daily collaboration with Change & Innovation Agency (C!A) - (vendor for Current™) representatives ensures strategic staff assignments based on skills and

availability, optimizing resource allocation across key operational areas. This comprehensive approach promotes accountability, teamwork, and real-time adaptability, enabling the Division to manage workload demands and meet service delivery goals.

### 2. Data Dashboard

The Backlog Dashboard provides a comprehensive overview of pending applications and recertifications across various public assistance programs. It organizes data into time buckets that highlight how long cases have been awaiting processing, enabling prioritization and resource allocation. Key sections include a summary of programs, detailed breakdowns for Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA), and metrics like the total backlog, number of cases pending action, and dates of the oldest unprocessed applications. This tool is vital for monitoring performance, identifying bottlenecks, and driving efforts to reduce delays.

The Division would like to inform the court of a variance it may observe in the backlog dashboard data presented in the March report. DPA is currently addressing a delay in the import review process, which involves registering and classifying documents received via email and fax into our workload management tool. This delay developed due to delays in processing these submissions, making it difficult to maintain a clear picture of the workload.

To resolve this issue, DPA launched a focused effort during the week of January 27 and expect to be current by the end of February. As a result, DPA anticipates improved timeliness in processing cases pending verification and greater efficiency in handling applications.

While the court may initially notice a temporary increase in delays, this is a short-term effect as DPA clears the delayed processing. In the long run, these efforts will enhance overall processing times. To prevent future delayed processing, DPA has increased contractual support.

Attachment 3 will be provided to the court monthly in compliance with the order:

Attachment 3: Backlog Dashboard with Detail

**B.     System Modernization**

**1.     Overview of IT Modernization**

The Division of Public Assistance (DPA) is advancing several IT modernization projects to streamline program administration and enhance customer service. Central to this effort is replacing the legacy mainframe with a modern Integrated Eligibility System (IES) to support Medicaid, SNAP, and Adult Public Assistance (APA). The Medicaid modernization initiative is underway, with an RFP recently approved by CMS and set to go out for bid in SFY25 Quarter 2. The transition will begin with Non-MAGI Medicaid and APA programs, leveraging enhanced federal match opportunities. The SNAP system transition will follow, with its RFP planned after Medicaid and APA programs have moved off the legacy system. While the long-term timeline aims to transition all programs off the legacy system by 2028, SNAP modernization is targeted for completion in 2027. SNAP modernization will follow Medicaid because the Medicaid system is establishing the foundational platform, allowing the state to leverage a 90% federal match, which, once compliant, will enable additional federal funding for staffing and potentially support workforce growth.

DPA is also advancing complementary projects that improve administration and customer service. **ILINX Advanced Capture** automates the review of electronic documents received from clients, identifying specific document types (e.g., applications and reviews) and routing them to the appropriate work queue, reducing staff processing time and improving turnaround for clients. **Alaska Connect** is a self-service client portal that enables individuals to apply for services, review their status, update demographics, and access a calendar of events, providing a fast, convenient alternative while reducing administrative overhead. **Genesys Cloud** enhances the Virtual Call Center experience by displaying caller ID for outgoing calls, improving client response rates and reducing staff workload. **Qualtrics** is a survey tool used to collect feedback from both staff and clients, generating analytics that inform modernization efforts to improve service delivery. These initiatives reflect DPA's commitment to building a streamlined, responsive service framework. While the roadmap may suggest limited progress on SNAP and APA modernization, strategic adjustments have been made to prioritize Medicaid and APA transitions first, ensuring alignment with funding opportunities and operational requirements. The division remains focused on achieving these milestones and meeting the court's expectation of incremental progress, with major implementations completed by 2028.

Attachment 4 will be provided to the court monthly in compliance with the order: Attachment 4: Division of Public Assistance IT Modernization Roadmap.

C.    **Staffing Improvements**

    1.    **Overview of Staffing Improvements**

The Division of Public Assistance (DPA) is implementing comprehensive staffing improvements to address challenges in recruitment, retention, and operational efficiency. These efforts include offering consistent overtime opportunities, flexible scheduling options, and Letters of Agreement (LOAs) for non-overtime-eligible staff to ensure workload demands are met while maintaining a supportive work environment. Recruitment initiatives are underway to address a 20.9% vacancy rate in 2024, supported by enhanced onboarding and training programs, including multi-week curricula for eligibility case processing. Contractual support has been engaged, with roles approved by federal agencies to manage non-discretionary administrative tasks, reducing the burden on state employees. Continuous Quality Improvement Plans (CQIPs) and a Workforce Committee are in place to foster resilience, address emerging challenges, and ensure sustainable improvements. These combined strategies aim to stabilize and strengthen the DPA workforce, ensuring timely and accurate delivery of services to Alaskans.

