# Report on Compliance with Court-Ordered Requirements

SNAP/APA

State of Alaska, Department of Health

March 3, 2025

# Table of Contents

I. Introduction ..... 2

II. Federal Correspondence and Oversight ..... 2

III. Timely Processing of Applications ..... 3

A. Workload Data ..... 3

Data Dashboard ..... 3

B. System Modernization ..... 4

Overview of IT Modernization ..... 4

C. Staffing Improvements ..... 5

Overview of Staffing Improvements ..... 5

IV. Efforts to streamline administration of programs ..... 7

A. Workload Management Matrix ..... 7

V. Conclusion ..... 10

# I.     Introduction

This is the second monthly report submitted to the court. It provides an update on the actions taken by the State of Alaska Department of Health (DOH) to comply with court orders and address delays in processing Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA) applications. This report provides updates on the initial submission from February 2025.

As noted in the February report, each monthly update includes specific attachments. Any significant changes in these documents will be highlighted in the report narrative. The attachments included in this report are: Federal Correspondence and Oversight, Workload Management Matrix, Backlog Dashboard with Details, Division of Public Assistance IT Modernization Roadmap, Distribution and Status of Eligibility Technician Positions, Distribution and Status of Contracted Staff, and Training Schedule and Cohort Status.

# II.     Federal Correspondence and Oversight

Attachment 1 now includes key communications from federal agencies such as the Food and Nutrition Service (FNS) and the Centers for Medicare & Medicaid Services (CMS) that impact the department's responsibilities. These communications often introduce oversight requirements that necessitate significant operational changes, ongoing staff training, and system updates. These demands further strain existing resources and may hinder modernization efforts, affecting our ability to achieve greater efficiency. Despite these challenges, the Department of Health remains committed to

balancing compliance with effective service delivery, minimizing disruptions for Alaskans, and maintaining public trust.

The March report includes a letter from the U.S. Department of Agriculture (USDA) to state, tribal, territorial, and local governments, outlining priorities for modernizing and improving nutrition programs with a focus on integrity, efficiency, and accountability. The USDA emphasizes the importance of enhancing customer service, preventing fraud, supporting state-led pilot programs, modernizing technology, and enforcing clearer work requirements for SNAP recipients. The letter encourages states to adopt cost-conscious policies that promote healthier food choices, connect farmers to nutrition programs, and align dietary guidelines with scientific delivery.

# III. Timely Processing of Applications

## A. Workload Data

### Data Dashboard

The Backlog Dashboard provides a comprehensive overview of pending applications and recertifications across various public assistance programs. It categorizes cases into time buckets based on how long they have been awaiting processing, helping to prioritize work and allocate resources effectively. Key sections include a program summary, detailed breakdowns for the Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA), and critical metrics such as total backlog volume, cases pending action, and the dates of the oldest unprocessed applications. This tool is essential for monitoring performance, identifying bottlenecks, and driving efforts to reduce delays.

The data in the March Backlog Dashboard with Detail report reflects the Division's efforts to address the import review process delay, which previously affected the classification and registration of documents received via email and fax. As noted in last month's report, the Division launched a focused effort beginning the week of January 27 to resolve this issue, with the goal of achieving current processing status by the end of February. While overall backlog numbers have slightly decreased, the impact of these efforts is still evident in the timeliness data, particularly for SNAP application processing and recertifications. As a result, the court may observe variances in timeliness reports due to this backlog clearance initiative. Looking ahead, the Division anticipates continued improvements in processing efficiency, particularly for cases awaiting verification, which should enhance workload accuracy and improve service delivery. For further details, please see Attachment 3: Backlog Dashboard with Detail.

**B. System Modernization**

**Overview of IT Modernization**

Attachment 4 now includes updates on ILINX automation projects with ImageSource, aimed at streamlining document processing and improving service efficiency. Completed projects include automated document classification capabilities to reduce manual processing, integration with the Alaska Child Care Information System (AKCCIS) for statewide digital record access, and ILINX Smart Forms, which allow clients to submit applications, reports, and changes electronically. A **notable change** in this report is the **expanded Attachment 4**, which now provides a broader view of automation initiatives, enhancing transparency and tracking modernization progress.

Ongoing enhancements focus on increasing functionality and accessibility. A browser compatibility upgrade is in development to enable ILINX to operate across multiple web browsers. Automated processing of Virtual Call Center (VCC) recordings is currently in testing, with the goal of transcribing and clipping interviews to improve documentation and compliance. ImageSource is also developing analytics dashboards to provide real-time workload insights. Future initiatives include automating mail processing through a Digital Mailroom, expanding self-service options with additional Smart Forms, and improving long-term care workflow management.

DPA continues to advance modernization efforts in a way that aligns with funding and operational priorities. The phased approach allows for the strategic implementation of automation tools, beginning with Medicaid and APA transitions while ensuring continued service improvements for SNAP and other programs. These enhancements support greater efficiency, improved accessibility, and better service delivery, reinforcing the Division's commitment to meeting court expectations and strengthening overall program administration. The expanded Attachment 4 includes the IT modernization roadmap, detailed descriptions of automation projects, and progress updates on key initiatives.

## C. Staffing Improvements

### Overview of Staffing Improvements

The Division of Public Assistance (DPA) continues implementing staffing improvements to address recruitment, retention, and operational challenges. While

Attachments 5 and 6 have been updated, there are no significant changes from the prior month.

