Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)

(972) 692-7272 (fax)
Email: sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

**Attorneys for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br>        *Defendant*. | Case No. 3:23-cv-00044-SLG<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF ATTORNEYS** |

Pursuant to Local Rule 11.1(c), DLA Piper LLP, one of the law firms representing the plaintiffs, respectfully requests that Attorneys Micah Chavin and Bethany Bunge be withdrawn as counsel as both have moved to other employment. Plaintiffs will continue

PLAINTIFFS' UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF ATTORNEYS
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 5

Case 3:23-cv-00044-SLG     Document 83     Filed 03/07/25     Page 2 of 5

to be represented in this case by other attorneys from DLA Piper LLC, the National

Center for Law and Economic Justice, and the Northern Justice Project, LLC. As such,

this withdrawal is akin to a substitution of counsel and should be permitted under Local

Rule 11.1(c)(1)(B).

Saima Akhtar notified opposing counsel of this withdrawal by email of February

12, 2025. By responsive email of the same date, Assistant Attorney General Lael

Harrison indicated that the State does not object to these withdrawals.

DATED this 7th day of March, 2025

Attorneys for Plaintiffs

/s/ *Kelsey Tavares*
Kelsey Tavares

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
4_06 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

PLAINTIFFS' UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF ATTORNEYS
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 5

Case 3:23-cv-00044-SLG     Document 83     Filed 03/07/25     Page 3 of 5

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax)
Email: sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice

PLAINTIFFS' UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF ATTORNEYS
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 5

Case 3:23-cv-00044-SLG    Document 83    Filed 03/07/25    Page 4 of 5

## Certificate of Service

I hereby certify that on March 7, 2025 true and correct copies of Plaintiffs'

Unopposed Motion To Allow Withdrawal Of Attorneys were served on all parties via the

CM/ECF electronic filing system.

/s/ *Kelsey Tavares*
Kelsey Tavares

PLAINTIFFS' UNOPPOSED MOTION TO ALLOW WITHDRAWAL OF ATTORNEYS
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 5 of 5

Case 3:23-cv-00044-SLG    Document 83    Filed 03/07/25    Page 5 of 5