# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN ANDREW, *et al.*,<br><br>           Plaintiffs,<br><br>    v.<br><br>HEIDI HEDBERG, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>           Defendant. | Case No. 3:23-cv-00044-SLG |

## ORDER RE PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Before the Court at Docket 93 is Plaintiffs' Unopposed Motion to Amend Scheduling Order. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that discovery deadlines in this matter are AMENDED as given below.

First, the deadline for the completion of fact discovery, including all depositions, is currently April 15, 2025. Doc. 66 at 1. This deadline shall remain in place, but with the following exceptions:

1. The plaintiffs may have until May 9, 2025, to obtain the documents that they already requested from Change and Innovation Agency via subpoena on or around March 13, 2025.

2. The plaintiffs may have until May 30, 2025, to take the deposition of Change and Innovation Agency that they already requested via

subpoena on or around March 14, 2025.

3. The plaintiffs may have until May 30, 2025, to take the deposition of Kate Sheehan of the State of Alaska Department of Administration or any witness that the State tries to add to offer testify about its recruitment or retention of employees.

4. The State may have until May 9, 2025, to provide the plaintiffs with all "Priorities Reports" that have been prepared by staff at the State of Alaska Department of Health.

5. The State may have until May 30, 2025, to provide the plaintiffs with some portion of the beginning of day production plans, and end of day production plans, prepared by staff at the State of Alaska Department of Health since January 2022.

6. The State may have until May 1, 2025, to provide the plaintiffs with all additional documents that it intends to produce in response to the Plaintiffs' Second Request for Production of Documents of March 6, 2025.

7. The plaintiffs' may have until May 30, 2025, to continue any deposition that was commenced before the State's production of any documents identified in numbers 4, 5, or 6 above. At any such continued deposition, the plaintiffs may only inquire about the newly produced documents and their contents. If the plaintiffs decide to so continue any

Case No. 3:23-cv-00044-SLG, *Kamkoff, et al. v. Hedberg*
Order re Plaintiffs' Unopposed Motion to Amend Scheduling Order
Page 2 of 3

Case 3:23-cv-00044-SLG   Document 94   Filed 04/16/25   Page 2 of 3

such deposition, the parties shall work in good faith to promptly schedule it.

Second, the deadline for filing discovery motions, absent extraordinary circumstances, is currently May 19, 2025. Doc. 66 at 1. This deadline shall be continued to July 3, 2025.

IT IS SO ORDERED.

DATED this 16th day of April, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00044-SLG, *Kamkoff, et al. v. Hedberg*
Order re Plaintiffs' Unopposed Motion to Amend Scheduling Order
Page 3 of 3
Case 3:23-cv-00044-SLG    Document 94    Filed 04/16/25    Page 3 of 3