# Report on Compliance with Court-Ordered Requirements

SNAP/APA

State of Alaska, Department of Health

May 1, 2025

## Table of Contents

I.     Introduction .......................................................................................................... 3

II.    Federal Correspondence and Oversight ............................................................ 4

III.   Timely Processing of Applications ................................................................... 4

    A. Workload Data .......................................................................................... 6

    B. IT Modernization ...................................................................................... 8

    C. Staffing Improvements ............................................................................. 9

IV.  Efforts to streamline administration of programs ................................................ 12

V.    Conclusion ...................................................................................................... 14

    Attachment 1: Federal Correspondence ....................................................... 15

    Attachment 2: Workload Management Matrix ............................................. 59

    Attachment 3: Backlog Dashboard with Detail ........................................... 67

    Attachment 4: Division of Public Assistance IT Modernization Roadmap ................ 70

    Attachment 5: Status of Eligibility Technician Positions ............................ 91

    Attachment 6: Distribution and Status of Contracted Staff ......................... 94

    Attachment 7: Training ................................................................................. 95

Case 3:23-cv-00044-SLG    Document 95-1    Filed 05/01/25    Page 2 of 96

# I.    Introduction

This report provides the Court with the State of Alaska Department of Health's May 2025 update on compliance with court-ordered requirements related to the Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA). It reflects the Division of Public Assistance's continued efforts to reduce application and recertification delays through targeted staffing, technology, and process improvements.

Since the last report, the Division has reached several key implementation milestones. Training staff have transitioned into field-based Instructor roles to directly support new hires; hiring incentives have strengthened recruitment for Eligibility Technician 2 positions; and a new training delivery model is being introduced across offices. At the same time, the Division continues to make measurable progress on its modernization roadmap, including enhancements to document management, the eligibility system, and related infrastructure.

These updates also reflect the Division's responsiveness to federal oversight and stakeholder feedback. The state has acted swiftly to implement additional agency delay notices for APA, responded to federal requests to consolidate corrective action planning, and is exploring innovative approaches to strengthen long-term program administration. While the operational environment remains challenging, the Division remains focused on delivering accurate and timely benefits while building sustainable capacity for future improvements.

## II.    Federal Correspondence and Oversight

The Alaska Department of Health and Division of Public Assistance remain committed to strengthening the administration of the Supplemental Nutrition Assistance Program and ensuring timely, equitable access to benefits. In response to a recent memo from the United States Department of Agriculture encouraging states to enhance accountability in program operations, Alaska reaffirmed its commitment to improvement and took an initial step by identifying a range of regulatory flexibilities that may assist in addressing longstanding challenges. Rather than submitting a formal waiver request at this stage, Alaska outlined areas where temporary flexibilities—such as the use of contracted non-merit staff, enabling tribal health partner staff to serve as Fee Agents, and requiring key fields in the online application—could provide meaningful support. The state plans to engage with the Food and Nutrition Service to explore how these innovative strategies, not traditionally approved, could be piloted to strengthen program outcomes and build long-term capacity.

In a separate response to a March 2025 letter from the Food and Nutrition Service regarding recertification processing timeliness, Alaska requested that the issue be incorporated into its existing Backlog and Timeliness Corrective Action Plan. In place since April 2023 and regularly updated in partnership with the Food and Nutrition Service, the Corrective Action Plan outlines coordinated strategies to address application and recertification delays. Maintaining a unified plan reduces administrative burden and allows the state to build on progress already made.

In a letter dated April 10, 2025, the Food and Nutrition Service (FNS) indicated this request could approve the state's request to incorporate the Recertification Processing Timeliness issue into the existing Corrective Action Plan, provided the root causes for both issues can be addressed through the same corrective actions.

Alaska is finalizing its root cause analysis, which will be submitted to FNS. A copy of the submission, along with any final approval or guidance from FNS, will be included in the June 1 report to the court.

In April 2025, Alaska submitted its Quality Control (QC) Error Rate Investment Plan to the Food and Nutrition Service (FNS) in accordance with 7 CFR § 275.23(h). This plan outlines proposed investments to address root causes of SNAP payment errors, including improvements to training, eligibility systems, and policy guidance. While the plan has been formally submitted, it has not yet been approved by FNS. Alaska will continue to engage with federal partners as the plan is reviewed. The state's transmittal correspondence and the full QC Investment Plan are included in Attachment 1.

Additionally, Alaska received and is reviewing federal guidance on Supplemental Nutrition Assistance Program eligibility for certain Cuba, Haiti, Nicaragua, and Venezuela parolees and will ensure implementation aligns with federal expectations. This type of regulatory revision is not uncommon and is included here as an illustration of how program requirements are ever evolving. This requires policy and procedure changes on an ongoing basis. In turn, this requires additional training and supervisory attention. The Division has an initiative underway to leverage AI to bring up to date policy advice to the field in a

timely and accessible manner. This initiative is described more below as Intelligent Policy Tracking within the Detailed QC Investment Activities within Attachment 1.

Attachment 1 includes the March 2025 response letter, the federal accountability memo, guidance on eligibility for parolees from Cuba, Haiti, Nicaragua, and Venezuela, the Food and Nutrition Service response approving the combination of Corrective Action Plans, and the state's message outlining potential flexibilities to support future innovation.

See Attachment 1: Federal Correspondence

## III. Timely Processing of Applications

### A. Workload Data

**Data Dashboard**

The Data Dashboard provides a transparent and structured view of pending applications and recertifications across public assistance programs. It organizes cases by processing time to better prioritize work and guide the allocation of staff and resources. Key metrics include detailed summaries for SNAP and Adult Public Assistance (APA), along with visibility into the age of the oldest unprocessed applications. This tool plays a critical role in monitoring progress, identifying processing delays, and supporting timely decision-making.

The recent increase in pending SNAP and APA applications is the result of the Division's targeted efforts to improve data accuracy and processing transparency. Since launching a document clean-up initiative in January, previously stalled or misclassified documents have been successfully identified, indexed, and routed for eligibility review—leading to a more accurate count of applications in the processing queue. Between April

and May, this improved visibility contributed to an increase in pending SNAP cases from 4,414 to 5,340 and APA cases from 408 to 565, with the largest growth seen in cases pending between 31 and 90 days.

As a result of these cleanup efforts, previously stalled or misclassified documents are now being successfully indexed and routed into the eligibility queue. This has led to a temporary increase in visible pending applications, reflecting more accurate case tracking—not a decline in performance.

Despite this uptick, the Division continues to make measurable progress on the oldest cases. The number of SNAP applications pending more than 360 days remains low, and older APA cases are being actively resolved. These improvements reflect the Division's commitment to continuous improvement and transparency.

To better address aging cases, the Division is developing an updated workload strategy, which includes the creation of a dedicated team of eligibility technicians focused on resolving older applications and renewals. While this adjustment is necessary to address long-waiting cases, it may temporarily affect the timeliness of processing newer applications. The Division is carefully managing this balance to ensure minimal disruption to all applicants.

Staffing levels, document processing, and case timelines continue to be monitored daily. The refined visibility into workload data has significantly improved the Division's ability to allocate resources effectively and respond in real-time. The updated implementation plan will be finalized in May and included in the Division's June report to the Court.

Attachment 3 includes a chart named Alaska Supplement all Nutrition Assistance Program Timeliness that includes a measure of processing timeliness. The data reported here is a rolling average for the previous 6 months in the form that FNS has requested. The prior months data are included here for historical context.

See Attachment 3: Backlog Dashboard with Detail.

**B. IT Modernization**

**Overview of IT Modernization**

This month's submission includes an expanded and more structured overview of IT modernization efforts, building on last month's limited update. The revised format organizes milestones by program and system area, offers clearer descriptions of completed work, and better highlights progress. This change is intended to improve transparency and ensure the Court receives timely, actionable updates. The Division will continue refining the format in future reports.

Since the April 1 submission, the Division of Public Assistance has made measurable progress across key modernization efforts. Improvements span the document management system, eligibility systems, and broader infrastructure upgrades to reduce delays, enhance access, and streamline administration.

Notably, automated image resizing is now live in the document system, eliminating manual formatting of email submissions and accelerating processing. Testing is also underway for a tool that transcribes recorded interviews into searchable text, increasing documentation accuracy and staff efficiency. In preparation for a major document

management system, Ilinx platform upgrade, most Division content has now been exported from the legacy system.

Work also continues on the eligibility information system, with electronic forms and the Alaska Connect client portal on track for later this year. Development of the aged, blind, and disabled cash assistance program module begins in July, followed by SNAP and ATAP modernization later in 2025.

Other initiatives—including automated asset verification, centralized mail, and heating assistance replacement—are progressing. Projects involving dashboard integration and employment services remain pending resource allocation.

These efforts demonstrate the Division's continued commitment to modernizing operations and delivering timely, effective services to Alaskans.

See Attachment 4 Division of Public Assistance IT Modernization Roadmap

### C. Staffing Improvements

**Overview of Staffing Improvements**

The Division of Public Assistance continues to implement staffing improvements to address recruitment, retention, and operational needs. The most significant change is the hiring incentive now in place for Eligibility Technician 2 positions. Recruitment is progressing, supported by flexible scheduling, overtime opportunities, and targeted at onboarding and training to prepare new staff for eligibility case processing.

**Merit State Staff**

Between March and April, staffing levels across Eligibility Technician and Eligibility Office Manager positions showed measurable progress in recruitment and

onboarding. The number of positions filled increased, and fewer positions remain stalled in earlier stages of recruitment. This improvement is due in part to the Division's hiring incentive for permanent Eligibility Technician 2 positions, which has accelerated applicant interest and decreased turnaround times. Many of these positions are now in the interview phase, with hires expected to begin at the end of April or beginning of May.

The Division recently completed a targeted reorganization of Public Assistance Field Offices to strengthen local leadership and team integration. Workload units previously housed under a centralized structure have been reassigned to report directly to their respective field offices. As a result, staffing data now reflects an increase in field office positions, representing a shift—not an expansion—in personnel reporting lines. This change enhances local oversight, improves accountability, and aligns teams more closely with on-the-ground operational needs. The Division recognizes that simply reporting staffing levels does not fully capture the challenges related to recruitment and retention. To provide a clearer and more complete picture, the Division will now include additional detail on staff exits in its reports to the court. This supplemental report is intended to increase transparency and help the court better understand staffing fluctuations and turnover trends. While this information supports internal workforce planning efforts, the decision to share it with the court is to ensure accurate oversight and provide additional context to reported staffing levels

See Attachment 5: Status of Eligibility Technician Positions

**Non-Merit Contract Staff**

As of April 1, 2025, contracted staffing levels in the Virtual Contact Center remain stable and continue to provide critical administrative support for application intake, document verification, and status updates. The contracted team includes 1 Call Center Manager, 1 Quality Assurance Trainer, 13 Supervisors, and 111 active Eligibility Associates, with an additional 6 staff currently on leave. This staffing model ensures timely client support and maintains continuity in service delivery, while allowing eligibility technicians to concentrate on processing and case management functions.

Staffing levels remain consistent with the previous reporting period. The Division continues to monitor performance, identify opportunities for greater efficiency, and enhance training where needed. Sustained support remains essential to managing workload demands and ensuring timely service delivery. The Division is committed to transparency and will continue to evaluate staffing strategies to maintain compliance with program requirements and meet court-ordered obligations.

See Attachment 6: Distribution and Status of Contracted Staff

**Training**

As of April 1, 2025, the Division of Public Assistance implemented a key change in its training approach by transitioning the Instructor team to an in-office model. Instructors are now assigned directly to field offices, where they provide on-site support in collaboration with local leadership. This shift is designed to enhance the onboarding

experience for new hires while also enabling Instructors to assist supervisors and office leadership in supporting their teams more effectively.

In addition to onboarding, Instructors will now support all staff within their assigned offices, broadening their role beyond new employee training. They will also serve as a direct communication link between the field and the Learning and Development team, helping ensure consistent messaging and timely information sharing across the division. This enhanced structure is intended to increase access to training opportunities and improve overall communication and staff development.

This transition is part of a broader overhaul of the division's training framework. The next phase will introduce a fully updated, modular training curriculum housed on the state's learning management system, AspireAlaska. This new format will allow staff to progress at their own pace and revisit materials as needed for refresher training. The updated curriculum will launch later this year, beginning with modules focused on Modified Adjusted Gross Income (MAGI) Medicaid and the Supplemental Nutrition Assistance Program (SNAP).

See Attachment 7: Training.

## IV.   Efforts to streamline administration of programs

The Division of Public Assistance (DPA) continues to advance its efforts to improve the administration of public assistance programs through ongoing systems modernization and policy implementation. The Workload Management Matrix (Attachment 2) reflects status updates and new developments for the month of May.

The matrix has been updated to correct the implementation date for the Elderly Simplified Application Project (ESAP). The effective date had previously been inaccurately listed in the matrix as December 31, 2025; it now correctly reflects the actual launch date of December 1, 2025.

Additionally, the matrix has been revised to reflect actions taken in response to an urgent request from plaintiffs' counsel in *Edwards v. State* regarding Adult Public Assistance (APA) applications. The request, received in March, asked that APA cases be exempted from the phased rollout of automated agency delay notices and that notices be issued for all APA applications pending more than 30 days. Following internal review, the Division determined it was technically feasible to issue the notices without disruption to other critical functions, and the notices were subsequently generated. This update is now recorded in the matrix under "Notice of Agency-Caused Delay," with a project launch date of March 2025.

The matrix also reflects the March 2025 implementation of the initiative to streamline SNAP access in rural Alaska. Under this policy, applications from designated rural areas are now eligible for certification without an interview if contact attempts are unsuccessful, in accordance with allowable federal flexibility. This change is noted under "Streamlining SNAP Access in Rural Alaska."

There are no additional updates to the matrix this month. The Division remains on schedule to implement Broad-Based Categorical Eligibility (BBCE) in July 2025, pending continued federal authority and sufficient staffing and system readiness.

See Attachment 2: Workload Management Matrix.

# V. Conclusion

In April 2025, the Division of Public Assistance advanced key efforts to improve SNAP and APA processing through expanded training, active recruitment, and continued modernization. While high application volumes and system constraints persist, the Division is establishing a dedicated team to address untimely application processing and has strengthened workload tracking to improve responsiveness and transparency.

The Division remains focused on meeting court-ordered obligations and federal standards while building a more stable, effective public assistance system. Future reports will provide continued updates on application timeliness, workforce capacity, and operational progress.

# Attachment 1: Federal Correspondence

 **Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

**April 10, 2025**

**Deb Etheridge**
Director
Division of Public Assistance
Alaska Department of Health
350 Main Street, Room 304
Juneau, Alaska 99811-0640

**Dear Deb Etheridge**,

This letter is in response to the Alaska Division of Public Assistance (AK DPA) March 27, 2025, request to combine the Recertification Processing Timeliness (RPT) Corrective Action Plan (CAP), with the already approved Application Timeliness (APT) CAP.

As outlined in the Guidance for Improving State Agency RPT Rates, the State may combine the RPT CAP with their Application Processing Timeliness (APT) CAP when the root cause of errors can be addressed with the same corrective actions.

Please submit to FNS the State's analysis of its root cause errors contributing to the error rate and how its current CAP initiatives will address the RPT no later than **April 21, 2025**.

We share your desire to improve service to applicants and participants by providing timely and accurate benefits. FNS stands ready to continue to work with you to ensure that ADPA's operation of SNAP is compliant with Federal law and regulations. If you wish to discuss this matter further, please contact Charles Tobin, Regional Director at (415) 645-1927 or at charles.tobin@usda.gov .

