# Attachment 3: Timely Processing of Applications/Workload Data

Attachment 3: Note from Deb: Focused Work Assignments to Support Service and Stability

| | |
|---|---|
| **From:** | DOH DPA Director"s Office (DOH sponsored) |
| **To:** | DOH DPA Director"s Office (DOH sponsored) |
| **Subject:** | Note from Deb: Focused Work Assignments to Support Service and Stability |
| **Date:** | Wednesday, April 30, 2025 7:43:25 AM |
| **Attachments:** | image002.png |



April 30, 2025

Good afternoon DPA team,

We value your insights and recognize that continuous change can impact job satisfaction. With your feedback as our guide, we're taking decisive steps to foster stability for our team while enhancing the quality of customer service. Given our current staffing levels and transaction times, we are strategically allocating resources across our access points to ensure timely service delivery, and this is what it looks like:

| Category | Staff Assigned |
|---|---|
| Untimely Casework | 30 |
| Virtual Contact Center (VCC) | 23 |
| Same-Day Support (Lobby) | 20 |
| Timely Casework (Non-Lobby) | 29 |
| **Total Baseline Staffing** | **102** |

In the coming days, your leadership will be connecting with you to explain how this applies to your specific position. Please note that you will not be moved to a new team, and there will be no changes in supervision, your Needs Assistance Group, or the team huddle you attend. Our goal is to set you up for success with clear expectations and sustained support while we continue working to serve Alaskans. We will regularly assess the effects of this approach and will be sure to communicate if any adjustments are needed. We would also like to recognize the Support Units for their outstanding contributions, successfully processing NL Verification tasks and achieving remarkable results—working an average of 209 additional cases per week in recent weeks. These efforts highlight the power of focus, teamwork, and

Note from Deb Page 1

commitment to progress.

We're determined to tackle this work efficiently and effectively, turning challenges into opportunities for success. Together, we'll move forward with focus and momentum, achieving our goals with strength and determination. Thank you for your ongoing commitment and flexibility.

Sincerely,

**Deb Etheridge** | Director
Division of Public Assistance, Alaska Department of Health
P.O. Box 110640 | Juneau, AK 99811-0640
907.465.2680 (office)
Deb.etheridge@alaska.gov

## Backlog Summary Tab

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

**Columns**

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).

**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.

**Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).

**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public

Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

## SNAP Backlog Detail Tab

Purpose: Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.

**Columns**

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.

**Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

Purpose: Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

**Columns**

**Program Categories:** Breaks out APA applications and recertifications.

**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.**

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab

Purpose: Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development: At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. This will take significant programming resources. Once scope of work is outlined a timeline for provision will be included.**

**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Backlog Applications/Recertifications - *Updated 05/08/2025*** | | | | | | | | | | | | | | | |
| Adult Public Assistance | - | 156 | 116 | 233 | 150 | 79 | 20 | - | 1 | - | - | - | - | - | 755 |
| *APA Applications* | - | 156 | 116 | 233 | 150 | 79 | 20 | | 1 | - | | | - | - | 0 |
| *APA Recertifications* | - | | | | | | | | | | | | | | - |
| SNAP Applications and Recertifications | 438 | 525 | 302 | 1,135 | 596 | 271 | 887 | 415 | 11 | - | - | - | 1 | - | 4,580 |
| *Food Stamps (Expedite)* | 438 | 52 | 20 | 72 | 2 | 1 | 1 | - | | - | | | - | - | 587 |
| *Food Stamps (non-Expedite Applications)* | - | 215 | 111 | 416 | 418 | 135 | 447 | 199 | 1 | - | | | 1 | - | 1,943 |
| *Food Stamps (Recertifications)* | - | 258 | 171 | 647 | 175 | 135 | 439 | 215 | 10 | - | | | - | - | 2,050 |
| **Total** | 438 | 681 | 418 | 1,368 | 745 | 350 | 907 | 415 | 12 | 0 | 0 | 0 | 1 | 0 | 5,335 |

**State of Alaska Dept. of Health – Division of Public Assistance**
**SNAP and APA Timeliness - Report Date June 2025**

| Timely Actions November 2024 - April 2025 | |
|---|---|
| **Program** | **Percent Timely** |
| **SNAP Applications and Recerts** | **49%** |
| SNAP Expedite applications | 57% |
| SNAP Initial applications | 62% |
| SNAP Recert applications | 20% |
| **Placeholder for APA Data** | |
| | |
| **Application Decision Cycle Time November 2024 - April 2025** | |
| **Program** | **Average Days** |
| SNAP | 41 |
| Placeholder for APA Data | |



Backlog Dashboard with Detail Page 3

Attachment 3: Backlog Dashboard with Detail

| | SNAP Backlog Detail - 05/08/2025 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 048-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
| SNAP Total (Applications and Recerts | 438 | 525 | 302 | 1,135 | 595 | 271 | 887 | 415 | 11 | | | | | 1 | | 4,580 | 806 | 3774 | 2024-05-20 |
| SNAP (Expedite > 7 days) | 438 | 52 | 20 | 72 | 2 | | | 1 | | | | | | | | 587 | 393 | 194 | 2024-11-07 |
| SNAP (non-Expedite Applications) | | 215 | 111 | 416 | 418 | 135 | 447 | 199 | 1 | | | | | 1 | | 1,943 | 265 | 1678 | 2024-05-20 |
| SNAP (Recertifications) | | 258 | 171 | 647 | 175 | 135 | 439 | 215 | 10 | | | | | | | 2,050 | 148 | 1902 | 2024-09-20 |

Backlog Dashboard with Detail Page 4

**APA Backlog Detail - 05/08/2025**

| Program | 0.00 to -30 days | 31-60 days | 61-90 days | 91-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | 361-390 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APA Total (Applications and Recerts | - | 106 | 119 | 233 | 150 | 78 | 20 | | 1 | | | | | | 755 | 67 | 688 | 2024-09-30 |
| APA Applications | - | 106 | 119 | 233 | 150 | 78 | 20 | - | 1 | | | | | | 755 | 67 | 688 | 2024-09-30 |
| APA Recertifications | - | - | - | - | - | - | - | - | - | | | | | | - | - | | |

Attachment 3: Backlog Dashboard with Detail

| Alaska Supplemental Nutrition Assistance Program Timeliness | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | 1,400 | 35 | 52% |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 520 | 119 | 23% | 2,121 | 1,013 | 40 | 48% |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 642 | 183 | 29% | 2,525 | 1,284 | 44 | 51% |
| Apr-25 | 1,065 | 650 | 61% | 1,013 | 557 | 55% | 574 | 101 | 18% | 2,652 | 1,308 | 46 | 49% |
| Totals: | 5,652 | 3,488 | 62% | 5,031 | 2,849 | 57% | 4,255 | 869 | 20% | 14,938 | 7,206 | 41 | 48% |

Attachment 3: Backlog Dashboard with Detail

**Alaska Adult Public Assistance Timeliness  Placeholder**
In process of developing data collection programming for this metric

Backlog Dashboard with Detail Page 7