# Attachment 4: IT Modernization

Attachment 4: June Technology Projects Roadmap

Division of Public Assistance – Completed IT Modernization Projects (as of June 2025)



Technology Roadmap Page 1

Attachment 4: June Technology Projects Roadmap

Division of Public Assistance – IT Modernization Roadmap: Projects Scheduled Through January 2026



Technology Roadmap Page 2

Attachment 4: June Technology Projects Roadmap

Division of Public Assistance – Planned IT Modernization Projects (Post-January 2026)



Technology Roadmap Page 3

| Project name | Project Description | Project start date | Project end date | Project comments |
|---|---|---|---|---|
| Automated Renewals | Streamlined the renewal process for Modified Adjusted Gross Income (MAGI) Medicaid recipients by implementing automation in compliance with federal ex parte renewal requirements. | 2022-03-01 | 2023-04-30 | Funding: Federal 90% / State 10%  Enhanced efficiency; Reduced manual workload; Reduced postage costs; Improved user experience. |
| ILINX® Cloud Migration | Migrated ILINX® system from State data center to vendor-managed Microsoft Azure cloud hosting. | 2023-03-01 | 2023-11-30 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.  Aligned with Governor's Cloud mandate; Reduced administrative costs; Improved infrastructure scalability. |
| Milestone 2 - Increment 6: ILINX® Online SNAP Application eForm | Developed an ILINX® smart form to streamline Supplemental Nutrition Assistance Program (SNAP) applications. | 2021-09-01 | 2023-12-31 | Funding: grant  Reduced paper/email submissions; Improved data quality; Increased staff productivity. |
| Azure Migration | Migrated Alaska's Resource for Integrated Eligibility Services (ARIES) infrastructure to Microsoft Azure cloud environment. | 2022-05-01 | 2024-01-31 | Funding: grant  Reduced paper/email submissions; Improved data quality; Increased staff productivity. |
| Pregnancy / Postpartum Extended Certification | Extended postpartum Medicaid coverage from 60 days to 12 months. | 2023-07-01 | 2024-02-28 | Funding: Federal 90% / State 10%  Extended client coverage; Reduced eligibility staff intervention frequency. |
| Automated Short Message Service (SMS) Text and Email Notifications | Implemented automated client confirmations via SMS and email for eForm submissions. | 2023-11-01 | 2024-03-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.  Reduced phone inquiries and duplicate submissions; Enhanced client experience. |
| ILINX® Secure Document Upload | Enabled clients to securely upload eligibility documentation via mobile-friendly portal. | 2023-11-01 | 2024-03-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.  Streamlined document intake; Reduced clerical workload; Improved client service. |
| Milestone 2 - Increment 6: ILINX® Online SNAP Interim Report eForm | Digitized the interim report process for SNAP clients through dynamic smart forms. | 2022-02-01 | 2024-05-31 | Funding: Federal 50% / State 50%  Improved data completeness; Reduced manual data entry; Enhanced client access. |
| SNAP Eligible Medicaid Extension | Automated Medicaid eligibility extension for individuals eligible for SNAP, without staff intervention. | 2023-01-01 | 2024-05-31 | Funding: Federal 75% / State 25%  Reduced eligibility technician processing time; Fully automated 'no-touch' eligibility determinations. |
| Case to Individual Determination | Shifted automatic renewals from the case level to the individual level to align with CMS regulations. | 2023-09-01 | 2024-06-30 | Funding: Federal 75% / State 25%  Met CMS regulatory compliance; Increased number of individuals auto-renewed. |
| Milestone 2 - Increment 6: ILINX® Online Report of Change eForm | Developed an online smart form for clients to report household changes impacting eligibility. | 2024-05-01 | 2024-07-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.  Improved data collection; Enhanced client accessibility; Reduced processing delays. |
| Milestone 2 - Increment 7: Alaska Connect (Self Service Portal) Phase 1 | Implements a client portal for application, case review, updates, and event tracking. | 2024-01-01 | 2024-07-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.  Reduced in-person and call center traffic; Increased client access. |
| Child Care Assistance Program Document Automation | Integrated ILINX® with AKCCIS to move childcare document management from paper to electronic. | 2023-09-01 | 2024-09-30 | Funding: Federal 100% American Rescue Plan Act  Improved document security; Faster document retrieval; Enhanced compliance and disaster recovery. |
| ILINX® - Advanced Capture Automated Document Type Classification (phase 1) | Automates the routing and classification of electronically received applications and renewals for public assistance programs. | 2024-04-01 | 2024-11-30 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.  Reduced manual sorting; Decreased processing errors. |
| Elderly Simplified Application Project (ESAP) | Increases certification period from 24 months to 36 months for elderly low-income population and households are not required to submit an interim report. | 2024-01-01 | 2024-11-30 | Funding: Federal 50% / State 50%  Increased SNAP participation; Reduced paperwork submissions; Reduced processing delays. |
| National Change of Address (NCOA) Integration | Integrated with the national database to automatically update recipient addresses. | 2023-06-01 | 2024-11-30 | Funding: Federal 75% / State 25%  Reduced postage costs; Decreased manual updates; Improved eligibility accuracy. |
| Automatic Image Resizing in ILINX® | System enhancement to automatically resize large email attachments to avoid processing errors. | 2024-11-01 | 2025-03-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.  Eliminated manual resizing; Improved system performance. |
| Alaska Childcare Modernization | Implemented cloud-based Alaska Child Care Information System (AKCCIS) with provider and client portals. | 2023-09-01 | 2025-04-30 | Funding: Federal 100% American Rescue Plan Act  Reduced admin costs; Improved client/provider experience. |

