# Attachment 5: Staffing Improvements (Merit-Based Staff)

Attachment 5: Status of Eligibility Technician Positions

Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 05/07/2025*

\*Definitions:

**Field Eligibility Technician (ET)**: Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.

**Eligibility Technician 2 (ET 2)** Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.

**Eligibility Technician 3 (ET3)** Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized

Status of Positions Page1

services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.

**Eligibility Technician 4 (ET4)** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

**Eligibility Office Manager 1 (EOM1)** *Eligibility Office Manager 1 is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

**Eligibility Office Manager 2 (EOM2)** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

**Permanent (Budgeted) Positions:** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

**Long-Term Non-Permanent (LTNP) Positions:** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

**PCN Recruiting:** *The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.*

**PCN Posted:** *The position has been advertised, and applications are being accepted through the designated recruitment platform.*

**PCN Interviewing:** *Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.*

**PCN Hire Pending:** *A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.*

**PCN Filled:** *The position has been successfully filled, and the new hire has started or is scheduled to begin work.*

**PCN Vacant:** *The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.*

Attachment 5: Status of Eligibility Technician Positions

*Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class) that had a Personnel Action take place in the month.*



Pie Chart: Hire Actions April 2025

Personnel Action
Total Issues: 19

| Personnel Action | Count |
|---|---|
| Transfer within Division (OUT) | 6 |
| Transfer within Division (IN) | 4 |
| New Hire | 3 |
| Separation | 3 |
| Lateral Transfer WITHIN Division | 1 |
| Promotion Within the Division | 1 |
| Transfer into Division | 1 |

| Summary | PCN | Home Unit | Location | Effective Date |
|---|---|---|---|---|
| Z62M PCN 068139 ET 2 Separation | 068139 | Z62M: DPA-ETC-DOH | Wasilla - ECE | 4/2/2025 |
| Z62C PCN 068513 ET 2 TX OUT within DPA | 068513 | Z62C: DPA-Kenai-DOH | Kenai - DQA | 4/13/2025 |
| Z628 PCN 068325 ET 2 New Hire | 068325 | Z628: DPA-Ketchikan-DOH | Ketchikan - ACA | 4/14/2025 |
| Z628 PCN 068337 ET 1 TX OUT within DPA | 068337 | Z628: DPA-Ketchikan-DOH | Ketchikan - ACA | 4/14/2025 |
| Z628 PCN 068468 ET 2 TX IN within DPA | 068468 | Z628: DPA-Ketchikan-DOH | Ketchikan - ACA | 4/14/2025 |
| Z62K PCN 068583 ET 2 Lateral TX IN within DPA | 068583 | Z62K: DPA-ETA-DOH | Kenai - DQA | 4/14/2025 |
| Z62C PCN 16N23035 LTNP ET 1 New Hire | 16N23035 | Z62C: DPA-Kenai-DOH | Kenai - DQA | 4/15/2025 |
| Z628 PCN 068049 ET 1 TX OUT within DPA | 068049 | Z628: DPA-Ketchikan-DOH | Sitka - ACA | 4/20/2025 |
| Z62C PCN 068702 ET 4 Tx within DPA OUT within DPA | 068702 | Z62C: DPA-Kenai-DOH | Kenai - DQA | 4/20/2025 |
| Z628 PCN 068035 ET 2 TX IN within DPA | 068035 | Z628: DPA-Ketchikan-DOH | Sitka - ACA | 4/21/2025 |
| Z62C PCN 068664 EOM 2 Promotion within Division | 068664 | Z62C: DPA-Kenai-DOH | Kenai - DQA | 4/21/2025 |
| Z624 PCN 068236 ET 2 Separation | 068236 | Z624: DPA-FAI DO-DOH | Fairbanks - JBA | 4/23/2025 |
| Z62C PCN 16N23056 LTNP ET 1 New Hire | 16N23056 | Z62C: DPA-Kenai-DOH | Wasilla - ECE | 4/23/2025 |
| Z62C PCN 068671 ET 2 Separation | 068671 | Z62C: DPA-Kenai-DOH | Kodiak - CAA | 4/25/2025 |
| Z624 PCN 068315 ET 4 TX OUT within DPA | 068315 | Z624: DPA-FAI DO-DOH | Fairbanks - JBA | 4/27/2025 |
| Z62K PCN 068690 ET 1 TX OUT within DPA | 068690 | Z62K: DPA-ETA-DOH | Anchorage - EBA | 4/27/2025 |
| Z628 PCN 068252 ET 2 TX INTO DPA | 068252 | Z628: DPA-Ketchikan-DOH | Ketchikan - ACA | 4/28/2025 |
| Z624 PCN 068444 ET 2 TX IN within DPA | 068444 | Z624: DPA-FAI DO-DOH | Fairbanks - JBA | 4/28/2025 |
| Z62L PCN 068474 ET 2 Promote within Division | 068474 | Z62L: DPA-ETB-DOH | Anchorage - EBA | 4/28/2025 |

*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 05/12/2025*