# Attachment 6: Staffing Improvements (Non-Merit Contract Staff)

Attachment 6: Distribution and Status of Contracted Staff

Current Contracted Call Center Staffing Levels

| Position | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Supervisors | 13 |
| Active Eligibility Associates | 109 |
| Inactive Staff/On Leave | 7 |
| **Total** | **131** |

*Data provided by Public Consulting Group, May 4, 2025*

*Position Descriptions:

**Call Center Manager:** *The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.*

**Quality Assurance Manager/Trainer:** *The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.*

**Supervisors:** *The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.*

**Active Eligibility Associates:** *The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.*

Distribution and Status of Contracted Staff Page 1

Attachment 6: Distribution and Status of Contracted Staff

**Inactive Staff/On Leave:** *Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangements.*

Distribution and Status of Contracted Staff Page 2