# Attachment 7: Training and Development

Attachment 7: Training

**Training and Staffing**

**Introduction:** The Division of Public Assistance is currently engaged in intensive training programs to address staffing needs and improve efficiency in eligibility case processing. This report outlines the training timelines, cohort details, and staffing outcomes, supplemented by data on new hires, recruitment efforts, and Position Control Number (PCN) statuses.

**Training Overview:** The main training program running at present is the Modified Adjusted Gross Income Medicaid (MAGI)/Supplemental Nutrition Assistance Program (SNAP) training, which spans ten weeks from onboarding to readiness for production. The timeline is structured as follows:

- **Week 1:** Division orientation
- **Week 2:** System preparation—familiarization with operational systems
- **Weeks 3-4:** Virtual instructor-led training for MAGI
- **Weeks 5-6:** On-the-job (OJT) training for MAGI processing, transitioning to SNAP
- **Weeks 7-8:** Virtual instructor-led training for SNAP
- **Weeks 9-10:** OJT for SNAP and MAGI/SNAP processing

By Week 10, staff are expected to independently handle cases, albeit with some assistance.

Adult Public Assistance (APA) training is a two-week course. Week one is virtual instructor led and week two is OJT processing cases. This training builds on skills learned in the MAGI and SNAP trainings, introducing new policy and procedures specific to the APA program.

Heating Assistance (HAP) is an online course that staff can access as needed. This course is intended for staff with existing eligibility background. When new staff are hired in off the street for HAP, an instructor-led training will be used.

1

Training Page 1

61 of 62
Case 3:23-cv-00044-SLG     Document 97-8     Filed 06/02/25     Page 1 of 2

Attachment 7: Training

**Current Training Cohorts:** The Division is running several consecutive, concurrent MAGI/SNAP training cohorts, with trainings scheduled as needed to meet the needs of new hires as they are onboarded Additionally, training plans are in progress for other programs such as Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP) program. Below is the training schedule dashboard. This dashboard will be provided to the court on a monthly basis:

| Training Start Date | Training Name | Number of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 02/12/25 | MAGI/SNAP [cohort 5] | 7 | 05/09/25 | 7 |
| 5/19/25 | Ktn/Sitka/Nome MAGI/SNAP | 5 | 7/25/25 | 5 |
| 6/2/25 | Anchorage/Wasilla MAGI/SNAP | 8 | 8/15/25 | 8 |
| 6/23/25 | Fairbanks MAGI/SNAP | *6 | 9/5/25 | *6 |
| ~7/2025 | APA | TBD | ~7/2025 | TBD |
| ~7/28/25 | Juneau MAGI/SNAP | *2 | 10/3/25 | 2 |

*Data provided by Chief of DPA Learning & Development, 05/10/2025*
*\*These numbers are based on current vacancies as of 05/10/2025.*

2

Training Page 2