# Attachment 1



**U.S. DEPARTMENT OF AGRICULTURE**

June 13, 2025

**To:**       State SNAP Agencies

**From:**    John Walk
               Acting Deputy Under Secretary for Food,
               Nutrition, and Consumer Services

**Subject:**   Revised Guidance on Termination of Parole for Certain Aliens
               and Immediate Family Members

On April 3, 2025, FNCS issued a memorandum to State SNAP Agencies with the subject "Termination of Parole for Certain Aliens and Immediate Family Members." Subsequently, on April 22, 2025, FNCS issued further guidance notifying State agencies that the Department of Homeland Security (DHS) issued *Litigation Related Update on CHNV* announcing that the United States District Court for the District of Massachusetts issued a Preliminary Injunction Order staying parts of DHS's March 25, 2025, Federal Register notice titled, "Termination of Parole Process for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV)." *See Svitlana Doe, et al., v. Noem, et. al.*, No. 25-cv-10495 (D. Mass. Apr. 14, 2025). In the April 22, 2025, guidance, State agencies were advised to review the District Court's Order and to administer SNAP benefits in accordance with law for legally qualified aliens who remain paroled in the United States as a result of the Order.

By this further revised guidance, State agencies are advised DHS on June 6, 2025, released *Litigation-Related Update: Supreme Court stay of CHNV Preliminary Injunction*, providing notice that on May 30, 2025, the Supreme Court of the United States lifted the District Court's preliminary injunction. *See Noem v. Svitlana Doe*, 605 U.S. ___ (2025). This decision permits DHS to proceed with terminating parole granted under CHNV programs. DHS indicates that aliens whose parole is terminated will be notified accordingly. State agencies should review the DHS release, Supreme Court decision, and FNCS guidance documents on termination of CHNV parole and take appropriate action to ensure lawful administration of SNAP.

In accordance with law, on or after the effective date that CHNV parole status is revoked or an alien's CHNV parole status expires, State agencies must

- if already enrolled, remove the aliens and any immediate family members paroled under a CHNV program as SNAP recipients at the next recertification unless such aliens are in another qualifying status[1] and

---

[1] Pursuant to USDA regulations at 7 CFR 273.12(a)(1), 7 CFR 273.12(d), and 7 CFR 273.18, households are not liable for a claim due to a change in circumstances the household is not required to report. Since households are not required to report a change in immigration status, aliens who lose SNAP eligibility at recertification due to termination of parole are not subject to a claim for overissuance for the benefits received after their parole status was revoked.

Office of the Under Secretary for Food, Nutrition, and Consumer Services

1400 Independence Avenue, SW, Washington, DC 20250-9600

USDA is an equal opportunity provider, employer, and lender.


**Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

June 18, 2025

Deb Etheridge, Director
Division of Public Assistance
350 Main Street, Room 304
Juneau, AK 99811-064

Dear Director Etheridge:

This letter serves as acknowledgement the Alaska Division of Public Assistance (DPA) has met the requirements identified in the Food and Nutrition Service (FNS) Fiscal Year 2024 Supplemental Nutrition Assistance Program (SNAP) Quality Control (QC) Integrity Review (QCIR) Report dated November 19, 2024. The purpose of the review was to evaluate your Agency's QC operations and compliance with established federal policies and regulatory requirements.

The FNS report originally contained three (3) findings from for the QCIR. DPA submitted detailed corrective action plans on January 10, 2025, and further updates on May 7, 2025. Two of the three findings on staffing and transmittals, respectively, were downgraded to observations based on a showing of operational continuity. The remaining finding on supervisory reviews was confirmed as corrected through documentation of second party reviews. FNS is hereby closing the QCIR.

The QCIR evaluation found that your State QC team is fulfilling its responsibilities for the administration of the SNAP performance reporting system, with strong documentation practices and staffing organization.

Thank you for your cooperation and hospitality shown to the FNS team during the review. We appreciate the efforts of the DPA team in Alaska and the strong partnership between our agencies. If you have any questions, please contact me at Young.Ihm@usda.gov or (415) 418-9173.

Sincerely,

Young Ihm, Chief
Quality Control Branch
Supplemental Nutrition Assistance Program
Western Region

Electronic cc:

Jason Levandowski, FNS
Dawn Baker, FNS
Tracie Dablemont, AK
Tammy Teeter, AK

- cease approving SNAP benefits for aliens and any immediate family members paroled under the CHNV program, unless such aliens are in another qualifying status.

Immigration status has changed recently for many aliens and State agencies are encouraged to continuously verify immigration status of all aliens in the State who receive SNAP. State SNAP Agencies must follow usual procedures regarding certification, including mandatory use of the DHS Systematic Alien Verification of Entitlements (SAVE) program, and taking action on participating households based on changes to immigration status. If changes to immigration status no longer support a claim to being an eligible alien, SNAP benefits must be discontinued in accordance with program rules.

Sincerely,

John Walk
Acting Deputy Under Secretary
Food, Nutrition, and Consumer Services

cc:

James (JC) Miller
Administrator
Food and Nutrition Service



**Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

DATE:        June 3, 2025

SUBJECT:    Pilot to Block High-Risk Transactions to Combat Supplemental Nutrition
                Assistance Program (SNAP) Benefit Theft

TO:          All SNAP State Agencies
          All Regions

The Trump Administration will not tolerate fraud. At the United States Department of Agriculture we are fighting back against fraud and misuse of taxpayer dollars and ensuring those who need and qualify for benefits actually receive them. The Food and Nutrition Service (FNS) strongly encourages State agencies to join a pilot to combat criminals taking advantage of our nation's most vulnerable families through schemes designed to steal benefits from lawful program beneficiaries. Participation in this pilot will allow States to block, by default, certain higher-risk transactions, such as those that occur at online retailers, at out-of-State brick-and-mortar retailers, or in specific zip codes. Blocking these transactions by default protects SNAP households automatically, instead of requiring them to take extra steps to enable card security features.

When FNS first offered this pilot in January, States reported challenges in meeting the initial guidelines established for the pilot. Accordingly, FNS has identified new guidelines to assist more States with taking advantage of this pilot as provided in Appendix A. Additionally, FNS is expanding the scope of the pilot to include blocking online transactions.

States must still conduct outreach and training on the default blocking to ensure SNAP households and staff are aware of the block and understand how to remove it. However, States may decide how to provide that outreach and training. Similarly, States must still submit a pilot proposal to FNS outlining their plans for implementation and must report on select data elements to allow for monitoring.

FNS is committed to supporting State innovation through approvals of pilot projects and we hope that these additional flexibilities will encourage more States to take advantage of this important fraud prevention measure to eliminate waste, fraud, and abuse. Please reach out to your respective FNS Regional Office with any questions you may have about pilot requirements or to collaborate on devising an implementation plan. We thank all States for your ongoing efforts to fight SNAP benefit theft.

Sincerely,

Ronald Ward
Acting Associate Administrator
Supplemental Nutrition Assistance Program
Food and Nutrition Service
U.S. Department of Agriculture

**Appendix A:  Pilot Guidelines**

- States must have at least one platform (e.g., phone call, mobile app, or cardholder portal) for SNAP households to remove the block.
- States must offer a method to remove the block that accommodates households with disabilities.
- States may take up to 24 business hours to remove a block after the household requests removal.
- FNS will authorize States to participate in the pilot for up to two years.