Attachment 3: Backlog Dashboard with Detail

## Backlog Summary Tab
**Purpose:** Provides an aggregated view of backlog applications and recertifications for various programs.
**Columns**
   **Program:** Lists the programs (Adult Public Assistance, Food Stamps).
   **Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.
   **Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab
**Purpose:** Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.
**Timely Actions (timeframe)**
   Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).
**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public
   Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

## SNAP Backlog Detail Tab
**Purpose:** Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.
**Columns**
   **Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.
   **Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.
   **Number Pended:** The number that are being processed, in a pending status and not yet completed.
   **Number Unacted:** Cases yet to be acted upon.
   **Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab
**Purpose:** Provides the backlog for Adult Public Assistance (APA) applications and recertifications.
**Columns**
   **Program Categories:** Breaks out APA applications and recertifications.
   **Time Buckets(e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.
   **Number Pended:** The number that are being processed, in a pending status and not yet completed.
   **Number Unacted:** Cases yet to be acted upon.
   **Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab
**Purpose:** Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).
**Rows:**
   **Month:** Identifies the calendar month related to the data in the row

   **Prev six:** Aggregate data for the six months prior to the report month
**Columns:**
   **Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)
   **Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)
   **Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development:** At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. This will take significant programming resources. Once scope of work is outlined a timeline for provision will be included.

**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**
   **Month:** Identifies the calendar month related to the data in the row
   **Prev six:** Aggregate data for the six months prior to the report month

**Columns:**
   **Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)
   **Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All
   **Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

Attachment 3: Backlog Dashboard with Detail

| Backlog Applications/Recertifications - *Updated 06/05/2025* | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
| **APA Total (Applications and Recerts** | | 137 | 95 | 238 | 214 | 70 | 32 | 6 | | 1 | 1 | | 1 | 1 | 796 |
| *APA Applications* | - | *137* | *95* | *238* | *214* | *70* | *32* | *6* | - | *1* | *1* | - | - | *1* | *795* |
| *APA Recertifications* | - | - | - | - | - | - | - | - | - | - | - | - | *1* | - | *1* |
| **Food stamps (applications, expedites & recertifications)** | 513 | 841 | 292 | 554 | 1,016 | 356 | 146 | 104 | 11 | 1 | 1 | 1 | | | 3,836 |
| *Food Stamps (Expedite)* | *513* | *43* | *16* | *28* | *1* | *2* | *1* | - | - | - | - | - | - | - | *604* |
| *Food Stamps (non-Expedite Applications)* | - | *392* | *125* | *160* | *399* | *290* | *72* | *52* | *5* | *1* | *1* | *1* | - | - | *1,498* |
| *Food Stamps (Recertifications)* | - | *406* | *151* | *366* | *616* | *64* | *73* | *52* | *6* | - | - | - | - | - | *1,734* |
| **Total** | 513 | 978 | 387 | 792 | 1,230 | 426 | 178 | 110 | 11 | 2 | 2 | 1 | 1 | 1 | 4,632 |

Attachment 3: Backlog Dashboard with Detail

**State of Alaska Dept. of Health – Division of Public Assistance**
**SNAP and APA Timeliness - Report Date July 2025**

| Timely Actions December 2024 - May 2025 | |
|---|---|
| Program | Percent Timely |
| **SNAP Applications and Recerts** | **48%** |
| SNAP Expedite applications | 56% |
| SNAP Initial applications | 60% |
| SNAP Recert applications | 20% |
| **Placeholder for APA Data** | |

| Application Decision Cycle Time December 2024 - May 2025 | |
|---|---|
| Program | Average Days |
| SNAP | 45 |
| Placeholder for APA Data | |



SNAP & APA Timeliness
December 2024 - May 2025
- SNAP Recert applications: 20%
- SNAP Initial applications: 60%
- SNAP Expedite applications: 56%

Attachment 3: Backlog Dashboard with Detail

```
       0%    10%   20%   30%   40%   50%   60%   70%
```

Attachment 3: Backlog Dashboard with Detail

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Backlog Detail (Updated 06/05/2025)** ||||||||||||||||||
| **SNAP Total (Applications and Recerts** | 513 | 841 | 292 | 554 | 1,016 | 356 | 146 | 104 | 11 | 1 | 1 | 1 | - | - | 3,836 | 1049 | 2787 | 2024-08-05 |
| *SNAP (Expedite > 7 days)* | 513 | 43 | 16 | 28 | 1 | 2 | 1 | | | | | | - | - | 604 | 373 | 231 | 2024-12-27 |
| *SNAP (non-Expedite Applications)* | | 392 | 125 | 160 | 399 | 290 | 72 | 52 | 5 | 1 | | 1 | - | - | 1,498 | 473 | 1025 | 2024-08-05 |
| *SNAP (Recertifications)* | - | 406 | 151 | 366 | 616 | 64 | 73 | 52 | 6 | | | | - | - | 1,734 | 203 | 1531 | 2024-10-24 |

Attachment 3: Backlog Dashboard with Detail

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APA Backlog Detail (Updated 06/05/2025)** | | | | | | | | | | | | | | | | | | |
| **APA Total (Applications and Recerts** | - | 137 | 95 | 238 | 214 | 70 | 32 | 6 | - | 1 | 1 | - | 1 | 1 | 796 | 166 | 630 | 2023-04-05 |
| *APA Applications* | | 137 | 95 | 238 | 214 | 70 | 32 | 6 | | 1 | 1 | | 1 | | 795 | 166 | 629 | 2023-04-05 |
| *APA Recertifications* | - | - | - | - | - | - | - | - | - | - | - | - | 1 | - | 1 | 0 | 1 | 2024-06-10 |

| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | 1,400 | 35 | 52% |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 520 | 119 | 23% | 2,121 | 1,013 | 40 | 48% |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 642 | 183 | 29% | 2,525 | 1,284 | 44 | 51% |
| Apr-25 | 1,065 | 650 | 61% | 1,013 | 557 | 55% | 574 | 101 | 18% | 2,652 | 1,308 | 46 | 49% |
| May-25 | 991 | 512 | 52% | 952 | 591 | 62% | 869 | 122 | 14% | 2,812 | 1,225 | 69 | 44% |
| Totals: | 5,796 | 3,498 | 60% | 5,288 | 2,982 | 56% | 4,091 | 807 | 20% | 14,938 | 7,206 | 45 | 48% |

Table title: Alaska Supplemental Nutrition Assistance Program Timeliness

Attachment 3: Backlog Dashboard with Detail

| Alaska Adult Public Assistance Timeliness Placeholder |
| --- |
| In process of developing data collection programming for this metric |
| At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. This will take significant programming resources. Once scope of work is outlined a timeline for provision will be included. |