Attachment 5

Distribution of Full-Time Permanent, Long-Term Non-Permanent, and Short-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions



| Status | Count | Percentage |
|---|---|---|
| PCN RECRUITING | 8 | 3% |
| POSTED | 7 | 3% |
| INTERVIEWING | 19 | 7% |
| HIRE PENDING | 3 | 1% |
| PCN FILLED | 201 | 77% |
| PCN VACANT | 11 | 4% |
| PCN DELETION | 12 | 5% |
| Total | 261 | |

Pie Chart: PCN Control - Field ET Vacancies
Status Total Issues: 261
- PCN Filled 201
- Interviewing 19
- PCN Deletion 12
- PCN Vacant 11
- PCN Recruiting 8
- Posted 7
- Hire Pending 3

*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 06/06/2025*

Page **1** of **2**

*Definitions:

**Field Eligibility Technician (ET):** Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.

**Eligibility Technician 2 (ET 2)** Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.

**Eligibility Technician 3 (ET3)** Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.

**Eligibility Technician 4 (ET4)** Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.

**Eligibility Office Manager 1 (EOM1)** Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.

**Eligibility Office Manager 2 (EOM2)** Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.

**Permanent (Budgeted) Positions:** These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.

**Long-Term Non-Permanent (LTNP) Positions:** These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.

**PCN Recruiting:** The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.

**PCN Posted:** The position has been advertised, and applications are being accepted through the designated recruitment platform.

**PCN Interviewing:** Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.

**PCN Hire Pending:** A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.

**PCN Filled:** The position has been successfully filled, and the new hire has started or is scheduled to begin work.

**PCN Vacant:** The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.

*Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class) that had a Personnel Action take place in the month.*



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 06/06/2025*

Page **51** of **58**

### Glossary of Personnel Action Terms

**New Hire**
A position filled by an individual who is new to State of Alaska service.

**Promotion Within Division**
A position filled by a current Division employee in a promotional capacity, resulting in an increase in range, a new merit date, and a new probationary period.

**Separation**
A position vacated by an employee who has left or retired from state service.

**Transfer Into Division**
A position filled by a current State of Alaska employee transferring into the Division of Public Assistance from another division or department.

**Transfer Out of Division**
A position vacated by a Division employee who has accepted a role in another state division or department.

**Transfer Within Division (IN)**
A position filled by a current Division employee transferring from another role within the Division.

**Transfer Within Division (OUT)**
A position vacated by a Division employee who has transitioned to another role within the same Division.

**Lateral Transfer Within Division**
A position filled by an existing Division employee with no change in pay range or merit date.

| | |
|---|---|
| From: | DOH DPA Director"s Office (DOH sponsored) |
| To: | DOH DPA Director"s Office (DOH sponsored) |
| Subject: | Note from Deb: Mollie Rosier Joins DPA as Deputy Director |
| Date: | Tuesday, June 17, 2025 10:08:08 AM |
| Attachments: | image003.png |



June 17, 2025

Good morning DPA team,

I'm excited to share that **Mollie Rosier** will be joining the Division of Public Assistance as our new Deputy Director, beginning **June 26th**. She will be based in the **Frontier Building** and will support the important and evolving work of **Child Care and Family Nutrition**.

Both of these program areas are undergoing transformative changes, and Mollie brings deep experience in public health leadership, program management, and policy development that will help guide and strengthen this work. She joins us from the Division of Public Health, where she most recently served as the Health Program Manager III for the Child and Adolescent Health Unit. Mollie has a proven track record of overseeing statewide initiatives, managing complex federal grants, and supporting cross-sector collaboration to improve outcomes for Alaskans.

Mollie describes herself as a lifelong Alaskan who loves being out in nature—though she could do without the bugs and bears. Outside of work, she enjoys spending time with her husband, their four boys (ages 15, 13, 10, and 7), and her parents who live in Palmer. One of her favorite places in Anchorage is Kincaid Beach.

We are thrilled to welcome Mollie to the team and look forward to the insight and energy she will bring to this role.

Please join me in giving her a warm welcome when she starts later this month!

Sincerely,

**Deb Etheridge** | Director
Division of Public Assistance, Alaska Department of Health
P.O. Box 110640 | Juneau, AK 99811-0640
907.465.2680 (office)
Deb.etheridge@alaska.gov