# Attachment 2

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Business Process Reengineering (BPR) | Implemented | Updated May 21, 2025. This update is informational and non-substantive. Contract with Change Innovation Agency (C!A) to guide DPA Business Process Redesign and the reopening of DPA offices.<br>1.  C!A is providing staffing pattern recommendations.<br>2.  C!A is recommendations for training program to expedite staff onboarding while maintaining high-quality case processing standards have been implemented.<br>3.  C!A will evaluate policy unit to identify business process redesign opportunities.<br>Document and process between policy decision and operational implementation. |
| Call Centers | Implemented | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications.<br><br>In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |
| Compromise Claims and Termination of Claims | Implemented | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim.<br>If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows:<br>Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months).<br>Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |
| Elderly Simplified Application Project (ESAP) | Implemented | Updated May 21, 2025. This non-substantive update has been amended for clarity and conciseness.<br>The Department of Health, Division of Public Assistance, launched the federally approved Elderly Simplified Application Project (ESAP) demonstration on December 1, 2024.<br><br>ESAP applies to SNAP households where all adults are age 60 or older or have a qualifying disability. Under ESAP:<br>-The certification period is extended to 36 months<br>-No interim report is required<br>-Recertification interviews are waived unless clarification is needed or requested by the household |
| Electronic Case Filing or Document Management | Implemented | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| Extending Certifications to 12 Months | Implemented | Effective June 2023, SNAP certification periods have been extended to 12-months.<br>These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period.<br>Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| FNS Regional Office Assistance with QC Case Completion | Implemented | December 2022 instituted regular meetings. |
| Fully Implementing Allowable Activities for Non-Merit Personnel | Implemented | April 2023 the division contracted out the Virtual Call Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs that have auto adjudicated eligibility within the ARIES database. FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| FNS Recommendation | Status | Details |
| Notice of Agency Caused Delay | Implemented | Updated May 21, 2025. Automated notifications for agency-caused delays were fully implemented on April 30, 2025. These notices are generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed—on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday.<br><br>To mitigate operational risk and avoid overwhelming the Division's Fair Hearings staff and the Administrative Law Group (ALG), the Division of Public Assistance (DPA) implemented a phased rollout. This approach ensured systematic processing of overdue cases while maintaining service continuity and staff capacity for handling appeals.<br><br>The phased schedule was as follows:<br><br>March 4, 2025: Notices for applications delayed over 90 days<br><br>March 31, 2025: Notices for applications delayed over 60 days<br><br>April 30, 2025: Notices for applications delayed over 30 days<br><br>With the final phase completed, the automated system now runs daily and issues timely notifications for all new overdue cases. |
| Online Applications | Implemented | Updated May 21, 2025. This non-substantive update reflects enhancements to client access and self-service tools. The Change Report Form is now available as an electronic form (eForm), joining the existing online SNAP application and Interim Report Form. All three forms are accessible through the MyAlaska portal and the Department of Health website. |
| Online Self-Service Portal | Implemented | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process.<br>Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. Note: Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| Real-Time Data Access Services | Implemented | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (IEVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |
| Recertification Interview for Certain Elderly/Disabled Member Households | Implemented | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forego the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2024 through 05/31/2026. |
| Reinstatement of Eligibility | Implemented | Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| Reviewing and Streamlining the SNAP Application | Implemented | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Same Day Service Interviews | Implemented | Updated May 21, 2025. This non-substantive update reflects current operational capacity. While all Division of Public Assistance (DPA) offices are now open and offering same-day service, including interviews, staffing shortages in Kodiak, Nome, and Sitka have limited the scope of in-office services in those locations. Emphasizing same-day service interviews aligns with our Business Process Redesign philosophy. The rollout was completed as follows: Bethel – August 2023, Juneau – November 13, 2023, Kodiak – November 27, 2023, Kenai – January 25, 2024, Homer – January 25, 2024, Wasilla – March 18, 2024, Fairbanks – July 8, 2024, Ketchikan – August 27, 2024, and Anchorage – November 18, 2024. |
