# Attachment 4

Attachment 4: Division of Public Assistance Technology Modernization Tracker

| Project name | Project Description | Project start date | Project end date | Funding Source(s) | Key Outcome(s) | Dependency(s) | Project comments |
|---|---|---|---|---|---|---|---|
| Automated Renewals | Streamlined the renewal process for Modified Adjusted Gross Income (MAGI) Medicaid recipients by implementing automation in compliance with federal ex parte renewal requirements. | 2022-03-01 | 2023-04-30 | Federal 90% / State 10% | * Enhanced efficiency<br>* Reduced manual workload<br>* Reduced postage costs<br>* Improved user experience | | |
| ILINX® Cloud Migration | Migrated ILINX® system from State data center to vendor-managed Microsoft Azure cloud hosting. | 2023-03-01 | 2023-11-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Aligned with Governor's Cloud mandate<br>* Reduced administrative costs<br>* Improved infrastructure scalability | | |
| Milestone 2 - Increment 6: ILINX® Online SNAP Application eForm | Developed an ILINX® smart form to streamline Supplemental Nutrition Assistance Program (SNAP) applications. | 2021-09-01 | 2023-12-31 | Grant | * Reduced paper/email submissions<br>* Improved data quality<br>* Increased staff productivity | | |
| Azure Migration | Migrated Alaska's Resource for Integrated Eligibility Services (ARIES) infrastructure to Microsoft Azure cloud environment. | 2022-05-01 | 2024-01-31 | Grant | * Reduced paper/email submissions<br>* Improved data quality<br>* Increased staff productivity | | |
| Pregnancy / Postpartum Extended Certification | Extended postpartum Medicaid coverage from 60 days to 12 months. | 2023-07-01 | 2024-02-28 | Federal 90% / State 10% | * Extended client coverage<br>* Reduced eligibility staff intervention frequency | | |
| Automated Short Message Service (SMS) Text and Email Notifications | Implemented automated client confirmations via SMS and email for eForm submissions. | 2023-11-01 | 2024-03-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced phone inquiries and duplicate submissions<br>* Enhanced client experience | | |
| ILINX® Secure Document Upload | Enabled clients to securely upload eligibility documentation via mobile-friendly portal. | 2023-11-01 | 2024-03-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined document intake<br>* Reduced clerical workload<br>* Improved client service | | |
| Milestone 2 - Increment 6: ILINX® Online SNAP Interim Report eForm | Digitized the interim report process for SNAP clients through dynamic smart forms. | 2022-02-01 | 2024-05-31 | Federal 50% / State 50% | * Improved data completeness<br>* Reduced manual data entry<br>* Enhanced client access | | |
| SNAP Eligible Medicaid Extension | Automated Medicaid eligibility extension for individuals eligible for SNAP, without staff intervention. | 2023-01-01 | 2024-05-31 | Federal 75% / State 25% | * Reduced eligibility technician processing time<br>* Fully automated 'no-touch' eligibility determinations | | |
| Case to Individual Determination | Shifted automatic renewals from the case level to the individual level to align with CMS regulations. | 2023-09-01 | 2024-06-30 | Federal 75% / State 25% | * Met CMS regulatory compliance<br>* Increased number of individuals auto-renewed | | |
| Milestone 2 - Increment 6: ILINX® Online Report of Change eForm | Developed an online smart form for clients to report household changes impacting eligibility. | 2024-05-01 | 2024-07-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Improved data collection<br>* Enhanced client accessibility<br>* Reduced processing delays | | |
| Milestone 2 - Increment 7: Alaska Connect (Self Service Portal) Phase 1 | Implements a client portal for application, case review, updates, and event tracking. | 2024-01-01 | 2024-07-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced in-person and call center traffic<br>* Increased client access | | |
| Child Care Assistance Program Document Automation | Integrated ILINX® with AKCCIS to move childcare document management from paper to electronic. | 2023-09-01 | 2024-09-30 | Federal 100% American Rescue Plan Act | * Improved document security<br>* Faster document retrieval<br>* Enhanced compliance and disaster recovery | | |
