# Attachment 5

*Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class) that had a Personnel Action take place in the month.*



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 06/06/2025*

**\*Definitions:**

**Field Eligibility Technician (ET):** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*

**Eligibility Technician 2 (ET 2)** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*

**Eligibility Technician 3 (ET3)** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

**Eligibility Technician 4 (ET4)** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

**Eligibility Office Manager 1 (EOM1)** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

**Eligibility Office Manager 2 (EOM2)** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

**Permanent (Budgeted) Positions:** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

**Long-Term Non-Permanent (LTNP) Positions:** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

**Transfer within Division (OUT):** *The position has been vacated but the incumbent has remained with the Division.*

**Transfer within Division (IN):** *The position has been filled with an incumbent within the Division.*

**New Hire:** *The position has been filled with an incumbent new to state service.*

**Separation:** *The position has been vacated by an incumbent who has left state service or retired from state service.*

**Lateral Transfer WITHIN Division:** *The position has been filled with an incumbent within the Division and there is no change in range or merit date.*

**Promotion Within the Division:** *The position has been filled with an incumbent within the Division in a promotional capacity, there is an increase in range, a new merit date, and new probation period.*

**Transfer into Division:** *The position has been filled with an incumbent from outside the Division, but a current state employee.*

Distribution of Full-Time Permanent, Long-Term Non-Permanent, and Short-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions





*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 06/06/2025*

\*Definitions:
    **Field Eligibility Technician (ET):** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*
    **Eligibility Technician 2 (ET 2)** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*

***Eligibility Technician 3 (ET3)*** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

***Eligibility Technician 4 (ET4)*** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

***Eligibility Office Manager 1 (EOM1)*** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

***Eligibility Office Manager 2 (EOM2)*** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

**Permanent (Budgeted) Positions:** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

**Long-Term Non-Permanent (LTNP) Positions:** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

**PCN Recruiting:** *The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.*

**PCN Posted:** *The position has been advertised, and applications are being accepted through the designated recruitment platform.*

**PCN Interviewing:** *Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.*

**PCN Hire Pending:** *A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.*

**PCN Filled:** *The position has been successfully filled, and the new hire has started or is scheduled to begin work.*

**PCN Vacant:** *The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.*