**Attachment 6**



# Monthly Progress Report: June 2025
## AK DPA Medicaid Eligibility Support Services Project

June 2025

PUBLIC CONSULTING GROUP

Case 3:23-cv-00044-SLG   Document 100-7   Filed 07/31/25   Page 1 of 22

# TABLE OF CONTENTS

EXECUTIVE SUMMARY .................................................................................................... 2

MONTHLY REPORTING .................................................................................................... 2

    VCC Progress ............................................................................................................ 2

        June Data ................................................................................................................ 2

        Key Performance Metrics ...................................................................................... 5

        Monthly Trend Analysis ......................................................................................... 5

        Data Definitions ..................................................................................................... 8

ELIGIBILITY .................................................................................................................... 9

    Medicaid Renewal Project .......................................................................................... 9

        Renewal Project Progress Over Time .................................................................... 9

        Completed Cases ................................................................................................... 9

    Pregnant women/Newborn Cases ............................................................................ 10

IMPORT REVIEW ........................................................................................................... 11

    Client Document Import ............................................................................................ 11

        Monthly Trends ................................................................................................... 11

    FFM Registration ...................................................................................................... 11

    Returned Mail ........................................................................................................... 12

ESCALATION DATA ....................................................................................................... 13

    Program Type ........................................................................................................... 13

    Reason for Escalation .............................................................................................. 13

    End of Day Calls ....................................................................................................... 13

TRAINING ...................................................................................................................... 14

QUALITY ASSURANCE ................................................................................................... 15

    General Quality Assurance ....................................................................................... 15

        Evaluation Data and Feedback Loop .................................................................. 15

APPENDICES ................................................................................................................. 17

    Appendix A – Evaluation Checklists ......................................................................... 17

        General Inquiry, LTC, PHE Unwinding & After 3:00PM Calls Checklist ............... 17

        Telephonic Applications Checklist ....................................................................... 18

        Import Review Submission Checklist .................................................................... 19

        Medicaid Renewal Project Checklist ................................................................... 19

        Returned Mail Project Checklist .......................................................................... 20

# EXECUTIVE SUMMARY

- ✓ **584,973** have been handled by PCG Supervisors and Eligibility Associates since June 2023
  - o **26,137 calls** were handled by PCG Supervisors and Eligibility Associates during the month of June
  - o The queue with the highest number of calls was the General Inquiry line with **22,400**
- ✓ Medicaid Renewal Project
  - o Completed Procedural Closures for **2,023** clients
  - o Completed Pre-Work for **6,259** cases
- ✓ Pregnant Women/Newborn Cases
  - o Completed **97** PW/NB tasks
- ✓ Import Review
  - o Completed **11,187** self-report submissions
  - o Completed **260** FFM and SSP Application registrations
- ✓ Returned Mail
  - o Staff completed **533** RM tasks
- ✓ Quality Assurance (QA) Results
  - o Two hundred ninety-one **(291)** QA evaluations were completed in June

# MONTHLY REPORTING

## VCC PROGRESS

This section provides monthly metrics and trend analysis week over week. Reporting content includes call volume data, queue performance metrics, and key performance metrics by week. The monthly trend analysis includes call volume data and key performance metrics month over month.

### *June Data*

**Key Takeaways:**

- ✓ **26,127 calls** were handled by PCG Supervisors and Eligibility Associates during the month of June.
- ✓ The highest number of total calls handled was the week 06/02/2025 with **6,907 calls.**

## VCC Call Volume



**VCC Calls Handled**
June 2025

## Queue Performance Metrics

The tables below display performance metrics for each queue. Tracking metrics for each queue can ensure that the allocation of staff is appropriate.

