Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax)
Email: sean.fulton@us.dlapiper.com

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 10

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br><br>        *Defendant*. | Case No. 3:23-cv-00044-SLG<br><br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH** |

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiffs will take the deposition of Defendant State of Alaska, Department of Health, on April 14, 2025, commencing at 9:00 a.m., AST, through the designees identified to testify regarding the topics identified below. The deposition will take place remotely (via video conference). The deposition will take place before an officer authorized to administer oaths and shall take place day to day until completed, should the

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 10

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/02/25    Page 2 of 27
Exhibit A, Page 2 of 27

Defendant designate more than one deponent to testify regarding the topics included below. The deponent and its counsel may be provided with various exhibits, at or before the deposition, which the deponent will be questioned on. The deposition will be recorded and transcribed.

The Defendant is requested to provide Plaintiffs' counsel with written notice, at least five business days in advance of any deposition, of the name and employment position of each designee who is to testify on the Defendant's behalf and the subject matter categories as to which each such designee will testify. The Defendant must confer with Plaintiffs' counsel regarding the matters for examination promptly upon receiving this notice.

PLEASE TAKE FURTHER NOTICE that, to the extent that any documents, as defined by Rule 34(a)(1) of the Federal Rules of Civil Procedure, exist that are identifiable based on the topics below, the Defendant is required, pursuant to Rule 30 of the Federal Rules of Civil Procedure, to bring such documents to the deposition.

The subject matter for the deposition will include:

1. Supplemental Nutrition Assistance Program ("SNAP") application procedures, including but not limited to:

   a. All mechanisms or methods through which application forms can be accessed or obtained by members of the public;

   b. Changes made since 2021 to mechanisms or methods through which SNAP application forms can be accessed or obtained by members of the public;

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 10

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/02/25    Exhibit A, Page 3 of 27

c. All mechanisms or methods through which application forms and verification documents can be submitted by applicant households to Defendant;

d. Changes made since 2021 to mechanisms or methods through which application forms and verification documents can be submitted by applicant households to Defendant; and

e. Processes for ensuring that federal application processing times are met, including internal mechanisms or methods for tracking timeliness.

2. Tracking receipt and status of applications and recertification applications for SNAP benefits including but not limited to:

a. Time that passes without an eligibility decision on an application/recertification; and

b. Circumstances under which an application is pended.

3. Pending applications for SNAP, including:

a. Reasons why a SNAP application may be pended,

b. The number of applications pended due to each reason;

c. The point in the eligibility determination process at which a SNAP applicant is advised their application or recertification is pending;

d. How information about a pending SNAP application or recertification is conveyed to the SNAP household; and

e. The required notice of SNAP delayed processing.

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 10

Case 3:23-cv-00044-SLG     Document 102-1     Filed 09/02/25     Exhibit A, Page 4 of 27
Page 4 of 27

4. SNAP eligibility determinations, including:

   a. Actions that Division of Public Assistance ("DPA") takes to determine the eligibility of an applicant for SNAP benefits, including the duration these actions take; and

   b. Any changes in these processes since this lawsuit was filed.

5. Telephonic Applications for SNAP pursuant to waiver from the Food and Nutrition Service of the United States Department of Agriculture, including:

   a. The decision by DPA to apply for the waiver, both initially and on renewal;

   b. The process of applying for the waiver, both initially and on renewal;

   c. Reporting to FNS regarding the waiver;

   d. Communications from FNS regarding the waiver;

   e. The tracking and compilation of performance data relevant to the waiver;

   f. Training DPA employees to take telephonic applications; and

   g. Information shared publicly about the option to make a telephonic application for SNAP.

6. SNAP interviews, including:

   a. The process by which SNAP interviews are scheduled;

   b. The administration of SNAP interviews; and

   c. Making decisions about SNAP interview waivers.

