IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>Defendant. | Case No.: 3:23-cv-00044-SLG |

## DECLARATION OF DEB ETHERIDGE
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. I, Deb Etheridge, am over the age of 18 and competent to testify.

2. I am the Director of the Division of Public Assistance within the State of Alaska, Department of Health ("DPA"). I am responsible for preparing the monthly court reports required by the court's order on the plaintiffs' motion for preliminary injunction.

3. In order to prepare those reports, I have tasked seven DPA staff members with providing input and materials to me by approximately the 15th day of each month. I would estimate that, between them, these staff members spend 7 hours preparing that input and material for each report.

4. I would estimate that I, personally, spend between 8 and 12 hours each month preparing these reports.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____  9/2/25
DEB ETHERIDGE                          Date
Director, Division of Public Assistance

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

*John Andrew et. al. v. Heidi Hedberg*  Case No. 3:23-cv-00044-SLG
DECLARATION OF DEB ETHERIDGE  Page 2 of 3
Case 3:23-cv-00044-SLG   Document 102-3   Filed 09/02/25   Page 2 of 2