IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>Defendant. | Case No.: 3:23-cv-00044-SLG |

## DECLARATION OF JASON C. BURKE
## IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Jason C. Burke, declare under penalty of perjury that the following is true and correct:

1. I, Jason C. Burke, am over the age of 18 and competent to testify to the matters stated here.

2. I hold the position of Social Services Program Coordinator in the Division of Public Assistance, Division Operations Support Team, State of Alaska Department of Health ("DPA"). I have been in this position since May 2014.

3. In this position, one of my duties is to serve as a point of contact for DPA in response to a 2018 Supplemental Nutrition Assistance Program (SNAP) civil rights

compliance review by the Food and Nutrition Services Civil Rights Division (FNSCRD), which included areas of concern for language access and the need for corrective action.

4. In 2019, DPA prepared a draft Addendum B in response to a Voluntary Resolution Agreement that we believed was consistent with the directives we had received verbally from FNSCRD. That draft was attached to the plaintiffs' motion for class certification as Exhibit 1.[1]

5. FNSCRD has never formally signed that draft. FNSCRD has never taken enforcement action regarding DPA's language access program, nor have they formally issued findings or closed the compliance review. Early on, they provided feedback and directed us to supply additional documentation, but they have not executed or signed a formal agreement or communicated about it with us in the last two years.

6. FNSCRD has changed personnel assigned to this review over the years and communicated with me sporadically about it. The last time I communicated with FNSCRD about it was July 30, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____     8/28/25
    JASON C. BURKE                Date

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

---

[1] Dkt. 7-13 (March 13, 2023) at 9-21.

*John Andrew et. al. v. Heidi Hedberg*         Case No. 3:23-cv-00044-SLG
DECLARATION OF JASON C. BURKE                                Page 2 of 2