IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health, <br><br> Defendant. | Case No.: 3:23-cv-00044-SLG |

**DECLARATION OF TRACIE DABLEMONT
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. I, Tracie Dablemont, am over the age of 18 and competent to testify.

2. I am the Chief of Program Integrity and Analysis within the State of Alaska Department, of Health Division of Public Assistance ("DPA"). In this position, I oversee Quality Assessment, Fraud, EBT, Fair Hearing, Claims, and Management Evaluation units for DPA. I formerly oversaw the Research and Analysis unit, but that unit has since been reorganized under different leadership. This declaration is based on my personal knowledge and appropriate consultation with DPA staff, and supplements my earlier declaration dated November 9, 2023 (Dkt. 17-3).

*John Andrew et. al. v. Heidi Hedberg*     Case No. 3:23-cv-00044-SLG
DECLARATION OF TRACIE DABLEMONT     Page 2 of 2
Case 3:23-cv-00044-SLG     Document 102-5     Filed 09/02/25     Page 1 of 2

3. Since November of 2023, I have continued to provide regular reports on the number of cases in backlog directly to FNS in the format they prescribe. Those reports changed format and changed from weekly to monthly around March of 2024.

4. In April of 2025, FNS began requiring us to include recertification data as well as initial application timeliness data in the monthly Application Processing Timeliness (APT) reports.

5. Since November of 2023, DPA leadership and FNS staff have continued to meet on a bi-weekly basis.

6. Since November of 2023, FNS has conducted one more onsite visit, in September of 2024.

7. Additionally, we continue to communicate with FNS on an ad hoc basis via phone and email to obtain informal advice as needed.

8. I am aware of the requirements of the Corrective Action Plan ("CAP") that is currently in place for DPA regarding timely case processing. I am also aware of other CAPs in place between FNS and DPA. To my knowledge, DPA is not subject to any CAP with FNS regarding allowing households to apply for SNAP on their first contact with DPA or regarding DPA's language access program.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____*Tracie Dablemont*_____     08.29.2025_____
TRACIE DABLEMONT                          Date

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

*John Andrew et. al. v. Heidi Hedberg*     Case No. 3:23-cv-00044-SLG
DECLARATION OF TRACIE DABLEMONT            Page 2 of 2
Case 3:23-cv-00044-SLG   Document 102-5   Filed 09/02/25   Page 2 of 2