STEPHEN J. COX
ATTORNEY GENERAL
Lael A. Harrison (Alaska Bar No. 0811093)
Senior Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Senior Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

David Wilkinson (Alaska Bar No. 1211136)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email:  david.wilkinson@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

John Andrew, Kayla Birch, Rose Carney,      )
Tereresa Ferguson, Zoya Jenkins,            )
Troy Fender, Rhonda Conover, Autumn         )
Ellanna, and Nataliia Moroz, on behalf of   )
themselves, and all those similarly situated, )
                                            )
              Plaintiffs,                   )
                                            )
v.                                          )    Case No.: 3:23-cv-00044-SLG
                                            )
Heidi Hedberg, in her official capacity as  )
Commissioner of the Alaska Department of    )
Health,                                     )
                                            )
              Defendant.                    )
_____)

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT**

Pursuant to the authority of *Medina v. Planned Parenthood South Atlantic,* 606

U.S. ---, 145 S.Ct. 2219 (2025), the SNAP Act at 7 U.S.C. §§ 2020(e)(1), (2), (3), (4) and

(9) do not create rights enforceable under 42 U.S.C. §1983. Because those sections of the

SNAP Act do not create privately enforceable rights, neither can the regulations

implementing them. Therefore, the defendants' motion for summary judgment on all of

the plaintiffs' statutory and regulatory claims is GRANTED.

DATED: _____ 2025.

_____
Sharon L. Gleason
United States District Judge

*John Andrew et. al. v. Heidi Hedberg*                      Case No.:  3:23-cv-00044-SLG
[PROPOSED] ORDER                                            Page 2 of 2
Case 3:23-cv-00044-SLG    Document 102-6    Filed 09/02/25    Page 2 of 2