    2.    **Merit State Staff**

The Division provides consistent opportunities for overtime to meet workload demands and ensure effective service delivery. For employees ineligible for overtime pay, Letters of Agreement (LOAs) have been established to provide compensation for additional hours worked. Flex-time agreements are also encouraged to offer non-overtime-eligible staff flexibility while supporting operational needs.

The Division Director regularly communicates with eligibility staff about overtime opportunities, emphasizing voluntary participation to address workload challenges. However, during critical periods, mandatory overtime may be required to meet program goals. While necessary, mandatory overtime can affect morale and potentially increase turnover if not carefully managed. Balancing operational needs with maintaining a supportive work environment remains a priority to retain a dedicated workforce.

The Division faces significant staffing challenges, with a 20.7% vacancy rate as of January 2025. High turnover has placed increased strain on remaining staff, escalating workloads. Ongoing recruitment and onboarding efforts aim to stabilize the workforce and improve operational capacity.

Attachment 5 will be provided to the court monthly in compliance with the order:

<u>Attachment 5: Distribution and Status of Eligibility Technician Positions</u>

### 3. Non-Merit Contract Staff

Federal law requires that Medicaid and Supplemental Nutrition Assistance Program (SNAP) eligibility determinations be conducted by state employees hired through a civil service merit process. Eligibility workers collect and verify information for new applications, renewals, and reported changes, handling both Medicaid and SNAP applications with similar eligibility rules. This dual role demands weeks of training for basic processing and years to master complex policies.

To improve efficiency, the Centers for Medicare & Medicaid Services (CMS) and Food and Nutrition Services (FNS) permit contractors to perform specific non-discretionary administrative tasks. These tasks include the intake of applications and

verifications, follow-ups on missing information, providing status updates through call centers, and other administrative duties that support eligibility determinations.

With approval from both CMS and FNS, the Division has engaged contracted support for the Virtual Contact Center and non-merit staff duties.

Attachment 6 will be provided to the court monthly in compliance with the order:

Attachment 6: Distribution and Status of Contracted Staff

## 4. Training

The Division of Public Assistance is currently engaged in intensive training programs to address staffing needs and improve efficiency in eligibility case processing. This report outlines the training timelines, cohort details, and staffing outcomes, supplemented by data on new hires, recruitment efforts, and Position Control Number (PCN) statuses.

*Eligibility Training* — With support from Change Innovation Agency, the Division evaluated its training unit and implemented adjustments to enhance worker training and reduce the time required to prepare staff for processing cases. The primary training program currently in place is the Modified Adjusted Gross Income (MAGI) Medicaid and Supplemental Nutrition Assistance Program (SNAP) training. This program spans ten weeks, taking staff from onboarding to production readiness. The timeline is structured as follows:

- **Week 1:** Division orientation
- **Week 2:** System preparation—familiarization with operational systems
- **Weeks 3-4:** Virtual instructor-led training for MAGI

- **Weeks 5-6:** On-the-job (OJT) training for MAGI processing, transitioning to SNAP
- **Weeks 7-8:** Virtual instructor-led training for SNAP
- **Weeks 9-10:** OJT for SNAP and MAGI/SNAP processing

By Week 10, staff are expected to independently handle cases, albeit with some assistance.

*Training Cohorts* — The Division is currently running three concurrent MAGI/SNAP training cohorts, with a fourth cohort scheduled to begin in January 2025. To expand training efforts, plans are also being developed for other programs, including Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP). The training schedule is tracked through a dashboard,

Attachment 7 will be provided to the court monthly in compliance with the order: Attachment 7: Training Schedule and Cohort Status.

## 5.     Continuous Improvement

The Division of Public Assistance (DPA) Continuous Quality Improvement Plan (CQIP) is a strategic framework that ensures compliance with state and federal standards while improving service delivery and enhancing workforce resilience. By integrating employee feedback and expert recommendations, the CQIP drives measurable improvements through a three-tiered system: Task Committees addressing specific priorities, the Quality Improvement Workgroup overseeing performance and system changes, and the Quality Improvement Steering Committee providing high-level

oversight. This collaborative approach strengthens program outcomes, fosters a supportive workplace, and ensures timely, accurate services for Alaskans.

*Workforce Committee Overview* — The Workforce Committee plays a vital role in building a resilient and effective workforce. It addresses recruitment, retention, and professional development while fostering a supportive workplace culture aligned with DPA's mission. Initiatives include improved communication, enhanced recognition programs, training opportunities, and infrastructure upgrades, guided by employee feedback. The committee uses targeted subcommittees to tackle emerging workforce challenges, ensuring staff are equipped and motivated to deliver quality services.

## 6.    Class Study

On July 8, 2024, the Department of Health received approval for a job classification study on the following job classes: Eligibility Technician 1-4 and Eligibility Office Manager.  Job classification studies include a comprehensive review of work being performed to update the job class, review salary alignment, and ensure positions are allocated to the appropriate job class.