Efforts to stabilize the workforce remain ongoing, including consistent overtime opportunities, flexible scheduling, and Letters of Agreement (LOAs) for non-overtime-eligible staff. Recruitment initiatives are actively addressing vacancies, supported by enhanced onboarding and multi-week training for eligibility case processing.

**Merit State Staff**

Overtime opportunities remain available to manage workloads, with LOAs and flex-time options for ineligible staff. While voluntary overtime is preferred, mandatory overtime may be required during critical periods. Last month, the vacancy rate was inadvertently reported as 20.7%; the actual rate is 32%, which remains unchanged in this report. This continues to place significant strain on staff, making recruitment, training, and onboarding top priorities. Attachment 5 details the distribution and status of Eligibility Technician positions.

**Non-Merit Contract Staff**

Contract support continues for administrative functions, including application intake, verification follow-ups, and status updates, in compliance with CMS and FNS guidelines. Contractor staffing levels remain stable with no major changes. Attachment 6 outlines the distribution and status of contracted staff.

DPA remains committed to workforce stabilization and service improvements while ensuring compliance with federal and court-ordered requirements. Attachment 6 details the distribution and status of contracted staff.

**Training and Staffing Update**

The Division of Public Assistance (DPA) continues to implement structured training programs to support staff development and improve efficiency in eligibility case processing. As previously reported to the court in February, the MAGI/SNAP training program remains a comprehensive 10-week process that guides staff from onboarding to independent case management. This timeline includes division orientation, system preparation, virtual instruction, and on-the-job training (OJT) for both MAGI and SNAP cases, ensuring new staff are fully prepared to process cases by the end of the program.

Additional details regarding training for Adult Public Assistance (APA) and the Heating Assistance Program (HAP) are as follows:

Staff assigned to APA cases complete a two-week training program that builds on the foundational knowledge gained in MAGI and SNAP training. The first week consists of virtual instruction on APA policy and procedures, followed by a second week of OJT focused on APA-specific case processing.

Training for HAP is offered as a self-paced online course, allowing staff to complete it as needed.

There are no significant changes to the overall training structure from the previous month. However, updates include revised training dates and the number of staff in some cohorts. Updated training cohort data is provided in Attachment 7.

## IV. Efforts to streamline administration of programs

### A. Workload Management Matrix

Attachment 2: Workload Management Matrix has been updated to reflect the phased implementation of agency-caused delay notifications.

As stated in the February 2025 report, draft notices for agency-caused delays have been completed, and programming for this functionality is currently housed in the test version of the Eligibility Information System (EIS). To ensure a smooth implementation of automated agency delay notices while minimizing operational strain, the Division of Public Assistance (DPA) will phase in the rollout over several months. The process will begin by issuing daily notices for newly overdue cases—specifically, day 8 for Expedited Supplemental Nutrition Assistance Program applications (SNAP), a.k.a. XFS, and day 31 for regular SNAP applications.

To systematically address the backlog, the rollout will proceed in stages: In February, a one-time job will generate notices for applications delayed over 90 days. In March, another one-time job will expand to include applications delayed over 60 days. In April, the process will further expand to capture applications delayed over 30 days.

By April, all cases—both new and existing—will be managed through the automated notification process. The system will continue running daily to ensure all day 8 (XFS) and day 31 (SNAP) notices are processed in real time, ensuring timely communication with applicants.

To manage the expected surge in fair hearings following the implementation of agency-caused delay notices, the Division collaborated with the Chief Administrative Law Judge and Alaska Legal Services to establish an efficient process.

For hearings related to application processing delays, the Division will concede untimeliness and prioritize prompt processing. These hearing requests will be referred to the hearing authority and be assigned a status conference date rather than a formal hearing date. If a case remains unresolved after the first status conference, a follow-up may be scheduled.

The plan includes a triage day approach, where Administrative Law Judges will conduct grouped status conferences in quick succession, ensuring timely case review while maintaining fairness. If a case is resolved before or during the status conference but the respondent does not withdraw their hearing request, the Division seeks clarification on whether it can request dismissal.

Telephonic hearings will replace written status reports to improve information exchange and expedite resolutions. The Administrative Law Judge will set hearing timelines based on case specifics—allowing more time when additional information is needed and moving faster when it is not.

Disputes over eligibility or benefit amounts will require a separate hearing request, linked to the original timeliness request to ensure continuity.

To monitor and refine the process, another group meeting will be held in 3–4 weeks to assess its effectiveness and address any issues.

The Workload Management Matrix was updated to reflect changes. Line 23 now includes the phased approach for agency delay notifications. Other than this update, there are no significant changes to report for workload management this month. The Division remains on track to implement Broad-Based Categorical Eligibility (BBCE) in July 2025,

contingent on continued federal authority and sufficient technology and staffing capacity to support an anticipated increase in SNAP applications. The rural SNAP processing option remains on schedule for implementation in March 2025, with final coordination ongoing with FNS.

The Workload Management Matrix continues to guide efforts to simplify program administration, with no additional updates to BBCE this month. The Division remains focused on executing these initiatives as planned and ensuring smooth implementation.

## V.    Conclusion

This March report marks the second monthly submission to the court, detailing the State of Alaska Department of Health's ongoing efforts to meet court-ordered requirements and address delays in processing Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA) applications. The report builds upon the initial submission in February 2025 and includes updated attachments, with any notable changes highlighted in the narrative.