Food and Nutrition Service, Braddock Metro Center, 1320 Braddock Place, Alexandria, VA 22314

USDA is an Equal Opportunity Provider, Employer, and Lender

Sincerely,


CHARLES TOBIN    Digitally signed by CHARLES TOBIN
Date: 2025.04.10 13:32:59 -07'00'

Charles Tobin

Director

Supplemental Nutrition Assistance Program

Western Region


CC:

Young Ihm, FNS WRO

Evan Moss, FNS WRO

Jackie Bourne, FNS WRO

Jodi Gonzalez, FNS WRO

Shaunte' Milbourne, FNS WRO

Lydia Luchini, AK DPA

Traci Dablemont, AK DPA

Seth Barnes, AK DPA

Christina Davis, AK DPA

WRO File Code: SNAP\400\CAPS\RPT\AK



**Department of Health**

DIVISION OF PUBLIC ASSISTANCE
Program Integrity and Analysis

3601 C Street, Suite 200
Anchorage, Alaska 99503
Main: 907.269.1060
Fax: 907.269.1062

March 27, 2025

Charles Tobin
Regional Program Director, Western Region
Supplemental Nutrition Assistance Program
90 Seventh St., Suite 10-100
San Francisco, CA 94103

Dear Mr. Tobin,

This letter is in response to Dr. Makhdoomi's revised advanced notification letter dated March 20, 2025, regarding Alaska's non-compliance with Supplemental Nutrition Assistance Program (SNAP) recertification timeliness requirements. Alaska would like to request rather than developing a separate corrective action plan specific to this letter, that this be incorporated into the existing backlog/timeliness CAP currently in place.

The backlog/timeliness CAP was developed in response to, then Regional Administrator, Jesus Mendoza's letter to Commissioner Hedberg dated February 09, 2023. Since that CAP was implemented and approved on April 25, 2023, Alaska has been working closely with Western Region staff to resolve the backlog and timeliness concerns addressed in the letter.

The initiatives in our existing CAP directly relate to recertification processing timeliness, and a separate CAP would be duplicative in strategies, initiatives and timelines. Having a single CAP will also reduce administrative burden for both Alaska and Western Region staff related to tracking and reporting.

A copy of the backlog/timeliness CAP current through the most recent semi-annual update is included for your reference. Please contact me if you have any questions or require any additional information. I can be reached at Tracie.Dablemont@alaska.gov or (907) 310.4187.

Thank you for your consideration.

Sincerely,

*Tracie Dablemont*

Tracie Dablemont
Chief, Program Integrity and Analysis
Alaska Division of Public Assistance

cc:     Deb Etheridge, AK DPA
        Rebecca Stovall, AK DPA
        Christina Davis, AK DPA
        Shaunte' Milbourne, FNS WRO
        Jacqeline Bourne, FNS WRO

Young Ihm, FNS WRO
Evan Moss, FNS WRO
Jodi Gonzalez, FNS WRO

enc: Alaska Administrative Corrective Action Plan – 2024.11.20 Semi-Annual Report

| | |
|---|---|
| **From:** | Hedberg, Heidi R (DOH) |
| **To:** | Corley, Shiela - FNS; Sara Berkemeier-Bell; Tran, Anderson (Sullivan) |
| **Cc:** | Etheridge, Deb J (DOH) |
| **Subject:** | Alaska SNAP Penalty and Timeliness Letters |
| **Date:** | Wednesday, April 2, 2025 4:20:07 PM |
| **Attachments:** | image001.png |
| | SNAP timeliness letter governors April 2025.pdf |
| | SOA Proposed SNAP Compliance Plan 02.24.24.pdf |
| | AK PER comm.pdf |
| | State of Alaska Notice of Appeal of 6.28.24 Notice of Claim-Bill for Collection.pdf |
| | SNAP Workload Management Matrix February 2025 rev 03.18.25.xlsx |

Hi Shiela,

Thank you again for meeting with Alaska and hearing our concerns about the SNAP penalty and discussion about other policy recommendations. As a follow up I wanted to share with you the letter we received on the SNAP penalty and the most recent letter we received from FNS yesterday.

As for the SNAP penalty letter (attached), here is some background info:

- In July 2023, USDA released the SNAP Payment Error Rates. Alaska's error rated was determined to be 56.97% which is above the regulatory threshold of 6% and the national average of 11.54%.
- Due to National Health Emergency USDA did not publish error rates for FY20 or FY21. This means FY22 is considered year one in the QA 2-year liability system for all states.
- Any states that exceed the threshold for two consecutive fiscal years will have a liability amount established.
- Exceeding these thresholds also triggers the requirement to complete a Corrective Action Plan. Alaska submitted the plan to FNS on August 31, 2023, and the plan was approved by USDA on September 29, 2023. Alaska has worked through the Corrective Action Plan. (attached)
- The primary root cause of Alaska's FY22 error rate was related to "expired certifications". This situation developed because of a misinterpretation in the application of a waiver allowing the extension of certification dates.
- Any case sampled for QA that had the certification period extended based on the misinterpretation were required to be cited as ineligible, causing the entire benefit amount to be calculated as an overpayment.
  - This does not necessarily mean the family was truly ineligible or the benefit calculated incorrectly.
  - Once a case was found to be ineligible under this category, no additional review is conducted, thus not allowing us to determine what the error rate and root causes would be "but for," this issue.
- Due to the time period the waiver was misapplied Alaska expects the impact on the error rate to continue through the first quarter of FY25.
- The penalty is $11.9 million dollars, half to be reinvested back into the system to prevent the issue from happening again and half to be paid back to USDA if the error rate continues to be above the regulatory threshold. Because of the timing we know we will

receive another penalty letter, June 2025 which means we have to write a check to the US Treasury to go back to their coffers. **My ask**, is that instead of paying back to the feds, we are allowed to reinvest those dollars back into the DPA system.

As for the SNAP Timeliness letter to Governors,

I recommend redirecting the conversation and asking the question why 33 out of 50 states are experiencing timeliness issues. These delays highlight fundamental policy and systemic challenges that are preventing over half the states from meeting federal timeliness standards. Additionally, federal overreach is creating additional barriers for Alaska. Onsite visits and technical assistance alone cannot resolve inefficiencies rooted in outdated policies.

FNS provided a compliance matrix (attached), which I have attached. While the outlined changes have led to some improvements, they are insufficient to ensure the timely delivery of benefits. Workforce shortages remain a significant challenge, but this issue is not unique to Alaska and should not be considered in isolation. What we need is the flexibility to implement innovative solutions.

**Request for Regulatory Waivers and Flexibilities**

To address these challenges, we request temporary regulatory waivers to allow the following flexibilities:

1. **Allow Contracted, Non-Merit Staff to Process SNAP Applications - Waiver of 7 CFR 272.4(a)**
   We request temporary authorization to use contracted, non-merit staff to process SNAP applications under direct state supervision. These staff would be held to all applicable federal rules and standards. This flexibility is essential to resolving the current application backlog and stabilizing operations.

2. **Permit Tribal Health Partner Staff to Serve as Fee Agents - Waiver of 7 CFR 272.7(a)**
   We request approval for tribal health partner staff—who operate under a hub-and-spoke model—to serve as SNAP Fee Agents when rural clients are temporarily housed in urban hospitals for medical treatment. For example, the Alaska Native Tribal Health Consortium (ANTHC) hospital in Anchorage frequently receives patients from remote communities. Authorizing tribal health staff to assist clients onsite would significantly improve SNAP access during critical periods and ensure continuity of care for rural residents.

3. **Enable Required Fields in Online Applications - Waiver of 7 CFR 273.2(c)(1)(iii)**
   To reduce case pends and improve processing times, we request the ability to require certain fields in the online application portal, ensuring completeness at the point of submission.

4. **Allow Email as a Required Contact Field, While Maintaining Paper Access**
   We request permission to require an email address on applications while ensuring that paper forms and alternate formats remain available. This would enhance communication efficiency and expedite case processing.

5. **Eliminate the Interim Report During the 12-Month Certification Period**
   To reduce administrative burden and better align with current staffing capacity, we request the removal of the interim report requirement for households during the 12-month certification period.

6. **Reduce Reporting Requirements for Acknowledged Major Changes in Program Design - Waiver of 7 CFR 272.15(b)(1) and 7 CFR 272.15(b)(4)**
   We request relief from the requirement to report data that is untrackable due to our legacy eligibility system. This data should not be required until the implementation of our new SNAP eligibility system.

7. **Adjust Quality Control Error Exclusion Thresholds to Ensure Equity for Alaska**
   We request that Alaska's SNAP Quality Control review thresholds be adjusted to align with the percentage-based exclusion thresholds applied to the lower 48 states and D.C. Currently, Alaska's excluded error dollar amounts are disproportionately low compared to its region-specific allotments, creating an inequitable standard. For example, while the lower 48 states are permitted a 19.2% excluded error margin, Alaska's rural areas face margins as low as 9.9%. We request that FNS apply a proportional, allotment-based calculation to ensure fairness.

We are committed to serving Alaskans efficiently and with integrity. These requested flexibilities will support our efforts to stabilize operations and ensure timely access to SNAP benefits for those who rely on us.

I will continue, with my team, to identify opportunities for administrative simplification that enhance efficiency while maintaining program integrity.

Please let me know when you are able to meet and discuss our request for flexibilities so that we can be innovative, come into timeliness requirements, and serve Alaskans in need and assist them to self-sufficiency.

Thank you,

Heidi

**Heidi Hedberg** | Commissioner
Alaska Department of Health

3601 C Street, Suite 902 | Anchorage, AK 99503
(907) 269-5195
heidi.hedberg@alaska.gov


**U.S. DEPARTMENT OF AGRICULTURE**

April 1, 2025

Dear Governor,

As Secretary Brooke Rollins wrote in her February 13, 2025, letter to government partners that administer USDA's nutrition assistance programs, we have before us a historic opportunity to improve nutrition programs to both better serve individuals who need additional support and to lift millions of Americans out of dependency into hopeful futures. The Supplemental Nutrition Assistance Program (SNAP) serves some of our Nation's most vulnerable families and communities, but many State agencies are not meeting the established benchmarks to provide timely access for them to SNAP benefits. This is unacceptable to me and to the American taxpayer who expect every Federal program to be operated with integrity and accountability. I have committed USDA to take a fresh look at how we deliver SNAP benefits with an emphasis on timely and satisfactory customer service.

Federal law governing SNAP is clear: **SNAP benefits must be provided to eligible people within 30 days of application for most households, and within seven days for those most in need.** Similarly, eligible households re-applying for benefits must receive their benefits on time as outlined in Federal law. Timely processing of SNAP benefits reflects how seriously State agencies take their responsibility to be good stewards of taxpayer dollars, as well as their commitment to supporting families during a difficult time on their path out of dependency and into self-sufficiency.

Data shows poor SNAP application and recertification timeliness has been a persistent challenge for State agencies for over a decade. This is not acceptable. A total of 33 SNAP State agencies are currently out of compliance for application processing timelines, and 20 SNAP State agencies are out of compliance for recertification application timeliness. Addressing this ongoing challenge requires innovative solutions and swift action. I strongly encourage you and your team to think broadly and creatively about the policy and operational steps you will need to take for improvements, and to do so by working collaboratively with me and my technical staff at the USDA Food and Nutrition Service (FNS).

USDA is ready to partner with your State for success. Specifically, I have instructed FNS to immediately:
- Implement a strategic five-step escalation process to address poor SNAP State application and recertification timeliness across the country;
- Partner with State agencies to implement strong, data-driven corrective action steps that effectively address the root causes of poor timeliness;
- Prioritize onsite visits, trainings, and technical assistance for SNAP State agencies throughout the escalation process; and
- Work with SNAP State agencies to implement innovative ideas that improve program integrity and accountability.

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an equal opportunity provider, employer, and lender.

These goals are ambitious but needed. I am confident that together we can take immediate action to improve SNAP and better serve families that rely on this safety net across the country and honor the generosity of the American taxpayer.

Thank you for your attention to this USDA priority and your willingness to partner for progress.

Sincerely,

John Walk
Acting Deputy Under Secretary
Food, Nutrition, and Consumer Services

State of Alaska SNAP Compliance Plan - 2024

Alaska's Department of Health (DOH) understands that the Supplemental Nutrition Assistance Program (SNAP) application process includes filing and completing an application form, being interviewed, and having certain information verified. DOH is taking several steps to come into compliance with SNAP requirements set by the Food and Nutrition Act of 2008 (the Act) and Federal regulations regarding initial and recertification interviews and mandatory verification requirements.

## Compliance Plan Contents

**Training:**.................................................................................................................................... 1

**Verification:**.............................................................................................................................. 1

**Interview:** ................................................................................................................................. 1

**Summary:**................................................................................................................................. 3

## Training:

Reorganization of the Training staff: To effectively coordinate the Division of Public Assistance (the division) training program, all training staff will be consolidated into one unit. Timeline: Effective on or before March 1, 2024.

The division training team will be trained in Adult Learning Theory. Change & Innovation Agency (C!A) will deliver a single, in-person Train-the-Trainer session. This will be followed by telephonic access to C!A experts for post-training support for practical application. Post-training support includes material review, questions, and answers, mentoring and suggestions on division training curriculum and delivery.

C!A will provide eligibility interview training to all eligibility technicians responsible for conducting both in-person and telephonic interviews in a series of one-day, in-person sessions. The division training team will be invited to actively participate in joint C!A and DPA training delivery.

Training is scheduled to begin March 11, 2024. A face-to-face meeting between the division training team and C!A will occur March 5, 2024 – March 7, 2024, to develop interview tools. The division and C!A are currently identifying specific locations, dates, and times, and will finalize a plan by February 29, 2024.

## Verification:

To ensure compliance with federal program mandatory verification rules, the division is notifying all eligibility staff that effective March 1, 2024, staff must obtain mandatory verification, as outlined in SNAP MS 601-4(A) to determine SNAP eligibility. This notification was delivered to staff on February 27, 2024. The division will provide FNS a copy of the notice as requested.

## Interview:

Development of Interview Protocol: C!A, in coordination with division staff, have provided recommendations of interview protocol. After evaluation of interview protocol options (Scheduled out

State of Alaska SNAP Compliance Plan - 2024

bound, Scheduled-in bound, or Flexible Appointment(On-Demand waiver) the division has determined to move forward with the Flexible appointment (On-Demand waiver) protocol option.

The Flexible Appointment option:

Flexible appointments are designed to meet the FNS requirement of providing an appointment with a specific date and block of time while encouraging customers to come in, or in some cases, call in for their interview on the scheduled day and within the block of time.

For SNAP applications, an interview may be conducted either by phone or in person. The Flexible Appointment notice provides information to the customer advising them of their options and gives specific contact information to complete the interview by phone. If a customer arrives in the office between the hours of 8:00am and 3:00pm with a Flexible Appointment notice, either scheduled for the present day or for a future date, an interview will be completed.

> *Potential Risk:* The Division cannot predict the volume of customers calling in at a specific time and may not be able to meet the demand.

> *Proposed Mitigation:* Phased in flexible interview schedule.

Phase 1: March 25, 2024, Expedited SNAP Application Interviews

Expedited (XFS) applications must be interviewed and completed by the fourth calendar day following the application date (Date of application is day 0). *If the fourth calendar day falls on a weekend or holiday, the appointment must be scheduled for the business day prior to the fourth calendar day in order to meet expedite processing timeframe requirements.

Federal Regulation, CFR 274.2(b), requires the customer, if determined eligible, to have benefits and access to benefits (EBT card, PIN, and benefits loaded) by the seventh day.

- Upon receipt of an  application meeting expedite criteria, , the division's clerical staff will register the application and upload into Current™ daily, on the date of receipt.
    - Staff "Get Next" and attempts Cold Call to conduct XFS Interview.
    - If successful, an interview is conducted.
    - If unsuccessful, leave a detailed message. Attempt a second call in five minutes.
    - If second call is unsuccessful, a flexible interview appointment is scheduled for four calendar days from application date* and a flexible appointment notice is sent.
- The day following the appointment date, if the customer does not call, a Notice of Missed Interview (NOMI) will be manually sent.

The program will be denied on the thirtieth day due to non-compliance.

Phase 2: April 15, 2024, New SNAP Application Interviews

Federal Regulation 7 CFR 273.3(e)(3) requires the customer to be scheduled for an interview if unable to be interviewed on the date of application.