| Project name | Project Description | Project start date | Project end date | Project comments |
|---|---|---|---|---|
| Application Processing Interface (API) Framework | Created a framework for system interoperability, enhancing data sharing among public assistance systems. | 2024-08-01 | 2025-04-30 | Funding: Federal 90% / State 10%<br><br>Streamlined staff access; Improved interoperability. |
| Application Processing Delay Notice | Developed new notice to inform clients when there is a delay in benefit processing. | 2025-01-01 | 2025-04-30 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Required as a result of the APA lawsuit. |
| ILINX® Cognitive Services for Virtual Contact Center (VCC) Recordings | Automates transcription and clipping of Virtual Call Center recordings to meet federal attestation requirements. | 2023-11-01 | 2025-05-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Streamlined attestation collection; Improved accessibility. |
| Instant Eligibility Verification System (IEVS) - Automated Asset Verification | Systematically generate the eligibility/asset verification report for ex parte Medicaid renewals. | 2024-02-15 | 2025-05-31 | Funding: Federal 75% / State 25%<br><br>Reduced manual tasks; Streamlined benefits processing. |
| Broad Based Categorical Eligibility (BBCE) Project | New category of eligibility for SNAP households. | 2024-04-01 | 2025-05-31 | Federal 50% / State 50%<br><br>Increased SNAP participation; Reduced eligibility technician (ET) time for resource verification. |
| Current™ Integration with ILINX® | Configures ILINX® to push DPA associate data directly into Current™ workflow management system. | 2025-02-01 | 2025-07-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Reduced redundant data entry; Improved task management. |
| ILINX® - Workflow Modernization | Eliminates ILINX® work queues to prepare for Current™ workflow system integration. | 2025-04-01 | 2025-07-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Streamlined workflow; Increased eligibility technician efficiency. |
| Short Message Service (SMS) Messaging | Implements SMS messaging to notify clients of scheduled interviews and events. | 2025-04-21 | 2025-07-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Reduced rescheduling; Increased timeliness; Decreased lobby traffic. |
| Transition Adult Public Assistance (APA) and Senior Benefit (SB) programs from warrant to Electronic Benefit Transfer (EBT) | Campaign to move clients from paper warrants to direct deposit or EBT. | 2024-10-01 | 2025-07-31 | Funding: 100% State<br><br>Reduces printing and postage costs; improves benefit delivery times. |
| ILINX® Upgrade | Upgrades ILINX® system to improve usability, storage management, and flexibility. | 2024-07-01 | 2025-07-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Dependency: Current™ integration<br><br>Reduced storage costs; Enhanced user experience. |
| ILINX® Long Term Care Workflow | Creates electronic workflows to streamline Long Term Care provider document submissions. | 2025-05-01 | 2025-08-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Improved document submission; Streamlined provider communication. |
| Milestone 2 - Increment 6: ILINX® Online Application for Services eForm | Develops an online ILINX® eForm application portal for multiple assistance programs. | 2024-01-01 | 2025-08-31 | Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Dependencies: requires federal review<br><br>Streamlined applications; Mobile-friendly; Improved client access. |
| Centralized Mailroom | Automates mail handling and routing using ILINX® integrated with Current™. | 2025-05-01 | 2025-09-30 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Reduced manual sorting; Improved mail routing efficiency. |
| Eligibility Technician (ET) Repository | Develops a centralized repository for policies, procedures, and resources for eligibility staff. | 2025-07-01 | 2025-09-30 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program / QC Reinvestment funds<br><br>Streamlined staff access to resources; Integrated with ILINX®. |
| Centralized Registration | Automates registration of electronically submitted applications. | 2024-08-01 | 2025-10-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Dependency: Workforce capacity constraints<br><br>Reduced manual intervention; Streamlined online registration. |