| Simplified Self Employment Deduction Standard | Implemented | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self-employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
| Streamline Data Matches | Implemented | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |
| Streamline Verification Requirements | Implemented | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify:<br>1. Gross nonexempt income,<br>2. Alien eligibility,<br>3. Utility expenses,<br>4. Medical expenses,<br>5. Social security numbers,<br>6. Residency,<br>7. Identity,<br>8. Disability,<br>9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC,<br>10. Household composition,<br>11. Students,<br>12. Legal obligation and actual child support payments, and<br>13. Additional verification for able-bodied adults subject to the time limit.<br><br>7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |
| Streamlining SNAP Access in Rural Alaska | Implemented | To ensure timely delivery of benefits to Alaskans, we exercised the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval.<br>DPA met with Food and Nutrition Service (FNS) on January 16, 2025 to discuss the regulatory authorities allowed to Alaska at 7 CFR 272.7.  Alaska implemented the federal authority to postpone SNAP interviews, as explained above, for individuals living in areas designated rural I and rural II on March 20, 2025. |
| Targeted Interviewing and Case Processing | Implemented | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |
| Telephonic and Electronic Signatures | Implemented | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications.<br><br>Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms.<br><br>In process: Improve signature capture via the phone. |
| Telephonic Interviews | Implemented | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship.<br><br>FNS approved state plan option. |
| Voluntary Employment and Training Program | Implemented | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| DPA in a Box | Implemented | **Update June 9, 2025:** To improve access to public assistance in underserved areas, the Division of Public Assistance is launching "DPA Office in a Box." This outreach initiative sends an Eligibility Technician into communities to provide hands-on support with applications, renewals, and case management.<br><br>The first deployment is scheduled for June 9–12, 2025, in Kotzebue, in collaboration with Maniilaq Association. A second event will take place June 23–26, 2025, in Delta Junction, in partnership with the Division of Public Health.<br><br>Proposed outreach locations for State Fiscal Year 2026 include Valdez, Cordova, Wrangell, Gustavus, and Hoonah. |
| Automated Voice Response/Interactive Voice Response System | Planning to Implement | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the call center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration)<br><br>Genesis is the VCC platform that connects can connect with Qualtrics as an example. |
| Bots/Robotic Process Automation | Planning to Implement | DPA is amending ImageSource contract to implement bots and robotic processes, a part of the online SNAP application. Phased implementation to align with other projects. |
| Check-in Kiosks | Planning to Implement | DPA plans to implement check-in kiosks at the University Center, in Anchorage. Will evaluate utility in other larger offices. |
| Online Identity Verification | Planning to Implement | Updated May 21, 2025. As part of Alaska's SNAP Quality Control (QC) error rate penalty investment plan, the State is moving from considering to actively planning the implementation of third-party identity authentication. This approach—recommended by FNS—would allow Alaska to authenticate SNAP applicants using a set of multiple-choice questions based on public record data.<br><br>Alaska does not currently have the system capability to support this functionality, which requires contracting with a third-party vendor. At present, Alaska's identity verification policy allows eligibility staff to verify identity through available interfaces, review of any document that reasonably establishes identity, or collateral contact with someone familiar with the applicant. |
| Revise Notices for Clarity | Planning to Implement | Updated May 21, 2025. This update reflects a change in how Alaska will implement a planned notice modernization strategy under its SNAP Quality Control (QC) error rate penalty investment plan. Through negotiations with the Food and Nutrition Service (FNS), the State will proceed with removing notices from the Eligibility Information System (EIS) to overcome longstanding formatting and content limitations. This marks a shift from earlier plans that tied notice improvements to the transition to a new Integrated Eligibility and Enrollment System. Technical assistance is underway to support development of clearer, more accessible SNAP notices using modern technology. |