| ILINX® - Advanced Capture Automated Document Type Classification (phase 1) | Automates the routing and classification of electronically received applications and renewals for public assistance programs. | 2024-04-01 | 2024-11-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced manual sorting<br>* Decreased processing errors | | |
| Elderly Simplified Application Project (ESAP) | Increases certification period from 24 months to 36 months for elderly low-income population and households are not required to submit an interim report. | 2024-01-01 | 2024-11-30 | Federal 50% / State 50% | * Increased SNAP participation<br>* Reduced paperwork submissions<br>* Reduced processing delays | | |
| National Change of Address (NCOA) Integration | Integrated with the national database to automatically update recipient addresses. | 2023-06-01 | 2024-11-30 | Federal 75% / State 25% | * Reduced postage costs<br>* Decreased manual updates<br>* Improved eligibility accuracy | | |
| Automatic Image Resizing in ILINX® | System enhancement to automatically resize large email attachments to avoid processing errors. | 2024-11-01 | 2025-03-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Eliminated manual resizing<br>* Improved system performance | | |
| Alaska Childcare Modernization | Implemented cloud-based Alaska Child Care Information System (AKCCIS) with provider and client portals. | 2023-09-01 | 2025-04-30 | Federal 100% American Rescue Plan Act | * Reduced admin costs<br>* Improved client/provider experience | | |
| Application Processing Interface (API) Framework | Created a framework for system interoperability, enhancing data sharing among public assistance systems. | 2024-08-01 | 2025-04-30 | Federal 90% / State 10% | * Streamlined staff access<br>* Improved interoperability | | |
| Application Processing Delay Notice | Developed new notice to inform clients when there is a delay in benefit processing. | 2025-01-01 | 2025-04-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Required as a result of the APA lawsuit | | |
| ILINX® Cognitive Services for Virtual Contact Center (VCC) Recordings | Automates transcription and clipping of Virtual Call Center recordings to meet federal attestation requirements. | 2023-11-01 | 2025-05-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined attestation collection<br>* Improved accessibility | | |
| Current™ Integration with ILINX® | Configures ILINX® to push DPA associate data directly into Current™ workflow management system. | 2025-02-01 | 2025-06-26 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced redundant data entry<br>* Improved task management | | Implemented 6/26/2025 |
| ILINX® - Workflow Modernization | Eliminates ILINX® work queues to prepare for Current™ workflow system integration. | 2025-04-01 | 2025-06-26 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined workflow<br>* Increased eligibility technician efficiency | | Implemented 6/26/2025 |
| Automated Date Received | Automating the date received date stamp in ILINX to the next business day when it falls on a holiday or after hours, unless it is an FFM application. | 2025-06-10 | 2025-06-26 | | | | New project added 6/10/2025<br>Implemented 6/26/2025 |
| Broad Based Categorical Eligibility (BBCE) Project | New category of eligibility for SNAP households. | 2024-04-01 | 2025-06-30 | Federal 50% / State 50% | * Increased SNAP participation<br>* Reduced eligibility technician (ET) time for resource verification | | Implemented 6/30/2025 |
| ILINX® Upgrade | Upgrades ILINX® system to improve usability, storage management, and flexibility. | 2024-07-01 | 2025-07-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced storage costs<br>* Enhanced user experience | Current™ integration | |
| Short Message Service (SMS) Messaging | Implements SMS messaging to notify clients of scheduled interviews and events. | 2025-04-21 | 2025-08-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced rescheduling<br>* Increased timeliness<br>* Decreased lobby traffic | | Delay due to learning new developing technology (new API with EIS) and ILINX upgrade. Date moved to 8/31/2025. |

Attachment 4: Division of Public Assistance Technology Modernization Tracker

| Project name | Project Description | Project start date | Project end date | Funding Source(s) | Key Outcome(s) | Dependency(s) | Project comments |
|---|---|---|---|---|---|---|---|
| Transition Adult Public Assistance (APA) and Senior Benefit (SB) programs from warrant to Electronic Benefit Transfer (EBT) | Campaign to move clients from paper warrants to direct deposit or EBT. | 2024-10-01 | 2025-08-31 | 100% State | * Reduces printing and postage costs<br>* Improves benefit delivery times |  | Delay due to negative testing results. Date moved to 9/31/2025. |
| ILINX® Long Term Care Workflow | Creates electronic workflows to streamline Long Term Care provider document submissions. | 2025-05-01 | 2025-08-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Improved document submission<br>* Streamlined provider communication |  |  |
| Milestone 2 - Increment 6: ILINX® Online Application for Services eForm | Develops an online ILINX® eForm application portal for multiple assistance programs. | 2024-01-01 | 2025-08-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Streamlined applications<br>* Mobile-friendly<br>* Improved client access | Requires federal review |  |
| Centralized Mailroom | Automates mail handling and routing using ILINX® integrated with Current™. | 2025-05-01 | 2025-09-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Reduced manual sorting<br>* Improved mail routing efficiency |  | Working to procure equipment. |
| Identify Deceased Medicaid Enrollees | Ensure that individuals enrolled in Alaska Medicaid are periodically checked to identify if any enrollees are deceased prior to renewing Medicaid benefits. | 2025-06-11 | 2025-09-30 | Federal 75% / State 25% | * Notices are not sent to deceased individuals<br>* Benefits are not issued to deceased individuals |  |  |
| Instant Eligibility Verification System (IEVS) - Automated Asset Verification | Systematically generate the eligibility/asset verification report for ex parte Medicaid renewals. | 2024-02-15 | 2025-10-31 | Federal 75% / State 25% | * Reduced manual tasks<br>* Streamlined benefits processing<br><br>Date shifted from 5/31/2025 to 10/31/2025.<br><br>* Implemented 5/31/2025: MAGI Medicaid renewals are manually batched each evening and sent to the IEVS. (streamlined benefits processing achieved)<br>* Manual batch process will be automated by 8/31/2025.<br>* MAGI Medicaid applications will be automatically sent to the IEVS by 10/31/2025. |  |  |
| Eligibility Technician (ET) Repository | Develops a centralized repository for policies, procedures, and resources for eligibility staff. | 2025-08-01 | 2025-10-31 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program / QC Reinvestment funds | * Streamlined staff access to resources<br>* Integrated with ILINX® |  | Project delayed, awaiting FNS approval. |
| Centralized Registration | Automates registration of electronically submitted applications. | 2024-08-01 | 2025-10-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Reduced manual intervention<br>* Streamlined online registration | Workforce capacity constraints |  |
| Milestone 2 - Increment 7: Alaska Connect (Self Service Portal) Phase 2 | Implements a client portal for application, case review, updates, and event tracking. | 2025-05-01 | 2025-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Reduced in-person and call center traffic<br>* Increased client access | Workforce capacity constraints | Delay due to learning new developing technology (new API with EIS). |
| Unified Change Address Module | This feature will automate the ability for a user to enter an address once and have it update ARIES and EIS. | 2025-05-01 | 2025-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Streamlined workflow<br>* Increased eligibility technician efficiency | Workforce capacity constraints |  |
| ILINX® - Advanced Capture Automated Document Type Classification (phase 2) | Automates the routing and classification of electronically received documents for public assistance programs. | 2025-05-01 | 2025-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Reduced manual sorting<br>* Decreased processing errors | Centralized mailroom functionality |  |
| Milestone 2 - Increment 6: ILINX® Online Heating Assistance Application eForm | Digitized the heating assistance application process for clients through dynamic smart forms. | 2025-07-01 | 2025-12-31 | Low Income Heating Assistance Program (LIHEAP) Grant | * Expanded client self-service<br>* Improved accessibility for applications |  |  |
| Milestone 2 - Increment 6: ILINX® Online Burial Assistance Application eForm | Digitized the burial assistance application process for clients through dynamic smart forms. | 2025-07-01 | 2025-12-31 | 100% State | * Expanding client self-service<br>* Improved accessibility for applications |  |  |
| Milestone 2 - Increment 6: ILINX® Online Eligibility Review eForm | Digitized the eligibility review forms process for clients through dynamic smart forms. | 2025-08-01 | 2026-01-31 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program / QC Reinvestment funds. | * Expanded client self-service<br>* Improved accessibility for applications |  | Project delayed, awaiting FNS approval. |
| Qualtrics Implementation | Develops surveys to drive better experiences of employees, clients, and providers across digital and physical touchpoints. | 2024-02-01 | 2026-02-28 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Engages teams<br>* Improves manager effectiveness<br>* Drives informed decisions |  |  |
| Worker Assist | Develops virtual assistant to provide real-time access to policies and guidance for eligibility workers. | 2025-08-01 | 2026-02-28 | 100% State / QC Reinvestment funds | * Increased accuracy<br>* Reduced search time for staff<br>* Improved case outcomes |  | Project delayed, awaiting FNS approval. |
| Intelligent Policy Tracking and Compliance Support | Implements AI-powered system for monitoring regulatory changes and alerting staff. | 2025-08-01 | 2026-07-31 | 100% State / QC Reinvestment funds | * Reduced lag in policy updates<br>* Improved compliance response |  | Project delayed, awaiting FNS approval. |
| Notice Enhancements | Modernizes notices through a correspondence management platform to standardize communications. | 2025-08-01 | 2026-07-31 | 100% State / QC Reinvestment funds | * Improved client understanding<br>* Reduced pending cases due to communication gaps |  | Project delayed, awaiting FNS approval. |
| Quality Control (QC) System Replacement | Replaces QC system with platform providing real-time error data and analysis. | 2025-08-01 | 2026-07-31 | 100% State / QC Reinvestment funds | * Enhanced oversight<br>* Improved training<br>* Reduced eligibility errors |  | Project delayed, awaiting FNS approval. |
| ILINX® - Analytics Dashboards | Deploys analytics reporting to track application and clerical productivity through ILINX®. | 2026-01-01 | 2026-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Improved transparency<br>* Enhanced performance monitoring | Resource availability and project prioritization |  |
| Milestone 2 - Increment 1-5: Aged, Blind, Disabled, Long Term Care (LTC), Hospital Presumptive Eligibility (HPE), and Non-MAGI Medicaid Modernization Module | Deploys modern Integrated Eligibility Platform (IEP) replacing legacy systems. | 2025-07-01 | 2026-12-31 | Federal 90% / State 10% | * Reduced administrative burden<br>* Simplified Medicaid determinations | Workforce capacity constraints | Procurement activities are underway. |
| Milestone 3 - Supplemental Nutrition Assistance Program (SNAP) Modernization Module | Modernizes SNAP eligibility processing through Integrated Eligibility Platform (IEP). | 2026-01-01 | 2026-12-31 | Federal 50% / State 50% | * Streamlined workflows<br>* Improved reporting capabilities | Workforce capacity constraints |  |
| Milestone 2.5 - Data Architecture and Interoperability | Data integration solution that ingests and migrates data from multiple enterprise systems into a modern integrated operational data repository. | 2025-10-01 | 2026-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Makes data from multiple systems available and accessible for reporting and operations requests | Workforce capacity constraints |  |

Attachment 4: Division of Public Assistance Technology Modernization Tracker

| Project name | Project Description | Project start date | Project end date | Funding Source(s) | Key Outcome(s) | Dependency(s) | Project comments |
|---|---|---|---|---|---|---|---|
| Milestone 2 - Increment 8: Adult Public Assistance (APA) Cash Program Modernization Module | Modernizes Adult Public Assistance program through new Integrated Eligibility Platform (IEP). | 2026-07-01 | 2027-06-30 | 100% State | * Reduced administrative burden<br>* Improved eligibility efficiency | Milestone 2 Increments 1-5 and Milestone 3 migration off legacy EIS | |
| Milestone 4 - Cash Program Modernization (Alaska Temporary Assistance Program (ATAP), Senior Benefits, General Relief Assistance (GRA)) Module | Modernizes Alaska Temporary Assistance Program (ATAP), Senior Benefits, and General Relief Assistance (GRA) programs under the new Integrated Eligibility Platform (IEP). **Allows for decommissioning of the legacy Eligibility Information System (EIS)** | 2027-02-01 | 2028-01-31 | Funding: 100% State-funded unless the Temporary Assistance for Needy Families (TANF) Maintenance of Effort (MOE) requirement is met, in which case federal support becomes available. | * Reduced administrative burden<br>* Improved eligibility efficiency | Milestone 2 Increments 1-5, Milestone 2 Increment 8, and Milestone 3 migration off legacy EIS | |



Attachment 4: IT Project Roadmap – Updated August 2025 – Completed







# State of Alaska/DPA: Executive Status Report

Report Date: 7/03/25

*ILINX Casefiles Workflow Modernization*

*Project Sponsor: Deb Etheridge*  *Project Manager: David MacWatters*

**Key Project Metrics**

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | 🟢 | 🟢 | Project in Production! Roll Out Support concludes 07.03.2025. |
| Scope | 🟢 | 🟢 | CR 1 and CR 2 approved and accepted. Promoted to production evening of 6.25.2025. |
| Schedule | 🟢 | 🟢 | Project is on schedule –Roll Out Support concludes 07.03.2025. |
| Cost | 🟢 | 🟢 | Review funding/encumbrance with DPA after 04.01.25 meeting. |
| Risk | 🟢 | 🟢 | Resource availability State of Alaska and ImageSource. |

| 🔴 **Red:** Critical issues jeopardize projects | 🟡 **Yellow:** At risk, but mitigation efforts are in place or underway | 🟢 **Green:** On track, progressing as planned. |
|---|---|---|

**Issues for Leadership Concern or Escalation**

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| 3. Solution Acceptance<br><br>4. Go Live Planning / Production Promotion | DPA Test team identified an issue – when phone number not added in ILINX (blank value passed to CURRENT) but exists in CURRENT, the existing CURRENT phone number value is replaced spaces (blank). | 06.20 (4:20 pm PT) C!A notified of issue (Linda). C!A to address issue where CURRENT API is not processing received blank values (valid) properly and DPA is validation of fix. | C!A indicated this is a how the CURRENT API is designed. Decision by DPA to go live with current configuration, this will be addressed when DPA ARIES/EIS lookup contains Phone Number. | 06.24.2025 |

**Milestones/Deliverables**

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| 1. Project Plan Acceptance | 04.14.2025 | 04.17.2025 | 100% | Formal DPA acceptance of Project Plan set planned for 04.14.2025 |
| 2. Design, Configure, Sprints, Sprint Reviews | 06.06.2025 | 05.23.2025 | 100% | Configuration Complete! |
| 3. Solution Acceptance | 06.11.2025 | 06.23.2025 | 100% | Formal DPA acceptance for this deliverable received 06.24.2025. |
| 4. Go Live Planning / Production Promotion | 06.25.2025 | 06.24.2025 | 100% | Formal DPA acceptance for this deliverable received 06.24.2025. |
| 5. Roll Out Support / Project Close | 06.25.2025 | 07.07.2025 | 95% | 5 days after Go Live. |



# State of Alaska/DPA: Executive Status Report

Report Date: 7/03/25

*ILINX/CURRENT Integration*

*Project Sponsor: Deb Etheridge*                *Project Manager: Jason Darrow*

**Key Project Metrics**

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | 🟢 | 🟢 | Project in Production! Roll Out Support concludes 07.03.2025. |
| Scope | 🟢 | 🟢 | CR 1 and CR 2 approved and accepted. Promoted to production evening of 6.25.2025. |
| Schedule | 🟢 | 🟢 | Project is on schedule –Roll Out Support concludes 07.03.2025. |
| Cost | 🟢 | 🟢 | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | 🟢 | 🟢 | Resource availability State of Alaska and ImageSource. |

| 🔴 **Red:** Critical issues jeopardize projects | 🟡 **Yellow:** At risk, but mitigation efforts are in place or underway | 🟢 **Green:** On track, progressing as planned. |
|---|---|---|

**Issues for Leadership Concern or Escalation**

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| 3. Solution Acceptance 4. Go Live Planning / Production Promotion | DPA Test team identified an issue – when phone number not added in ILINX (blank value passed to CURRENT) but exists in CURRENT, the existing CURRENT phone number vale is replaced spaces (blank). | 06.20 (4:20 pm PT) C!A notified of issue (Linda). C!A to address issue where CURRENT API is not processing received blank values (valid) properly and DPA is validation of fix. | C!A indicated this is a how the CURRENT API is designed. Decision by DPA to go live with current configuration, this will be addressed when DPA ARIES/EIS lookup contains Phone Number. | 06.24.2025 |

**Milestones/Deliverables**

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| D1 | Project Plan – Create/Refine User Stories | May 21, 2025 | May 21, 2025 | 100% | Project Plan signed on 05/21. |
| D2 | Design, Configure, Sprints, Sprint Reviews | June 10, 2025 | June 10, 2025 | 100% | Deliverable 2 Acceptance on 06/12. |
| D3 | Solution Acceptance | June 19, 2025 | June 19, 2025 | 100% | Formal DPA acceptance for this deliverable received 06.24.2025. |
| D4 | Go Live Planning | June 25, 2025 | June 25, 2025 | 100% | Formal DPA acceptance for this deliverable received 06.24.2025. |
| D5 | Production Go Live/Roll Out Support | June 25, 2025 | July 07, 2025 | 95% | 5 days after Go Live. |



## State of Alaska/DPA: Executive Status Report
**Report Date: 7/3/25**

*ILINX Casefiles Automated Date Received Calculation Assignment*

*Project Sponsor: Deb Etheridge*          *Project Manager: Gene Eckhart*

**Key Project Metrics**

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | 🟢 | 🟢 | Acceptance by SOA for ILINX components complete! Issue reported to C!A late 6.20 regarding Phone Number update/storage in CURRENT (ILINX/CURRENT Integration project, CR 1). Monitoring status from C!A, potential impact to 6.25.2025 go live date. |
| Scope | 🟢 | 🟢 | C!A addressing Phone Number update/storage issue reported in CURRENT (CR 1) |
| Schedule | 🟢 | 🟢 | Project is on schedule –Roll Out Support concludes 07.03.2025. |
| Cost | 🟢 | 🟢 | We are on track for costs per the Project Charter. |
| Risk | 🟢 | 🟢 | Go live date, Resource availability State of Alaska and ImageSource. |

🔴 **Red:** Critical issues jeopardize projects   🟡 **Yellow:** At risk, but mitigation efforts are in place or underway   🟢 **Green:** On track, progressing as planned.

**Issues for Leadership Concern or Escalation**

| MILESTONE\DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

**Milestones/Deliverables**

| MILESTONE/DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 6 - Automated Date Received: Production Go Live/Roll Out Support (DPA SaaS) | 06.25.2025 | 7-7-25 | 95% | Updating the completion date to reflect the scoped rollout support period. |



## State of Alaska/DPA: Executive Status Report    Report Date: 7/03/25
*ILINX Long Term Care*

*Project Sponsor: Deb Etheridge*    *Project Manager: Jason Darrow*

**Key Project Metrics**

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | 🟢 | 🟢 | Change in requirements. Working with Becky to update user stories and potential Change Request. |
| Scope | 🟢 | 🟢 | Updating requirements |
| Schedule | 🟢 | 🟢 | Defined at update project plan approval. |
| Cost | 🟢 | 🟢 | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | 🟢 | 🟢 | Resource availability State of Alaska and ImageSource. |

🔴 **Red:** Critical issues jeopardize projects    🟡 **Yellow:** At risk, but mitigation efforts are in place or underway    🟢 **Green:** On track, progressing as planned.

**Issues for Leadership Concern or Escalation**

| MILESTONE\DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

**Milestones/Deliverables**

| MILESTONE/DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| ILINX Long Term Care Project Plan | Defined after discovery and Project Plan review. | | 95% | Project Plan has been submitted to DPA. Updating with Becky due to update in requirements from DPA. |

## State of Alaska/DPA: Executive Status Report      Report Date: 7/03/25
*ILINX Casefiles Notice Renewal Interview (SMS) Process*

*Project Sponsor: Deb Etheridge*                    *Project Manager: David MacWatters*

**Key Project Metrics**

| CATEGORY | STATUS Previous\Current | NOTES |
|---|---|---|
| Overall Status | 🟢 \ 🟢 | Project Plan (Draft) transmitted to DPA on 7.3.2025 for review and finalization. |
| Scope | 🟢 \ 🟢 | Validated during Project Plan review process. |
| Schedule | 🟢 \ 🟢 | Defined after project plan acceptance. |
| Cost | 🟢 \ 🟢 | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | 🟢 \ 🟢 | Resource availability State of Alaska and ImageSource. |

🔴 **Red:** Critical issues jeopardize projects    🟡 **Yellow:** At risk, but mitigation efforts are in place or underway    🟢 **Green:** On track, progressing as planned.

**Issues for Leadership Concern or Escalation**

| MILESTONE\DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

**Milestones/Deliverables**

| MILESTONE/DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| D1 \| Project Plan – Create/Refine User Stories | Defined after Project Plan review/acceptance. | | 90% | Transmission of Draft Project Plan (07.03.2025) achieved. The review and execution process are underway. |



## State of Alaska/DPA: Executive Status Report    Report Date: 7/03/25
*ILINX All Services Application*

*Project Sponsor: Deb Etheridge*                                                *Project Manager: David MacWatters*

**Key Project Metrics**

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | Red | Red | **Blocked**. Project Delay Notice #1 transmitted May 29, 2025, to Deb Etheridge. SOA mandatory regulatory approvals from FNS, CMS, and Policy are blocking remaining project tasks. |
| Scope | Green | Green | DPA user acceptance achieved. |
| Schedule | Red | Red | **Blocked**. See overall status. The remaining project tasks cannot be planned/scheduled |
| Cost | Green | Green | Fixed bid |
| Risk | Red | Red | **Blocked**. Resource availability State of Alaska. Requirement to obtain multiple external. (FNS/CMS) and internal (Policy) approvals |

- **Red:** Critical issues jeopardize projects
- **Yellow:** At risk, but mitigation efforts are in place or underway
- **Green:** On track, progressing as planned.

**Issues for Leadership Concern or Escalation**

| MILESTONE\DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| User Acceptance Testing | FNS, CMS (federal reviews/acceptance are not complete. Internal SOA Policy review dependent upon completion of FNS/CMS. Affecting ability to deliver solution. | ImageSource generated Project Delay Notice transmitted to SOA DPA on 05.29.2025. Request FNS, CMS review completion date. Establish reasonable SOA Policy review/acceptance timeline. | **07.03.2025** – No updates. **06.27.2025** – No Updates. **06.20.2025** – No updates. **06.13.2025** – No Updates. **06.06.2025** – No updates. **05.30.2025** – Project Delay Notice sent to SOA (Deb). **05.23.2025** – No Change. **05.16.2025** No Change. **05.09.2025** – No Change, **05.02.2025:** No updates from CMS/FMS regarding review/status. **04.25.2025:** Initial review of CMS/FNS introductory questions completed on 4.21.25. ImageSource documenting via Change Request. **04.18.2025** – Initial Change Request started to record FNS/CMS introductory comments, planned meeting for week of 04.21. 2025 to complete review and update CR in prep for Becky response back to FNS and CMS. It is understood | |

**IMAGESOURCE**

| MILESTONE\DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | that FNS/CMS comments are initial, cursory, doth team agree no changes to be made until official response(s) are received. 4.11.2025 – Reviewed CMS comments, creating Change Request to address potential updates (pending clarification from CMS and Policy. Scheduling similar review of FNS comments. 04.04.25 – Initial review meeting scheduled for 04.08.25.03.28.2025 – targeting meeting Becky, Dave, Maidson to review CMS email and prepare response. 03.21.25 initial response from CMS received, being reviewed internally by DPA. | |

**Milestones/Deliverables**

| MILESTONE/DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Project Plan | 07.30.2024 | 07.30.2024 | 100% | Complete. |
| Configure, Sprints, Sprint Reviews and Acceptance Testing | 12.01.2024 | See Note. | | Configuration and UAT complete and received. **Project delayed for FNS, CMS, and internal SOA Policy review/acceptance. ImageSource generated Project Delay Notice transmitted to SOA (DPA) on 05.29.2025.** |
| Go Live Planning | 30 days | | 0% | Original completion date target undefined due to external review/approvals outside of DPA/ImageSource control. Completion for this task is 30 days from FNS/CMS/Policy approval. |
| Promote Solution (SaaS Production) | 1 week | See Note. | 0% | One week to promote solution to production after D2 and D3 above. |
| Production Go Live/Roll Out Support | 40 hours | See Note | 0% | ImageSource to provide 40 hours go live support begin day one (1) of production operations. |



## State of Alaska/DPA: Executive Status Report      Report Date: 7/03/25
*ILINX Casefiles Optional Skip Workflow*

*Project Sponsor: Deb Etheridge*                                                  *Project Manager: David MacWatters*

**Key Project Metrics**

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | 🟩 | 🟩 | 07.03.2025 – This Statement of work replaced by the Case Files Workflow Modernization initiative. To be confirmed post Workflow Modernization project go live. |
| Scope | 🟩 | 🟩 | See above |
| Schedule | 🟩 | 🟩 | See above. |
| Cost | 🟩 | 🟩 | See above. |
| Risk | 🟩 | 🟩 | |

🔴 **Red:** Critical issues jeopardize projects      🟡 **Yellow:** At risk, but mitigation efforts are in place or underway      🟢 **Green:** On track, progressing as planned.

**Issues for Leadership Concern or Escalation**

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| Project | Case File Workflow Modernization removes workflow, eliminating the need for this functionality. | Eliminate/replace this project (Case Files Workflow Modernization). Approval from DPA. | Introduction of Casefiles Modernization draft to Linda on 2.27, she is in full agreement. Linda would like Becky to review before making the final decision. | 03.04.2025 |

**Milestones/Deliverables**

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| 6. Project Plan Acceptance | N/A | | 95% | This Statement of work should be replaced by the Case Files Workflow Modernization initiative. |