**Important Notes:**

- The queue performance metrics for June do not include data for any staff that separated from the project prior to the data pull. Staffing changes that occurred after this data pull have not yet been removed from the system and are included in the data.
- 06/16/2025 was a four-day week. 06/30/2025 was a one-day week

### General Inquiry

| Week Of | Calls Handled | ASA | Average Wait | Average Handle | Average Talk | Average Hold |
|---|---|---|---|---|---|---|
| 6/2/2025 | 5,719 | 4m 48s | 4m 43s | 7m 30s | 4m 45s | 5m 45s |
| 6/9/2025 | 5,210 | 1m 24s | 1m 25s | 7m 7s | 4m 40s | 5m 24s |
| 6/16/2025 (4 workdays) | 4,743 | 1m 21s | 1m 22s | 6m 46s | 4m 25 | 5m 28s |
| 6/23/2025 | 5,307 | 3m 25s | 3m 23s | 7m 45s | 5m 5s | 6m 15s |
| 06/30/2025 (1 workday) | 1,421 | 3m 50s | 3m 45s | 7m 22s | 4m 57s | 5m 38s |
| Average/Total | 22,400 | 2m 57s | 2m 56s | 7m 18s | 4m 46s | 5m 42s |

### After 3PM Phone Calls

| Week Of | Calls Handled | ASA | Average Wait | Average Handle | Average Talk | Average Hold |
|---|---|---|---|---|---|---|
| 6/2/2025 | 362 | 2m 56s | 3m 31s | 7m 55s | 5m 35s | 5m 11s |
| 6/9/2025 | 330 | 3m 18s | 3m 44s | 8m 13s | 5m 39s | 6m 4s |
| 6/16/2025 (4 workdays) | 272 | 2m 5s | 2m 45s | 7m 43s | 5m 19s | 5m 33s |
| 6/23/2025 | 301 | 3m 27s | 5m 8s | 7m 50s | 5m 21s | 5m 34s |
| 06/30/2025 (1 workday) | 86 | 1m 57s | 2m 3s | 7m 23s | 5m 13s | 5m 39s |
| **Average/Total** | **1,351** | **2m 45s** | **3m 26s** | **7m 49s** | **5m 25s** | **5m 36s** |

### Telephonic Applications

| Week Of | Calls Handled | ASA | Average Wait | Average Handle | Average Talk | Average Hold |
|---|---|---|---|---|---|---|
| 6/2/2025 | 128 | 4m 29s | 4m 29s | 18m 59s | 16m 25s | 8m 50s |
| 6/9/2025 | 124 | 4m 1s | 4m 33s | 20m 59s | 18m 11s | 5m 54s |
| 6/16/2025 (4 workdays) | 99 | 8m 51s | 9m 10s | 27m 13s | 23m 58s | 8m 31s |
| 6/23/2025 | 117 | 8m 24s | 8m 14s | 17m 52s | 16m 1s | 6m 47s |
| 06/30/2025 (1 workday) | 24 | 12m 35s | 13m 45s | 31m 22s | 24m 18s | 10m 47s |
| **Average/Total** | **492** | **7m 40s** | **8m 2s** | **23m 17s** | **19m 46s** | **8m 10s** |

### PCG MAGI

| Week Of | Calls Handled | Average Handle | Average Talk | Average Hold |
|---|---|---|---|---|
| 6/2/2025 | 288 | 1m 16s | 1m 0s | 0m 71s |
| 6/9/2025 | 29 | 1m 48s | 1m 20s | 4m 39s |
| 6/16/2025 (4 workdays) | 21 | 1m 40s | 1m 32s | 48s |
| 6/23/2025 | 23 | 1m 10s | 52s | 25s |
| 06/30/2025 (1 workday) | 5 | 1m 12s | 35s | 0s |
| **Average/Total** | **366** | **1m 25s** | **1m 4s** | **1m 10s** |

### LTC Routing Assistance Needed

| Week Of | Calls Handled | ASA | Average Wait | Average Handle | Average Talk | Average Hold |
|---|---|---|---|---|---|---|
| 6/2/2025 | 399 | 3m 16s | 3m 34s | 2m 26s | 1m 55s | 2m 41s |
| 6/9/2025 | 356 | 3m 2s | 3m 8s | 5m 15s | 1m 48s | 1m 29s |
| 6/16/2025 (4 workdays) | 277 | 5m 11s | 5m 20s | 3m 9s | 2m 6s | 3m 6s |
| 6/23/2025 | 362 | 4m 3s | 4m 14s | 2m 44s | 2m 3s | 1m 37s |
| 06/30/2025 (1 workday) | 77 | 4m 50s | 4m 33s | 2m 51s | 1m 58s | 1m 10s |

| | | | | | |
|---|---|---|---|---|---|
| **Average/Total** | **1,471** | **4m 4s** | **4m 10s** | **3m 17s** | **1m 58s** | **2m 1s** |

### *PHE Unwinding*

| Week Of | Calls Handled | ASA | Average Wait | Average Handle | Average Talk | Average Hold |
|---|---|---|---|---|---|---|
| 6/2/2025 | 11 | 2m 22s | 3m 58s | 5m 44s | 3m 54s | 4m 0s |
| 6/9/2025 | 9 | 2m 37s | 2m 21s | 3m 51s | 3m 10s | 0s |
| 6/16/2025 (4 work days) | 8 | 2m 21s | 23m 24s | 7m 27s | 6m 5s | 2m 59s |
| 6/23/2025 | 16 | 6m 21s | 8m 4s | 6m 1s | 4m 54s | 4m 55s |
| 06/30/2025 (1 work day) | 3 | 34m 12s | 26m 4s | 4m 22s | 4m 4s | 0s |
| **Average/Total** | **47** | **9m 34s** | **17m 46s** | **5m 28s** | **4m 25s** | **2m 22s** |

### *Key Performance Metrics*

| Week Of | Number of Staff Taking Calls | EA Calls Handled Total | Average Speed of Answer | EA Average Talk Average (min) | EA Average Hold Average (min) | EA Average ACW Average (min) |
|---|---|---|---|---|---|---|
| 6/2/2025 | 96 | 6,907 | 4m 3s | 6m 31s | 5m 18s | 30s |
| 6/9/2025 | 111 | 6,058 | 3m 2s | 6m 42s | 3m 46s | 1m 1s |
| 6/16/2025 (4 workdays) | 103 | 5,420 | 8m 24s | 8m 22s | 5m 7s | 28s |
| 6/23/2025 | 89 | 6,126 | 5m 49s | 6m 41s | 5m 1s | 25s |
| 06/30/2025 (1 workday) | 91 | 1,616 | 10m 2s | 8m 6s | 10m 40s | 20s |
| **Average/Total** | **98** | **26,127** | **5m 19s** | **7m 4s** | **4m 48s** | **36s** |

### *Weighted Averages*

Below is a table of weighted averages for applicable metrics from the table above. The weighted averages below consider the varying degrees of call volume experienced across all five queues.

| Week Of | Average Speed of Answer | EA Average Talk Average | EA Average Hold Average (min) | EA Average ACW Average |
|---|---|---|---|---|
| 6/2/2025 | 4m 31s | 5m 3s | 5m 34s | 25s |
| 6/9/2025 | 1m 35s | 4m 33s | 5m 11s | 34s |
| 6/16/2025 (4 workdays) | 1m 36s | 4m 22s | 5m 16s | 25s |
| 6/23/2025 | 3m 25s | 4m 53s | 5m 49s | 25s |
| 06/30/2025 (1 workday) | 3m 48s | 4m 49s | 5m 20s | 24s |
| **Average/Total** | **2m 46s** | **4m 42s** | **5m 28s** | **27s** |

### *Monthly Trend Analysis*

### *VCC Call Volume*



### *Average Speed of Answer*

Starting in May 2025, PCG implemented a "VCC Load" schedule to always keep ASA below 15 minutes during business hours. Each EA worked approximately 1.5 hours on the VCC regardless of their standard assignments. As a result, ASA dropped from 33 minutes in April to 13 minutes in May. ASA dropped further in June to 3 minutes.



## Key Performance Metrics

The number of staff making calls represents every staff member that was on the VCC line during a given month, it does not necessarily reflect the average number of staff taking calls on any given day.

| Month | Number of Staff Taking Calls* | EA Calls Handled Total | EA Average Talk (Minutes) | EA Average Hold (Minutes) | EA Average ACW (Minutes) |
|---|---|---|---|---|---|
| January 2024 | 58 | 26,028 | 6.83 | 4.65 | 1.05 |
| February 2024 | 57 | 21,164 | 6.73 | 4.48 | 0.33 |
| March 2024 | 65 | 20,092 | 6.81 | 4.34 | 0.44 |
| April 2024 | 61 | 19,146 | 6.21 | 4.03 | 2.81 |
| May 2024 | 67 | 16,250 | 6.23 | 4.11 | 0.53 |
| June 2024 | 65 | 18,360 | 7.16 | 3.84 | 0.55 |
| July 2024 | 70 | 20,891 | 7.68 | 4.99 | 0.47 |
| August 2024 | 71 | 19,414 | 7.41 | 3.36 | 0.49 |
| September 2024 | 70 | 17,064 | 4.02 | 3.74 | 0.50 |
| October 2024 | 75 | 18,073 | 6.37 | 4.47 | 0.41 |
| November 2024 | 66 | 18,258 | 6.38 | 3.83 | 0.51 |
| December 2024 | 95 | 20,505 | 5.56 | 4.88 | 0.47 |
| January 2025 | 120 | 25,746 | 6.81 | 5.09 | 0.76 |
| February 2025 | 120 | 24,569 | 6.57 | 4.66 | 0.92 |
| March 2025 | 104 | 30,310 | 6.63 | 4.30 | 0.68 |
| April 2025 | 110 | 22,971 | 6.80 | 4.45 | 1.31 |
| May 2025 | 107 | 28,798 | 6.50 | 4.20 | 1.32 |
| June 2025 | 106 | 26,137 | 7.07 | 4.80 | 0.60 |
| **Average** | **83** | **21,544** | **6.56** | **4.42** | **0.82** |

### Data Definitions

**Calls Handled** – Sum of calls answered and called back
**Average Talk** – Daily Average of time taking a call
**Average Hold** – Daily average of time a caller is on hold
**Average ACW** – Daily average of time before returning to available status after a call ended
**Average Speed of Answer** – Speed in which the call is answered
**Active Staff** – Eligibility Associates who handled at least one call during reporting period

# ELIGIBILITY

## MEDICAID RENEWAL PROJECT

Using a list provided by the Department of Public Assistance leadership, the *Eligibility* team will determine if each client has submitted a timely Eligibility Renewal Form, closing any case that does not have a complete renewal. Cases with completed renewals remain open and waiting for renewal determination by Eligibility Technicians. In the month of June Eligibility Associates worked lists from September and October 2024 in addition to June 2025. As a result, a higher proportion of cases were previously worked or had waiting renewals.

### *Renewal Project Progress Over Time*



### *Completed Cases*

- ✓ Due to lack of Eligibility Renewal Forms, EAs closed 2,023 cases in June
- ✓ One thousand seven hundred eighty-three (1,783) resulted in full case closure



**PREGNANT WOMEN/NEWBORN CASES**

Staff worked 97 cases in the month of June from one list.

✓  List provided on 06/06/2025 and completed 06/18/2025



# IMPORT REVIEW

**Key Takeaways:**

- ✓ IEVS numbers are now included in the total Import Review numbers
- ✓ IR staff completed **11,187 self-report forms** in the month of June.
  - o IR staff have completed over 121,000 entries since August 2023
- ✓ RM staff completed **533 tasks** in June
- ✓ FFM staff completed **260 FFM and SSP registrations** in June

## CLIENT DOCUMENT IMPORT

PCG uses Current tasks entered in by the IR Team for the month to track productivity. Additional data points are collected using a PCG created self-report Microsoft Forms tool. Each EA submits the form to capture what action was taken with the document after each item is complete

### *Monthly Trends*



## FFM REGISTRATION

PCG began registering Medicaid applications from the Federally Facilitated Marketplace (FFM) and Self-Service Portal (SSP) on 3/14/2025. Staff are assigned new applications every Friday and completed 260 applications in June.

| Outcome | Total |
|---|---|
| **Fully Registered** | 139 |
| **Already Registered- No Action** | 94 |
| **Stopped at Case Association** | 20 |
| **Other** | 7 |
| **Total** | **260** |

Note: Other submissions include cases that need additional review from supervisors, parsing errors, and System Support escalations

## RETURNED MAIL

Staff continued to work RM in June. Once the initial backlog was completed, Returned Mail was paused temporarily while determining an updated procedure for new items coming in as a result of notices sent for previous Returned Mail.

Supervisors and EAs completed **533 Returned Mail items** in June.

- Reviewed, No Further Action Needed- **110**
- Completed Cases- **423**

### Breakdown of Returned Mail Items Worked
#### June 2025



33.3%

66.7%

■ Previously Worked  ■ Completed Cases

## ESCALATION DATA

Escalation Requests needing additional action are sent to Alaska leadership daily. This report will include the metrics and analysis of program type(s) and reason for escalation.

### PROGRAM TYPE
**Key Takeaways:**

- ✓ One hundred eighty (180) total programs associated with escalation requests were reported by PCG staff and sent to Alaska leadership in June.
- ✓ *FS* was the highest reported program, with 138 total requests.
- ✓ *HAP* was the lowest reported program type, with 2 requests.

| Program Type | Total Reports |
|---|---|
| FS- Food Stamps | 138 |
| ME- Medicaid | 21 |
| AP- Adult Public Assistance | 11 |
| PEBT- Pandemic EBT | 5 |
| GA- Other | 4 |
| TA/AF- Temporary Assistance | 4 |
| HAP- Heating Assistance | 2 |
| | **180** |

### REASON FOR ESCALATION
**Key Takeaways:**

- ✓ *Benefits not authorized/received* were the highest reported escalation, with 96 total requests.
- ✓ *Returned Mail* was the lowest report escalation, with 2 requests

| Reason for Escalation | Total Reports |
|---|---|
| Benefits not authorized/received | 96 |
| Application/recert/FSP95 not worked | 52 |
| PHI updates- name, DOB, SSN, etc. | 43 |
| Other | 21 |
| Case closed in error | 11 |
| PEBT- Pandemic EBT | 4 |
| Returned Mail | 2 |
| | **229** |

### END OF DAY CALLS
**Key Takeaways:**

- ✓ Staff completed 136 total End of Day calls in June
- ✓ 89 calls were in the *Medicaid Queue*, 45 calls were in the *Scheduled Interview Queue*, and 2 calls were in *the Missed Interview Queue*

## TRAINING
**Key Takeaways:**

- ✓ 40 staff participated in two Eligibility Determination Refresher trainings in June
  - ○ Once staff have access to SAM they will be able to make recertification determinations
- ✓ As of 07/09/2025, Nathanial Trombley and the AK IT team continued to work on the ticket to troubleshoot SAM loading errors while on the VPN



Note: Staff totals only include currently active staff and do not account for terminations and separations.

## QUALITY ASSURANCE

**Key Takeaways:**

- ✓ Supervisors completed **291 evaluations** in the month of June.
    - General Inquiry- 127 evaluations with an average score of 95%
    - Telephonic Applications- 14 evaluations with an average score of 98%
    - Import Review- 43 evaluations with an average score of 93%
    - Medicaid Renewal Project- 75 evaluations with an average score of 88%
        - Excluding 8 cases closed in error (an automatic zero score), the remaining 67 evaluations had an average score of 99%
    - Returned Mail Project- 32 evaluations with an average score of 91%

### GENERAL QUALITY ASSURANCE

Public Consulting Group (PCG) is responsible for providing QA for the Alaska DPA Eligibility Support Project. For sole VCC staff, PCG provides call QA for at least **two (2) phone calls per staff member per month.** For any staff member with more than one assignment in a given month, **a combination of at least three submissions is completed encompassing all assigned responsibilities**. Please note that not all staff members will have calls/submissions to review depending on their work assignment over the course of the month; this also includes those who are in various training groups.

**The goal for all QA Evaluations is 90% or higher.** Supervisors will review QA results with staff on an individual level to ensure that they are aware of their performance and to provide coaching on areas for improvement. If call QA results do not meet this threshold at the project and individual levels, PCG will:

- Ensure that supervisors review results thoroughly with direct reports to determine next steps for improvement
- Develop additional resources to support staff Results

### *Evaluation Data and Feedback Loop*

#### *Areas for Improvement*

Continued training and coaching will occur for new IR staff with an evaluation scoring under 90%. In addition to coaching or new IR staff, continued training and coaching will occur for existing staff that scored below 90% for any QA evaluation.

#### *Action Steps*
**For PCG Eligibility Associates with average scores of 84% and below, action steps remain unchanged:**

**Education Review and Coaching**

Supervisors to schedule one on one time to review any education, coaching, or additional support needs to address quality issue(s) identified
- Two educational training sessions developed which focus on process improvement within the identified scope
- For eligibility work- an automatic zero evaluation will result in an education review and coaching. If another evaluation in the next two months results in an automatic zero a Performance Improvement Plan will be issued.

**Performance Improvement Plan**

- Issued to clarify expectations of acceptable performance and/or conduct, develop an action plan for improvement, and give the employee time to correct the issues before moving to formal corrective action

**For PCG Eligibility Associates with average scores of 85% and <u>above</u>:**

### Education Review and Coaching

Supervisors schedule one on one time to review any education, coaching, or additional support needs to address quality issue(s) identified

- Eligibility Associates will be coached to overall goal of achieving 90% as mentioned in the PCG QA Guide

# APPENDICES

## APPENDIX A – EVALUATION CHECKLISTS

Phone calls are evaluated on a random basis. The checklists are a representation of the QA Evaluation forms and have been formulated to cover most situations encountered across PCG responsibilities.

- General Inquiry
- LTC
- PHE Unwinding
- After 3:00pm Calls
- Telephonic Application
- Import Review
- Case Closures
- Returned Mail

Below are the checklists. These checklists are adjusted over the course of the project, if needed or requested. Please note that checklists may not be entirely applicable to every submission, and some checklist items are omitted from the total possible score based on the individual nature of the submission. Also, some questions hold a heavier weight, particularly in the client verification section.

### *General Inquiry, LTC, PHE Unwinding & After 3:00PM Calls Checklist*

| | Client Greeting and Initial Verification (4 questions) |
|---|---|
| 1.1 | Was the call answered promptly? |
| 1.2 | Did the EA introduce themselves with their first name? |
| 1.3 | Did the EA identify they were calling from the SOA (State of Alaska) or Division of Public Assistance? |
| 1.4 | Did the EA follow the opening script, asking for a case number or an SSN to look up the case? |
| | **Verifying the Caller (3 questions)** |
| 2.1 | Did the EA verify the client's full name? |
| 2.2 | Did the EA verify the client's date of birth? |
| 2.3 | Did the EA verify the client's address and phone number? |
| 2.4 | Did the EA verify all other necessary information for the call? |
| | **Client's Needs (5 questions)** |
| 3.1 | Did the agent use active listening skills? |
| 3.2 | Did the agent communicate with the caller appropriately? |
| 3.3 | Did the agent use proper hold procedures by asking the caller to please hold, thank you for holding etc. when necessary? |
| 3.4 | Did the agent set clear expectations as available? |
| 3.5 | Did the agent transfer the call to the appropriate department (as necessary)? |
| | **Call Resolution and Troubleshooting (3 questions)** |
| 4.1 | Was the agent able to resolve the call? |
| 4.2 | Did the agent provide correct explanations to the caller? |
| 4.3 | Did the agent relay information to the appropriate parties only? |
| | **Customer Service Practices (4 questions)** |
| 5.1 | Did the agent speak clearly, audibly, and slowly? |
| 5.2 | Did the agent communicate with the client appropriately, while adjusting their communication style based on direction of the call? |
| 5.3 | Did the agent show they were willing to help? |

Page **69** of **75**

| 5.4 | Did the agent lead the call to ensure optimal call handling time without rushing the caller? |
|---|---|
| 5.5 | Was the agent's background noise at an appropriate level for the duration of the call? |
| **Closing the Call (3 questions)** | |
| 6.1 | Did the agent ask if the caller had any other questions? |
| 6.2 | Did they thank the customer for calling? |
| 6.3 | Did they wait for the caller to hang up first? |
| **Post-Call Tasks (2 questions)** | |
| 7.1 | Did the agent complete all post-call actions on the account if necessary? Actions include, but are not limited to, uploading and classifying documents, changing address or phone number, creating CANO, etc. |
| 7.2 | Did the agent disposition the call appropriately? |

### *Telephonic Applications Checklist*

| **Client Greeting and Initial Verification (3 Questions)** | |
|---|---|
| 1.1 | Did the EA introduce themselves with their first name? |
| 1.2 | Did the EA say, "Thank you for calling the State of Alaska or the Department of Public Assistance?" |
| 1.3 | Did the EA start by asking for a case number or an SSN to look up the case? |
| **Verifying the Caller (3 Questions)** | |
| 2.1 | Did the EA verify the client's full name? |
| 2.2 | Did the EA verify the client's DOB? |
| 2.3 | Did the EA verify the client's address and phone number? |
| 2.4 | Did the EA verify all other necessary information for the call? |
| **Call Resolution and Troubleshooting (4 Questions)** | |
| 3.1 | Did the agent ask all appropriate questions related to the application they were filling out? |
| 3.2 | Did the agent provide correct explanations to client questions? |
| 3.3 | Did the agent relay information to the appropriate party only? |
| 3.4 | Did the agent transfer the call to Medicaid (emergent needs only)? |
| **Customer Service Practices (5 Questions)** | |
| 4.1 | Did the agent speak clearly, audibly, and slowly and/or use Tele Language Line as necessary? |
| 4.2 | Did the agent communicate with the client appropriately, while adjusting their communication style based on direction of the call? |
| 4.3 | Did the agent lead the call to ensure optimal call handling time without rushing the caller? |
| 4.4 | Did the agent communicate with the caller in a pleasant manner? |
| 4.5 | Did the agent use proper hold procedures by asking the caller to please hold, thank you for holding, checking in with the caller etc.; when necessary? |
| 4.6 | Was the agent's background noise at an appropriate level for the duration of the call? |
| **Closing the call and Post-Call Tasks (5 Questions)** | |
| 5.1 | Did the agent take the telephonic signature correctly? |
| 5.2 | Did they thank the client for calling? |
| 5.3 | Did the agent ask if the caller had any other questions? |
| 5.4 | Did the agent register the application in the appropriate systems? (Aries, EIS, ECOS) |
| 5.5 | Was the application registered correctly? |

## *Import Review Submission Checklist*

| | ILINX (4 questions) |
|---|---|
| 1.1 | Is the CID correct? |
| 1.2 | Is the Confidential Client marked appropriately if necessary? |
| 1.3 | Is the Received Date accurate? |
| 1.4 | Is the document organized into separate case files and classified appropriately? |
| | **Application Registration** (5 questions) |
| 2.1 | EIS - Were all application registration steps completed appropriately?<br>• Identifiable application<br>• Correct case number(s)<br>• Correct HH members<br>• Correct program(s) selected<br>• Correct start date<br>• Correct contact information (ADDR)<br>• Correct CARC(s) |
| 2.2 | ECOS - Were all application registration steps completed appropriately?<br>• Identifiable application<br>• Correct case number(s)<br>• Correct HH members<br>• Correct start date/application year<br>• Correct contact information |
| 2.3 | ECOS - For tribal card holders- was the application forwarded to the proper agency? |
| 2.4 | ARIES - Were all application registration steps completed appropriately?<br>• Identifiable application<br>• Correct case number(s)<br>• Correct HH members<br>• Correct start date<br>• Application associated with existing cases<br>• Correct contact information |
| 2.5 | Was expedited procedure followed correctly? |
| | **Recertification/Interim Reports (1 question)** |
| 3.1 | Were all recertification/interim report steps completed appropriately?<br>• Case(s) RERE'd with correct received date<br>• CARC(s) updated<br>• Early Recert/Interim Report- not registered in EIS<br>• ARIES Recert- not registered |
| | **Client Contact (2 questions)** |
| 4.1 | Was the correct information relayed to the client? |
| 4.2 | Was the EA's response to the client professional? |
| | **Clerical Actions (4 questions)** |
| 5.1 | Were all clerical steps associated with the submission completed correctly? |
| 5.2 | Was the Current Task entered correctly? |
| 5.3 | Was supervisor cc'ed/bcc'ed on any email communication surrounding submission? |
| 5.4 | Was Import Review Form entered correctly? |

## *Medicaid Renewal Project Checklist*

| Case Closure (12 Questions) | |
|---|---|
| 1.1 | Did EA correctly determine the need for closure? |
| 1.2 | Did the EA correctly identify whether the case was a full household closure or individual closure? |
| 1.3 | For whole household closures, was the closure reason "Failure to return recertification packet" correctly selected? |
| 1.4 | If closure was for individual household members, did the EA change the living situation to "Child Living with Another Parent" on the living situation page? |
| 1.5 | Were all ARIES errors cleared from the case? |
| 1.6 | Did the EA run wrap up the case? |
| 1.7 | Did the EA authorize all benefits? |
| 1.8 | Do the correct household members show closed as of the end of the month, or the following month if closure was after the Adverse Action date? |
| 1.9 | Did the EA add a CANO with the proper verbiage? |
| 1.10 | Did the EA add the required Free Form Verbiage to the closure notice? |
| 1.11 | For individual closures, did the EA add the required text regarding the household members whose benefits ended? |

## *Returned Mail Project Checklist*

| Returned Mail (12 Questions) | |
|---|---|
| 1.1 | Was the CID in Current correct? |
| 1.2 | Was the case status identified correctly? |
| 1.21 | Was the Intake Location updated to LTC in ILINX? |
| 1.3 | If client contact is needed- Was the proper procedure followed for the call? |
| 1.4 | Was the proper CANO template used for **Open** cases? |
| 1.5 | Was the proper notice template used for **Open** cases? |
| 1.6 | Was the proper due date used used for **Open** cases? |
| 1.7 | Were addresses updated correctly for all **Open** cases? |
| 1.8 | Was the proper CANO template used for **Closed** cases? |
| 1.9 | Was the proper notice template used for **Closed** cases? |
| 1.10 | Were all the necessary case numbers worked? |
| 1.11 | Were all items correctly deleted from or left in the Work Queue? |

| 1.12 | Was the Current Task dispositioned correctly for each case action? |
|------|---------------------------------------------------------------------|