7. SNAP application backlog, including:

   a. What happens to a SNAP application while in the backlog queue;

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 5 of 10

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/02/25    Page 5 of 27
Exhibit A, Page 5 of 27

b. What evaluation of the application takes place before it is placed in the queue;

c. How are applications removed from the backlog queue;

d. How long applications have remained in the backlog queue and currently remain in the queue; and

e. How the applications in the backlog queue are tracked.

8. Reasons for delays and/or backlogs in making SNAP eligibility decisions, as well as the number of eligibility decisions delayed or backlogged due to each reason.

9. Operation of DPA offices since 2021, including but not limited to:

a. Hours of operation and hours open to the public for in-person services;

b. DPA office closures, before, during, and after the onset of the COVID-19 pandemic;

c. Reopening of previously-closed offices;

d. Who is involved in decisions about DPA office closures and reopenings;

e. How DPA office closures and reopenings are determined;

f. Work from home policies and practices applicable to DPA workers who assist people seeking SNAP and process SNAP applications and recertifications;

g. Availability of face-to-face SNAP interviews at DPA offices, including any process for tracking and responding to requests for face-to-face SNAP interviews; and

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 6 of 10

Case 3:23-cv-00044-SLG     Document 102-1     Filed 09/02/25     Page 6 of 27
Exhibit A - Page 6 of 27

h.  Any plans and/or activities to change the hours of operation or hours open to the public at any DPA offices.

10. Staffing levels in the DPA at the Department of Health since 2020, including but not limited to:

a.  Staffing levels on the Virtual Contact Center ("VCC") and in DPA offices;

b.  The work duties of those staff;

c.  The hiring of additional workers to work in the VCC and DPA offices; and

d.  The reassignment of workers within DPA to work in the VCC and DPA offices.

11. The manner in which data regarding the timely processing of SNAP applications and recertification is collected, maintained, and reported by and for the Defendant, including but not limited to preparation of the documents titled:

a.  "Distribution of Application Age by Program for Application in Backlog";

b.  "Average Age of Unacted Applications by Program";

c.  "Backlog Applications / Recertifications";

d.  "Alaska DH&SS – Division of Public Assistance Internal Performance Measures: …";

e.  "Alaska SNAP Backlog Tracker" and "Alaska SNAP Backlog Tracker New Format";

f.  "FNS APT Report";

g.  "SNAP APT by Month";

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 7 of 10

Case 3:23-cv-00044-SLG     Document 102-1     Filed 09/02/25     Exhibit A, Page 7 of 27
Page 7 of 27

h. "SNAP Workload Tracker";

i. "SNAP and Medicaid Backlog by Month".

12. The manner in which data regarding the VCC is collected, maintained, and reported by and for the Defendant, including but not limited to preparation of the documents titled "VCC Metrics".

13. Ways that Defendant contends that it could more promptly render SNAP eligibility determinations.

14. Ways that Defendant contends that it has improved or tried to improve the speed of its SNAP eligibility determinations.

15. The procedures and processes used to search for and produce documents and information responsive to Plaintiff's discovery requests, including all search terms used, search techniques and methods; processes for identifying, reviewing and producing responsive information; and the custodians, personnel, and employees involved.

DATED this 6th of March, 2025.

        Attorneys for Plaintiffs

        */s/* Nicholas Feronti
        Goriune Dudukgian, AK Bar No. 0506051
        Nicholas Feronti, AK Bar No. 2106069
        **NORTHERN JUSTICE PROJECT, LLC**
        406 G Street, Suite 207
        Anchorage, AK 99501
        (907) 308-3395 (telephone)
        (866) 813-8645 (fax)
        Email: gdudukgian@njp-law.com
        Email: nferonti@njp-law.com

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 8 of 10

Case 3:23-cv-00044-SLG   Document 102-1   Filed 09/02/25   Page 8 of 27
Exhibit A - Page 8 of 27

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax) Email:
sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*appearing pro hac vice*

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 9 of 10

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/02/25    Page 9 of 27
Exhibit A, Page 9 of 27

## Certificate of Service

I hereby certify that on March 6, 2025, true and correct copies of the foregoing document were served on all parties via the CM/ECF electronic filing system or email.

/s/ Nicholas Feronti

PLAINTIFFS' NOTICE OF DEPOSITION OF STATE OF ALASKA DEPARTMENT OF HEALTH
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 10 of 10

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/03/25    Page 10 of 27
Exhibit A - Page 10 of 27

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax)

PLAINTIFFS' NOTICE OF DEPOSITION OF DEB ETHERIDGE
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 4

Email: sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her Official Capacity as Commissioner of the Alaska Department of Health.<br>*Defendant*. | Case No. 3:23-cv-00044-SLG |

## NOTICE OF DEPOSITION OF DEB ETHERIDGE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiffs, by and through their attorneys the Northern Justice Project, the

National Center for Law and Economic Justice, and DLA Piper, LLP, will take the

PLAINTIFFS' NOTICE OF DEPOSITION OF DEB ETHERIDGE
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 4

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/03/25    Exhibit A - Page 12 of 27

deposition upon oral examination of Deb Etheridge on April 8, 2025 remotely (via video conference), commencing at 9:00 AM AKT / 1:00 PM EST before a notary public or other officer duly authorized to administer oaths. The deposition will continue from day to day until its completion and shall be recorded stenographically.

Dated:  March 18, 2025
      New York, New York

*Saima Akhtar*

*Saima Akhtar (NY Bar No. 4661237)
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967
akhtar@nclej.org

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)

PLAINTIFFS' NOTICE OF DEPOSITION OF DEB ETHERIDGE
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 4

Case 3:23-cv-00044-SLG   Document 102-1   Filed 09/02/25   Page 13 of 27
Exhibit A, Page 13 of 27

**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax) Email:
sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*appearing pro hac vice

### Certificate of Service

I hereby certify that on March 18, 2025, a true and correct copies of Plaintiffs'
Notice of Deposition of Deb Etheridge was served on Defendant via electronic mail to her
counsel of record Lael Harrison, lael.harrison@alaska.gov, Justin Nelson,
justin.nelson@alaska.gov, and David Wilkinson, david.wilkinson@alaska.gov.

PLAINTIFFS' NOTICE OF DEPOSITION OF DEB ETHERIDGE
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 4

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/02/25    Page 14 of 27
Exhibit A    Page 14 of 27

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feroni, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferoni@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax)
Email: sean.fulton@us.dlapiper.com

PLAINTIFFS' NOTICE OF DEPOSITION OF KATE SHEEHAN
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/03/25    Page 15 of 27
Exhibit A - Page 15 of 27

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br><br>*Defendant*. | Case No. 3:23-cv-00044-SLG<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF KATE SHEEHAN** |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys the Northern Justice Project, the National Center for Law and Economic Justice, and DLA Piper, LLP, will take the deposition upon oral examination of Kate Sheehan on April 10, 2025 at the offices of the Northern Justice Project, LLC, which are located at 406 G Street, Suite 207, Anchorage,

PLAINTIFFS' NOTICE OF DEPOSITION OF KATE SHEEHAN
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/02/25    Page 16 of 27
Exhibit A - Page 16 of 27

AK 99501. The deposition will commence at 9:00 AM AKT before a notary public or other

officer duly authorized to administer oaths. The deposition will continue from day to day

until its completion and shall be recorded stenographically.

DATED this 6th of March, 2025.

Attorneys for Plaintiffs

*/s/* Nicholas Feronti
Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**

PLAINTIFFS' NOTICE OF DEPOSITION OF KATE SHEEHAN
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/03/25    Page 17 of 27
Exhibit A - Page 17 of 27

401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax) Email:
sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*appearing pro hac vice*

PLAINTIFFS' NOTICE OF DEPOSITION OF KATE SHEEHAN
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/03/25    Page 18 of 27
Exhibit A - Page 18 of 27

## Certificate of Service

I hereby certify that on March 6, 2025, true and correct copies of the foregoing document were served on all parties via the CM/ECF electronic filing system or email.

/s/ Nicholas Feronti

PLAINTIFFS' NOTICE OF DEPOSITION OF KATE SHEEHAN
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 5 of 5

Case 3:23-cv-00044-SLG     Document 102-1     Filed 09/02/25     Exhibit A - Page 19 of 27 Page 19 of 27

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax)
Email: sean.fulton@us.dlapiper.com

PLAINTIFFS' NOTICE OF DEPOSITION OF TRACIE DABLEMONT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/02/25    Page 20 of 27
Exhibit A - Page 20 of 27

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*admitted pro hac vice*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br><br>*Defendant*. | Case No. 3:23-cv-00044-SLG<br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF TRACIE DABLEMONT** |

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their attorneys the Northern Justice Project, the National Center for Law and Economic Justice, and DLA Piper, LLP, will take the deposition upon oral examination of Tracy Dablemont on April 2, 2025 remotely (via video conference), commencing at 9:00 AM AKT before a notary public or other officer duly

PLAINTIFFS' NOTICE OF DEPOSITION OF TRACIE DABLEMONT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 2 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/03/25    Page 21 of 27
Exhibit A - Page 21 of 27

authorized to administer oaths. The deposition will continue from day to day until its completion and shall be recorded stenographically.

DATED this 6th of March, 2025.

Attorneys for Plaintiffs

*/s/* Nicholas Feronti
Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND
ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297

PLAINTIFFS' NOTICE OF DEPOSITION OF TRACIE DABLEMONT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/02/25    Exhibit A - Page 22 of 27

Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax) Email:
sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*appearing pro hac vice

PLAINTIFFS' NOTICE OF DEPOSITION OF TRACIE DABLEMONT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 4 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/03/25    Exhibit A - Page 23 of 27

## Certificate of Service

I hereby certify that on March 6, 2025, true and correct copies of the foregoing document were served on all parties via the CM/ECF electronic filing system or email.

/s/ Nicholas Feronti

PLAINTIFFS' NOTICE OF DEPOSITION OF TRACIE DABLEMONT
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 5 of 5

Case 3:23-cv-00044-SLG    Document 102-1    Filed 09/03/25    Exhibit A — Page 24 of 27

TREG TAYLOR
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Senior Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Senior Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

David Wilkinson (Alaska Bar No. 1211136)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email:  david.wilkinson@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

John Andrew, Kayla Birch, Rose Carney, )
Tereresa Ferguson, Zoya Jenkins, )
Troy Fender, Rhonda Conover, Autumn )
Ellanna, and Nataliia Moroz, on behalf of )
themselves, and all those similarly situated, )
)
          Plaintiffs, )
)
v. )   Case No.: 3:23-cv-00044-SLG
)
Heidi Hedberg, in her official capacity as )
Commissioner of the Alaska Department of )
Health, )
)
          Defendant. )
_____ )

## SUPPLEMENTAL PRODUCTION

      Pursuant to Federal Rules of Civil Procedure 26 and 34, the defendant supplements

her responses to the plaintiffs' first and second requests for production with responsive

documents are attached at Bates Nos. SOA032865- SOA032975.

      DATED: August 18, 2025.

                        TREG TAYLOR
                        ATTORNEY GENERAL

               By:    */s/Lael A. Harrison*
                        Lael A. Harrison
                        Assistant Attorney General
                        Alaska Bar No. 0811093
                        Department of Law
                        Attorney for Defendant

By:  /s/Justin D. Nelson
     Justin D. Nelson
     Alaska Bar No. 1102007
     Assistant Attorney General
     Alaska Department of Law
     Attorney for Defendant

<u>Certificate of Service</u>
I certify that on August 18, 2025, the foregoing
**SUPPLEMENTAL PRODUCTION** was served
electronically on:

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
kelsey.tavares@us.dlapiper.com

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Sean P. Fulton
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
sean.fulton@us.dlapiper.com

Constance I. Du
DLA Piper LLP (US)
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
constance.du@us.dlapiper.com

/s/Nomi Saxton
Nomi Saxton, Law Office Assistant II