The Eligibility Technician 1-4 and Eligibility Office Manager job classification study has not yet started.  There are currently 11 other job class studies underway and two other studies (Wildland Firefighter – Fire Management Offices, and Mail Services Job Class Series) in the queue ahead of the Eligibility Technician 1-4 and Eligibility Office Manager study.  As of January 2025, an anticipated start/end date for the Eligibility Technician 1-4 and Eligibility Office Manager class study was not available from the Department of Administration.

# IV. Efforts to streamline administration of programs

## A. Workload Management Matrix

The Workload Management Matrix, modeled after the SNAP Workload
Management Matrix provides an overview of additional efforts the Department is
undertaking to simplify administration of public assistance programs. The Food and
Nutrition Service (FNS) recognizes that many Supplemental Nutrition Assistance
Program (SNAP) state agencies are managing large caseloads with limited resources and
that the impacts of the COVID-19 federal public health emergency (PHE) continue to
strain state resources, making it challenging to return to pre-pandemic operational
capacity. To assist state agencies in addressing these issues, FNS has provided a SNAP
Workload Management Matrix as a resource.

The Workload Management Matrix outlines the options, process improvements,
and administrative and demonstration waivers that the state is implementing, considering,
or has determined are not viable for Alaska to manage its workloads effectively.

Attachment 2 will be provided to the court monthly in compliance with the order:
Attachment 2. Workload Management Matrix specifically line 27, provides updates on
Implementing Broad-Based Categorical Eligibility (BBCE).

### 1. Example of efforts included in the SNAP Workload Management Matrix

*Elderly Simplified Application Project (ESAP)* — Department of Health, Division
of Public Assistance, requested and received federal approval to implement an Elderly
Simplified Application Project (ESAP) demonstration project. This demonstration project

Page 14 of 44

went into effect December 1,2024. ESAP is for SNAP households where all adults are aged 60 or older or have a disability as defined by the Food and Nutrition Service (FNS). With ESAP:

- Certification period lasts 36 months
- No interim report is required during the certification period
- No interview is needed when recertifying unless questions arise or the household requests an interview

*Broad Based Categorical Eligibility (BBCE)* — Alaska is implementing Broad-Based Categorical Eligibility (BBCE) for the Supplemental Nutrition Assistance Program (SNAP) starting July 1, 2025. BBCE is a policy that allows most households to qualify for SNAP benefits if they receive certain non-cash services funded by Temporary Assistance for Needy Families (TANF) or state Maintenance of Effort (MOE) programs.

To support this implementation, Alaska has submitted system work requests to update the legacy mainframe system to accommodate BBCE requirements. Additionally, DPA is amending the policy manual, developing training materials and job aids for staff, and preparing a communication plan along with notices for households. These comprehensive efforts aim to ensure a smooth and effective rollout of the program.

*Streamlining SNAP Access in Rural Alaska* — To ensure timely delivery of benefits to Alaskans, DPA is seeking to exercise the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas. While DPA works through the final details with Food and Nutrition Services (FNS), the plan includes postponing application interviews under federal authority. Eligibility Technicians will attempt interviews through cold calls, and if

unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval. Benefits are certified for 1–2 months, with interviews required within this period to maintain benefits. Specific notices will ensure compliance and track usage of this regulatory flexibility.

## V. Conclusion

The Appendix reports will be submitted to the Court on the first Monday of each month, reflecting data from two months prior to ensure accuracy and thorough review. For instance, December data will be gathered and analyzed internally in January, with the finalized report provided to the Court on February 1st or the next business day. This reporting process supports the State of Alaska Department of Health's commitment to meeting court-ordered requirements, maintaining transparency, and addressing delays in processing Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA) applications. These efforts highlight ongoing compliance measures and reflect the Department's dedication to timely and accurate reporting.

# Attachment 1: Food and Nutrition Services email to Director, Benchmark for ATP CAP, 10.8.2025

| | |
|---|---|
| **From:** | Bourne, Jacqueline - FNS |
| **To:** | Etheridge, Deb J (DOH) |
| **Cc:** | Dablemont, Tracie L (DOH); Davis, Christina L (DOH); Luchini, Lydia (DOH); Milbourne, Shaunte" - FNS; Thompson, Cheryle - FNS; Tobin, Charles - FNS; McGraw, Rebecca A (DOH); Bailey, Tasha Y (DOH); Stovall, Rebecca L (DOH) |
| **Subject:** | Benchmark for APT CAP |
| **Date:** | Wednesday, January 8, 2025 11:37:14 AM |

> **CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Deb and Team-

We just wanted to check-in and follow up on your APT CAP progress prior to our next timeliness call. As FNS monitors your CAP we expect to see continuous improvement in your timeliness rates. Since AK DPA had a backlog of cases that needed to be processed, as we monitored your CAP and met with your team monthly, the focus has been on getting this backlog cleared. FNS's updated *Guidance for Improving State Agency Application Processing Timeliness Rates: Standardizing the Escalation Process* issued August 2, 2023 (Updated August 1, 2024), outlined the steps FNS will take to monitor and engage State agencies with poor SNAP APT rates. Step 2 in this process outlines how FNS will monitor CAP progress through benchmarks. FNS will set the benchmark(s) and associated timeframes through review of current and historical APT data including the State agency's history of APT CAPs. The benchmarks will require a state agency to improve its APT rate by a certain percentage every set number of months.

The minimum benchmark for improvement shall be at least 5 percentage points every 6 months. When setting benchmarks, FNS will consider realistic progress that a State agency can make within a specified timeframe taking into consideration current State agency initiatives. As I mentioned, these benchmarks were not set previously due to the backlog of applications.

Based on recently submitted state reported data, AK DPA's APT is 71%. FNS is setting a benchmark of 75% by 06/2025, and for AK to clear its application backlog.

FNS will release the State agency from the APT CAP when the State agency has a FNS APT rate of 95 percent for two consecutive quarterly reports or State agency data following the *State Timeliness Agency Data Protocol* validated by FNS shows an APT rate of 95 percent for 6 consecutive months. If there is a significant discrepancy between the FNS and State APT rates where one rate falls below 95 percent, FNS will investigate further prior to releasing the State agency. FNS will send the State agency a letter releasing the State agency from the APT CAP.

## Attachment 2: Workload Management Matrix

| | FNS Recommendation | Status | Status |
|---|---|---|---|
|  | **Dept of Health status update to USDA Food Nutrition Services (FNS) Workload Management Matrix**<br>**and additional State Initiatives** |
| 1 | **FNS Regional Office Assistance with QC Case Completion** | **Implemented** | December 2022 instituted regular meetings. |
| 2 | **Same Day Service Interviews** | **Implemented** | Emphasizing same-day service interviews aligns with our Business Process Redesign philosophy. Balancing staff capacity as we reopen offices and clear the backlog of applications. Juneau, Bethel, Kodiak, Kenai and Homer offer same day service, including interviews. Rolling out to the remaining 5 DPA offices. |
| | | | Bethel – implemented August 2023 |
| | | | Juneau – implemented 11/13/2023. |
| | | | Kodiak – implemented 11/27/2023. |
| | | | Kenai – implemented 01/25/2024. |
| | | | Homer – implemented 01/25/2024. |
| | | | Wasilla – implemented 03/18/2024. |
| | | | Fairbanks – implemented 07/8/2024. |
| | | | Ketchikan – implemented 08/27/2024 |
| | | | Anchorage – implemented 11/18/2024. |
| 3 | **Targeted Interviewing and Case Processing** | **Implemented** | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |
| 4 | **Fully Implementing Allowable Activities for Non-Merit Personnel** | **Implemented** | April 2023 the division contracted out the Virtual Contact Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs |

| | | | that have auto adjudicated eligibility within the ARIES database. |
|---|---|---|---|
| | | | FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |
| 5 | **Extending Certifications to 12 Months** | **Implemented** | Effective June 2023, SNAP certification periods have been extended to 12-months. These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period. |
| | | | Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| 6 | **Electronic Case Filing or Document Management** | **Implemented** | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| 7 | **Compromise Claims and Termination of Claims** | **Implemented** | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim. |
| | | | If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows: |
| | | | Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months). |
| | | | Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |

| 8 | **Simplified Self Employment Deduction Standard** | **Implemented** | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self-employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
|---|---|---|---|
| 9 | **Streamline Data Matches** | **Implemented** | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |
| 10 | **Streamline Verification Requirements** | **Implemented** | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify: |
| | | | 1. Gross nonexempt income, |
| | | | 2. Alien eligibility, |
| | | | 3. Utility expenses, |
| | | | 4. Medical expenses, |
| | | | 5. Social security numbers, |
| | | | 6. Residency, |
| | | | 7. Identity, |
| | | | 8. Disability, |
| | | | 9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC, |
| | | | 10. Household composition, |
| | | | 11. Students, |
| | | | 12. Legal obligation and actual child support payments, and |
| | | | 13. Additional verification for able-bodied adults subject to the time limit. |
| | | | 7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |

| 11 | **Telephonic and Electronic Signatures** | **Implemented** | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications. |
|---|---|---|---|
| | | | Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms. |
| | | | In process: Improve signature capture via the phone. |
| 12 | **Telephonic Interviews** | **Implemented** | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship. |
| | | | FNS approved state plan option. |
| 13 | **Voluntary Employment and Training Program** | **Implemented** | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. |
| 14 | **Call Centers** | **Implemented** | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications. |
| | | | In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |
| 15 | **Real-Time Data Access Services** | **Implemented** | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (IEVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for |

| | | | identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |
|---|---|---|---|
| 16 | **Recertification Interview for Certain Elderly/Disabled Member Households** | **Implemented** | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forego the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2024 through 05/31/2026. |
| 17 | **Reinstatement of Eligibility** | **Implemented** | Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| 18 | **Business Process Reengineering (BPR)** | **Implemented** | Contract with Change Innovation Agency (C!A) to guide DPA Business Process Redesign and the reopening of DPA offices. |
| | | | 1. C!A is providing staffing pattern recommendations. |
| | | | 2. C!A is recommendations for training program to expedite staff |

| | | | onboarding while maintaining high-quality case processing standards have been implemented. |
| | | | 3.      C!A will evaluate policy unit to identify business process redesign opportunities. |
| | | | Document and process between policy decision and operational implementation. |
| 19 | **Online Applications** | **Implemented** | SNAP application available on MyAlaska platform and/or Dept of Health website. |
| | | | Integrate online Interim Report Form for ongoing SNAP. |
| 21 | **Online Self-Service Portal** | **Implemented** | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process. |
| | | | Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. **Note:** Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| 22 | **Elderly Simplified Application Project (ESAP)** | **Implemented** | Department of Health, Division of Public Assistance, requested and received federal approval to implement an Elderly Simplified Application Project (ESAP) demonstration project. Launched 12/1/25. |
| | | | ESAP is for SNAP households where all adults are aged 60 or older or have a disability as defined by the Food and Nutrition Service (FNS). With ESAP: |
| | | | -Certification period lasts 36 months instead of 24 |
| | | | -No interim report is required during the certification period |

| | | | -No interview is needed when recertifying unless questions arise or the household requests and interview |
|---|---|---|---|
| 23 | **Notice of Agency Caused Delay** | **Implementing** | Final work request submitted to implement automated notifications for agency-caused delays on January 9, 2025. These notices will be generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed: on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday. Launch end of February, 2025. |
| 24 | **Reviewing and Streamlining the SNAP Application** | **Implemented** | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |
| 25 | **E-notices** | **Implementing** | Contractor implementing e-notices (text messaging). Launched March 13, 2024. |
| | | | Launch electronic notices. Launch 1st Quarter 2025. |
| 26 | **Advance Capture (Intelligent Scanning)** | **Implementing** | DPA is amending ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality will categorize documents. Phase 1, for auto recognition and workflow for Application and Renewal forms Q4 2024. Additional forms rolled out in FY2025. |
| 27 | **Implementing Broad-Based Categorical Eligibility (BBCE)** | **Implementing** | BBCE removes the asset test requirement. BBCE can simplify administrative processes. |
| | | | ·     FNS provide Technical Assistance - increments. |
| | | | o   Amend/Remove resource limits requirements – no system change. |

| | | | o  Set the income threshold (Gross Income Limit maximum at 200% of the Federal Poverty Level) in EIS – requires system change. |
|---|---|---|---|
| | | | ·   Work request and planning in place to implement within legacy system. The shift off of legacy system to the integrated eligibility enrollment system will include BBCE programing. Launch July 2025 – January 2026 |
| 28 | **Standard Medical Deductions (SMDs)** | **Implementing** | FNS is approving the Alaska SMD demonstration waiver for a 4-year period, beginning August 1, 2025, and expiring July 31, 2029, under the attached terms and conditions.. |
| 29 | **Streamlining SNAP Access in Rural Alaska** | **Implementing** | To ensure timely delivery of benefits to Alaskans, we are seeking to exercise the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval. |
| 30 | **Automated Voice Response/Interactive Voice Response System** | **Planning to Implement** | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the contact center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration) |
| | | | Genesis is the VCC platform that connects can connect with Qualtrics as an example. |
| 31 | **Revise Notices for Clarity** | **Planning to Implement** | Technical assistance is being received to revise notices for clarity, although limitations posed by the mainframe system [old IT system – Eligibility |

| | | | Information System (EIS)] hinder our efficiency in this regard. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online, the notices will be improved. Launch SFY25 |
|---|---|---|---|
| 32 | **Transitional SNAP** | **Planning to Implement** | Implementation is being evaluated as BBCE may address the benefit cliff and have a higher income limit. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online implement transitional SNAP program. |
| 33 | **Bots/Robotic Process Automation** | **Planning to Implement** | DPA is amending ImageSource contract to implement bots and robotic processes, a part of the online SNAP application. Phased implementation to align with other projects. |
| 34 | **Check-in Kiosks** | **Planning to Implement** | DPA plans implement check-in kiosks at the University Center, in Anchorage. Will evaluate utility in other larger offices. |
| 35 | **Average Student Work Hours** | **Considering** | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will explore this option to determine if it is a valuable change. |
| 36 | **Online Identity Verification** | **Considering** | Alaska does not currently have the ability to do this. It requires a third-party vendor to authenticate a SNAP applicant by using a set of multiple-choice questions based on electronically matched public records. Alaska's identity verification policy allows for staff to use multiple available interfaces, any document that reasonably establishes the individual's identity, or collateral contact with someone that can identify the applicant. |
| 37 | **Stagger Certification Periods** | **Considering** | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |

| 37 | **Targeted Team Focus on SNAP** | **Not an option in Alaska** | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs. |
| --- | --- | --- | --- |
| | | | Business Process Resign created a team that focuses on SNAP backlog applications. |
| 39 | **On-Demand Interviews** | **Not an option in Alaska** | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is in full compliance with FNS Interview requirements. |
| 40 | **Case Banking** | **Not an option in Alaska** | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the Long-Term Care cases but uses statewide caseload management for everything else. |
| 40 | **Change Processing Unit** | **Not an option in Alaska** | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased handling of cases, potentially causing delays in DPA workload. |
| 42 | **Verification Unit** | **Not an option in Alaska** | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce situation. Alaska did try this in 2003 (EIOP) and it was not successful. |

## Attachment 3: Backlog Dashboard with Detail

| Backlog Summary Tab |
|---|

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

**Columns**

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).

**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.

**Total:** Total backlog count across all time buckets.

| Timeliness Summary Tab |
|---|

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).

**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

| SNAP Backlog Detail Tab |
|---|

**Purpose:** Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.

**Columns**

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.

**Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

**Purpose:** Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

**Columns**

**Program Categories:** Breaks out APA applications and recertifications.

**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.**

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab

**Purpose:** Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development: At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has deployed IT**

**resources to troubleshoot the issue however, we have been unable to identify the root cause as of this submission date.**

**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**

| | |
|---|---|
| **Month:** Identifies the calendar month related to the data in the row | |
| **Prev six:** Aggregate data for the six months prior to the report month | |

**Columns:**

    **Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)

    **Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All approvals)

    **Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Backlog Applications/Recertifications - _Updated 01/30/2025_** | | | | | | | | | | | | | | | |
| **Adult Public Assistance** | - | 70 | 79 | 76 | 39 | 21 | 21 | 18 | 13 | 1 | 4 | 1 | - | 1 | 344 |
| **Food stamps (applications, expedites & recertifications)** | 514 | 264 | 595 | 1,552 | 1,025 | 387 | 1 | - | 1 | - | - | - | - | - | 4,339 |
| _Food Stamps (Expedite Applications)_ | _514_ | _9_ | _2_ | _-_ | _1_ | _-_ | _-_ | _-_ | _-_ | _-_ | _-_ | _-_ | _-_ | _-_ | _526_ |
| _Food Stamps (non-Expedite Applications)_ | _-_ | _166_ | _301_ | _680_ | _437_ | _132_ | _-_ | _-_ | _1_ | _-_ | _-_ | _-_ | _-_ | _-_ | _1,717_ |
| _Food Stamps (Recertifications)_ | _-_ | _89_ | _292_ | _872_ | _587_ | _255_ | _1_ | _-_ | _-_ | _-_ | _-_ | _-_ | _-_ | _-_ | _2,096_ |
| **Total** | 514 | 334 | 674 | 1,628 | 1,064 | 408 | 22 | 18 | 14 | 1 | 4 | 1 | 0 | 1 | 4,683 |

**State of Alaska Dept. of Health – Division of Public Assistance**

**SNAP and APA Timeliness - Report Date February 2025**

| Timely Actions July 2024 - December 2024 | |
|---|---|
| **Program** | **Percent Timely** |
| **SNAP Applications and Recerts** | **15,845** |
| SNAP Overall Timlieness over last six months | 60% |
| SNAP Expedite applications | 77% |
| SNAP Initial applications | 67% |
| SNAP Recert applications | 35% |
| **Placeholder for APA Data** | |
| **Application Decision Cycle Time July 2024 - December 2024** | |
| **Program** | **Average Days** |
| SNAP | 30 |
| Placeholder for APA Data | |

Case 3:23-cv-00044-SLG   Document 80-1   Filed 02/03/25   Page 32 of 45



SNAP & APA Timeliness July - December 2024

| | |
|---|---|
| SNAP Recert applications | 35% |
| SNAP Initial applications | 67% |
| SNAP Expedite applications | 77% |

| SNAP Backlog Detail | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
| **SNAP Total (Applications and Recerts** | **514** | **264** | **595** | **1,552** | **1,025** | **387** | **1** | **-** | **1** | **-** | **-** | **-** | **-** | **-** | **4,339** | **856** | **3483** | **2024-06-28** |
| *SNAP (Expedite > 7 days)* | *514* | *9* | *2* | *-* | *1* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | 526 | 513 | 13 | 2024-10-11 |
| *SNAP (non-Expedite Applications)* | *-* | *166* | *301* | *680* | *437* | *132* | *-* | *-* | *1* | *-* | *-* | *-* | *-* | *-* | 1,717 | 226 | 1491 | 2024-06-28 |
| *SNAP (Recertifications)* | *-* | *89* | *292* | *872* | *587* | *255* | *1* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | 2,096 | 117 | 1979 | 2024-08-09 |

| APA Backlog Detail | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
| **APA Total (Applications and Recerts** | - | **28** | **32** | **60** | **52** | **29** | **23** | **28** | **21** | **15** | **8** | **6** | **1** | - | **344** | **187** | **157** | **2023-01-10** |
| *APA Applications* | - | *28* | *32* | *60* | *52* | *29* | *23* | *28* | *21* | *15* | *8* | *6* | *1* | *-* | 344 | **187** | **157** | **2023-01-10** |
| *APA Recertifications* | | | | | | | | | | | | | | | 0 | | | |

Page 33 of 44

Case 3:23-cv-00044-SLG    Document 80-1    Filed 02/03/25    Page 34 of 45

| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Prev. 6mo Total | 5,712 | 3,829 | 67% | 4,926 | 3,769 | 77% | 5,207 | 1,839 | 35% | 15,845 | 9,437 | 30 | 60% |

Table title: **Alaska Supplemental Nutrition Assistance Program Timeliness**



**Alaska Adult Public Assistance Timeliness--Placeholder**
**In process of developing data collection programming for this metric**

At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has deployed IT resources to troubleshoot the issue however, we have been unable to identify the root cause as of this submission date.

# Attachment 4: Division of Public Assistance IT Modernization Roadmap



| Project name | Project Description |
|---|---|
| Alaska Childcare Information System AKCCIS | We recently implemented a cloud based Child Care Information System - Alaska Childcare Information System (AKCCIS) to service the unique administrative and service needs for Alaskan children.<br><br>Additional functionality provides on-line application for services/benefits for clients and providers, reducing administrative overhead and related cost for the State, and providing a convenient, fast, self-service option for our clients. |
| ATAP and State Only Programs | This modernization project is to develop and deploy a modern, cost efficient Integrated Eligibility System (IES) or module to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Alaska Temporary Assistance Program (ATAP) and General Relief Assistance (GRA). |
| Centralized Mailroom | The Centralized Mailroom project provides two benefits to both staff and clients:<br><br>• A centralized location for both incoming and outgoing mail, reducing the administrative burden and associated cost for field offices, and<br>• Automation for opening, storing, and digital routing of mail/returned mail (routed to the appropriate field office/staff to resolve the communication issue). |
| GenesysCloud Enhancements | We are currently using the Genesys Cloud system for our Virtual Call Center. This client experience enhancement facilitates 'Caller ID' display to our clients for incoming calls from our Virtual Call Center providing improved client response to benefit related calls and reducing the time, administrative overhead, and cost of manual calls from our staff (often multiple attempts).<br><br>Additionally, we are implementing single sign-on capabilities to our Genesys Cloud application, providing our staff with a seamless experience across the many applications needed to service our clients. |
| IEVS - Automated Asset Verification | This staff efficiency project is to automate requests for reports from the Eligiblity/Asset Verification system eliminating the need for Eligibility staff to manually request reports, saving time and associated cost to the State. |
| ILINX - Advanced Capture | This staff efficiency project uses ILINX - Advanced Capture feature to automatically review electronic documents received from clients to find specific document 'types' (Applications, Review), then moves the documents to the appropriate work queue for our staff to process. This reduces staff time (sorting/organizing documents received that require action) and related cost to the State and improving overall turn-around time for the client. |
| ILINX - Alaska Connect | Alaska Connect is a self-service client portal. The portal provides our clients access to: initial Application for service/benefits, review status, demographic updates, calendar of events, etc.<br><br>The Alaska Connect portal provides a fast, easy, and convenient option for clients to access and/or update their information. Additionally, Alaska Connect reduces administrative overhead and related cost to the State. |
| ILINX - Analytics Dashboards | This ILINX feature facilitates visibility to vital statistics such as application volume by program on a weekly basis via Reports and Dashboards; provides necessary information for staff management and response, such as shifting resources where they are needed based upon volume. |
| ILINX / Current Integration | This staff efficiency project will integrate our worfflow management tool (Current) with our document management system (ILINX) to facilitate autmated 'task' generation for staff. Necessary administrative and care coordination 'tasks' are generated for the staff based upon the receipt of various document/image types in the document management system improving staff efficiency, and overall client experience. |

Page 37 of 44

| ILINX - E-Forms | The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff. |
| --- | --- |
| | Current e-forms to be worked on: Application for Services, Heating Assistance Application, Burial Assistance Application, and Eligibility Review Form |
| ILINX - VCC Telephonic Migration | This staff efficiency project is to integrate the Virtual Call Center system (Genesys Cloud) with the Electronic Document Management System (ILINX) to facilitate capturing, condensing and storing 'voice signatures' in our document management system. This reduces the administrative burden (time) on staff and reduces the related cost to the State. |
| ILINX - Workservices Contractors in ILINX - On Hold | ILINX - Workservices Contractors in ILINX - On Hold |
| LIHEAP System Replacement | Low Income Heating Assistance Program (LIHEAP) is currently on the ECOS system which is maintained by a contractor - JAI. This contractor's contract is due to expire July 2025; we plan to go out for competitive bid for a new contract. AK is looking to replace the ECOS system to improve efficiencies, reduce cost and improve our client experience. We are in the process of developing a Request for Proposal (RFP) to assess our options. |
| Medicaid Modernization - Milestone 2 | This modernization project is to develop and deploy a modern, cost efficient Integrated Eligibility System (IES) to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Aged Blind and Disabled, Long Term Care, Waiver Medicaid, TEFRA, Additional Medicaid categories (Title IV-E, Residential Psychiatric Treatment, and MAGI-Spousal Support), and Hospital Presumptive Eligibility. |
| Parking lot | As the name implies, this is a holding spot for projects which have not yet been approved to move forward. |
| Qualtrics Implementation | Qualtrics is a survey tool that facilitates collecting feedback from our staff and clients, then returns the related analytics on the survey results. This data provides insight to steer our modernization development efforts toward meaningful improvements to both our staff and our clients. |
| SNAP and APA Modernization | This modernization project is to develop and deploy a modern, cost efficient Integrated Eligibility System (IES) to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA). |

**Attachment 5: Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions**



*Data provided by Division of Public Assistance Administration, 01/31//2025*

\*Definitions:

> **Field Eligibility Technician (ET):** Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.

> **Eligibility Technician 2 (ET 2)** Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.

**Eligibility Technician 3 (ET3)** Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.

**Eligibility Technician 4 (ET4)** Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.

**Eligibility Office Manager 1 (EOM1)** Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.

**Eligibility Office Manager 2 (EOM2)** Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.

**Permanent (Budgeted) Positions:** These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.

**Long-Term Non-Permanent (LTNP) Positions:** These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.

**PCN Recruiting:** The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.

**PCN Posted:** The position has been advertised, and applications are being accepted through the designated recruitment platform.

**PCN Interviewing:** Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.

**PCN Hire Pending:** A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.

**PCN Filled:** The position has been successfully filled, and the new hire has started or is scheduled to begin work.

**PCN Vacant:** The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.

# Attachment 6: Distribution and Status of Contracted Staff

| Position* | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Supervisors | 13 |
| Active Eligibility Associates | 95 |
| Inactive Staff/On Leave | 8 |
| **Total** | **118** |

*Data provided by Public Consulting Group, January 6, 2025*

*Position Descriptions:

**Call Center Manager:** The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.

**Quality Assurance Manager/Trainer:** The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.

**Supervisors:** The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.

**Active Eligibility Associates:** The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.

**Inactive Staff/On Leave:** Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangement*s.*

## Attachment 7: Training Schedule and Cohort Status

| Training Start Date | Training Name | Number of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 11/4/2024 | MAGI/SNAP [cohort 1] | 10 | 01/10/2025 | 8* |
| 11/18/2024 | MAGI/SNAP [cohort 2] | 9 | 01/24/2025 | 9 |
| 11/18/2024 | Workload | 3 | 11/22/2024 | 3 |
| 12/16/2024 | MAGI/SNAP [cohort 3] | 8 | 02/21/2025 | 8 |
| 01/20/2025 or 01/27/2025 | MAGI/SNAP [cohort 4] | 3+ | 02/2025 or 03/2025 | TBD** |
| 01/2025 TBD | APA/ APME | Up to 20 | TBD | 20 |
| 01/2025 TBD | Workload | 3+ | TBD | TBD |
| 03/1/2025 | HAP | Up to 7 | 04/1/2025 | Up to 7 |
| TBD | MAGI/SNAP [cohort 5] | Up to 40 | TBD | TBD*** |

Data provided by Chief of DPA Learning & Development, 01/06/2025
*One student from Cohort 1 is finishing with Cohort 2 due to pre-approved leave, and another is an Eligibility Operations Manager (EOM).
**Two new ET 2 LTNP staff started on 1/6, one will start on 1/14, at least five more are hire-pending, and training start dates are flexible to accommodate ongoing recruitment and interviews for multiple PCNs.
***Some vacant PCNs are in different stages of recruitment and have not been included elsewhere.