While there are no significant changes to report this month regarding staffing, training, or workload management, the Division continues to refine its approach to system modernization, backlog reduction, and workforce stabilization. The phased implementation of agency delay notifications remains on track, and updated training cohort data is provided for transparency. Additionally, Attachment 1 now includes significant federal correspondence that may impact operations, ensuring alignment with evolving regulatory expectations.

The Division remains committed to balancing compliance with effective service delivery, minimizing disruptions for Alaskans, and maintaining public trust. Continuous monitoring and refinement of workload management, staffing strategies, and IT modernization will guide efforts to improve processing efficiency and service accessibility in the months ahead.

# Attachment 1: Federal Correspondence and Oversight

THE SECRETARY OF AGRICULTURE
WASHINGTON, D.C.
20250-0100

February 13, 2025

Dear State, Tribal, Territory, and Local Government Partners,

First, thank you for your tireless work serving our most vulnerable families and communities. The scale and scope of the U.S. Department of Agriculture's (USDA, Department) 16 nutrition programs is vast, and their mission, critical. However, each of these programs is funded by the generosity of the American taxpayer; men and women who expect programs across every federal agency to be executed with integrity and accountability.

I write you today to share my guiding principles regarding nutrition programs, and to encourage States to partner with us as innovative collaborators and policy incubators. Gone are the days of the status quo; today starts a new chapter for the Department, States, territories, tribal communities, and each who render or receive nutrition programs.

Therefore, you have my commitment to:

- Prioritize timely and satisfactory customer service.
- Support State innovation through approvals of waivers and pilot projects.
- Clarify statutory, regulatory, and administrative requirements.
- Take swift action to minimize instances of fraud, waste, and program abuse.
- Develop and implement modernized systems.
- Associate access to SNAP benefits with clear expectations that those who can work, do.
- Create new opportunities to connect America's farmers to nutrition assistance programs.
- Encourage States to choose policy options that protect both participants and the taxpayer.
- Strengthen strategies to encourage healthy choices, healthy outcomes, and healthy families.
- Improve federal dietary policy to align with science, not politics.
- Infuse each nutrition program with new energy and vision.

Each of these principles are catalysts for change and will allow us to better serve families across the country.

We have a historic opportunity to improve nutrition programs to better serve individuals who need additional support. Our shared goal should be to lift millions of Americans out of dependency and into hopeful futures and unimagined possibilities. It will require tireless energy and new and innovative approaches to long-ignored problems. But you have always been the greatest "laboratories of democracy," and I am confident that the best ideas will come from you. I strongly encourage you to pilot creative solutions that could become the model for other states, and indeed for the nation.



THE SECRETARY OF AGRICULTURE
WASHINGTON, D.C.
20250-0100

The Department stands ready to serve you through technical assistance and dialogue. Together, we will find the bold and sustainable solutions that deliver effective programs to our most vulnerable families. I sincerely look forward to working closely with you and your teams, collaborating with you as we take a comprehensive look at these programs, visiting your communities, and putting American on a path to growth, opportunity, and innovation to dramatically improve the lives of our citizens.

Sincerely,

Brooke L. Rollins
Secretary
U.S. Department of Agriculture

# Attachment 2: Workload Management Matrix

**Dept of Health status update to USDA Food Nutrition Services (FNS) Workload Management Matrix and additional State Initiatives**

| | FNS Recommendation | Status | Status |
|---|---|---|---|
| 1 | FNS Regional Office Assistance with QC Case Completion | Implemented | December 2022 instituted regular meetings. |
| 2 | Same Day Service Interviews | Implemented | Emphasizing same-day service interviews aligns with our Business Process Redesign philosophy. Balancing staff capacity as we reopen offices and clear the backlog of applications. Juneau, Bethel, Kodiak, Kenai and Homer offer same day service, including interviews. Rolling out to the remaining 5 DPA offices.<br>✓ **Bethel – implemented August 2023**<br>✓ Juneau – implemented 11/13/2023.<br>✓ Kodiak – implemented 11/27/2023.<br>✓ Kenai – implemented 01/25/2024.<br>✓ Homer – implemented 01/25/2024.<br>✓ Wasilla – implemented 03/18/2024.<br>✓ Fairbanks – implemented 07/8/2024.<br>✓ Ketchikan – implemented 08/27/2024<br>✓ Anchorage – implemented 11/18/2024. |
| 3 | Targeted Interviewing and Case Processing | Implemented | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |
| 4 | Fully Implementing Allowable Activities for Non-Merit Personnel | Implemented | April 2023 the division contracted out the Virtual Call Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs that have auto adjudicated eligibility within the ARIES database.<br>FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |
| 5 | Extending Certifications to 12 Months | Implemented | Effective June 2023, SNAP certification periods have been extended to 12-months.<br>These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period.<br>Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| 6 | Electronic Case Filing or Document Management | Implemented | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| 7 | Compromise Claims and Termination of Claims | Implemented | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim.<br>If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows:<br>Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months).<br>Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |
| 8 | Simplified Self Employment Deduction Standard | Implemented | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self-employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
| 9 | Streamline Data Matches | Implemented | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |
| 10 | Streamline Verification Requirements | Implemented | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify:<br>1. Gross nonexempt income,<br>2. Alien eligibility,<br>3. Utility expenses,<br>4. Medical expenses,<br>5. Social security numbers,<br>6. Residency,<br>7. Identity,<br>8. Disability,<br>9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC,<br>10. Household composition,<br>11. Students,<br>12. Legal obligation and actual child support payments, and<br>13. Additional verification for able-bodied adults subject to the time limit.<br>7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |

| | | | |
|---|---|---|---|
| 11 | Telephonic and Electronic Signatures | Implemented | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications.<br><br>Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms.<br><br>In process: Improve signature capture via the phone. |
| 12 | Telephonic Interviews | Implemented | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship.<br><br>FNS approved state plan option. |
| 13 | Voluntary Employment and Training Program | Implemented | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. |
| 14 | Call Centers | Implemented | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications.<br><br>In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |
| 15 | Real-Time Data Access Services | Implemented | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (IEVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |
| 16 | Recertification Interview for Certain Elderly/Disabled Member Households | Implemented | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forego the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2024 through 05/31/2026. |
| 17 | Reinstatement of Eligibility | Implemented | Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| 18 | Business Process Reengineering (BPR) | Implemented | Contract with Change Innovation Agency (C!A) to guide DPA Business Process Redesign and the reopening of DPA offices.<br><br>1. C!A is providing staffing pattern recommendations.<br>2. C!A is recommendations for training program to expedite staff onboarding while maintaining high-quality case processing standards have been implemented.<br>3. C!A will evaluate policy unit to identify business process redesign opportunities.<br>Document and process between policy decision and operational implementation. |
| 19 | Online Applications | Implemented | SNAP application available on MyAlaska platform and/or Dept of Health website.<br>Integrate online Interim Report Form for ongoing SNAP. |
| 21 | Online Self-Service Portal | Implemented | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process.<br>Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. Note: Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| 22 | Elderly Simplified Application Project (ESAP) | Implemented | Department of Health, Division of Public Assistance, requested and received federal approval to implement an Elderly Simplified Application Project (ESAP) demonstration project. Launched 12/1/25.<br><br>ESAP is for SNAP households where all adults are aged 60 or older or have a disability as defined by the Food and Nutrition Service (FNS). With ESAP:<br>-Certification period lasts 36 months instead of 24<br>-No interim report is required during the certification period<br>-No interview is needed when recertifying unless questions arise or the household requests an interview<br>Updated 02/14/25 |

| | | | |
|---|---|---|---|
| 23 | Notice of Agency Caused Delay | Implementing | Final work request submitted to implement automated notifications for agency-caused delays on January 9, 2025. These notices will be generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed: on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday.<br>To mitigate operational challenges and avoid overwhelming both the Division's Fair Hearings staff and the Administrative Law Group (ALG), the Division of Public Assistance (DPA) will implement a phased approach to issuing the new automated notifications for agency-caused delays. This strategy ensures that overdue cases are addressed systematically while maintaining service continuity and preserving staff capacity to handle appeals and inquiries effectively.<br>**Phased Rollout Strategy**<br>Instead of generating all overdue notifications simultaneously—which would result in a massive one-time notice issuance—the Division will roll out the notifications in structured batches based on the length of case delays.<br>The proposed schedule is as follows:<br>• Month 1: Issue notifications for all applications delayed over 90 days.<br>• Month 2: Issue notifications for all applications delayed over 60 days.<br>• Month 3: Issue notifications for all applications delayed over 30 days.<br>By the fourth month, the system will be fully operational, with all newly overdue cases receiving automated notifications as scheduled (on day 31 for non-pended cases and day 8 for SNAP expedited cases). Launch end of February, 2025. **Update 02/14/2025** |
| 24 | Reviewing and Streamlining the SNAP Application | Implemented | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |
| 25 | E-notices | Implementing | Contractor implementing e-notices (text messaging). Launched March 13, 2024.<br>Launch electronic notices. Launch 1st Quarter 2025. |
| 26 | Advance Capture (Intelligent Scanning) | Implementing | DPA is amending ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality will categorize documents. Phase 1, for auto recognition and workflow for Application and Renewal forms Q4 2024. Additional forms rolled out in FY2025. |
| 27 | Implementing Broad-Based Categorical Eligibility (BBCE) | Implementing | BBCE removes the asset test requirement. BBCE can simplify administrative processes.<br>• FNS provide Technical Assistance - increments.<br>○ Amend/Remove resource limits requirements – no system change.<br>○ Set the income threshold (Gross Income Limit maximum at 200% of the Federal Poverty Level) in EIS – requires system change.<br>• Work request and planning in place to implement within legacy system. The shift off of legacy system to the integrated eligibility enrollment system will include BBCE programing. Launch July 2025 – January 2026 |
| 28 | Standard Medical Deductions (SMDs) | Implementing | FNS is approving the Alaska SMD demonstration waiver for a 4-year period, beginning August 1, 2025, and expiring July 31, 2029, under the attached terms and conditions.<br>Updated 02/14/2025 |
| 29 | Streamlining SNAP Access in Rural Alaska | Implementing | To ensure timely delivery of benefits to Alaskans, we are seeking to exercise the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval. DPA met with Food and Nutrition Service (FNS) on January 16, 2025 to discuss the regulatory authorities allowed to Alaska at 7 CFR 272.7. FNS will provide Alaska further requested clarification discussed in meeting in order to move forward.<br>Updated 02/14/2025 |
| 30 | Automated Voice Response/Interactive Voice Response System | Planning to Implement | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the call center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration)<br><br>Genesis is the VCC platform that connects can connect with Qualtrics as an example. |
| 31 | Revise Notices for Clarity | Planning to Implement | Technical assistance is being received to revise notices for clarity, although limitations posed by the mainframe system [old IT system – Eligibility Information System (EIS)] hinder our efficiency in this regard. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online, the notices will be improved.<br>Launch SFY25 |
| 32 | Transitional SNAP | Planning to Implement | Implementation is being evaluated as BBCE may address the benefit cliff and have a higher income limit. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online implement transitional SNAP program. |
| 33 | Bots/Robotic Process Automation | Planning to Implement | DPA is amending ImageSource contract to implement bots and robotic processes, a part of the online SNAP application. Phased implementation to align with other projects.<br>Updated 02/14/2025 |
| 34 | Check-in Kiosks | Planning to Implement | DPA plans implement check-in kiosks at the University Center, in Anchorage. Will evaluate utility in other larger offices.<br>Updated 02/14/2025 |
| 35 | Average Student Work Hours | Considering | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will explore this option to determine if it is a valuable change. |

| | | | |
|---|---|---|---|
| 36 | Online Identity Verification | Considering | Alaska does not currently have the ability to do this. It requires a third-party vendor to authenticate a SNAP applicant by using a set of multiple-choice questions based on electronically matched public records. Alaska's identity verification policy allows for staff to use multiple available interfaces, any document that reasonably establishes the individual's identity, or collateral contact with someone that can identify the applicant. |
| 37 | Stagger Certification Periods | Considering | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |
| 37 | Targeted Team Focus on SNAP | Not an option in Alaska | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs.<br>Business Process Resign created a team that focuses on SNAP backlog applications. |
| 39 | On-Demand Interviews | Not an option in Alaska | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is in full compliance with FNS Interview requirements. |
| 40 | Case Banking | Not an option in Alaska | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the Long-Term Care cases but uses statewide caseload management for everything else. |
| 40 | Change Processing Unit | Not an option in Alaska | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased handling of cases, potentially causing delays in DPA workload. |
| 42 | Verification Unit | Not an option in Alaska | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce situation. Alaska did try this in 2003 (EIOP) and it was not successful. |

# Attachment 3: Backlog Dashboard with Detail

## Backlog Summary Tab

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

**Columns**

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).

**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.

**Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).

**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public

Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

## SNAP Backlog Detail Tab

**Purpose:** Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.

**Columns**

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.

**Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

**Purpose:** Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

**Columns**

**Program Categories:** Breaks out APA applications and recertifications.

**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.**

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab

**Purpose:** Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Agregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development: At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has deployed IT resources to troubleshoot the issue however, we have been unable to identify the root cause as of this submission date. .**

**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

State of Alaska Dept. of Health – Division of Public Assistance

SNAP and APA Timeliness - Report Date March 2025

| Timely Actions July 2024 - January 2025 | |
|---|---|
| **Program** | **Percent Timely** |
| **SNAP Applications and Recerts** | **15,146** |
| SNAP Expedite applications | 69% |
| SNAP Initial applications | 64% |
| SNAP Recert applications | 24% |
| **Placeholder for APA Data** | |

| Application Decision Cycle Time July 2024 - January 2025 | |
|---|---|
| **Program** | **Average Days** |
| SNAP | 33 |
| Placeholder for APA Data | |

## SNAP Backlog Detail - 02/13/2025

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SNAP Total (Applications and Recerts | 578 | 136 | 133 | 1,364 | 1,190 | 740 | 2 | 1 | - | - | - | - | - | 2 | 4,146 | 832 | 3314 | 2020-04-22 |
| *SNAP (Expedite > 7 days)* | *578* | *9* | *15* | *15* | *1* | - | - | - | - | - | - | - | - | - | 618 | 554 | 64 | 2024-11-01 |
| *SNAP (non-Expedite Applications)* | - | *111* | *69* | *606* | *564* | *243* | *1* | *1* | - | - | - | - | - | *2* | 1,597 | 195 | 1402 | 2024-08-30 |
| *SNAP (Recertifications)* | - | *16* | *49* | *743* | *625* | *497* | *1* | - | - | - | - | - | - | - | 1,931 | 83 | 1848 | 2020-04-22 |

## APA Backlog Detail - 02/13.2025

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APA Total (Applications and Recerts | - | 66 | 59 | 93 | 41 | 20 | 3 | 10 | 9 | - | 2 | - | - | 1 | 304 | 151 | 153 | 2024-02-07 |
| *APA Applications* | - | *65* | *56* | *91* | *41* | *20* | *3* | *10* | *9* | - | *2* | - | - | *1* | 298 | 151 | 147 | 2024-02-07 |
| *APA Recertifications* | - | *1* | *3* | *2* | - | - | - | - | - | - | - | - | - | - | 6 | 0 | 6 | 2024-12-02 |

| Alaska Supplemental Nutrition Assistance Program Timeliness | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | 1,400 | 35 | 52% |
| **Prev. six month** | **5,732** | **3,672** | **64%** | **4,593** | **3,173** | **69%** | **4,821** | **1,172** | **24%** | **15,146** | **8,017** | **33** | **53%** |

Last updated 02/13/25

**Alaska Adult Public Assistance Timeliness  Placeholder**
**In process of developing data collection programming for this metric**

At this time we are experiencing an issue with one of our  timeliness data reports not capturing all data points required to generate this metric for the APA program.  The division has deployed IT resources to troubleshoot the issue however, we have been unable to identify the root cause as of this submission date.

# Attachment 4: Division of Public Assistance IT Modernization Roadmap





| Project name | Project Description |
|---|---|
| Alaska Childcare Information System AKCCIS | DPA recently implemented a cloud based Child Care Information System - Alaska Childcare Information System (AKCCIS) to service the unique administrative and service needs for Alaskan children.<br>Additional functionality provides on-line application for services/benefits for clients and providers, reducing administrative overhead and related cost for the State, and providing a convenient, fast, self-service option for our clients. |
| ATAP and State Only Programs | This modernization project is to develop and deploy a modern, cost efficient Integrated Eligibility System (IES) or module to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Alaska Temporary Assistance Program (ATAP) and General Relief Assistance (GRA). |
| Centralized Mailroom | The Centralized Mailroom project provides two benefits to both staff and clients:<br>• A centralized location for both incoming and outgoing mail, reducing the administrative burden and associated cost for field offices, and<br>• Automation for opening, storing, and digital routing of mail/returned mail (routed to the appropriate field office/staff to resolve the communication issue). |
| GenesysCloud Enhancements | DPA is currently using the Genesys Cloud system for our Virtual Call Center. This client experience enhancement facilitates 'Caller ID' display to our clients for incoming calls from our Virtual Call Center providing improved client response to benefit related calls and reducing the time, administrative overhead, and cost of manual calls from our staff (often multiple attempts).<br>Additionally, DPA is implementing single sign-on capabilities to our Genesys Cloud application, providing our staff with a seamless experience across the many applications needed to service our clients. |
| IEVS - Automated Asset Verification | This staff efficiency project is to automate requests for reports from the Eligiblity/Asset Verification system eliminating the need for Eligibility staff to manually request reports, saving time and associated cost to the State. |
| ILINX - Advanced Capture | This staff efficiency project uses ILINX - Advanced Capture feature to automatically review electronic documents received from clients to find specific document 'types' (Applications, Review), then moves the documents to the appropriate work queue for our staff to process. This reduces staff time (sorting/organizing documents received that require action) and related cost to the State and improving overall turn-around time for the client. |
| ILINX - Alaska Connect | Alaska Connect is a self-service client portal. The portal provides our clients access to: initial Application for service/benefits, review status, demographic updates, calendar of events, etc.<br>The Alaska Connect portal provides a fast, easy, and convenient option for clients to access and/or update their information. Additionally, Alaska Connect reduces administrative overhead and related cost to the State. |
| ILINX - Analytics Dashboards | This ILINX feature facilitates visibility to vital statistics such as application volume by program on a weekly basis via Reports and Dashboards; provides necessary information for staff management and response, such as shifting resources where they are needed based upon volume. |
| ILINX / Current Integration | This staff efficiency project will integrate our worfflow management tool (Current) with our document management system (ILINX) to facilitate autmated 'task' generation for staff. Necessary administrative and care coordination 'tasks' are generated for the staff based upon the receipt of various document/image types in the document management system improving staff efficiency, and overall client experience. |

| | |
|---|---|
| ILINX - E-Forms | The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff.<br><br>Current e-forms to be worked on: Application for Services, Heating Assistance Application, Burial Assistance Application, and Eligibility Review Form |
| ILINX - VCC Telephonic Migration | This staff efficiency project is to integrate the Virtual Call Center system (Genesys Cloud) with the Electronic Document Management System (ILINX) to facilitate capturing, condensing and storing 'voice signatures' in our document management system. This reduces the administrative burden (time) on staff and reduces the related cost to the State. |
| ILINX - Workservices Contractors in ILINX - On Hold | ILINX - Workservices Contractors in ILINX - On Hold |
| LIHEAP System Replacement | Low Income Heating Assistance Program (LIHEAP) is currently on the ECOS system which is maintained by a contractor - JAI. This contractor's contract is due to expire July 2025; DPA plans to go out for competitive bid for a new contract. DPA is looking to replace the ECOS system to improve efficiencies, reduce cost and improve our client experience. DPA is in the process of developing a Request for Proposal (RFP) to assess our options. |
| Medicaid Modernization - Milestone 2 | This modernization project is to develop and deploy a modern, cost efficient Integrated Eligibility System (IES) to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Aged Blind and Disabled, Long Term Care, Waiver Medicaid, TEFRA, Additional Medicaid categories (Title IV-E, Residential Psychiatric Treatment, and MAGI-Spousal Support), and Hospital Presumptive Eligibility. |
| Parking lot | As the name implies, this is a holding spot for projects which have not yet been approved to move forward. |

| | |
|---|---|
| Qualtrics Implementation | Qualtrics is a survey tool that facilitates collecting feedback from our staff and clients, then returns the related analytics on the survey results. This data provides insight to steer our modernization development efforts toward meaningful improvements to both our staff and our clients. |
| SNAP and APA Modernization | This modernization project is to develop and deploy a modern, cost efficient Integrated Eligibility System (IES) to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA). |





# State of AK, Dept. of Health
# Division of Public Assistance

## ILINX Automation Projects:
## Status Report

Report #2:

February 13, 2025



## Projects Completed to Date

| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| Automated Document Type Classification | 11/18/2024 | ILINX automatically reviews the electronic documents received via email by the public, looking for Applications and Reviews. If it finds an *Application or Review*, it moves the *Application or Review* to the **Priority** work queue. | • Reduced the review and classification of *Applications and Reviews*, by hundreds of hours, a week.<br>• Staff work *Applications and Reviews* first, striving to align to the SLA. |
| Childcare Assistance Program (CCAP): Provider and Family Eligibility | 9/27/2024 | Two ILINX applications were configured. ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can view the electronic documents by clicking an icon in AKCCIS. | • Productivity gain - access to electronic documents, statewide, from any office<br>• Productivity gains - staff work in one system, AKCCIS<br>• Reduction of printing costs<br>• Reduction of filing supplies costs<br>• Reduced risk associated with the loss of paper records due to fire, earthquake, water damage, etc. |
| Childcare Program Office: Licensing | 9/27/2024 | ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can view the electronic documents by clicking an icon in the AKCCIS. | • See above |
| Childcare Program Office: Accounting | 9/27/2024 | ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can review the electronic documents by clicking an icon in the AKCCIS. | • See above |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| ILINX Secure Document Upload | 03/13/2024 | A link on DPA's website was added to support an applicant/client's ability to securely upload documents required to support benefits determination. | • Easy to work with, client self-service. Clients/applicants can use the camera on their phone to upload pictures of their documents.<br>• Eliminated staff manual paper tasks -opening mail, scanning documents, and document classification. |
| Automated SMS/Email Notification | 03/12/2024 | Automated SMS/Text and email confirmation notices transmitted when client opts-in during all eForm submissions (SNAP Application, Interim Report, Change Report, Secure Document Upload) | • "Blackhole" - clients and applicants would call or submit duplicate paperwork as no confirmation was provided.<br>• Reduction of phone inquiries and duplicate submissions as clients who Opt In receive a confirmation email or text message. |
| USDS Consultation | 03/01/2024 | FNS sent USDS to AK to provide support – process and technology. ImageSource met to provide information and access (integrate) to the ILINX system. | • Minimize key data entry into multiple systems. DPA associate keys once, data is pushed to the eligibility system, supporting faster determinations. |
| Weekly Data Report: ILINX Utilization | 01.01.2024 – on going | Weekly data by volume for each configured customer for work processed through DPA ILINX solution. | • Provides DPA the ability to see where work is coming in, the volume of work by media and where process bottlenecks. |
| ILINX eForm: SNAP Application | 12/28/2023 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer | • Easy to work with, client self-service<br>• Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to SNAP Application from any device, any time and any location. |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| ILINX eForms: Color code by form type | 7/31/2024 | Numerous ILINX *smart forms* were configured so that clients and applicants could fill them out electronically from their phones, tablets, computers, etc. Besides the Title, staff would need to read through the eForm if they had been pulled off for a phone call, etc. | • Productivity gain- staff can easily identify the different eForms, allowing them to work per the proper process requirements. |
| ILINX Engage: Phase 1 Client Portal- *Alaska Connect* | 7/24/2024 | ILINX was configured for DPA's Alaska Connect Portal. All ILINX eForms, links to PDF forms and important information, are available through the experience. | • Easy to work with – applicant/client self-service and integrated with MyAlaska.<br>• Access to applications and documentation from any device, any time and any location. |
| ILINX eForm: Report of Change | 7/11/2024 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Easy to work with, client self-service<br>• Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to Report of Change from any device, any time and any location. |
| ILINX eForm: SNAP Interim Report | 5/6/2024 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Easy to work with, client self-service<br>• Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to SNAP Interim Report from any device, any time and any location. |


| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| | | to a question, only the necessary additional questions will be asked. | |

## Projects Inflight

| PROJECT NAME | PERCENT COMPLETE | PROJECT STATUS |
|---|---|---|
| ILINX eForm: All Programs Application | 75% | All Program application eForm configuration is complete, tested and accepted by DPA. The electronic application (eForm) has been submitted to FNS and CMS for approval. |
| ILINX Upgrade, ability to leverage browser agnostic ILINX interface (Flex). | 30% | 80% of DPA's ILINX content has been exported to support the ILINX upgrade. ImageSource continues to configure system so DPA can use any browser with ILINX. |
| Date Received for after hours, weekends, and holidays | | Error caused in auto date stamp when clerical mistakenly enters incorrect received date. Solutioning ways to automate the received date to recognize when an item is received after hours, weekends and holidays to push to next business per Policy. |
| Automatic resizing of emailed images | 75% | The public email attachments, rather than using the Secure Document portal. The attachments are often too large and error when trying to open them. Clerical is having to resize every attachment that is in an email, so they don't have to take time in trying to figure out which ones are too large. This process is reducing productivity and can be solutioned through automation. Finalize configuration for DPA testing/acceptance of solution. **Additional development work is underway as DPA discovered a bug in the code during initial testing. Testing expected to begin again Feb. 18.** |
| ILINX Cognitive Services: Automated processing of VCC Recordings | 75% | DPA is in testing the solution. ILINX is automatically converting the VCC recordings into a searchable document as well as clipping the entire recording (interview) to just the required portion, the attestation. |
| ILINX Analytics | 0% | ports and dashboards will be configured that illustrate statistics such as how many SNAP applications were processed this week. Preliminary requirements defined, to be configured when the software upgrade is complete. |
| CURRENT Integration | 0% | **Kick off meeting held 2/12/2025. First design meeting scheduled for 2/19/2025.** ILINX will be configured to push the data typed in by the DPA associate directly into CURRENT. The integration of ILINX and CURRENT greatly reduces the amount of data entry for DPA associates. ImageSource to re-engage with DPA and CIA in the next few weeks. |

## Projects Queued Up: Working through Procurement

| PROJECT NAME | PROJECT PURPOSE |
|---|---|
| Digital Mailroom | The purpose of this project is to automate the opening and routing of returned mail. The current process is decentralized, with undeliverable mail returned to a field office and then being manually worked by DPA associates. |
| ILINX eForm: Heating Asst Application | The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff. The Heating Assistance form will be available via the SOA public website, My Alaska website as well as the Alaska Connect portal. |


| | |
|---|---|
| ILINX eForm: Burial Assistance Request | The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff. The Burial Assistance smart form will be available via the SOA public website, My Alaska website as well as the Alaska Connect portal. |
| ILINX eForm: Eligibility Recertification Process | The purpose of this project is to configure an ILINX Eligibility Review smart eForm, providing an electronic means for Alaskans to confirm their eligibility, i.e., to continue receiving current benefits. The new ILINX eform will leverage as many components, as possible, utilized in the ILINX SNAP Application, SNAP Interim Report and Report of Change eForms. |
| ILINX eForm: Long Term Care assistance | The purpose of this project is to identify LTC workflow packages and configure ILINX Case Files workflow so SOA staff can view Long Term Care content discretely. Configure ILINX to leverage a unique 'Intake Location' value to support the process. DPA would like a means to identify these cases and their documents. DPA would like a unique ILINX Document Upload to extend an integrated method for SOA LTC Providers to submit documents. |

## Projects – ILINX Evolutions in Discussion

| PROJECT NAME | PROJECT PURPOSE |
|---|---|
| Simplify current method for the way SNAP Interim Reports are processed | Eliminate one ILINX workflow queue when there are no changes identified on Interim Report; estimated labor saving and the potential disruption of client benefits. |
| Simplify current method for the way ET1s interacts with ILINX (classifying documents) | Consolidate three ILINX workflow queues into one: estimated labor saving of 30-45 seconds per package. |
| Simplify current method for the way ET2s interacts with ILINX | Eliminate ILINX *Work/ET2* workflow queue: estimated labor saving of 30-45 seconds per package. |

# Attachment 5: Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions

(Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions

Issue Statistics: PCN Control - Field ET Vacancies (Status)

| Status | Count | Percentage |
|---|---|---|
| PCN RECRUITING | 21 | 9% |
| PCN POSTED | 3 | 1% |
| PCN INTERVIEWING | 9 | 4% |
| PCN HIRE PENDING | 10 | 4% |
| PCN FILLED | 152 | 68% |
| PCN VACANT | 28 | 13% |
| Total | 223 | |

Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 02/06/2025

**Definitions:**

**Field Eligibility Technician (ET):** Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.

**Eligibility Technician 2 (ET 2)** Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.

**Eligibility Technician 3 (ET3)** Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.

**Eligibility Technician 4 (ET4)** Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.

**Eligibility Office Manager 1 (EOM1)** Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.

**Eligibility Office Manager 2 (EOM2)** Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.

**Permanent (Budgeted) Positions:** These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.

**Long-Term Non-Permanent (LTNP) Positions:** These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.

**PCN Recruiting:** The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.

**PCN Posted:** The position has been advertised, and applications are being accepted through the designated recruitment platform.

**PCN Interviewing:** Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.

**PCN Hire Pending:** A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.

**PCN Filled:** The position has been successfully filled, and the new hire has started or is scheduled to begin work.

**PCN Vacant:** The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.

# Attachment 6: Distribution and Status of Contracted Staff

Table 3. Current Contracted Call Center Staffing Levels

| Position | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Supervisors | 13 |
| Active Eligibility Associates | 116 |
| Inactive Staff/On Leave | 6 |
| **Total** | **137** |

Data provided by Public Consulting Group, February 3, 2025

**Position Descriptions:**

**Call Center Manager:** The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.

**Quality Assurance Manager/Trainer:** The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.

**Supervisors:** The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity

and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.

**Active Eligibility Associates:**  The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.

**Inactive Staff/On Leave:**  Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangements.

## Attachment 7: Training Schedule and Cohort Status

**Current Training Cohorts:** The Division is running several consecutive, concurrent MAGI/SNAP training cohorts, with trainings scheduled as needed to meet the needs of new hires as they are onboarded Additionally, training plans are in progress for other programs such as Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP) program. Below is the training schedule dashboard.

| Training Start Date | Training Name | Number of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 11/4/2024 | MAGI/SNAP [cohort 1] | 10 | 01/10/2025 - completed | 8* |
| 11/18/2024 | MAGI/SNAP [cohort 2] | 9 | 01/24/2025 - completed | 9 |
| 11/18/2024 | Workload [cohort 1] | 3 | 12/13/2025 - completed | 3 |
| 12/16/2024 | MAGI/SNAP [cohort 3] | 8 | 02/27/2025 | 8 |
| 01/27/2025 | MAGI/SNAP [cohort 4] | 9 | 04/04/2025 | 9 |
| 02/03/2025 | APA/ APME[cohort 1] | 9 | 02/14/2025 | 9 |
| 01/13/2025 | Workload [cohort 2a] | 2 | 02/07/2025 | 2 |
| 01/27/2025 | Workload [cohort 2b] | 2 | 2/21/2025 | 2 |
| 03/1/2025 | HAP | Up to 7 | 04/1/2025 | Up to 7 |
| 02/12/2025 | MAGI/SNAP [cohort 5] | 6 | 04/25/2025 | 6 |
| TBD | APA/APME [cohort 2] | TBD | TBD | TBD |
| TBD | MAGI/SNAP [cohort 6] | TBD | TBD | TBD** |

*Data provided by Chief of DPA Learning & Development, 02/07/2025*

**One student from Cohort 1 is finishing with Cohort 2 due to pre-approved leave, and another is an Eligibility Operations Manager (EOM).*

***Some vacant PCNs are in different stages of recruitment and have not been included elsewhere.*