- Upon receipt of an application, clerical will register the application and upload into Current™. A flexible appointment notice will be sent to notify the customer to call in on the tenth day after

2

State of Alaska SNAP Compliance Plan - 2024

the application date and will be provided a two-hour block of time between the hours of 8:00 am - 3:00 pm.
- The day following the appointment date, if the customer does not call, a NOMI will be manually sent.

The program will be denied on the thirtieth day due to non-compliance.

Phase 3: April 29, 2024, SNAP Renewal Interviews

Federal Regulation 7 CFR 273.14(b)(3)(iii) requires the customer to be scheduled for an interview on a date which allows at least ten days after the interview in which to provide verification before the certification period expires.

- Upon receipt of the recertification packet, clerical will register the application and upload into Current. A flexible appointment notice will be sent to notify the customer to call in on the tenth day after the application date and will be provided a two-hour block of time between the hours of 8:00-3:00pm.
- The day following the appointment date, if the customer does not call, a NOMI will be manually sent.

The program will be denied on the thirtieth day due to failure to interview.

The division intends to reach full compliance by May 1, 2024. Throughout this phased-in approach, if the division anticipates being unable to remain in compliance, the division will immediately engage FNS and make the necessary adjustments to ensure continued compliance.

Summary:

In conclusion, Alaska's Department of Health (DOH) is strategically advancing its alignment with SNAP requirements through a phased-in approach. Despite potential challenges, such as fluctuating customer volumes during interviews, a phased-in approach will be executed to ensure expedited SNAP application interviews, new SNAP application interviews, and SNAP recertification interviews are conducted effectively.

Additionally, by consolidating training staff, implementing Adult Learning Theory principles, and providing comprehensive eligibility interview training, DOH aims to enhance the division's staff readiness and compliance. Adopting a Flexible Appointment interview protocol further underscores DOH's commitment to balancing customer convenience with regulatory adherence. By establishing a target date of May 1, 2024, to be fully compliant, DOH remains dedicated and ready to engage with the Food and Nutrition Service (FNS) to address any compliance concerns promptly.

3



**U.S. DEPARTMENT OF AGRICULTURE**

June 28, 2024

The Honorable Heidi Hedberg
Commissioner
Alaska Department of Health
3601 C Street, Suite 902
Anchorage, Alaska 99503

Dear Commissioner Hedberg:

Today, the U.S. Department of Agriculture (USDA) is releasing the official Supplemental Nutrition Assistance Program (SNAP) overpayment, underpayment, and payment error rates for Fiscal Year (FY) 2023, as required under the quality control (QC) provisions of Section 16(c) of the Food and Nutrition Act of 2008, as amended (the Act).

The SNAP national performance measure (national average payment error rate) for FY 2023 is 11.68 percent. Alaska's payment error rate is the sum of the overpayment rate and the underpayment rate, though these rates may not add up to the exact payment error rate due to rounding.

Alaska's QC error rates for FY 2023 are:

| | |
|---|---|
| Overpayment Rate | 59.59 percent |
| Underpayment Rate | 0.78 percent |
| Payment Error Rate | 60.37 percent |

Under the Act, a 2-year liability system is in place, which requires USDA to establish a liability amount when, for the second or subsequent consecutive FY, it determines there is a 95 percent statistical probability that a State's payment error rate exceeds 105 percent of the national performance measure.

On June 30, 2023, Alaska was notified its FY 2022 payment error rate placed it at risk for a financial liability for FY 2023 if USDA determined it were in liability status again for FY 2023 and its error rate was 6 percent or greater. For FY 2023, USDA determined there is a 95 percent statistical probability that Alaska's payment error rate of 60.37 percent exceeds 105 percent of the national performance measure. FY 2023 is the second consecutive year Alaska exceeded 105 percent of the national performance measure. Consequently, a liability amount of $11,908,656 is being established for Alaska for FY 2023. In accordance with Section 16(c)(8)(C)(iii) of the Act, the Governor and Legislative bodies of Alaska have also been advised of the error rates and the liability amount.

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an Equal Opportunity Provider, Employer, and Lender

The Honorable Heidi Hedberg
Page 2

Please see the enclosed documents for Alaska's Notice of Claim/Bill for Collection for the full liability amount as well as more details about your State's settlement and appeal options.

If USDA determines Alaska's FY 2024 payment error rate has a 95 percent statistical probability that it exceeds 105 percent of the national performance measure for FY 2024, and the rate is 6 percent or greater, a FY 2024 liability amount will be established.

SNAP is a critical lifeline for millions of low-income Americans, providing essential nutrition assistance to help families put food on the table. The Food and Nutrition Service (FNS) remains committed to ensuring the Program operates effectively and efficiently and that eligible participants receive accurate and timely benefits.

Alaska's proper administration of SNAP is essential to ensuring the Program operates efficiently, effectively, and with integrity. FNS will continue working in partnership with you to serve participants and practice good stewardship of taxpayer funds.

Please call your Regional Administrator, Jesus Mendoza, Jr., at (415) 705-1310 with any questions.

Sincerely,

Kumar Chandran
Acting Under Secretary
Food, Nutrition, and Consumer Services
U.S. Department of Agriculture

Attachments

**The Supplemental Nutrition Assistance Program (SNAP)**
**Error Rate Liability Process for FY 2023**

**Notification**

USDA is required by Section 16(c)(8)(C) of the Food and Nutrition Act of 2008, as amended, (the Act) to notify State agencies of payment claims or liability amounts. The Agricultural Act of 2014 removed USDA's authority to waive any portion of a State's financial liability. On June 30, 2023, your State was notified FNS determined it was in a first-year liability status for FY 2022 and that a liability amount would be established if a liability status was determined again for the FY 2023 payment error rate and the rate was six percent or greater. Your State has been assessed a financial liability for FY 2023 and this document provides your settlement and appeal options to resolve the liability amount.

**Settlement Options**

Your State has two options to settle the liability amount with FNS. Your State may pay the liability amount in full or your State may designate 50 percent of the liability amount for new investment in FNS-approved activities to improve administration of SNAP and designate 50 percent of the liability amount as at-risk for repayment if a liability amount is established for FY 2024. If your State opts to proceed with the 50/50 settlement option, please sign the FNS-pre signed settlement agreement and electronically mail a copy of the signed agreement to your FNS regional office by September 30, 2024, following requirements at 7 CFR 275.23(e). Please note, new investment plans are due 90 days after signing the settlement agreement, not 90 days after September 30.

**Appeal Process**

The liability determination and associated amount are eligible for appeal following Section 16(c) of the Act. If a State agency decides to pursue an appeal, it must file a notice of appeal within 10 days of receipt of this notice of liability amount and the enclosed Notice of Claim/Bill for Collection (7 CFR 283.4). However, the statute further provides that this time period may be extended for cause if so determined by USDA's Office of the Administrative Law Judges (OALJ). In accordance with 7 CFR 283.22(f) of the SNAP regulations, a request for an extension must be submitted to the OALJ prior to the original due date.

The notice of appeal or a request for an extension shall be filed with the Hearing Clerk by mail or electronically to U.S. Department of Agriculture, Office of Administrative Law Judges, 1400 Independence Avenue SW; Stop 9203, Room 1031, South Building; Washington, D.C. 20250-9203 or SM.OHA.HearingClerks@USDA.GOV within 10 days of receipt of this notice of liability amount and the enclosed Notice of Claim/Bill for Collection.

If your State files a notice of appeal within 10 days of receipt of this notice of liability amount and the enclosed Notice of Claim/Bill for Collection, its appeal petition providing factual arguments in support of its appeal must be filed within 60 days of receipt of this notice. Should the appeal process result in the State agency signing either the original settlement agreement or a new one, a new deadline for submitting the signed agreements will be provided. See Section 16(c)(8)(D)(ii) of the Act and 7 CFR 275.23(f).

**Future Actions**

If FNS determines for FY 2024 that there is a 95 percent statistical probability that your State's payment error rate exceeds 105 percent of the national performance measure and the rate is six percent or greater, FNS will establish a FY 2024 liability amount for your State, and, if your State chooses to sign the FY 2023 settlement agreement, your State will be liable for paying FNS the FY 2023 at-risk amount.

# BILL FOR COLLECTION

USDA-FOOD AND NUTRITION SERVICE
1320 Braddock Place
Alexandria, VA 22314

Date: June 28, 2024

Payer:  The Honorable Heidi Hedberg
        Commissioner
        Alaska Department of Health
        3601 C Street, Suite 902
        Anchorage, Alaska 99503

| Symbol | Description | Total Amount |
|--------|-------------|--------------|
| 121099 | FY23 QC LIABILITY | $11,908,656.00 |

Make check payable to:        USDA - FNS – HQ

Please send payment to:       USDA - FNS - HQ
                              P.O. Box 979027
                              St. Louis, MO 63197-9000


Payment is due within 30 days of the date of this bill. Interest at 2.0% per annum, computed monthly, will be charged on the unpaid balance, and will accrue from the date of this bill. However, interest charges will be waived on the debt or any portion of the debt paid within 30 days of the original billing.

PLEASE RETURN THIS PORTION WITH PAYMENT

FY 2023 QC Liability
Amount Paid_____

Vendor:

The Honorable Heidi Hedberg
Commissioner
Alaska Department of Health
3601 C Street, Suite 902
Anchorage, Alaska 99503

Mail Payment to:
USDA - FNS - HQ
P.O. Box 979027
St. Louis, MO 63197-9000

Make payment to USDA-FNS-HQ by check, money order. Address inquiries to: USDA - Food and Nutrition Service, FM, Accounting Division, Attn: Filipina Hartwell, 1320 Braddock Place, Alexandria, VA 22302.  email: Mfon.Umoh@usda.gov

**SETTLEMENT AGREEMENT**

The Alaska Department of Health ("State") and the Secretary of Agriculture ("Secretary") agree, as stated in this settlement agreement ("Agreement"), to settle the Supplemental Nutrition Assistance Program ("SNAP") payment error rate liability amount ("Liability Amount"), Federal Fiscal Year 2023 ("FFY 2023"), for the State established pursuant to Section 16(c)(l)(C) of the Food and Nutrition Act of 2008, as amended ("Act"). This Agreement is entered into pursuant to Sections 13(a)(l) and 16(c)(l)(D)(ii) of the Act.

[1] Pursuant to Section 16(c)(l)(C) of the Act, for FFY 2023, the Secretary has established a Liability Amount of $11,908,656 for the State. Pursuant to Section 16(c)(l)(D)(i)(I) of the Act, the Secretary has determined that $5,954,328, which is fifty (50) percent of the Liability Amount, be used by the State for new investment ("New Investment Amount"), and determined that the remaining $5,954,328 is an at-risk amount ("At-Risk Amount") that would be paid to the Secretary in accordance with Section 16(c)(l)(D)(i)(II) of the Act in the following FFY if a liability amount is again established for FFY 2024. The At-Risk Amount is not affected by this Agreement.

[2] The State agrees to invest a New Investment Amount, totaling $5,954,328, which is fifty (50) percent of the FFY 2023 Liability Amount established for the State, in mutually agreed upon activities for improving SNAP administration within the State. This New Investment Amount shall not be eligible for Federal matching dollars and shall be in addition to the cost of the minimum program administration required by law and regulation. For the purpose of complying with this Agreement, the State may not transfer or borrow funds from existing SNAP operational activities to fund New Investment Activities.

[3] The State shall submit a proposed New Investment Plan to the Secretary within ninety (90) days of the effective date of this Agreement. The New Investment Plan shall state how the New Investment Amount will be expended by the State. The New Investment Plan and any modifications to the plan are incorporated as addenda into this Agreement.

[4] Costs of investment activities funded by the New Investment Amount shall be allocated in accordance with the State's approved New Investment Plan. One hundred percent of the funds invested by the State under this Agreement may be credited as SNAP administrative expenditures so long as the approved activities are aimed at improving SNAP administration, regardless of whether other State programs may also benefit from investments.

[5] Once the State completes an investment expenditure as part of the New Investment Plan, the expenditure is final and not subject to any future adjustment due to subsequent changes in law. In the event that the State fails to make the expenditures necessary to satisfy the terms of this Agreement, or fails to comply in whole or in part with the New Investment Plan required in paragraph [3], the Secretary shall collect from the State the unpaid cash payments or the amount of funds not timely invested according to the New Investment Plan, by withholding such funds pursuant to Section 13(a)(l) of the Act from amounts that would otherwise be payable to the State by the Secretary.

[6] Any monies expended by the State for administrative purposes described in Section 16(a) of the Act that are in addition to, and exceed, the amount of the New Investment Amount stated in paragraph [1] may be eligible for Federal matching funds.

[7] The State shall provide progress reports, as requested by the Secretary, concerning the State's compliance with the terms of this Agreement, the expenditure of funds, and the efforts of the State to improve SNAP program administration.

[8] This Agreement shall constitute complete settlement and satisfaction of all administrative claims and causes of action which have been or could have been asserted by the State against the Secretary, or by the Secretary against the State, relating to the State's Liability Amount (including New Investment Amount) for FFY 2023.

[9] This Agreement shall only affect the State's SNAP error rate Liability Amount for FFY 2023, and shall not affect any liability of the State in future years for exceeding the national performance measure error rate in accordance with Section 16(c)(l)(C) of the Act.

[10] This Agreement may be signed in separate counterparts and shall become effective only upon the signature affixed by the representatives of the Secretary and the State.

[11] If the State does not appeal its FFY 2023 liability amount and enters into this agreement, this Agreement shall be signed by the State and submitted to the Western Regional Office by September 30, 2024.

[12] If the State appeals its FFY 2023 liability amount and it results in the State agency agreeing to this original settlement agreement, a new sign by date will be provided separately.


AGREED:

CYNTHIA LONG
Digitally signed by CYNTHIA LONG
Date: 2024.06.28 07:25:26 -04'00'

Date: June 28, 2024

On Behalf of the Secretary:
Cindy Long
Administrator
Food and Nutrition Service


Date:_____

_____
The Honorable Heidi Hedberg
Commissioner
Alaska Department of Health


Page 33 of 96

| From: | Etheridge, Deb J (DOH) |
|---|---|
| To: | Ihm, Young - FNS |
| Cc: | Tobin, Charles - FNS; Moss, Evan - FNS; Hedberg, Heidi R (DOH); Stovall, Rebecca L (DOH); Dablemont, Tracie L (DOH); Ziegenfuss, Jacqelli Y (DOH); McGraw, Rebecca A (DOH); Meek, Ciara L (DOH); Wilkinson, David A (LAW); Davis, Christina L (DOH); Luchini, Lydia (DOH); Harrison, Lael (LAW); Nelson, Justin D (LAW) |
| Subject: | Submission of Alaska's QC Investment Plan per 7 CFR § 275.23(h) |
| Date: | Tuesday, April 15, 2025 2:54:00 PM |
| Attachments: | Attachment Detailed QC Investment Activities Alaska Division of Public Assistance 04.15.25.pdf |
| | Alaska_FNS-74A_expJan_04.15.25_Final.pdf |
| | 2025.04.15 Alaska_QC_Investment_Submission_Memo.pdf |

Hello, Young Ihm.

In compliance with 7 CFR § 275.23(h) and pursuant to the terms outlined in the signed settlement agreement dated January 16, 2025, the Alaska Division of Public Assistance respectfully submits the enclosed Quality Control (QC) Investment Plan. This submission addresses Alaska's Supplemental Nutrition Assistance Program (SNAP) payment error liability for Federal Fiscal Year (FFY) 2023 through targeted investments using state-only funds totaling $5,954,328.

The plan focuses on three critical investment areas encompassing nine specific activities designed to significantly reduce payment errors, enhance SNAP program accuracy, and improve client and staff experiences. Key initiatives include enhancements to eligibility determination tools, upgrades to client-facing technology systems, and vital improvements to our quality control processes, including overtime resources to expedite case reviews and establish reliable performance baselines.

Detailed descriptions and budget breakdowns for each activity are provided in the attachments. We appreciate the continued support from FNS and look forward to collaborative oversight as we execute these improvements. Biannual progress reports will be provided as required. Please confirm receipt of this submission and advise if further information is required.

Attachments:
- Alaska QC Investment Submission Memo
- Alaska FNS-74A (FY 2023 QC New Investment Plan)
- Attachment Detailed QC Investment Activities – Alaska Division of Public Assistance

Sincerely,

Deb

**Deb Etheridge** | Director
Division of Public Assistance, Alaska Department of Health
P.O. Box 110640 | Juneau, AK 99811-0640
907.465.2680 (office)
Deb.etheridge@alaska.gov



**Department of Health**

DIVISION OF PUBLIC ASSISTANCE
Director's Office

P.O. Box 110640
Juneau, Alaska 99811-0640
Main: 907.465.2680
Fax: 907.465.5154

Date: April 15, 2025

To: Young Ihm, Chief
Supplemental Nutrition Assistance Program
Food and Nutrition Service
U.S. Department of Agriculture
Western Regional Office

From: Deb Etheridge, Director  *DE*
Division of Public Assistance
Alaska Department of Health

Subject: Submission of Alaska SNAP Quality Control Investment Plan – Federal Fiscal Year
2023 Liability

In compliance with 7 CFR § 275.23(h) and pursuant to the terms outlined in the signed
settlement agreement dated January 16, 2025, the Alaska Division of Public Assistance
respectfully submits the enclosed Quality Control (QC) Investment Plan. This submission
addresses Alaska's Supplemental Nutrition Assistance Program (SNAP) payment error liability
for Federal Fiscal Year (FFY) 2023 through targeted investments using state-only funds totaling
$5,954,328.

The plan focuses on three critical investment areas encompassing nine specific activities
designed to significantly reduce payment errors, enhance SNAP program accuracy, and improve
client and staff experiences. Key initiatives include enhancements to eligibility determination
tools, upgrades to client-facing technology systems, and vital improvements to our quality
control processes, including overtime resources to expedite case reviews and establish reliable
performance baselines.

Detailed descriptions and budget breakdowns for each activity are provided in the attachments.
We appreciate the continued support from FNS and look forward to collaborative oversight as
we execute these improvements. Biannual progress reports will be provided as required. Please
confirm receipt of this submission and advise if further information is required.

1

Enclosures:
- Alaska FNS-74A expJan 04.15.25 Final (FY 2023 QC New Investment Plan)
- Detailed QC Investment Activities – Alaska Division of Public Assistance 04.14.2025

cc:
- Charles Tobin, Director, Supplemental Nutrition Assistance Program
- Evan Moss, Branch Chief, Supplemental Nutrition Assistance Program
- Heidi Hedberg, Commissioner, Department of Health
- Becca Stovall, Division Operations Manager, Division of Public Assistance
- Tracie Dablemont, Chief, Program Integrity, Division of Public Assistance
- Jacqelli Ziegenfuss, Administrative Operations Manager 2, Division of Public Assistance
- Becky McGraw, Program Manager, Division of Public Assistance
- Ciara Meek, Accountant 5, Division of Public Assistance
- David Wilkinson, Assistant Attorney General, State of Alaska



2

OMB CONTROL NO. 0584-0303
Expiration Date: 01/31/2024

# QC-Related New Investment Plan

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0584-0303. The time required to complete this information collection is estimated to average 32 hours per response including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to: U.S. Department of Agriculture, Food and Nutrition Service, Office of Policy Support, 1320 Braddock Place, 5th Floor, Alexandria, VA 22314 ATTN: PRA (0584-0303). Do not return the completed form to this address.

Initial Submission Date to RO:

Revision Submission Date:

Amendment to Approved Plan:
☐ Y  ☐ N

Amendment Submission Date:

---

This plan is submitted in conjunction with a Settlement Agreement between the ___Alaska Division of Public Assistan___
*(State and Responsible Agency)*

and the United States Department of Agriculture, Food and Nutrition Service, to resolve ___Alaska___ 's
*(State)*

payment error rate liability for Federal Fiscal Year (FFY) ___2023___ . ___Alaska___ 's payment
*(Year)*      *(State)*

error rate of ___60.37___ % resulted in an adjusted liability of $ ___5,954,328___ .
*(Rate)*        *(Liability)*

Error analyses show that ___83.48___ % of the State's error cases were attributed to ___Incorrectly Applied Policy___ .
(Percent of the error rate)      (Root cause 1)

Analyses also show that ___4.02___ % of the State's error cases were attributed to ___Wages and Salaries___ .
(Percent of the error rate)      (Root cause 2)

Analyses also show that ___3.12___ % of the State's error cases were attributed to ___Household Composition___ .
(Percent of the error rate)      (Root cause 3)

---

To target and reduce the State's root causes of errors, the following activities will be conducted using State only funds.

1. (Activity 1)
Implement staff-facing tools to improve policy accuracy and reduce processing delays through real-time access to guidance and resources.

2. (Activity 2)
Enhance client-facing systems to streamline communication, enable self-service, and support timely, accurate submissions.

3. (Activity 3)
Modernize the QC system to improve error tracking and inform data-driven training and policy decisions.

---

Attached to this submission is an affidavit attesting that new investment funds will not replace expenditures already earmarked for ongoing efforts and that the expenditures are not a reallocation of resources.

| Printed Name | Signature |
|---|---|
| Deb Etheridge | *Deb Etheridge* |
| Title | State Agency Program Office |
| Division Director | Division of Public Assistance |

## SECTION I: State Agency Information

| State Agency | Liability Year | Required QC-Related New Investment Amount |
|---|---|---|
| Alaska Division of Public Assistance | 2023 | 5,954,328 |
| Signed Settlement Agreement Date | Fiscal Year(s) of New Investment Implementation | |
| 01/16/2025 | 2025 and 2026 | |

## SECTION II: Identification of Causes of Errors and State's Plan for Addressing Those Causes

### A. Root Cause Analysis of leading causes of errors
How did the State arrive at each root cause contributing to its high error rate?

Root Cause 1
Incorrect Application of Policy – Staff inconsistently interpreted SNAP policy, particularly related to COVID-era flexibilities, which led to erroneous eligibility determinations. This has since been addressed through federal clarification and internal correction.

| |
|---|
| Root Cause 2<br>Household Composition and Income Misreporting – To manage workload during peak backlogs, the State temporarily accepted client statements for verification in certain situations. This practice increased the risk of undetected changes in household composition and income. It is no longer in use. |
| Root Cause 3<br>Ongoing Case Backlog – Staffing shortages and limited access to real-time support lead to long transaction times. Workers often pause cases to seek guidance, delaying processing. As cases age, the risk of applying outdated policy rises and errors become more likely. |
| **B. The Plan:**<br>Include an overall summary of the plan, its expected error reduction impact(s), and anticipated overall cost relative to the required agreed-upon settlement amount. |
| **1. Details of Activity 1**<br>a. Purpose/Description of Activity<br>Implement a suite of tools that provide staff with real-time access to accurate policy guidance and operational resources. This includes a Worker Assistant tool, a centralized Eligibility Technician Repository, and Intelligent Policy Tracking and Compliance. |
| b. Root Cause Addressed<br>Root Cause 1 – Incorrect Application of Policy and<br>Root Cause 3 – Ongoing Case Backlog |
| c. Expected Outcome<br>Staff will process cases more accurately and efficiently, with fewer delays, due to on-demand access to consistent, up-to-date guidance and centralized resources. |
| d. Timeline of Implementation<br>Implementation is expected to take 3 to 12 months, depending on procurement, system integration, and staffing capacity. Timelines will vary by solution; see the detailed attachment for specifics. |
| e. Detailed Cost Estimate<br><br>$1,559,566.00 |
| **2. Details of Activity 2**<br>a. Purpose/Description of Activity<br>Deploy client-facing tools to improve communication and streamline processes. Includes a client self-service portal, SNAP recertification eForm, improved notice system and secure client validation services. |
| b. Root Cause Addressed<br>Root Cause 2 – Household Composition and Income Misreporting and<br>Root Cause 3 – Ongoing Case Backlog |
| c. Expected Outcome<br>Clients can interact with the Division more efficiently, submit accurate and timely information, and understand what is needed—improving processing accuracy and speed. |
| d. Timeline of Implementation<br>Implementation is expected to take 6 to 12 months, depending on system development, integration, and federal approval. Timelines vary by solution; see the detailed attachment for specifics. |
| e. Detailed Cost Estimate<br>$1,795,890.00 |
| **3. Details of Activity 3**<br>a. Purpose/Description of Activity<br>Replace the outdated QC database with a modern system to improve error tracking and training analysis. Short-term overtime will be used to review cases and establish a performance baseline. |
| b. Root Cause Addressed<br>Root Cause 1 – Incorrect Application of Policy and<br>Root Cause 3 – Ongoing Case Backlog |
| c. Expected Outcome<br>Better use of QC data to inform training, policy updates, and targeted interventions, ultimately reducing error rates related to aging cases and backlogs. |

d. Timeline of Implementation
6 to 12 months depending on procurement, staffing, and security requirements.

e. Detailed Cost Estimate
$2,598,915.00

| **SECTION III: Schedule of Progress Report Submission(s) and Contacts** | |
| --- | --- |
| **State Estimated Number of Progress Reports Needed** | |
| Anticipated Number of Reports | Federal Fiscal Year State Anticipates Plan Will Be Completed |
| 5 | June 30, 2026 |

**List of Contacts Responsible for QC-Related New Investment Activities**

Financial officer providing status reports to FNS regional office:

| Name | Title | Phone Number and E-mail |
| --- | --- | --- |
| Jacqelli Ziegenfuss | Admin Operations Manager 2 | 907.500.3306 jacqelli.ziegenfuss@alaska.gov |

Technical accountant with primary responsibility for preparing status reports:

| Name | Title | Phone Number and E-mail |
| --- | --- | --- |
| Ciara Meek | Accountant 5 | 907.500.2211 ciara.meek@alaska.gov |

Program Manager responsible for directing QC New Investment activities:

| Name | Title | Phone Number and E-mail |
| --- | --- | --- |
| Rebecca McGraw | Program Manager | 907.414.5221 rebecca.mcgraw@alaska.gov |

*Is information in Column 19 of the SF-425(FNS-778/778A) (refer to 7 CFR 277.11-Financial Reporting Requirements) prepared by someone other than the persons listed above? If so, please provide the person's name, title, phone number and E-mail address.*

| Name | Title | Phone Number and E-mail |
| --- | --- | --- |
| | | |

**AFFIDAVIT OF ASSURANCE**

As the duly authorized officer responsible for the financial operation and reporting of   Alaska Division of Public Assistance
reinvestment activities, I certify that:                                                                                       *(State and Responsible Agency)*

The expenditure plan of   Alaska Division of Public Assistance for Fiscal Year         2023
                                        *(State and Responsible Agency)*                        *(Liability Year)*

Quality Control (QC) Liabilities is funded with State only money and will not claim any Federal matching funds for new investment expenditures. The expenditures represented in this plan do not represent a reallocation of ongoing Supplemental Nutrition Assistance Program (SNAP) resources nor do they replace any expenditure already earmarked for existing efforts.

The activities included in the expenditure plan of   Alaska Division of Public Assistance   are above
                                                                            *(State and Responsible Agency)*
the minimum SNAP requirements dictated by law and regulation. They are not part of any State Corrective Action Plan.

The requirements for planning and reporting new investment activities as described in 7 CFR 275.13(h) are known to me.

| Signature | Printed Name | Title | Office |
| --- | --- | --- | --- |
| *Deb Etheridge* | Deb Etheridge | Division Director | Public Assistance |

Additional comments or explanation for amendment submission (if applicable):

Attachment: Updated_Detailed_QC_Investments_with_Cost_Table. This attachment provides a complete and detailed breakdown of Alaska's proposed QC-related new investment activities, as required under 7 CFR § 275.23(h). It includes estimated costs, allocation methods, and justification for each activity to ensure alignment with SNAP error reduction goals and federal cost principles.

<u>Instructions</u>
<u>FNS Form 74A - QC-Related New Investment Plan</u>

FNS form 74A is designed to ensure State agencies provide the specific information required for QC-Related New Investment Plans [*See 7 CFR 275.23(h)*]  This form does not prescribe the amount of activities needed or number of root causes to address.  An attachment may be used for additional activities (more than three) and for any narrative that exceeds the space allowance.  Please organize and label attachments to easily correlate where the additional information belongs in relation to the form's design.

**Due Date:** QC-Related New Investment Plans are due within ninety (90) days of the effective date of the signed Settlement Agreement related to the Plans.

**Structure:** The first part of the Plan is an introductory memo summarizing the State-specific plan details and signed by the State program official submitting the Plans.

Since these New Investment Plans are designed to specifically target the leading causes of a State's high error rate for a specific FFY, they are separated into three sections:

> **Section I** identifies the liability year-related information;

> **Section II** is broken into two subsections regarding the causes of errors and the State's plan or activities for addressing those Root Causes.  Subsection A requests an explanation of the analysis that led to the determination of the Root Causes that had a significant impact on the State's error rate, and Subsection B requests details about the State's plan for addressing those Root Causes by each activity being implemented.  A detailed cost analysis is required to ensure the anticipated expenditure(s) for each activity are targeted at addressing the root causes identified in the plan; and

> **Section III** is designed as a way for FNS and the State to keep track of when progress reports are due as well as who in the State Agency will be responsible for implementing the plan as submitted.  Section III will be included in the progress reports for updating, as needed.  Progress reports are due every six months (on May 10 and November 10) after the first progress report is designated until the Plan is complete.

The State's final section to complete is the Affidavit of Assurance signed by the financial officer responsible for the Plan.

*Special Note:* Any New Investment Plan that identifies a State will use an outside vendor to assist with QC-related activities will require additional documentation. FNS intends to review the contract to ensure the activities proposed are allowable, SNAP-administrative expenses prior to Plan approval.

Progress reports are required for the duration of the plan's execution and will be due biannually on May 10 and November 10 using the FNS-74B (OMB 0584-0303).  Upon approval, FNS will notify the State when the first progress report is due.

Plan Amendments:

- Plan amendments are required for formal approval by FNS whenever a State agency wants to add an additional activity to an already approved QC related new investment plan.
- The 74A must be filled out in its entirety and may be limited to focusing on the new activities being proposed.
  - An additional root cause and its analysis may be introduced, but must be linked to the high errors associated with the FFY of the new investment plan being amended.

# Detailed QC Investment Activities – Alaska Division of Public Assistance April 15, 2025

## Contents

Detailed QC Investment Activities ................................................................................................. 2

Activity 1: Implement Staff-Facing Tools to Improve Policy Accuracy and Reduce Processing Delays ................................................................................................. 2

Activity 1.1: Worker Assistant ................................................................................................. 2

Activity 1.2: Centralized Eligibility Technician Repository ................................................... 3

Activity 1.3: Intelligent Policy Tracking and Compliance Support ...................................... 3

Activity 2: Enhance Client-Facing Systems to Streamline Communication, Enable Self-Service, and Support Timely, Accurate Submissions ............................................................... 4

Activity 2.1: Client Portal ........................................................................................................ 4

Activity 2.2: SNAP Recertification eForm .............................................................................. 5

Activity 2.3: Notice Enhancements ......................................................................................... 6

Activity 2.4: Validation for Client Portal ................................................................................ 7

Activity 3: Strengthen Quality Control through System Modernization and Targeted Case Review ......................................................................................................................................... 7

Activity 3.1: Quality Control System Replacement ............................................................... 8

Activity 3.2: Staff Overtime for Case Reviews ....................................................................... 8

Summary of QC Investment Plan Costs .................................................................................... 10

Summary Table of Proposed Expenditures .............................................................................. 10

Detailed Cost Breakdown by Activity ....................................................................................... 10

Activity 1.1: Worker Assistant ............................................................................................... 11

Activity 1.2: Eligibility Technician Repository ..................................................................... 11

Activity 1.3: Policy Tracking & Compliance .......................................................................... 12

Activity 2.1: Client Portal ...................................................................................................... 12

Activity 2.2: SNAP Recertification eForm ............................................................................ 13

Activity 2.3: Notice Enhancements ....................................................................................... 14

Activity 2.4: Validation for Client Portal .............................................................................. 14

Activity 3.1: QC System Replacement ................................................................................... 15

Activity 3.2: Staff Overtime for QC Reviews ........................................................................ 15

Case 3:23-cv-00044-SLG    Document 95-1    Filed 05/01/25    Page 41 of 96

### Detailed QC Investment Activities

#### Activity 1: Implement Staff-Facing Tools to Improve Policy Accuracy and Reduce Processing Delays

This activity includes three coordinated investments designed to equip eligibility technicians and supervisors with real-time, reliable access to policy guidance and resources. These tools will improve the accuracy and consistency of case processing while reducing delays caused by information gaps or policy misinterpretation:

- Worker Assistant Tool: Delivers immediate access to policy and procedural guidance, supporting timely and accurate decision-making.
- Eligibility Technician Repository: A centralized, searchable platform housing manuals, SOPs, and key resources to promote consistent policy application.
- Intelligent Policy Tracking and Compliance Support: Offers real-time alerts and summaries of federal and state policy changes to keep staff and leadership informed and aligned.

#### Activity 1.1: Worker Assistant

a. Purpose/Description of Activity:

This investment will implement a virtual assistant that delivers real-time access to policy and procedural guidance, helping staff apply rules consistently and accurately. The tool will respond to eligibility technician inquiries with clear explanations, relevant citations from manuals, statutes, and regulations, and contextual information to support full understanding.

b. Root Cause(s) Addressed:

- Root Cause 1: Incorrect Application of Policy
- Root Cause 3: Ongoing Case Backlog

c. Expected Outcome:

Eligibility Technicians will gain immediate, reliable access to authoritative policy and procedural guidance, significantly reducing the time spent searching for information. By providing clear, well-cited responses aligned with current policy, the virtual assistant will improve both the accuracy and timeliness of eligibility determinations. This support will reduce errors stemming from misinterpretation, enhance staff confidence in decision-making, and enable more effective communication with clients. Ultimately, the tool will streamline workflows, decrease processing delays, and contribute to a more efficient and consistent service delivery system.

d. Timeline of Implementation:

3 to 6 months

e. Detailed Cost Estimate:
- System Implementation: $600,000
- One-Year M&O: $600,000
- Total Estimated Initial Cost: $1,200,000

### Activity 1.2: Centralized Eligibility Technician Repository

a. Purpose/Description of Activity:

This investment will establish a centralized, digital knowledge base for Eligibility Technicians (ETs) and clerical staff, providing streamlined access to manuals, policies, standard operating procedures, and resource links. By consolidating these materials into a single, user-friendly platform, staff can efficiently locate and utilize the most current information. Features such as shared templates, structured content blocks, and approval workflows will ensure that all guidance reflects up-to-date policies and is presented clearly and consistently.

b. Root Cause(s) Addressed:
- Root Cause 1: Incorrect Application of Policy
- Root Cause 3: Ongoing Case Backlog

c. Expected Outcome:

The centralized repository will enhance staff efficiency by reducing the time spent searching for policy and guidance documents. This streamlined access supports more consistent application of policies, minimizes errors due to outdated or misinterpreted information, and accelerates case resolution. Ultimately, this will contribute to a reduction in processing delays and an improvement in overall service delivery.

d. Timeline of Implementation:
6 to 12 months

e. Detailed Cost Estimate:
- Implementation: $315,150
- One-Year Hosting: $19,416
- Total Estimated Initial Cost: $334,566

### Activity 1.3: Intelligent Policy Tracking and Compliance Support

a. Purpose/Description of Activity:

This investment will implement an AI-powered policy tracking platform that continuously monitors, analyzes, and summarizes state and federal legislation, regulatory updates, and policy developments relevant to public assistance programs. With intuitive dashboards and real-time alerts, the system will empower policy staff to proactively identify changes, assess implications, and prepare timely guidance for program and field staff. By consolidating information across jurisdictions into a single, intelligent platform, the Division can enhance

situational awareness and ensure decisions are based on the most current legal and regulatory landscape.

b. Root Cause(s) Addressed:
- Root Cause 1: Incorrect Application of Policy

c. Expected Outcome:
The platform will significantly reduce the lag time between policy changes and field-level implementation by alerting staff to relevant updates as they happen. Policy staff and leadership will be better equipped to conduct timely analysis, develop consistent internal guidance, and disseminate clear, actionable updates to frontline teams. This will minimize misapplication of outdated policies and reduce error rates tied to delayed or inconsistent interpretation of new regulations.

d. Timeline of Implementation:
6 to 12 months

e. Detailed Cost Estimate:
- Two-Year Subscription: $25,000
- Total Estimated Initial Cost: $25,000

### Activity 2: Enhance Client-Facing Systems to Streamline Communication, Enable Self-Service, and Support Timely, Accurate Submissions

This activity focuses on modernizing the Division's client-facing systems to improve the efficiency, accessibility, and clarity of program interactions. Through self-service tools and improved communication channels, clients will be better equipped to submit complete, accurate information and understand what actions are needed to maintain their benefits. The investment includes:

- Client Portal: A user-friendly platform that allows clients to submit applications, renewals, changes, and verifications in real time, with built-in guidance and status tracking.
- SNAP Recertification eForm: A digital recertification form that supports online completion and auto-registration, reducing paperwork and processing delays.
- Notice Enhancements: A standardized correspondence solution to improve the clarity, accuracy, and consistency of client notices, ensuring clients receive actionable information that aligns with current policy.
- Validation Service for Client Portal: A secure validation system to authenticate client identities for portal access, reducing barriers and increasing security.

### Activity 2.1: Client Portal

a. Purpose/Description of Activity:

This investment will establish a self-service portal that allows clients to submit applications, renewals, household changes, and verifications directly online. The portal will feature user dashboards, real-time status tracking, and built-in guidance to help clients provide complete and accurate information.

b. Root Cause(s) Addressed:
- Root Cause 2: Household Composition and Income Misreporting
- Root Cause 3: Ongoing Case Backlog

c. Expected Outcome:

The self-service portal will improve transparency by allowing clients to view real-time case status and understand required next steps, significantly reducing the need for inbound calls and follow-up inquiries. This increased visibility empowers clients to take timely action and submit complete, accurate information—minimizing errors and delays. For staff, fewer client inquiries and more accurate submissions will reduce administrative burden and enable faster, more efficient case processing. Overall, the portal will enhance the client experience, improve data quality, and support timely and accurate eligibility decisions.

d. Timeline of Implementation:
6 to 12 months

e. Detailed Cost Estimate:
- System Implementation: $575,000
- Cloud Infrastructure (1 Year): $20,640
- Total Estimated Initial Cost: $595,640

### Activity 2.2: SNAP Recertification eForm

a. Purpose/Description of Activity:

This investment will implement a fully digital SNAP recertification form that clients can complete and submit electronically. The system will automatically register submissions, reducing processing time and improving data accuracy. Designed with mobile accessibility and user-friendly guidance, the eForm will streamline the recertification process, making it more convenient for clients and reducing the reliance on paper-based workflows. By transitioning from manual, paper-based processes to digital experiences, the Division aims to empower clients to serve themselves quickly and efficiently, aligning with modern expectations for government services.

b. Root Cause(s) Addressed:
- Root Cause 2: Household Composition and Income Misreporting
- Root Cause 3: Ongoing Case Backlog

c. Expected Outcome:

The digital recertification form will enhance the accuracy and completeness of client-

submitted data, leading to fewer errors and reducing the need for manual corrections. By minimizing paper handling and streamlining data entry, the system will decrease processing times and alleviate staff workload. Clients will benefit from a more transparent and accessible process, with the ability to track their application status and understand next steps, thereby reducing the need for follow-up calls and inquiries. Overall, this initiative will contribute to improved operational efficiency, better data quality, and enhanced client satisfaction.

d. Timeline of Implementation:
6 to 12 months

e. Detailed Cost Estimate:
- Professional Services: $425,250
- Total Estimated Initial Cost: $425,250

### Activity 2.3: Notice Enhancements
a. Purpose/Description of Activity:
This investment will modernize and centralize the Division's approach to client communications by implementing a correspondence management system that enables non-technical users to update, manage, and standardize notices across all programs. The system will use shared templates, structured content blocks, and approval workflows to ensure that every notice reflects current policy and is clearly written, consistent, and actionable for clients.

b. Root Cause(s) Addressed:
- Root Cause 1: Incorrect Application of Policy
- Root Cause 3: Ongoing Case Backlog

c. Expected Outcome:
Clients will receive clearer, more consistent communications that reduce confusion and minimize the risk of submitting incomplete or incorrect information. This clarity will lead to fewer cases being placed in pending status due to miscommunication. For staff, streamlined and standardized notices will reduce the need for follow-up and rework, freeing up time to focus on timely, accurate case processing. Collectively, these improvements will help lower policy-related errors, increase operational efficiency, and improve the overall client experience.

d. Timeline of Implementation:
6 to 12 months

e. Detailed Cost Estimate:
- System Implementation: $100,000
- Onboarding and Professional Services: $400,000
- Total Estimated Initial Cost: $500,000

Page **6 of 16**

### Activity 2.4: Validation for Client Portal

a. Purpose/Description of Activity: Implement a validation service to securely authenticate client identities for portal access without requiring an email address. This will allow clients to self-serve through the portal securely and efficiently.

b. Root Cause(s) Addressed:
- Root Cause 2: Household Composition and Income Misreporting
- Root Cause 3: Ongoing Case Backlog

c. Expected Outcome: The validation service will ensure secure and convenient client access to the portal, enabling real-time updates and submissions. This will enhance data accuracy, significantly reduce staff workload, and decrease operational costs by automating client submissions and updates.

d. Timeline of Implementation:
6 to 12 months

e. Detailed Cost Estimate:

Development Costs: $81,000

Operational Costs: $0.97 per transaction (anticipated at 200,000 transactions annually) totaling $194,000 per year.

Operational costs in years two through seven may increase based on inflationary adjustments.

Total Initial Cost Estimate: $275,000

### Activity 3: Strengthen Quality Control through System Modernization and Targeted Case Review

This activity focuses on improving the Division's ability to monitor and reduce eligibility determination errors through the replacement of its outdated Quality Control (QC) database and short-term overtime staffing to conduct baseline case reviews. Together, these investments will modernize QC operations and generate actionable insights to guide training and continuous improvement:

- QC System Replacement: A modern data platform will replace the legacy Microsoft Access-based system, enabling more advanced tracking, analysis, and reporting of case errors. The new system will support real-time dashboards, customizable queries, and integration with other data systems to inform policy and training strategies.

- QA Case Review Overtime: Short-term overtime for field lead workers and supervisors will increase the volume of case reviews and establish a baseline for performance metrics. This will ensure the Division enters the system transition with current insight into common errors and training needs, accelerating the impact of future improvements.

### Activity 3.1: Quality Control System Replacement

a. Purpose/Description of Activity:

This investment will replace the Division's outdated Microsoft Access-based Quality Control (QC) database with a modern, scalable data management platform. The new system will enable real-time data integration, advanced error tracking, and dynamic reporting capabilities. Built to support state and local government needs, this platform will centralize QC data from multiple sources, enhance visibility into root causes of eligibility errors, and support faster, more informed decisions. The upgrade will also allow for automated workflows and improved data governance, ensuring the Division can adapt quickly to policy changes and compliance requirements.

b. Root Cause(s) Addressed:
- Root Cause 1: Incorrect Application of Policy
- Root Cause 3: Ongoing Case Backlog

c. Expected Outcome:

The new QC system will provide actionable insights through data visualization and analytics, enabling leadership to identify error patterns, improve staff training, and implement timely corrective actions. By streamlining how error data is captured, shared, and analyzed, the platform will strengthen oversight and reduce delays in addressing systemic issues. Ultimately, the system will improve the accuracy of eligibility determinations, reduce repeat errors, and support long-term operational efficiency and accountability.

d. Timeline of Implementation:
6 to 12 months

e. Detailed Cost Estimate:
- System Software License: $99,500
- Metadata/Programming: $250,000
- Two-Year M&O: $52,000
- Total Estimated Initial Cost: $401,500

### Activity 3.2: Staff Overtime for Case Reviews

a. Purpose/Description of Activity:

Provide overtime for quality control staff and supervisors to conduct focused case reviews. This short-term investment will support the establishment of a baseline error rate and

Case 3:23-cv-00044-SLG    Document 95-1    Filed 05/01/25    Page 48 of 96

identify common issues in case processing, creating a foundation for targeted training and system improvements once the new QC platform is in place.

b. Root Cause(s) Addressed:
- Root Cause 1: Incorrect Application of Policy
- Root Cause 3: Ongoing Case Backlog

c. Expected Outcome:
Increased review capacity will enable the Division to evaluate a broader sample of cases, surface error trends, and assess staff adherence to policy. The insights gathered will inform the development of training strategies and help measure future improvements as the new QC system is implemented.

d. Timeline of Implementation:
Ongoing through SFY 2026

e. Detailed Cost Estimate:
- Estimated at $55.00/hour x 39,953 hours
- Total Estimated Initial Cost: $2,197,415

## Summary of QC Investment Plan Costs

### Summary Table of Proposed Expenditures

| Activity | Description | Estimated Cost |
|---|---|---|
| **1. Implement Staff-Facing Tools** | | **$1,559,566** |
| 1.1 Worker Assistant | Virtual assistant for policy guidance | $1,200,000 |
| 1.2 Eligibility Technician Repository | Centralized digital knowledge base | $334,566 |
| 1.3 Policy Tracking & Compliance | AI-powered policy monitoring | $25,000 |
| **2. Enhance Client-Facing Systems** | | **$1,795,890** |
| 2.1 Client Portal | Self-service online client portal | $595,640 |
| 2.2 SNAP Recertification eForm | Digital SNAP recertification system | $425,250 |
| 2.3 Notice Enhancements | Modernized client correspondence | $500,000 |
| 2.4 Validation for Client Portal | Secure validation services | $275,000 |
| **3. Strengthen Quality Control** | | **$2,598,915** |
| 3.1 QC System Replacement | Modern data management platform | $401,500 |
| 3.2 Staff Overtime for QA Case Reviews | Overtime staffing for QA case reviews | $2,197,415 |
| **Total Investment** | | **$5,954,371** |

### Detailed Cost Breakdown by Activity

In accordance with USDA requirements for SNAP QC-related new investment plans, the following section provides a detailed cost breakdown for each activity proposed by the State of Alaska. All costs are associated solely with addressing identified root causes of the State's FY 2023 payment error rate and are allocated exclusively to SNAP-related operations. Activities that may benefit other assistance programs have been carefully cost-allocated to reflect only the portion attributable to SNAP. Cost estimates were developed

using a combination of vendor surveys, standard contract pricing, and benchmarks from similar projects previously implemented by the Division.

---

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

### Activity 1.1: Worker Assistant

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| System Implementation | $600,000 | | | $600,000 |
| One-Year Maintenance & Operations | $600,000 | | | $600,000 |

***Total of Estimated Costs: $1,200,000***

Explanation of how costs were determined:
Costs were based on vendor pricing for implementation and ongoing system support. The estimate includes licensing, configuration, and training services.

---

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

### Activity 1.2: Eligibility Technician Repository

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| System Development | $315,150 | | | $315,150 |

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| Cloud Hosting (12 months) | $1,618 | | 12 | $19,416 |

*Total of Estimated Costs: $334,566*

Explanation of how costs were determined:
Costs reflect vendor quote for setup and standard monthly cloud service charges. No hardware purchases are included.

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

### Activity 1.3: Policy Tracking & Compliance

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| Two-Year Platform Subscription (8 users) | $12,500 | | 2 | $25,000 |

*Total of Estimated Costs: $25,000*

Explanation of how costs were determined:
Cost reflects the quoted subscription rate for an AI-powered policy monitoring service used by the policy unit.

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

### Activity 2.1: Client Portal

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| System Implementation | $575,000 | | | $575,000 |
| Cloud Infrastructure (12 months) | $1,720 | | 12 | $20,640 |

***Total of Estimated Costs: $595,640***

Explanation of how costs were determined:
Cost based on vendor estimate for web portal development and cloud hosting infrastructure to support secure client access.

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

**Activity 2.2: SNAP Recertification eForm**

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| Professional Services | $425,250 | | | $425,250 |

***Total of Estimated Costs: $425,250***

Explanation of how costs were determined:
This is a flat rate quoted by a development vendor to design and deploy an integrated, online recertification form.

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

### Activity 2.3: Notice Enhancements

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| Correspondence System Implementation | $100,000 | | | $100,000 |
| Onboarding and Configuration Services | $400,000 | | | $400,000 |

*Total of Estimated Costs: $500,000*

Explanation of how costs were determined:
Estimates are based on vendor proposals for centralized template-driven communication platforms and professional services to support configuration and rollout.

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

### Activity 2.4: Validation for Client Portal

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| Development Costs | $81,000 | 1 | | $81,000 |
| Operational Costs (Year 1) | $0.97 per transaction | 200,000 | | $194,000 |

*Total of Estimated Costs: $275,000*

Explanation of how costs were determined:

Development cost estimates were based on vendor proposals for system implementation, integration, and initial setup. Operational costs were estimated using vendor quotes for validation transactions, calculated at $0.97 per transaction with an anticipated volume of

200,000 transactions annually. Future operational costs may increase based on inflationary adjustments.

---

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

### Activity 3.1: QC System Replacement

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|
| System Software License | $99,500 | | | $99,500 |
| Metadata Configuration and Programming | $50,000 | 5 programs | | $250,000 |
| Two-Year M&O | $27,000 | | 2 | $52,000 |

*Total of Estimated Costs: $401,500*

Explanation of how costs were determined:
Cost estimates derived from vendor proposals and standard state IT pricing for analytics systems and maintenance.

---

Initial submission: Yes

Revision: No

Submitted Date: 04/15/2025

### Activity 3.2: Staff Overtime for QC Reviews

| Line Item | Cost per item or Hourly Cost | Qty of items | Number of Hours (if applicable) | Total cost for line item |
|---|---|---|---|---|

| Eligibility and QC Staff Overtime | $55.00/hour | | 39,953 | $2,197,415 |
|---|---|---|---|---|

***Total of Estimated Costs:*** $2,197,415

Explanation of how costs were determined:
Overtime rate based on current average wage and fringe benefit rate for staff. This supports targeted QC case reviews to establish a baseline error rate.

Page **16** of **16**

Page 56 of 96

**USDA** U.S. DEPARTMENT OF AGRICULTURE

April 3, 2025

To:        State SNAP Agencies

From:      John Walk
           Acting Deputy Under Secretary for Food,
           Nutrition, and Consumer Services

Subject:   Termination of Parole for Certain Aliens
               and Immediate Family Members

The March 25, 2025, Notice issued by the U.S. Department of Homeland Security (DHS) entitled "Termination of Parole Processes: Cubans, Haitians, Nicaraguans, and Venezuelans" (90 *Federal Register* 13611) terminates the categorical parole programs established in 2022 and 2023 for aliens from Cuba, Haiti, Nicaragua, and Venezuela and their immediate family members (known as "CHNV parole programs"). Parole status for all aliens under the CHNV parole programs will terminate by April 24, 2025, if such status has not already expired before that date.

Section 212(d)(5)(A) of the Immigration and Nationality Act (INA) (8 U.S.C. 1182(d)(5)(A)) authorizes the Secretary of DHS to temporarily parole aliens into the United States on a case-by-case basis. Aliens temporarily paroled into the United States for more than one year are "qualified aliens" who may receive SNAP benefits if they meet other eligibility requirements.[1] If an alien's status as a parolee is revoked or expired and they are not in another qualifying status, such alien is not eligible for the Supplemental Nutrition Assistance Program (SNAP); those already enrolled in SNAP will no longer be eligible for SNAP at recertification.

In accordance with law, on or after the effective date that CHNV parole status is revoked or an alien's CHNV parole status expires, State agencies must:

- if already enrolled, remove the aliens and any immediate family members paroled under a CHNV program as SNAP beneficiaries at the next recertification unless such aliens are in another qualifying status,[2] and

---

[1] Certain aliens must meet one additional condition to be eligible for SNAP such as: five years of residence; 40 qualifying work quarters; children under 18; blind or disabled; elderly born on or before August 22, 1931, who lawfully resided in the United States on August 22, 1996; or military connection. The alien must also meet all other SNAP financial and non-financial eligibility requirements to receive SNAP benefits.

[2] Pursuant to USDA regulations at 7 CFR 273.12(a)(1), 7 CFR 273.12(d), and 7 CFR 273.18, households are not liable for a claim due to a change in circumstances the household is not required to report. Since households are not required to report a change in immigration status, aliens who lose SNAP eligibility at recertification due to termination of parole under the DHS Notice of March 25, 2025, are not subject to a claim for overissuance for the benefits received after their parole status was revoked.

Office of the Under Secretary for Food, Nutrition, and Consumer Services
1400 Independence Avenue, SW, Washington, DC 20250-9600
USDA is an equal opportunity provider, employer, and lender.

- cease approving SNAP benefits for aliens and any immediate family members paroled under the CHNV program, unless such aliens are in another qualifying status.

State agencies are reminded that the term "Cuban-Haitian Entrant" (CHE) is a reference to benefit eligibility rather than immigration status. The term is unrelated to CHNV parole status. CHEs are qualified aliens under the Personal Responsibility and Work Opportunity Reconciliation Act (PRWORA) of 1996. To be considered a CHE, an alien must meet the definition of a CHE under section 501(e) of the Refugee Education Assistance Act of 1980 (8 U.S.C. 1522 note). The DHS Notice of March 25, 2025, has no impact on eligibility of CHEs for SNAP.

However, State agencies must take necessary measures to verify CHE designation by, among other things, use of Systematic Alien Verification for Entitlements (SAVE) system per section 11(p) of the Food and Nutrition Act of 2008 (7 U.S.C. 2020(p)).

Sincerely,

John Walk
Acting Deputy Under Secretary
Food, Nutrition, and Consumer Services

cc:
James (JC) Miller
Administrator
Food and Nutrition Service

Page 58 of 96

# Attachment 2: Workload Management Matrix

| | Dept of Health status update to USDA Food Nutrition Services (FNS) Workload Management Matrix and additional State Initiatives | | |
|---|---|---|---|
| | **FNS Recommendation** | **Status** | **Status** |
| 1 | **FNS Regional Office Assistance with QC Case Completion** | Implemented | December 2022 instituted regular meetings. |
| 2 | **Same Day Service Interviews** | Implemented | Emphasizing same-day service interviews aligns with our Business Process Redesign philosophy. Balancing staff capacity as we reopen offices and clear the backlog of applications. Juneau, Bethel, Kodiak, Kenai and Homer offer same day service, including interviews. Rolling out to the remaining 5 DPA offices. <br><br> ✓ Bethel – implemented August 2023 <br> ✓ Juneau – implemented 11/13/2023. <br> ✓ Kodiak – implemented 11/27/2023. <br> ✓ Kenai – implemented 01/25/2024. <br> ✓ Homer – implemented 01/25/2024. <br> ✓ Wasilla – implemented 03/18/2024. <br> ✓ Fairbanks – implemented 07/8/2024. <br> ✓ Ketchikan – implemented 08/27/2024 <br> ✓ Anchorage – implemented 11/18/2024. |
| 3 | **Targeted Interviewing and Case Processing** | Implemented | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |
| 4 | **Fully Implementing Fully Implementing Allowable Activities for Non-Merit Personnel** | Implemented | April 2023 the division contracted out the Virtual Call Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs that have auto adjudicated eligibility within the ARIES database. FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |

| | | | |
|---|---|---|---|
| 5 | **Extending Certifications to 12 Months** | **Implemented** | Effective June 2023, SNAP certification periods have been extended to 12-months.<br>These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period. Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| 6 | **Electronic Case Filing or Document Management** | **Implemented** | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| 7 | **Compromise Claims and Termination of Claims** | **Implemented** | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim.<br>If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows:<br>Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months).<br>Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |
| 8 | **Simplified Self Employment Deduction Standard** | **Implemented** | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self- employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
| 9 | **Streamline Data Matches** | **Implemented** | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |

Case 3:23-cv-00044-SLG    Document 95-1    Filed 05/01/25    Page 60 of 96

| 10 | **Streamline Verification Requirements** | **Implemented** | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify:<br>1. Gross nonexempt income,<br>2. Alien eligibility,<br>7. Identity,<br>8. Disability,<br>9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC,<br>10. Household composition,<br>11. Students,<br>12. Legal obligation and actual child support payments, and<br>13. Additional verification for able-bodied adults subject to the time limit. 7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |
| 11 | **Telephonic and Electronic Signatures** | **Implemented** | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications.<br><br>Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms.<br><br>In process: Improve signature capture via the phone. |
| 12 | **Telephonic Interviews** | **Implemented** | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship.<br><br>FNS approved state plan option. |
| 13 | **Voluntary Employment and Training Program** | **Implemented** | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. |
| 14 | **Call Centers** | **Implemented** | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications.<br><br>In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |

| 15 | Real-Time Data Access Services | Implemented | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (IEVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |
| 16 | Recertification Interview for Certain Elderly/Disabled Member Households | Implemented | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forego the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2024 through 05/31/2026. |
| 17 | Reinstatement of Eligibility | Implemented | Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| 18 | Business Process Reengineering (BPR) | Implemented | Contract with Change Innovation Agency (C!A) to guide DPA Business Process Redesign and the reopening of DPA offices.<br>1.     C!A is providing staffing pattern recommendations.<br>2.     C!A is recommendations for training program to expedite staff onboarding while maintaining high-quality<br>case processing standards have been implemented.<br>3.     C!A will evaluate policy unit to identify business process redesign opportunities. Document and process between policy decision and operational implementation. |
| 19 | Online Applications | Implemented | SNAP application available on MyAlaska platform and/or Dept of Health website. Integrate online Interim Report Form for ongoing SNAP. |

| | | | |
|---|---|---|---|
| 21 | **Online Self-Service Portal** | **Implemented** | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process.  Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. **Note:** Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| 22 | **Elderly Simplified Application Project (ESAP)** | **Implemented** | Department of Health, Division of Public Assistance, requested and received federal approval to implement an Elderly Simplified Application Project (ESAP) demonstration project. Launched 12/1/2024. ESAP is for SNAP households where all adults are aged 60 or older or have a disability as defined by the Food and Nutrition Service (FNS). With ESAP:<br>-Certification period lasts 36 months instead of 24<br>-No interim report is required during the certification period<br>-No interview is needed when recertifying unless questions arise or the household requests an interview |
| 23 | **Notice of Agency Caused Delay** | Implementing | Final work request submitted to implement automated notifications for agency-caused delays on January 9, 2025. These notices will be generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed: on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business  day if these dates fall on a weekend or holiday.<br>To mitigate operational challenges and avoid overwhelming both the Division's Fair Hearings staff and the Administrative Law Group (ALG), the Division of Public Assistance (DPA) will implement a phased approach to issuing the new automated notifications for agency-caused delays. This strategy ensures that overdue cases are addressed systematically while maintaining service continuity and preserving staff capacity to handle appeals and inquiries effectively.<br>**Phased Rollout Strategy**<br>Instead of generating all overdue notifications simultaneously—which would result in a massive one-time notice issuance—the Division will roll out the notifications in structured batches based on the length of case delays. The proposed schedule is as follows:<br>•M o n t h  1: Issue notifications for all applications delayed over 90 days. Sent on March 4, 2025<br>•M o n t h  2: Issue notifications for all applications delayed over 60 days. Sent on March 31, 2025<br>•M o n t h  3: Issue notifications for all applications delayed over 30 days. Will be sent on 04/30/2025<br>By the fourth month, the system will be fully operational, with all newly overdue cases receiving automated notifications as scheduled (on day 31 for non-pended cases and day 8 for SNAP expedited cases).Launched beginning of March, 2025. **Update 04/09/2025** |

| 24 | Reviewing and Streamlining the SNAP Application | Implemented | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |
|---|---|---|---|
| 25 | E-notices | Implementing | Contractor implementing e-notices (text messaging). Launched March 13, 2024. |
| 26 | Advance Capture (Intelligent Scanning) | Implementing | DPA is amending ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality will categorize documents. Phase 1, for auto recognition and workflow for Application and Renewal forms Q4 2024. Additional forms rolled out in FY2025. |
| 27 | Implementing Broad-Based Categorical Eligibility (BBCE) | Implementing | BBCE removes the asset test requirement. BBCE can simplify administrative processes.<br>•      FNS provide Technical Assistance - increments.<br>o      Amend/Remove resource limits requirements – no system change.<br>o      Set the income threshold (Gross Income Limit maximum at 200% of the Federal Poverty Level) in EIS – requires system change.<br>•      Work request and planning in place to implement within legacy system. The shift off of legacy system to the integrated eligibility enrollment system will include BBCE programing.<br>Launch July 2025 – January 2026 |
| 28 | Standard Medical Deductions (SMDs) | Implementing | FNS is approving the Alaska SMD demonstration waiver for a 4-year period, beginning August 1, 2025, and expiring July 31, 2029, under the attached terms and conditions. |
| 29 | Streamlining SNAP Access in Rural Alaska | Implemented | To ensure timely delivery of benefits to Alaskans, we exercised the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval.<br><br>DPA met with Food and Nutrition Service (FNS) on January 16, 2025 to discuss the regulatory authorities allowed to Alaska at 7 CFR 272.7. Alaska implemented the federal authority to postpone SNAP interviews, as explained above, for individuals living in areas designated rural I and rural II on March 20, 2025.<br>Updated 04/09/2025 |

| | | | |
|---|---|---|---|
| 30 | **Automated Voice Response/Interactive Voice Response System** | **Planning to Implement** | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the call center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration)<br><br>Genesis is the VCC platform that connects can connect with Qualtrics as an example. |
| 31 | **Revise Notices for Clarity** | **Planning to Implement** | Technical assistance is being received to revise notices for clarity, although limitations posed by the mainframe system [old IT system – Eligibility Information System (EIS)] hinder our efficiency in this regard. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online, the notices will be improved.<br>Launch SFY25 |
| 32 | **Transitional SNAP** | **Planning to Implement** | Implementation is being evaluated as BBCE may address the benefit cliff and have a higher income limit. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online implement transitional SNAP program. |
| 33 | **Bots/Robotic Process Automation** | **Planning to Implement** | DPA is amending ImageSource contract to implement bots and robotic processes, a part of the online SNAP<br>application. Phased implementation to align with other projects. |
| 34 | **Check-in Kiosks** | **Planning to Implement** | DPA plans implement check-in kiosks at the University Center, in Anchorage. Will evaluate utility in other larger<br>offices. |
| 35 | **Average Student Work Hours** | **Considering** | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will<br>explore this option to determine if it is a valuable change. |

Case 3:23-cv-00044-SLG    Document 95-1    Filed 05/01/25    Page 65 of 96

| 36 | **Online Identity Verification** | **Considering** | Alaska does not currently have the ability to do this. It requires a third-party vendor to authenticate a SNAP applicant by using a set of multiple-choice questions based on electronically matched public records. Alaska's identity verification policy allows for staff to use multiple available interfaces, any document that reasonably establishes the individual's identity, or collateral contact with someone that can identify the applicant. |
|---|---|---|---|
| 37 | **Stagger Certification Periods** | **Considering** | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |
| 37 | **Targeted Team Focus on SNAP** | **Not an option in Alaska** | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs.<br><br>Business Process Resign created a team that focuses on SNAP backlog applications. |
| 39 | **On-Demand Interviews** | **Not an option in Alaska** | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is<br>in full compliance with FNS Interview requirements. |
| 40 | **Case Banking** | **Not an option in Alaska** | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the<br>Long-Term Care cases but uses statewide caseload management for everything else. |
| 40 | **Change Processing Unit** | **Not an option in Alaska** | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased<br>handling of cases, potentially causing delays in DPA workload. |
| 42 | **Verification Unit** | **Not an option in Alaska** | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce<br>situation. Alaska did try this in 2003 (EIOP) and it was not successful. |

Case 3:23-cv-00044-SLG     Document 95-1     Filed 05/01/25     Page 66 of 96

# Attachment 3: Backlog Dashboard with Detail

## Backlog Summary Tab

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

**Columns**

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).
**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.
**Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).
**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).
  Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

## SNAP Backlog Detail Tab

**Purpose:** Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.

**Columns**

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.
**Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.
**Number Pended:** The number that are being processed, in a pending status and not yet completed.
**Number Unacted:** Cases yet to be acted upon.
**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

**Purpose:** Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

**Columns**

**Program Categories:** Breaks out APA applications and recertifications.
**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.**
**Number Pended:** The number that are being processed, in a pending status and not yet completed.
**Number Unacted:** Cases yet to be acted upon.
**Oldest:** Date of oldest application/recertification case.

## SNAP Timeliness Detail Tab

**Purpose:** Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

**Rows:**

**Month:** Identifies the calendar month related to the data in the row
**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)
**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)
**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development:** At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. This will take significant programming resources. Once scope of work is outlined a timeline for provision will be included.
**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**

**Month:** Identifies the calendar month related to the data in the row
**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)
**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All approvals)
**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

**State of Alaska Dept. of Health – Division of Public Assistance**
**SNAP and APA Timeliness - Report Date May 2025**

| Timely Actions October 2024 - March 2025 | |
|---|---|
| **Program** | **Percent Timely** |
| **SNAP Applications and Recerts** | **49%** |
| SNAP Expedite applications | 59% |
| SNAP Initial applications | 63% |
| SNAP Recert applications | 21% |
| **Placeholder for APA Data** | |
| | |
| **Application Decision Cycle Time October 2024 - March 2025** | |
| **Program** | **Average Days** |
| SNAP | 39 |
| Placeholder for APA Data | |



Case 3:23-cv-00044-SLG    Document 95-1    Filed 05/01/25    Page 68 of 96

## Backlog Applications/Recertifications - *Updated 04/03/2025*

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adult Public Assistance** | | 149 | 148 | 99 | 12 | | 2 | 1 | | | | | | | 565 |
| *APA Applications* | | 149 | 148 | 154 | 99 | 12 | | | | | | | | | 565 |
| *APA Recertifications* | | | | | | | 2 | 1 | | | | | | | 565 |
| **Food stamp Applications and Recertifications** | 664 | 886 | 876 | 483 | 433 | 1,237 | 704 | 53 | | | 1 | | 1 | 2 | 5,340 |
| *Food Stamps (Expedite)* | 664 | 119 | 57 | 35 | | | 1 | | | | 1 | | | | 878 |
| *Food Stamps (non-Expedite Applications)* | | 342 | 429 | 335 | 220 | 599 | 293 | 26 | | | | | | 2 | 2,248 |
| *Food Stamps (Recertifications; no formula pull numbers from SPSS output Thur. Application* | | 425 | 390 | 113 | 213 | 638 | 410 | 26 | | | | | 1 | | 2,214 |
| *Age of Distribution* | | | | | | | | | | | | | | | |
| **Total** | 664 | 1,035 | 1,024 | 637 | 532 | 1,249 | 704 | 55 | | 1 | 1 | | 1 | 2 | 5,905 |

## APA Backlog Detail

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APA Total (Applications and Recerts** | | 149 | 148 | 154 | 99 | 12 | | 2 | 1 | | | | | | 565 | 53 | 513 | 2022-09-27 |
| *APA Applications* | | 149 | 148 | 154 | 99 | 12 | | | | | | | | | 565 | 53 | 513 | 2024-09-03 |
| *APA Recertifications* | | | | | | | | | | | | | | | 8 | | | |

## SNAP Backlog Detail

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Total (Applications and Recerts** | 664 | 886 | 876 | 483 | 433 | 1,237 | 704 | 53 | | | 1 | | 1 | | 5,340 | 731 | 4609 | 2022-09-27 |
| *SNAP (Expedite < 7 days)* | 664 | 119 | 57 | 35 | | | 1 | | | | 1 | | | | 878 | 419 | 459 | 2024-10-00 |
| *SNAP (non-Expedite Applications)* | | 342 | 429 | 335 | 220 | 599 | 293 | 26 | | | | | | | 2,248 | 237 | 2011 | 2022-09-27 |
| *SNAP (Recertifications)* | | 425 | 390 | 113 | 213 | 638 | 410 | 26 | | | | | | | 2,214 | 75 | 2139 | 2024-09-25 |

## Alaska Supplemental Nutrition Assistance Program Timeliness

| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 828 | 87% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | 1,400 | 35 | 52% |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 520 | 189 | 23% | 2,121 | 1,013 | 40 | 48% |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 642 | 183 | 29% | 2,525 | 1,284 | 44 | 51% |
| **Prev. six month** | 5,565 | 3,527 | 63% | 4,540 | 2,685 | 59% | 4,475 | 959 | 21% | 14,580 | 7,131 | 39 | 49% |



SNAP Timeliness: Six Month Overview

---

## Alaska Adult Public Assistance Timeliness Placeholder
## In process of developing data collection programming for this metric

At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. This will take significant programming resources. Once scope of work is outlined a timeline for provision will be included.

# Attachment 4: Division of Public Assistance IT Modernization Roadmap





**STATE OF ALASKA DEPARTMENT OF HEALTH**

*Division of Public Assistance*
*Eligibility Modernization Projects & Progress*

March 31, 2025

# EIS Modernization Projects

2

## Milestone 2 Increment 1-5:  Aged Blind Disabled Medicaid and Non-MAGI Categories

**This modernization project is to develop and deploy a modern, cost-efficient Integrated Eligibility System (IES) to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Aged Blind and Disabled, Long Term Care, Waiver Medicaid, TEFRA, Additional Medicaid categories (Title IV-E, Residential Psychiatric Treatment, and MAGI- Spousal Support), and Hospital Presumptive Eligibility.**

### Key Accomplishments

- Milestone 2 RFP is posted for solicitation
  - Currently in Q&A period; receiving and responding to questions from prospective vendors
- IV&V RFP
  - Plan to have posted next month
- Developed Modernization Roadmap (Aha!)
  - Milestone and Epic level
  - Security assessment is complete
    - Started procurement process for additional licenses needed Department/Additional Division access and increased support
  - Single sign-on, using DPA SOA credentials is completed
  - Integration with Azure DevOps is approved, soon to be scheduled
- Stand up and configure Modern Requirements for testing
  - Approved to integrate with ADO, actively configuring



## Milestone 2 Increment 6:  eForms

**The purpose of this project is to configure an ILINX eforms and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff.**

**Current e-forms to be worked on: Application for Services, Heating Assistance Application, Burial Assistance Application, and Eligibility Review Form**

### Key Accomplishments

**Application for Services**
- See ImageSource status report

**Burial Assistance Application**
- See ImageSource status report

**Eligibility Review Form (Gen 72)**
- See ImageSource status report

**Heating Assistance Application**
- See ImageSource status report

## Milestone 2 Increment 7:  Alaska Connect

**Alaska Connect is a self-service client portal. The portal provides our clients access to: initial application for service/benefits, review status, demographic updates, calendar of events, etc.**

**The Alaska Connect portal provides a fast, easy, and convenient option for clients to access and/or update their information. Additionally, Alaska Connect reduces administrative overhead and related cost to the State.**

### Key Accomplishments

**Project Plan for Phase II**
- ARIES client information to feed into Alaska Connect - Client Portal
- Procurement for Professional Services
- DOH IT Engagement

**Project Plan for Phase III**
- EIS client information to feed into Alaska Connect - Client Portal
- Procurement for Professional Services
- DOH IT Engagement



## Milestone 2 Increment 8: APA Cash Program

**This modernization project is to develop and deploy a modern, cost-efficient Integrated Eligibility System (IES) or module to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Adult Public Assistance Program (APA).**

### Key Accomplishments

- Milestone 2 Increments 1-5 and Milestone 3 are precursors to this project. This initiative is On-Hold until Milestone 2 development begins.

## Milestone 3: SNAP Program

**This modernization project is to develop and deploy a modern, cost-efficient Integrated Eligibility System (IES) to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Supplemental Nutrition Assistance Program (SNAP).**

### Key Accomplishments

- Planning (RFP, APD, etc.)
  - Currently drafting the Food and Nutrition Services (FNS) Implementation Advance Planning Document (IAPD) to secure funding
  - Currently drafting the Request For Proposal (RFP) to support application development/solutions to support eligibility determination and benefit administration for this program

## Milestone 4: ATAP and State Only Programs

**This modernization project is to develop and deploy a modern, cost-efficient Integrated Eligibility System (IES) or module to replace our costly, high maintenance legacy mainframe platform. This development phase includes the following programs: Alaska Temporary Assistance Program (ATAP), Senior Benefits (SB) Program and General Relief Assistance (GRA).**

### Key Accomplishments

- Milestone 2 Increments 1-5 and Milestone 3 are precursors to this project. This initiative is On-Hold until Milestone 2 development begins.

# Other Projects

9

**Alaska Childcare Information System AKCCIS**

**DPA recently implemented a cloud-based system - Alaska Childcare Information System (AKCCIS) to service the unique administrative and service needs for Alaskan children.**

**An on-line application for services/benefits for clients and providers has been created which reduces administrative overhead and related cost for the State and provides a convenient, fast, self-service option for our clients.**

**Key Accomplishments**

- Provider portal implementation – Go-live Spring 2025
- Client portal implementation – Go-live TBD
- Provider and client training
    - Help Desk for Website Call Center - Go-live – Spring 2025



## Centralized Mailroom

**The Centralized Mailroom project provides three benefits to both staff and clients:**

- **A centralized location for incoming mail, reducing the administrative burden and associated cost for field offices**
- **Automation for opening, sorting, and digital routing of mail/returned mail (routed to the appropriate field office/staff to improve communication and efficiencies using the document management system ILINX)**
- **Automate updating addresses within the eligibility systems (without human intervention) and sets follow up 'tasks' for staff (if necessary) in the workflow management system Current™**

**Key Accomplishments**

- Invitation to bid to centralize printing and mailing services was released in March
- Planning is underway to stand up a centralized mail room for incoming and returned mail
- Office of Professional Procurement Management (OPPM) working on purchasing OPEX Scanner through OMNIA contract agreement
- Project plan creation for the automation process of uploading documents and integration into the eligibility systems

## Genesys Cloud Enhancements

**DPA is currently using the Genesys Cloud system for our Virtual Call Center. This client experience enhancement facilitates 'Caller ID' display to our clients for incoming calls from our Virtual Call Center providing improved client response to benefit related calls and reducing the time, administrative overhead, and cost of manual calls from our staff (often multiple attempts).**

**Additionally, DPA is implementing single sign-on capabilities to our Genesys Cloud application, providing our staff with a seamless experience across the many applications needed to service our clients.**

**Key Accomplishments**

- Single sign on configuration is complete
- Currently testing Caller ID /Carrier change features
- Disposition Codes – configuration change under assessment



Case 3:23-cv-00044-SLG    Document 95-1    Filed 05/01/25    Page 76 of 96

## IEVS – Automated Asset Verification

**This staff efficiency project is to automate requests for reports from the Eligibility/Asset Verification system eliminating the need for Eligibility staff to manually request reports, saving time and associated cost to the State.**

### Key Accomplishments

- Successfully tested the Application Programming Interface (API)
- Currently developing and testing the 'backend processes'

**Related project**
- Asset Verification System and Eligibility Verification System procurement is under development

 

## ILINX – Analytics Dashboards

**This ILINX feature facilitates visibility to vital statistics such as application volume by program on a weekly basis via Reports and Dashboards; provides necessary information for staff management and response, such as shifting resources where they are needed based upon volume.**

### Key Accomplishments

- Monitor work entering/exiting the document management system to create dashboards
- Currently de-prioritized

## ILINX / Current Integration

**This staff efficiency project will integrate our workflow management tool (Current) with our document management system (ILINX) to facilitate automated 'task' generation for staff. Necessary administrative and care coordination 'tasks' are generated for the staff based upon the receipt of various document/image types in the document management system improving staff efficiency, and overall client experience.**

**Key Accomplishments**

- Currently developing the Interconnection Risk Assessment Worksheet (IRAW) for security plan
  - Received boundary diagram from vendor
- Developing project plan with ImageSource and C!A
- Also see ImageSource status report



## ILINX - Streamlining Capture (Workflow)

**There are two ILINX - Streamlining Capture (workflow) initiatives in progress:**

- **Update the ILINX Casefiles workflow to reflect DPA staffing and training requirements.**
- **In ILINX Capture: Remove specified 'Work Queues' (Classification, Work, and Confidential Work), consolidate the work (upon scanning or importing into ILINX), and submit to ILINX Content Store.**

**Key Accomplishments**

- Finalizing Project Plan
- Updating 'Document Types' (add/remove) to align with DPA workflow
- Reviewing items in Work Queue to identify items that need to go into Current ™

## ILINX – VCC Telephonic Migration (Cognitive Services)

**This staff efficiency project is to integrate the Virtual Call Center system (Genesys Cloud) with the Electronic Document Management System (ILINX) to facilitate capturing, condensing and storing 'voice signatures' in our document management system. This reduces the administrative burden(time) on staff and reduces the related cost to the State.**

### Key Accomplishments

- Snips telephonic signature record out of full recording and ingests into ILINX for retention
- Ready for testing
- Developing Interconnection Risk Assessment Worksheet (IRAW) for Genesys PureCloud and ILINX integration
  - Received boundary diagram from vendor
- Go-live is planned for – Late Spring 2025 (delayed due to unplanned emergency leave of key staff/ resources)



## ILINX – Work Services Contractors in ILINX

**This staff efficiency project is to transition work services staff and contractors to utilize the document management system. This project will transition staff from using SharePoint or share servers into a single repository.**

### Key Accomplishments

- On hold



## LIHEAP System Replacement

**Low Income Heating Assistance Program (LIHEAP) is currently on the ECOS system which is maintained by a contractor - JAI. This contractor's contract is due to expire July 2025; DPA plans to go out for competitive bid for a new contract. DPA is looking to replace the ECOS system to improve efficiencies, reduce cost and improve our client experience. DPA is in the process of developing a Request for Proposal (RFP) to assess our options.**

### Key Accomplishments

- Procurement activities under development



# Maintenance and Operations

20

## Alaska's Resource for Integrated Eligibility Services (ARIES)

- Includes support, fixes, patches, updates, certificate & software license renewal, improvements, new features and ongoing security assessment & reporting

- Represents <u>a large portion of ongoing work</u>, and is the bedrock to all other endeavors

- Recorded using "work items," which can range from simple fixes to substantial improvements in the system

| Month | Number of Work Items Complete |
|---|---|
| January | 309 |
| February | 265 |
| March | 147 |



## Eligibility Information System (EIS)

### Key Initiatives & Accomplishments

**Broad Based Categorical Eligibility**
- This initiative will increase SNAP participation for households at or below a gross income limit of 200% of Federal Poverty Level.
- Disregards resource limits allowing families to have savings.
- Go Live is planned for - July 1, 2025

**Automated Delayed Application Notices**
- Increases staff efficiency by notifying applicants of agency delays to reduce lobby traffic and phone contact.
- Phased roll out starts March 1, 2025;
- Completion is planned for April 30, 2025

**Warrant to EBT**
- This initiative will reduce Mainframe costs associated with issuing warrants (checks).
- Starting with Adult Public Assistance and Senior Benefits and will work towards PFD Hold Harmless and General Relief Assistance.
- Direct deposit campaign will go out in conjunction.
- Go live date TBD

## Document Management System (ILINX)

**Key Initiatives & Accomplishments**

**Maintenance & Operations (See ImageSource status report)**
- Moving documents from work queue to Content Store (ARIES and EIS application clean up); improvements planned in this area
- Automatic resizing of emailed images
- Date Received for after hours, weekends, and holidays
- Long term care assistance workflow
- Simplify current method for the way SNAP Interim Reports are processed
- Simplify current method for the way Eligibility Technician-1 group interacts with ILINX (classifying documents)
- ILINX Case Files Workflow Modernization

**ILINX Flex Update – Q3 2025**
- See ImageSource status report



## Other Projects

**VCC Chat Bots**
- On Hold

**Notices & Policy Manuals**
- Developing RFP for 'Notices' and 'Policy Manuals'
  - Currently looking at procurement options

**Eligibility Worker's Assistance Portal**
- Exploring procurement options

**Client Lobby Check-In and Texting**
- Exploring procurement options

**WIC**
- WIC Worker's Assistance Portal – On Hold (funding)





# State of AK, Dept. of Health
# Division of Public Assistance

### ILINX Automation Projects:
### Status Report

Report #3:

March 13, 2025

Case 3:23-cv-00044-SLG      Document 95-1      Filed 05/01/25      Page 83 of 96



**Projects Completed to Date**

| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| Automatic resizing of emailed images | 03.28.2025 | ILINX automatically adjusts received content to 8 ½ x 11 eliminating large file processing errors received primarily through automated email monitoring. | • Automated process to re-size large attachment received via email<br>• Eliminates the need for staff to address errors through manual intervention/re-sizing of images.<br>• Increase process efficiency and processing volume. |
| Automated Document Type Classification | 11/18/2024 | ILINX automatically reviews the electronic documents received via email by the public, looking for Applications and Reviews. If it finds an *Application or Review*, it moves the *Application or Review* to the **Priority** work queue. | • Reduced the review and classification of *Applications and Reviews*, by hundreds of hours, a week.<br>• Staff work *Applications and Reviews* first, striving to align to the SLA. |
| Childcare Assistance Program (CCAP): Provider and Family Eligibility | 9/27/2024 | Two ILINX applications were configured. ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can view the electronic documents by clicking an icon in AKCCIS. | • Productivity gain - access to electronic documents, statewide, from any office<br>• Productivity gains - staff work in one system, AKCCIS<br>• Reduction of printing costs<br>• Reduction of filing supplies costs<br>• Reduced risk associated with the loss of paper records due to fire, earthquake, water damage, etc. |
| Childcare Program Office: Licensing | 9/27/2024 | ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can view the | • See above |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| | | electronic documents by clicking an icon in the AKCCIS. | |
| Childcare Program Office: Accounting | 9/27/2024 | ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can review the electronic documents by clicking an icon in the AKCCIS. | • See above |
| ILINX eForms: Color code by form type | 7/31/2024 | Numerous ILINX *smart forms* were configured so that clients and applicants could fill them out electronically from their phones, tablets, computers, etc. Besides the Title, staff would need to read through the eForm if they had been pulled off for a phone call, etc. | • Productivity gain- staff can easily identify the different eForms, allowing them to work per the proper process requirements. |
| ILINX Engage: Phase 1 Client Portal- *Alaska Connect* | 7/24/2024 | ILINX was configured for DPA's Alaska Connect Portal. All ILINX eForms, links to PDF forms and important information, are available through the experience. | • Easy to work with – applicant/client self-service and integrated with MyAlaska.<br>• Access to applications and documentation from any device, any time and any location. |
| ILINX eForm: Report of Change | 7/11/2024 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Easy to work with, client self-service<br>• Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to Report of Change from any device, any time and any location. |
| ILINX eForm: SNAP Interim Report | 5/6/2024 | An ILINX *smart form* was configured to ensure ease of use and the collection of | • Easy to work with, client self-service |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| | | good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to SNAP Interim Report from any device, any time and any location. |
| ILINX Secure Document Upload | 03/13/2024 | A link on DPA's website was added to support an applicant/client's ability to securely upload documents required to support benefits determination. | • Easy to work with, client self-service. Clients/applicants can use the camera on their phone to upload pictures of their documents.<br>• Eliminated staff manual paper tasks -opening mail, scanning documents, and document classification. |
| Automated SMS/Email Notification | 03/12/2024 | Automated SMS/Text and email confirmation notices transmitted when client opts-in during all eForm submissions (SNAP Application, Interim Report, Change Report, Secure Document Upload) | • "Blackhole" - clients and applicants would call or submit duplicate paperwork as no confirmation was provided.<br>• Reduction of phone inquiries and duplicate submissions as clients who Opt In receive a confirmation email or text message. |
| USDS Consultation | 03/01/2024 | FNS sent USDS to AK to provide support – process and technology. ImageSource met to provide information and access (integrate) to the ILINX system. | • Minimize key data entry into multiple systems. DPA associate keys once, data is pushed to the eligibility system, supporting faster determinations. |
| Weekly Data Report: ILINX Utilization | 01.01.2024 – on going | Weekly data by volume for each configured customer for work processed through DPA ILINX solution. | • Provides DPA the ability to see where work is coming in, the volume of work by media and where process bottlenecks. |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| ILINX eForm: SNAP Application | 12/28/2023 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Easy to work with, client self-service<br>• Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to SNAP Application from any device, any time and any location. |
| | | | |

## Projects Inflight

| PROJECT NAME | PERCENT COMPLETE | PROJECT STATUS |
|---|---|---|
| ILINX eForm: Application for Services | 75% | **No changes since previous Report, waiting for approval to move forward.**<br>Application for Services eForm configuration is complete, tested and accepted by DPA. The electronic application (eForm) has been submitted to FNS and CMS for approval. |
| ILINX Upgrade, ability to leverage browser agnostic ILINX interface (Flex). | 35% | 80% of DPA's ILINX content has been exported to support the ILINX upgrade. ImageSource continues to configure system so DPA can use any browser with ILINX. |
| Date Received for after hours, weekends, and holidays | 10% | **ImageSource identifying solution options.**<br>Error caused in auto date stamp when clerical mistakenly enters incorrect received date. Solutioning ways to automate the received date to |



| | | recognize when an item is received after hours, weekends and holidays to push to next business per Policy. |
|---|---|---|
| ILINX Cognitive Services: Automated processing of VCC Recordings | 80% | **DPA is currently executing acceptance testing of the VCC solution.** DPA is in testing the solution. ILINX is automatically converting the VCC recordings into a searchable document as well as clipping the entire recording (interview) to just the required portion, the attestation. |
| ILINX Analytics | 0% | **No changes since February Report.** Reports and dashboards will be configured that illustrate statistics such as how many SNAP applications were processed this week. Preliminary requirements defined, to be configured when the software upgrade is complete. |
| CURRENT Integration | 5% | **Design planning meeting held on 3.13 focusing on Activity and associated program designations.** ILINX will be configured to push the data typed in by the DPA associate directly into CURRENT. The integration of ILINX and CURRENT greatly reduces the amount of data entry for DPA associates. ImageSource to re-engage with DPA and CIA in the next few weeks. |
| | | |

## Projects Queued Up: Working through Procurement

| PROJECT NAME | PROJECT PURPOSE |
|---|---|
| Centralized Mailroom | **No change since January Report.** The purpose of this project is to automate the opening and routing of returned mail. The current process is decentralized, with undeliverable mail returned to a field office and then being manually worked by DPA associates. |
| ILINX eForm: Heating Asst Application | **No change since January Report.** The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of |



| | |
|---|---|
| | manual tasks by DPA staff. The Heating Assistance form will be available via the SOA public website, My Alaska website as well as the Alaska Connect portal. |
| ILINX eForm: Burial Assistance Request | **No change since January Report.**<br>The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff. The Burial Assistance smart form will be available via the SOA public website, My Alaska website as well as the Alaska Connect portal. |
| ILINX eForm: Eligibility Recertification Process | **No change since January Report.**<br>The purpose of this project is to configure an ILINX Eligibility Review smart eForm, providing an electronic means for Alaskans to confirm their eligibility, i.e., to continue receiving current benefits. The new ILINX eform will leverage as many components, as possible, utilized in the ILINX SNAP Application, SNAP Interim Report and Report of Change eForms. |
| Long Term Care Assistance Workflow | **No change since January Report.**<br>The purpose of this project is to identify LTC workflow packages and configure ILINX Case Files workflow so SOA staff can view Long Term Care content discretely. Configure ILINX to leverage a unique 'Intake Location' value to support the process. DPA would like a means to identify these cases and their documents. DPA would like a unique ILINX Document Upload to extend an integrated method for SOA LTC Providers to submit documents. |
| ILINX Case Files Workflow Modernization | **Plan/design in review, awaiting procure process**. Eliminate ILINX W*ork/ET2* workflow queue: estimated labor saving of 30-45 seconds per package. |

## Projects – ILINX Evolutions in Discussion

| PROJECT NAME | PROJECT PURPOSE |
|---|---|
| Simplify current method for the way SNAP Interim Reports are processed | Eliminate one ILINX workflow queue when there are no changes identified on Interim Report; estimated labor saving and the potential disruption of client benefits. |
| Simplify current method for the way ET1s interacts with ILINX (classifying | Consolidate three ILINX workflow queues into one: estimated labor saving of 30-45 seconds per package. |

| documents) | |
|---|---|
| | |

# Attachment 5: Status of Eligibility Technician Positions

Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions



**Pie Chart: PCN Control - Field ET Vacancies**

Status
Total Issues: **248**

| | | |
|---|---|---|
| PCN Filled | | 197 |
| Interviewing | | 23 |
| Posted | | 14 |
| PCN Vacant | | 6 |
| Hire Pending | | 4 |
| PCN Recruiting | | 4 |

**Issue Statistics: PCN Control - Field ET Vacancies (Status)**

| Status | Count | Percentage | |
|---|---|---|---|
| PCN RECRUITING | 4 | | 2% |
| POSTED | 14 | | 6% |
| INTERVIEWING | 23 | | 9% |
| HIRE PENDING | 4 | | 2% |
| PCN FILLED | 197 | | 79% |
| PCN VACANT | 6 | | 2% |
| Total | 248 | | |

*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 04/3/2025*

*Definitions:

**Field Eligibility Technician (ET):** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*

**Eligibility Technician 2 (ET 2)** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*

**Eligibility Technician 3 (ET3)** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

**Eligibility Technician 4 (ET4)** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

**Eligibility Office Manager 1 (EOM1)** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

**Eligibility Office Manager 2 (EOM2)** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

**Permanent (Budgeted) Positions:** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

**Long-Term Non-Permanent (LTNP) Positions:** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

**PCN Recruiting:** *The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.*

**PCN Posted:** *The position has been advertised, and applications are being accepted through the designated recruitment platform.*

**PCN Interviewing:** *Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.*

**PCN Hire Pending:** *A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.*

**PCN Filled:** *The position has been successfully filled, and the new hire has started or is scheduled to begin work.*

**PCN Vacant:** *The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.*

**Pie Chart: Field Hire Actions Feb 2025**



**Personnel Action**
Total Issues: **18**

| | Personnel Action | |
|---|---|---|
| 🟩 | Promotion Within the Division | 6 |
| 🟦 | New Hire | 5 |
| 🟥 | Transfer within Division (OUT) | 5 |
| 🟨 | Separation | 1 |
| 🟪 | Transfer out of Division | 1 |

**Filter Results: Field Hire Actions Feb 2025**

| Job Class | Personnel Action | Start / Effective Date ↑ |
|---|---|---|
| Eligibility Technician 2 | Transfer within Division (OUT) | 02/Feb/25 |
| Eligibility Technician 3 | Promotion Within the Division | 03/Feb/25 |
| Public Assistance Field Services Manager 2 | Promotion Within the Division | 03/Feb/25 |
| Eligibility Technician 2 | New Hire | 03/Feb/25 |
| Eligibility Technician 2 | New Hire | 06/Feb/25 |
| Eligibility Technician 2 | New Hire | 06/Feb/25 |
| Eligibility Technician 2 | New Hire | 10/Feb/25 |
| Eligibility Technician 2 | New Hire | 11/Feb/25 |
| Eligibility Technician 2 | Separation | 14/Feb/25 |
| Eligibility Technician 2 | Transfer within Division (OUT) | 16/Feb/25 |
| Eligibility Technician 2 | Transfer within Division (OUT) | 16/Feb/25 |
| Eligibility Technician 4 | Transfer within Division (OUT) | 16/Feb/25 |
| Eligibility Technician 3 | Transfer out of Division | 16/Feb/25 |
| Eligibility Office Manager 2 | Promotion Within the Division | 17/Feb/25 |
| Eligibility Technician 3 | Promotion Within the Division | 17/Feb/25 |
| Eligibility Office Manager 2 | Promotion Within the Division | 17/Feb/25 |
| Eligibility Technician 2 | Transfer within Division (OUT) | 23/Feb/25 |
| Public Assistance Analyst 1 | Promotion Within the Division | 24/Feb/25 |

**1–18** of 18

# Attachment 6: Distribution and Status of Contracted Staff

*Attachment 6: Distribution and Status of Contracted Staff*

Table 3. Current Contracted Call Center Staffing Levels

| Position | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Supervisors | 13 |
| Active Eligibility Associates | 111 |
| Inactive Staff/On Leave | 6 |
| **Total** | **132** |

*Data provided by Public Consulting Group, March 4, 2025*

*Position Descriptions:

**Call Center Manager:** *The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.*

**Quality Assurance Manager/Trainer:** *The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.*

**Supervisors:** *The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.*

**Active Eligibility Associates:** *The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.*

**Inactive Staff/On Leave:** *Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangements.*

# Attachment 7: Training

**Training and Staffing**

**Introduction:** The Division of Public Assistance is currently engaged in intensive training programs to address staffing needs and improve efficiency in eligibility case processing. This report outlines the training timelines, cohort details, and staffing outcomes, supplemented by data on new hires, recruitment efforts, and Position Control Number (PCN) statuses.

**Training Overview:** The main training program running at present is the Modified Adjusted Gross Income Medicaid (MAGI)/Supplemental Nutrition Assistance Program (SNAP) training, which spans ten weeks from onboarding to readiness for production. The timeline is structured as follows:

- **Week 1:** Division orientation

- **Week 2:** System preparation—familiarization with operational systems

- **Weeks 3-4:** Virtual instructor-led training for MAGI

- **Weeks 5-6:** On-the-job (OJT) training for MAGI processing, transitioning to SNAP

- **Weeks 7-8:** Virtual instructor-led training for SNAP

- **Weeks 9-10:** OJT for SNAP and MAGI/SNAP processing

By Week 10, staff are expected to independently handle cases, albeit with some assistance.


Adult Public Assistance (APA) training is a two-week course. Week one is virtual instructor led and week two is OJT processing cases. This training builds on skills learned in the MAGI and SNAP trainings, introducing new policy and procedures specific to the APA program.

Heating Assistance (HAP) is an online course that staff can access as needed. This course is intended for staff with existing eligibility background. When new staff are hired in off the street for HAP, an instructor-led training will be used.

**Current Training Cohorts:** The Division is running several consecutive, concurrent MAGI/SNAP training cohorts, with trainings scheduled as needed to meet the needs of new hires as they are onboarded Additionally, training plans are in progress for other programs such as Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP) program. Below is the training schedule dashboard. This dashboard will be provided to the court on a monthly basis:

| Training Start Date | Training Name | Number of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 01/27/2025 | MAGI/SNAP [cohort 4] | 9 | 04/11/2025 | 9 |
| 03/26/2025 | HAP – online | 27 | 04/2025 | 27 |
| 02/12/2025 | MAGI/SNAP [cohort 5] | 6 | 05/02/2025 | 6 |
| ~5/12/25 | HAP VILT | up to 7 | ~5/16/25 | up to 7 |
| ~5/12/25 | Ktn/Sitka MAGI/SNAP | 4* | ~7/25/25 | 4 |
| ~6/2/25 | Nome, LTC, Kenai, Anc, Wasilla MAGI/SNAP | 10* | ~8/15/25 | 10 |
| ~6/23/25 | Fairbanks/Juneau MAGI/SNAP | 5* | ~9/5/25 | 5 |

*Data provided by Chief of DPA Learning & Development, 04/07/2025*
*\*These numbers are based on current vacancies as of 04/07/2025.*