| Project name | Project Description | Project start date | Project end date | Project comments |
|---|---|---|---|---|
| Milestone 2 - Increment 6: ILINX® Online Eligibility Review eForm | Digitized the eligibility review forms process for clients through dynamic smart forms. | 2025-07-01 | 2025-12-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Expanded client self-service; Improved accessibility for applications. |
| Milestone 2 - Increment 7: Alaska Connect (Self Service Portal) Phase 2 | Implements a client portal for application, case review, updates, and event tracking. | 2025-05-01 | 2025-12-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Dependency: Workforce capacity constraints<br><br>Reduced in-person and call center traffic; Increased client access. |
| Unified Change Address Module | This feature will automate the ability for a user to enter an address once and have it update ARIES and EIS. | 2025-05-01 | 2025-12-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Dependency: Workforce capacity constraints<br><br>Streamlined workflow; Increased eligibility technician efficiency. |
| ILINX® - Advanced Capture Automated Document Type Classification (phase 2) | Automates the routing and classification of electronically received documents for public assistance programs. | 2025-05-01 | 2025-12-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Dependency: centralized mailroom functionality<br><br>Reduced manual sorting; Decreased processing errors. |
| Milestone 2 - Increment 6: ILINX® Online Heating Assistance Application eForm | Digitized the heating assistance application process for clients through dynamic smart forms. | 2025-07-01 | 2025-12-31 | Funding: Low Income Heating Assistance Program (LIHEAP) Grant<br><br>Expanded client self-service; Improved accessibility for applications. |
| Milestone 2 - Increment 6: ILINX® Online Burial Assistance Application eForm | Digitized the burial assistance application process for clients through dynamic smart forms. | 2025-07-01 | 2025-12-31 | Funding: 100% State<br><br>Expanding client self-service; Improved accessibility for applications. |
| Worker Assist | Develops virtual assistant to provide real-time access to policies and guidance for eligibility workers. | 2025-07-01 | 2026-01-31 | Funding: 100% State / QC Reinvestment funds<br><br>Increased accuracy; Reduced search time for staff; Improved case outcomes. |
| Qualtrics Implementation | Develops surveys to drive better experiences of employees, clients, and providers across digital and physical touchpoints. | 2024-02-01 | 2026-02-28 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Engages teams; Improves manager effectiveness; Drives informed decisions |
| Intelligent Policy Tracking and Compliance Support | Implements AI-powered system for monitoring regulatory changes and alerting staff. | 2025-07-01 | 2026-06-30 | Funding: 100% State / QC Reinvestment funds<br><br>Reduced lag in policy updates; Improved compliance response. |
| Notice Enhancements | Modernizes notices through a correspondence management platform to standardize communications. | 2025-07-01 | 2026-06-30 | Funding: 100% State / QC Reinvestment funds<br><br>Improved client understanding; Reduced pending cases due to communication gaps. |
| Quality Control (QC) System Replacement | Replaces QC system with platform providing real-time error data and analysis. | 2025-07-01 | 2026-06-30 | Enhanced oversight; Improved training; Reduced eligibility errors. |
| ILINX® - Analytics Dashboards | Deploys analytics reporting to track application and clerical productivity through ILINX®. | 2026-01-01 | 2026-12-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Dependency: Resource availability and project prioritization<br><br>Improved transparency; Enhanced performance monitoring. |
| Milestone 2 - Increment 1-5: Aged, Blind, Disabled, Long Term Care (LTC), Hospital Presumptive Eligibility (HPE), and Non-MAGI Medicaid Modernization Module | Deploys modern Integrated Eligibility Platform (IEP) replacing legacy systems. | 2025-07-01 | 2026-12-31 | Funding: Federal 90% / State 10%<br><br>Dependency: Workforce capacity constraints<br><br>Reduced administrative burden; Simplified Medicaid determinations. |
| Milestone 3 - Supplemental Nutrition Assistance Program (SNAP) Modernization Module | Modernizes SNAP eligibility processing through Integrated Eligibility Platform (IEP). | 2026-01-01 | 2026-12-31 | Funding: Federal 50% / State 50%<br><br>Dependency: Workforce capacity constraints<br><br>Streamlined workflows; Improved reporting capabilities. |
| Milestone 2.5 - Data Architecture and Interoperability | Data integration solution that ingests and migrates data from multiple enterprise systems into a modern integrated operational data repository. | 2025-10-01 | 2026-12-31 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program.<br><br>Dependency: Workforce capacity constraints<br><br>Makes data from multiple systems available and accessible for reporting and operations requests. |

| Project name | Project Description | Project start date | Project end date | Project comments |
| --- | --- | --- | --- | --- |
| Milestone 2 - Increment 8: Adult Public Assistance (APA) Cash Program Modernization Module | Modernizes Adult Public Assistance program through new Integrated Eligibility Platform (IEP). | 2026-07-01 | 2027-06-30 | Funding: 100% State<br><br>Dependency: Milestone 2 Increments 1-5 and Milestone 3 migration off legacy EIS<br><br>Reduced administrative burden; Improved eligibility efficiency. |
| Milestone 4 - Cash Program Modernization (Alaska Temporary Assistance Program (ATAP), Senior Benefits, General Relief Assistance (GRA)) Module | Modernizes Alaska Temporary Assistance Program (ATAP), Senior Benefits, and General Relief Assistance (GRA) programs under the new Integrated Eligibility Platform (IEP).<br><br>**Allows for decommissioning of the legacy Eligibility Information System (EIS)** | 2027-02-01 | 2028-01-31 | Funding: 100% State-funded unless the Temporary Assistance for Needy Families (TANF) Maintenance of Effort (MOE) requirement is met, in which case federal support becomes available.<br><br>Dependency: Milestone 2 Increments 1-5, Milestone 2 Increment 8, and Milestone 3 migration off legacy EIS<br><br>Reduced administrative burden; Improved eligibility efficiency. |

Attachment 4: ImageSource Status Report





# State of AK, Dept. of Health
# Division of Public Assistance

ILINX Automation Projects:

Status Report

Report #5:

May 14, 2025

ImageSource Status Report Page 1

Attachment 4: ImageSource Status Report



## Projects Completed to Date

| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| Automatic resizing of emailed images | 3/28/2025 | ILINX automatically adjusts received content to 8 ½ x 11 eliminating large file processing errors received primarily through automated email monitoring. | • Automated process to re-size large attachment received via email<br>• Eliminates the need for staff to address errors through manual intervention/re-sizing of images.<br>• Increase process efficiency and processing volume. |
| Automated Document Type Classification | 11/18/2024 | ILINX automatically reviews the electronic documents received via email by the public, looking for Applications and Reviews. If it finds an *Application or Review*, it moves the *Application or Review* to the **Priority** work queue. | • Reduced the review and classification of *Applications and Reviews*, by hundreds of hours, a week.<br>• Staff work *Applications and Reviews* first, striving to align to the SLA. |
| Childcare Assistance Program (CCAP): Provider and Family Eligibility | 9/27/2024 | Two ILINX applications were configured. ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can view the electronic documents by clicking an icon in AKCCIS. | • Productivity gain - access to electronic documents, statewide, from any office<br>• Productivity gains - staff work in one system, AKCCIS<br>• Reduction of printing costs<br>• Reduction of filing supplies costs<br>• Reduced risk associated with the loss of paper records due to fire, earthquake, water damage, etc. |
| Childcare Program Office: Licensing | 9/27/2024 | ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can view the | • See above |

ImageSource Status Report Page 2



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| | | electronic documents by clicking an icon in the AKCCIS. | |
| Childcare Program Office: Accounting | 9/27/2024 | ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can review the electronic documents by clicking an icon in the AKCCIS. | • See above |
| ILINX eForms: Color code by form type | 7/31/2024 | Numerous ILINX *smart forms* were configured so that clients and applicants could fill them out electronically from their phones, tablets, computers, etc. Besides the Title, staff would need to read through the eForm if they had been pulled off for a phone call, etc. | • Productivity gain- staff can easily identify the different eForms, allowing them to work per the proper process requirements. |
| ILINX Engage: Phase 1 Client Portal- *Alaska Connect* | 7/24/2024 | ILINX was configured for DPA's Alaska Connect Portal. All ILINX eForms, links to PDF forms and important information, are available through the experience. | • Easy to work with – applicant/client self-service and integrated with MyAlaska.<br>• Access to applications and documentation from any device, any time and any location. |
| ILINX eForm: Report of Change | 7/11/2024 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Easy to work with, client self-service<br>• Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to Report of Change from any device, any time and any location. |
| ILINX eForm: SNAP Interim Report | 5/6/2024 | An ILINX *smart form* was configured to ensure ease of use and the collection of | • Easy to work with, client self-service |

ImageSource Status Report Page 3



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| | | good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to SNAP Interim Report from any device, any time and any location. |
| ILINX Secure Document Upload | 03/13/2024 | A link on DPA's website was added to support an applicant/client's ability to securely upload documents required to support benefits determination. | • Easy to work with, client self-service. Clients/applicants can use the camera on their phone to upload pictures of their documents.<br>• Eliminated staff manual paper tasks -opening mail, scanning documents, and document classification. |
| Automated SMS/Email Notification | 03/12/2024 | Automated SMS/Text and email confirmation notices transmitted when client opts-in during all eForm submissions (SNAP Application, Interim Report, Change Report, Secure Document Upload) | • "Blackhole" - clients and applicants would call or submit duplicate paperwork as no confirmation was provided.<br>• Reduction of phone inquiries and duplicate submissions as clients who Opt In receive a confirmation email or text message. |
| USDS Consultation | 03/01/2024 | FNS sent USDS to AK to provide support – process and technology. ImageSource met to provide information and access (integrate) to the ILINX system. | • Minimize key data entry into multiple systems. DPA associate keys once, data is pushed to the eligibility system, supporting faster determinations. |
| Weekly Data Report: ILINX Utilization | 1/1/2024 – on going | Weekly data by volume for each configured customer for work processed through DPA ILINX solution. | • Provides DPA the ability to see where work is coming in, the volume of work by media and where process bottlenecks. |

Attachment 4: ImageSource Status Report



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| ILINX eForm: SNAP Application | 12/28/2023 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | <ul><li>Easy to work with, client self-service</li><li>Smartform fills in fields, enforces the collection of data to ensure completeness (minimize process delays).</li><li>Eliminated 'black hole': client receives text or email (if they Opt in)</li><li>Access to SNAP Application from any device, any time and any location.</li></ul> |

ImageSource Status Report Page 5



## Projects Inflight

| PROJECT NAME | PERCENT COMPLETE | PROJECT STATUS |
|---|---|---|
| ILINX eForm: Application for Services | 75% | **No changes since previous Report, waiting for approval to move forward.**<br>Application for Services eForm configuration is complete, tested and accepted by DPA. The electronic application (eForm) has been submitted to FNS and CMS for approval. |
| ILINX Upgrade, ability to leverage browser agnostic ILINX interface (Flex). | 40% | 80% of DPA's ILINX content has been exported to support the ILINX upgrade. ImageSource continues to configure system to facilitate a project to transition to ILINX Flex to allow DPA to leverage any browser with ILINX. |
| Date Received for after hours, weekends, and holidays | 10% | **ImageSource and DPA currently evaluating technical solutions to finalize Project Charter (statement or work).**<br>Error caused in auto date stamp when clerical mistakenly enters incorrect received date. Solutioning ways to automate the received date to recognize when an item is received after hours, weekends and holidays to push to next business per Policy. |
| ILINX Cognitive Services: Automated processing of VCC Recordings | 85% | **DPA is finalizing solution acceptance testing. Next scheduled task is go live planning.**<br>DPA is in testing the solution. ILINX is automatically converting the VCC recordings into a searchable document as well as clipping the entire recording (interview) to just the required portion, the attestation. |
| ILINX Analytics | 0% | **No changes since April Report.**<br>Reports and dashboards will be configured that illustrate statistics such as how many SNAP applications were processed this week. Preliminary requirements defined, to be configured when the software upgrade is complete. |

ImageSource Status Report Page 6

Attachment 4: ImageSource Status Report



| | | |
|---|---|---|
| CURRENT Integration | 10% | **CURRENT/ILINX Integration project plan/design currently being reviewed by DPA for acceptance.**<br>ILINX will be configured to push the data typed in by the DPA associate directly into CURRENT. The integration of ILINX and CURRENT greatly reduces the amount of data entry for DPA associates. ImageSource to re-engage with DPA and CIA in the next few weeks. |
| ILINX Case Files Workflow Modernization | 25% | **Project Plan/Design reviewed and accepted. Project (configuration) is underway.** Eliminate ILINX W*ork/ET2* workflow queue: estimated labor saving of 30-45 seconds per package. |
| Long Term Care Assistance Workflow | 10% | **Project charter approved. Project/Design plan generation and review is underway.**<br>The purpose of this project is to identify LTC workflow packages and configure ILINX Case Files workflow so SOA staff can view Long Term Care content discretely. Configure ILINX to leverage a unique 'Intake Location' value to support the process. DPA would like a means to identify these cases and their documents. DPA would like a unique ILINX Document Upload to extend an integrated method for SOA LTC Providers to submit documents. |

ImageSource Status Report Page 7



## Projects Queued Up: Working through Procurement

| PROJECT NAME | PROJECT PURPOSE |
|---|---|
| Centralized Mailroom | **No change since April Report. Finalizing Project Charter/Acceptance.** The purpose of this project is to automate the opening and routing of returned mail. The current process is decentralized, with undeliverable mail returned to a field office and then being manually worked by DPA associates. |
| ILINX eForm: Heating Asst Application | **No change since April Report.** The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff. The Heating Assistance form will be available via the SOA public website, My Alaska website as well as the Alaska Connect portal. |
| ILINX eForm: Burial Assistance Request | **No change since April Report.** The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff. The Burial Assistance smart form will be available via the SOA public website, My Alaska website as well as the Alaska Connect portal. |
| ILINX eForm: Eligibility Recertification Process | **No change since April Report.** The purpose of this project is to configure an ILINX Eligibility Review smart eForm, providing an electronic means for Alaskans to confirm their eligibility, i.e., to continue receiving current benefits. The new ILINX eform will leverage as many components as possible, utilized in the ILINX SNAP Application, SNAP Interim Report and Report of Change eForms. |

ImageSource Status Report Page 8

Attachment 4: ImageSource Status Report



## Projects – ILINX Evolutions in Discussion

| PROJECT NAME | PROJECT PURPOSE |
|---|---|
| Simplify current method for the way SNAP Interim Reports are processed | Eliminate one ILINX workflow queue when there are no changes identified on Interim Report; estimated labor saving and the potential disruption of client benefits. |
| Simplify current method for the way ET1s interacts with ILINX (classifying documents) | Consolidate three ILINX workflow queues into one: estimated labor saving of 30-45 seconds per package. |
|  |  |

ImageSource Status Report Page 9