| Transitional SNAP | Planning to Implement | Implementation is being evaluated as BBCE may address the benefit cliff and have a higher income limit. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online implement transitional SNAP program. |
| Case Banking | Not an option in Alaska | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the Long-Term Care cases but uses statewide caseload management for everything else. |
| Change Processing Unit | Not an option in Alaska | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased handling of cases, potentially causing delays in DPA workload. |
| On-Demand Interviews | Not an option in Alaska | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is in full compliance with FNS Interview requirements. |
| Targeted Team Focus on SNAP | Not an option in Alaska | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs.<br>Business Process Resign created a team that focuses on SNAP backlog applications. |
| Verification Unit | Not an option in Alaska | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce situation. Alaska did try this in 2003 (EIOP) and it was not successful. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Advance Capture (Intelligent Scanning) | Implementing | Updated May 21, 2025. DPA amended ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality automates that categorization of documents. Phase 1, complete - auto recognition and workflow for Application and Renewal forms effective Q4 2024. Additional forms rolling out in FY2025 and ongoing. As functionality is applied to other documents this section will be updated. |
| Broad-Based Categorical Eligibility (BBCE) | Implementing | **Updated July 21, 2025.** This update clarifies that Broad-Based Categorical Eligibility (BBCE) was launched on July 1, 2025, for new SNAP applications recieved after July 1, 2025 or SNAP recertifications received on or after July 1, 2025 for August SNAP benefits.<br><br>BBCE removes the asset test requirement and raises the gross income threshold to 200% of the Federal Poverty Level, simplifying eligibility and reducing administrative burden.<br><br>Technical assistance has been provided by FNS in support of implementation. Resource limit requirements have been amended administratively with no system change required. Programming to apply the 200% gross income limit in the legacy Eligibility Information System (EIS) was completed by **June 30, 2025**. BBCE functionality will also be included in the transition to the new Integrated Eligibility and Enrollment System.<br><br>Finalization of EIS functionality to support the non-cash, TANF-funded benefit aligned with BBCE notice to SNAP households, supported by ACF, is underway. Training materials were finalized by the Business Process Redesign (BPR) training team and were completed to align with implementation. Public messaging was coordinated with the publications team and released in **June 2025**. |
| E-notices | Implementing | Updated May 21, 2025. e-notices (text messaging or email) notifying applicant documents received. Launched March 13, 2024.<br>Text messaging for scheduled interviews scheduled to launch June, 2025. |
| National Accuracy Clearinghouse (NAC) | Implementing | Update May 21, 2025. FNS is implementing the NAC system in a phased approach over a period of 5 years. States must implement the NAC no later than October 4, 2027 in order to comply with the provisions of the interim final rule of the Agricultural Improvement Act of 2018 (2018 Farm Bill).<br><br>Alaska is confirmed for implementation group 14.<br>Alaska Scheduled kickoff date: March 2026<br>Alaska Anticipated NAC launch date: November 2026 |
| Standard Medical Deductions (SMDs) | Implementing | **Updated June 19, 2025** – FNS has approved Alaska's SMD demonstration waiver for a four-year period beginning August 1, 2025, and ending July 31, 2029, subject to the attached terms and conditions. Due to competing priorities, Alaska is coordinating with FNS to delay implementation. This adjustment will preserve the full four-year approval period while revising the demonstration's official start and end dates accordingly. |
| University Center (UC) Lobby | Implementing | **Updated July 21, 2025:** The Anchorage UC lobby was relocated to a new space to better support both clients and staff. The new lobby remains within the UC Center—just across the hall from its current location—and offers a much-improved environment for delivering services.<br><br>To complete the move, the UC lobby will be closed from June 20 through June 30. The Communications Office posted signage and used social media to notify the public in advance and during the closure. The new lobby opened to the public on July 1, 2025.<br><br>The new lobby features a larger waiting area with seating, space for interviews, and improved visibility for staff to engage directly with clients. This move reflects DPA's ongoing commitment to respectful, responsive customer service and a more welcoming, efficient space. |
| Average Student Work Hours | Considering | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will explore this option to determine if it is a valuable change. |
| Stagger Certification Periods | Considering | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |