2025

# Report on Compliance with Court-Ordered Requirements

SNAP/APA

STATE OF ALASKA, DEPARTMENT OF HEALTH:     SEPTEMBER 1, 2025

**Table of Contents**

I.    Introduction ............................................................................................................ 2

II.   Federal Correspondence and Oversight ................................................................. 2

III.  Timely Processing of Applications ........................................................................ 5

      A. Workload Data .................................................................................................. 5

      B. IT Modernization ............................................................................................. 6

      C. Staffing Improvements ..................................................................................... 7

      D. Non-Merit Contract Staff ................................................................................. 7

      E. Training and Development ................................................................................ 8

IV.   Efforts to Streamline Administration of Programs ............................................... 9

V.    Conclusion ........................................................................................................... 10

VI.   Attachment 1 .........................................................................................................11

VII.  Attachment 2 ....................................................................................................... 21

VIII. Attachment 3 ....................................................................................................... 26

IX.   Attachment 4 ....................................................................................................... 34

X.    Attachment 5 ....................................................................................................... 49

XI.   Attachment 6 ....................................................................................................... 53

XII.  Attachment 7 ....................................................................................................... 55

# I. Introduction

The Alaska Department of Health, Division of Public Assistance, submits this report in response to ongoing court oversight of the processing of public assistance applications and renewals. This September report provides an update on the Division's progress in reducing pending workloads, implementing technology modernization projects, strengthening staffing capacity, and expanding training efforts. It also summarizes the Division's continued engagement with the United States Department of Agriculture Food and Nutrition Service regarding federal oversight, including the Quality Control Investment Plan, the Non-Merit Staff Utilization Demonstration request, and recent federal communications.

The information included reflects data and activities from July and August 2025, as available at the time of submission. Attachments provide supporting detail on workload metrics, staffing, contracted support, training initiatives, technology projects, and federal correspondence. The sections below provide additional detail on each of these areas.

# II. Federal Correspondence and Oversight

The Division continues to work closely with the United States Department of Agriculture Food and Nutrition Service on corrective actions and program improvements.

As part of the settlement of Alaska's Federal Fiscal Year 2023 Supplemental Nutrition Assistance Program payment error rate liability, the Division has developed a Quality Control Investment Plan. On July 23, 2025, the United States Department of Agriculture Food and Nutrition Service confirmed that the revised plan has been accepted for clearance and an approval letter is being drafted. Clearance can be a lengthy process, and the Division has been advised to expect questions from clearing officials as needed. Because the plan has not yet

completed clearance and formal approval, it is not attached to this report. Once approval is received, the Division will provide the Court with the final, approved plan for reference.

The Division has also submitted a request for a Non-Merit Staff Utilization Demonstration. This demonstration project proposal seeks authority for contracted staff, under the direct supervision of State merit staff, to conduct Supplemental Nutrition Assistance Program certification functions including interviews and eligibility determinations. If approved, this demonstration would represent an approach not yet implemented elsewhere and would provide the Division with new flexibility in case processing. The proposal remains under review, and the Division is engaged in ongoing informal technical assistance conversations with the United States Department of Agriculture Food and Nutrition Service regarding its design, implementation, and evaluation. Because the request has not yet been formally approved, the demonstration plan is not attached to this report. If approved, the Division will provide the Court with the final demonstration plan for reference.

In addition, on August 6, 2025, the United States Department of Agriculture Food and Nutrition Service issued a closure letter for Alaska's Fiscal Year 2024 Management Evaluation review. The letter confirmed that all corrective actions were validated and closed, with the exception of Recertification Processing Timeliness, which will continue to be monitored under the Division's corrective action plan.

The Division has also received and reviewed several other recent federal communications. Note, all states received the same communication. On July 23, 2025, the United States Department of Agriculture Food and Nutrition Service issued data sharing guidance requiring states to provide household-level data elements, including demographic and eligibility information, through a secure platform for federal program integrity review. On

August 20, 2025, the seventeenth edition of the Supplemental Nutrition Assistance Program State Options Report was released, providing updated comparisons of program options across states. Alaska's implementation of Broad-Based Categorical Eligibility occurred shortly after the report was finalized, and therefore is not reflected in the published report. On August 21, 2025, the United States Department of Agriculture Food and Nutrition Service issued the Fiscal Year 2026 State Management Evaluation Target Memo, identifying certification processes, recertifications, and able-bodied adult work requirements as priority areas for state review. The Division also received the updated State Plan of Operations Guide, which provides technical assistance to states on required elements for the Supplemental Nutrition Assistance Program State Plan.

Collectively, these communications provide important context for Alaska's ongoing modernization, oversight, and demonstration initiatives. The Division will continue to engage with the United States Department of Agriculture Food and Nutrition Service through technical assistance and formal submissions to ensure compliance and alignment with federal expectations.

**See Attachment 1,** Federal Correspondence(s):

- USDA Food and Nutrition Service – FY 2024 Management Evaluation Closure Letter, August 6, 2025

- USDA Food and Nutrition Service – Data Sharing Guidance, July 23, 2025

- USDA Food and Nutrition Service – Seventeenth Edition of the Supplemental Nutrition Assistance Program State Options Report, August 20, 2025

- USDA Food and Nutrition Service – Fiscal Year 2026 Supplemental Nutrition Assistance Program State Management Evaluation Target Memo, August 21, 2025

- USDA Food and Nutrition Service – State Plan of Operations Guide for Supplemental Nutrition Assistance Program State Agencies, August 2025

## III.     Timely Processing of Applications

### A. Workload Data

As of August 7, 2025, the Division reports 3,488 pending SNAP and APA cases, compared to 3,581 cases on July 10, 2025.

For SNAP, the backlog was 3,067 cases, a modest change from 3,051 in July. Within this total, expedited applications were 585, non-expedited applications were 958, and recertifications were 1,524. Average processing time was 49 days, compared to 48 days in the prior month. Timeliness performance held steady, with 47 percent of cases processed within required timeframes. This included an average of 57 percent of expedited applications, 59 percent of initial applications, and 20 percent of recertifications over the last six months.

For Adult Public Assistance (APA), the backlog was 421 cases, compared to 530 in July. Applications accounted for 418 of these cases, and recertifications for 3. Work to generate APA timeliness metrics is ongoing; programming changes are underway to ensure complete and reliable reporting.

Overall, the August reporting period shows stability in SNAP processing and a reduction in APA pending cases. These results reflect consistent performance while targeted process improvements continue. The Division notes that in the coming month some increase in pending cases may occur as staff dedicate time to participate in CASH program training and as scheduled system upgrades temporarily reduce overtime capacity. These activities are necessary to ensure a trained workforce and improved system performance. To help offset these impacts,

the Division launched the Race to Reduce initiative, a team-building effort that emphasizes collaboration, productivity, and recognition of staff contributions while working through cases.

**See Attachment 3:** Backlog Dashboard with Detail – Updated August 7, 2025.

### B. IT Modernization

The Division continues to implement technology projects designed to streamline operations and improve client service. The integration between CURRENT™ and ILINX®, which went live on June 26 with rollout support completed in early July, is fully operational and enables digital documents to flow directly into CURRENT™, reducing duplicate entry and improving task routing. The automated "date received" capture, also implemented on June 26, remains in place to ensure accurate tracking of application submissions received outside of business hours.

During August, the Division advanced two key initiatives aimed at improving client communication and streamlining eligibility processes:

- **Client Notice Renewal and Interview Workflow:** A manual text-messaging process was launched to remind clients of scheduled interviews. The next phase of this project will automate text messaging through ImageSource/ILINX.

- **Multi-Program Application:** Development and testing of an ILINX® eForm that combines multiple program applications into one streamlined process have been completed.

Both initiatives reflect the Division's use of demonstration approaches that test new ways of doing business. They highlight innovation improve access, reduce barriers, and increase efficiency in eligibility processing. These efforts also connect to the recent Supplemental Nutrition Assistance Program State Options Report (*see Attachment 2*), which

shows that Alaska has already implemented nearly every available state option. By pursuing these additional strategies, the Division continues to demonstrate leadership in exploring new opportunities. The Multi-Program Application project remains on hold pending authorization from the United States Department of Agriculture Food and Nutrition Service and the United States Centers for Medicare & Medicaid Services.

**See Attachment 4:** IT Project Roadmap – Updated September 2025.

### C. Staffing Improvements

As of early August, the Division continued to demonstrate active internal movement across all eligibility classifications. Personnel actions included promotions, lateral transfers, and separations, with 12 positions filled through internal movement and 7 through new hires. These actions highlight opportunities for advancement and retention within the Division and ongoing success in attracting new staff.

Recruitment activity also remained steady. As of the August update, 15 positions were in active recruitment, including postings, interviews, and hire-pending status. Several of these positions were in the Eligibility Technician 1 and 2 job classes, which are critical to strengthening frontline operations.

Overall, the Division's staffing data reflects continued stabilization, with vacancies being addressed promptly through both internal promotions and external hiring, supporting workload coverage across field offices.

**See Attachment 5:** Status of Eligibility Technician Positions – Updated through August 2025.

### D. Non-Merit Contract Staff

As of July 1, 2025, contracted staff provided through Public Consulting Group totaled 128, including one call center manager, one quality assurance manager/trainer, thirteen supervisors, 108 active eligibility associates, and five staff on leave. These contracted staff continue to support call center operations and administrative tasks that enable timely processing of public assistance applications. Their responsibilities include answering client inquiries, registering applications, processing returned mail, supporting Medicaid renewals, and performing other administrative tasks that allow Division employees to focus on eligibility determinations. These are the only tasks permitted to be performed by non-merit staff under federal law and SNAP regulations.

The Division maintains quality oversight through regular performance reviews and training delivered by the contractor's supervisory and quality assurance staff. Contracted staff have consistently achieved performance levels above 90 percent on quality evaluations.

In August, the Division executed a 12-month extension of the Public Consulting Group contract to ensure continued support of non-merit duties. At the same time, the Division is actively pursuing every available strategy to increase capacity and improve timeliness, including a pending demonstration project request that, if approved would authorize contracted staff under State supervision to perform certain merit functions.

**See Attachment 6:** Distribution and Status of Contracted Staff – Updated July 1, 2025**.**

**E. Training and Development**

The Division continues to operate staggered training cohorts to support new hires and expand program coverage. The core ten-week Modified Adjusted Gross Income Medicaid and Supplemental Nutrition Assistance Program training remains the foundation for onboarding, followed by two-week Adult Public Assistance training and program-specific modules such as

Heating Assistance. Current training activity includes cohorts in Fairbanks, Kodiak, Nome, Juneau, Ketchikan, and Wasilla, with new staff expected to be case-ready between September and December 2025.

In addition to these program-specific trainings, the Division requires all staff who process eligibility cases to complete income training. This training, developed by the Learning and Development team, ensures consistent application of income policy across programs and supports accuracy in case determinations.

By early August, fifteen staff had completed Adult Public Assistance training, and multiple Medicaid and Supplemental Nutrition Assistance Program cohorts were in progress or scheduled to begin later in the fall. These trainings expand the pool of staff available to process cases, helping to address pending workloads and strengthen frontline capacity.

**See Attachment 7:** Training and Development Update – September 2025.

## IV. Efforts to Streamline Administration of Programs

The Division advanced several initiatives in September to simplify processes, improve access, and strengthen program administration.

Business Process Reengineering continued with Change and Innovation Agency support, including front desk working sessions with Eligibility Technician 1 staff. A final report from these sessions is expected in late August, with phased implementation of the recommendations planned over the next six months. These changes are intended to reduce client wait times and streamline workflows, supporting the Division's broader effort to improve efficiency and service delivery. Three demonstration projects remain under consideration with the United States Department of Agriculture Food and Nutrition Service. Proposals to require online application fields and to eliminate the interim report requirement are currently in

clearance. A third request, to expand the scope of tasks assigned to non-merit staff, is under state review to respond to Food and Nutrition Service questions.

The Division also continues its Office-in-a-Box initiative, bringing staff directly into rural communities where reliable communications are often lacking to provide on-the-ground support with applications and renewals. A short video overview of this effort is available at: https://www.youtube.com/watch?v=asxa572GRJY.

**See Attachment 2:** Efforts to Streamline Administration of Programs.

## V. Conclusion

The Division of Public Assistance remains committed to the timely and accurate delivery of benefits to Alaskans. Progress continues in stabilizing workload trends, reducing pending Adult Public Assistance cases, advancing training for new and existing staff, and extending contracted support to increase capacity. Technology modernization projects are also moving forward, with new functionality launched and additional automation planned.

The Division remains actively engaged with the United States Department of Agriculture Food and Nutrition Service through both informal technical assistance and formal submissions. The Quality Control Investment Plan and the Non-Merit Staff Utilization Demonstration, once approved, will provide important tools to improve accuracy and build workforce capacity. Recent federal correspondence has further defined expectations for data sharing, program options, and management evaluation priorities.

The Division will continue to report on progress, challenges, and corrective actions in future reports and remains focused on implementing sustainable improvements that support compliance and improve client service.

# VI.    Attachment 1

 Food and Nutrition Service
U.S. DEPARTMENT OF AGRICULTURE

August 6, 2025

Deb Etheridge, Director

Division of Public Assistance

Alaska Department of Health

350 Main Street, Room 304

Juneau, Alaska 99811-0640

Dear Director Etheridge:

This is to advise your office that the Fiscal Year 2024 Management Evaluation (ME) review of the Alaska Division of Public Assistance (DPA) is now complete. Information responding to all of the corrective actions (CA's) was provided and Food and Nutrition Service staff reviewed the materials and validated implementation of all required CA's. The remaining CA's which were related to Recertification Processing Timeliness (RPT) will continue to be monitored and addressed as part of your RPT CA plan. Therefore, the referenced review is closed as of the date of this letter.

We appreciate the cooperation and assistance of all staff involved during this review process and look forward to our continuing productive work relationship.

If you have any questions or concerns, please contact Shaunte' Milbourne, at shaunte.milbourne@usda.gov or (415) 645-1933.

Sincerely,

Evan Moss

Food and Nutrition Service, Western Regional Office, 90 Seventh St., Suite 10-300, San Francisco, CA 94103

USDA is an Equal Opportunity Provider, Employer, and Lender

Branch Chief

Supplemental Nutrition Assistance Program

Western Region Office

CC:

Christina Davis, AK DPA

Tracie Dablemont, AK DPA

Shaunte' Milbourne, FNS WRO

Jackie Bourne, FNS WRO

Barb Smith, FNS WRO

Curwin Lancaster, FNS WRO

WRO File Code: SNAP\400\Management Evaluation\FY24\AK\Report\Closure Letter



United States Department of Agriculture
Washington, D.C. 20250
July 23, 2025

Dear State agency Directors,

On May 6, 2025, State agencies were advised of the United States Department of Agriculture's (USDA) intent to implement President Trump's March 20, 2025, Executive Order 14243, *Stopping Waste, Fraud, and Abuse by Eliminating Information Silos* through State data sharing to the Food and Nutrition Service (FNS). In the May 6, 2025, memo, States were advised that the USDA/FNS was working with Supplemental Nutrition Assistance Program (SNAP) payment processors to assist with data collection. As requested by State agencies, States are welcome to determine the most appropriate and feasible method to share the requested data with FNS. State agencies can work through their payment processor, a vendor of their own choosing, or with their State Information Technology team.

*Data Elements*

The requested data elements are for individuals who have received, are currently receiving, or have applied to receive SNAP benefits from January 1, 2020, through present date. Requested data elements shall include records sufficient to identify individuals as applicants for, or recipients of, SNAP benefits, including but not limited to all household group members names, dates of birth, social security numbers, residential and mailing addresses used or provided, as well as all data records used to determine eligibility or ineligibility. It is understood that these data records will vary household to household, and may include earned and unearned income, absent parent(s), and other data used in the determination process. Please do not include supporting documents or case comments.

Additionally, transactional records from each household are also requested, and must be sufficient to calculate the total dollar value of SNAP received by recipients over time, with the ability to filter benefits received by date ranges, as well as SNAP usage and retailer data.

*Data Transmission*

Each State agency shall transmit data to FNS via the platform called Box. Once you identify the individual who will be responsible for transmitting the data for your State agency, please send their name, title, and email address to SNAPDatabase@usda.gov. The State agency identified contact will then receive an email for account creation and access for data transmission.

Box is a secure platform which employs various security measures, including encryption, access controls, and compliance features to handle the sensitive data that States will be transmitting.

Data shall be transmitted to FNS no later than Wednesday, July 30, 2025.

*Follow-Up Steps*
Upon completion of data analysis, FNS will follow up with State agencies in respect to any applicable next steps of reconciliation.

For questions related to the required data elements and/or assistance with the transmission of data, please send inquiries to SNAPDatabase@usda.gov.

We look forward to expanding this partnership with our State partners to ensure and enhance Program integrity.

Sincerely,

Gina Brand
Senior Policy Advisor for Integrity
United States Department of Agriculture
Food, Nutrition, and Consumer Services

| From: | Moss, Evan - FNS |
|---|---|
| To: | Fernández Garcia, Alexis@DSS; Tami.Guterrez@dss.ca.gov; Saenz, Yazmin@DSS; Jew, Kathy@DSS; Becky.Silva@dss.ca.gov; Manning, Lori (DSHS/OOS/HRD); Montgomery, Brice (DSHS/ESA/CSD); Doyle, Deborah (DSHS/ESA/DPI); Reyes, Carla (DSHS/ESA/OAS); Marx, Alexis (DSHS/ESA/CSD); Hill-Laguerre, Sharon (DSHS/ESA/CSD); Seguin Claire; Singer Nathan M; ESPARZA Xochitl; Miles Heather J; SOLAR Meorah A; Robert Thompson; Kelly Cantrelle; LSWEARINGEN@dwss.nv.gov; Sheri Gallucci; Bernasconi, John - CO 2nd; Leach, Shane P.; Standerfer, Tonya - CO 2nd; Matthews, Kristin - CO 2nd; Schumaker, Laura – Reg2; Etheridge, Deb J (DOH); Stovall, Rebecca L (DOH); Dablemont, Tracie L (DOH); Luchini, Lydia (DOH); Davis, Christina L (DOH); Morishige, Scott S; Nakasone, Scott; Hayes, Ginet; Francine B. Salas; Christine P. San Nicolas |
| Cc: | FNS - WRO SNAP |
| Subject: | 17th Edition of SNAP State Options Report - Released today 8/20/25 w/ hyperlink included in email |
| Date: | Wednesday, August 20, 2025 3:58:41 PM |
| Attachments: | image001.png |

> **CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear nutritional assistance partners- Greetings everyone. FNS is pleased to announce that the 17th SNAP State Options Report is now available for viewing and downloading on the FNS public website at https://www.fns.usda.gov/snap/waivers/state-options-report.

The 17th Edition of the SNAP State Options Report summarizes 28 SNAP options, demonstration projects, and waivers; and categorizes the 52 SNAP State agencies according to the options, demonstration projects, and waivers they have implemented. This edition of the report includes several changes from previous editions. Ten new options and waivers have been added, and several option titles and descriptions from previous editions have been revised to communicate the different aspects of the options more clearly. SNAP developed the report based on State agencies' Fiscal Year 2025 State SNAP Plans of Operation, FNS-approved demonstration projects and waivers, and a review of State legislation and policy. The report does not include all SNAP options or waivers.

In closing, thank you for the help and ensuring your data is correct and up to date. Your work and contributions are vital to the success of this project, and FNS looks forward to working with you all again on the next edition.

My best,

Evan

Evan Moss
Branch Chief
SNAP
Operations Branch
Technology, Nutrition, and Integrity Branch
Western Regional Office

**USDA**
U.S. DEPARTMENT OF AGRICULTURE
**Food and Nutrition Service**
p: (415) 744-2986 | c: (415) 635-5867

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.



**Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

Date:            August 21, 2025

Subject:         Supplemental Nutrition Assistance Program (SNAP)– Fiscal Year
                 2026 State Management Evaluation Target Areas

To:              All State SNAP Agencies
                 All Regions

Each year, the Food and Nutrition Service (FNS) provides State SNAP agencies with the target and at-risk areas to focus on for the upcoming fiscal year's management evaluation (ME) cycle. For Fiscal Year (FY) 2026, the SNAP ME target and at-risk areas focus on program operation issues that align with Secretary Brooke Rollins' guiding principles for nutrition programs that emphasize prioritizing timely and satisfactory customer service, and associating access to SNAP benefits with clear expectations that those who can work, do.

**Target Areas**

State SNAP agencies are required to conduct MEs for the following target areas in the upcoming FY, in accordance with SNAP regulations at 7 CFR 275.8.

| State Target Area: | Applies to: |
|---|---|
| Certification Processes | All States, with a particular focus on counties or local areas with processing backlogs of applications and/or other case actions. |
| Able-Bodied Adults without Dependents Time Limits and Work Requirements | All States that transitioned off a Statewide time limit waiver in FY 2025, unless the State performed this ME in FY 2025. |
| Employment and Training (E&T) | All States with:<br><br>• E&T programs that have onboarded a new provider that represents more than 10 percent of the E&T budget<br><br>or<br><br>• E&T programs in which most individuals are not progressing to participation in an E&T component, as evidenced by the following formula using information from the FNS-583 for the previous FY:<br><br>All Component Registration (line 8) / Total Individual Participation (line 7) $\leq 1.0$ |

**At-Risk Areas**

States are expected to review other areas of program operation on an at-risk basis. In determining risk to program integrity, States should take into consideration the time that has elapsed since a

Food and Nutrition Service, Braddock Metro Center, 1320 Braddock Place, Alexandria, VA 22314

USDA is an Equal Opportunity Provider, Employer, and Lender

policy area has been reviewed, deficiencies identified at that time, and any recent changes to the area. In addition, FNS advises States to prioritize the policy areas listed below when considering risk and conducting MEs in the upcoming fiscal year:

1. Recipient Integrity.
2. Recipient Claims Management/Treasury Offset Program (TOP).
3. Fair Hearings, in States with known or suspected backlogs.
4. Recertification Processes, in States with processing backlogs of recertification applications.

**Scheduling Requirements**
States shall conduct a review once every year for large project areas, once every two years for medium project areas, and once every three years for small project areas, unless an alternate schedule is approved by FNS, per 7 CFR 275.5(b). States are required to develop and submit their ME review schedule for the upcoming FY to their FNS Regional Office by September 22, 2025. States may submit a schedule that covers a 3-year review cycle and provide updates to FNS annually.

**ME Methods and Procedures**
States are responsible for developing their own review methods and procedures, consistent with 7 CFR 275.9. For technical assistance in developing review methods and procedures, please contact your FNS Regional Office.

**Corrective Action Plans (CAPs)**
State agencies must provide semi-annual updates on May 1 and November 1 of each FY that a CAP is in effect to their respective FNS Regional Office per 7 CFR 275.17(a).

Thank you for your efforts to monitor and uphold your State's compliance with SNAP requirements in the coming year. As Secretary Rollins noted in her February 13, 2025, letter to State partners, the Department stands ready to serve you through technical assistance and dialogue. Together, we will find the bold and sustainable solutions that deliver effective programs to our most vulnerable families. If you have any questions, please contact your FNS Regional Office.

for Ronald K. Ward
Acting Associate Administrator
Supplemental Nutrition Assistance Program

| | |
|---|---|
| **From:** | Moss, Evan - FNS |
| **To:** | Fernández Garcia, Alexis@DSS; Tami.Gutierrez@dss.ca.gov; Saenz, Yazmin@DSS; Jew, Kathy@DSS; Becky.Silva@dss.ca.gov; Manning, Lori (DSHS/OOS/HRD); Montgomery, Brice (DSHS/ESA/CSD); Doyle, Deborah (DSHS/ESA/DPI); Reyes, Carla (DSHS/ESA/OAS); Marx, Alexis (DSHS/ESA/CSD); Hill-Laguerre, Sharon (DSHS/ESA/CSD); Seguin Claire; Singer Nathan M; ESPARZA Xochitl; Miles Heather J; SOLAR Meorah A; Robert Thompson; Kelly Cantrelle; LSWEARINGEN@dwss.nv.gov; Sheri Gallucci; Bernasconi, John - CO 2nd; Leach, Shane P.; Standerfer, Tonya - CO 2nd; Matthews, Kristin - CO 2nd; Schumaker, Laura - Reg2; Etheridge, Deb J (DOH); Stovall, Rebecca L (DOH); Dablemont, Tracie L (DOH); Luchini, Lydia (DOH); Davis, Christina L (DOH); Morishige, Scott S; Nakasone, Scott; Hayes, Ginet; Francine B. Salas; Christine P. San Nicolas |
| **Cc:** | FNS - WRO SNAP |
| **Subject:** | FNS update w/ State Plan of Operations Guide for SNAP State Agencies |
| **Date:** | Friday, August 15, 2025 12:43:11 PM |
| **Attachments:** | image001.png |
| | FY 2026 State Plan of Operation Guide_Revised.pdf |

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Colleagues,

Greetings everyone. Please be advised that FNS identified an error in the change log included in our recent release of the FY 2026 State Plan of Operation guide. To avoid any confusion, the agency is re-releasing the guide with the corrected change log. We apologize for any confusion this late notice may cause; but FNS wants to ensure you have and use the correct guide. Please note the _**Revised** identification with this attached pdf file.

As noted in the initial FNS release email, the only updates made to this year's guide include:

1. New item requiring a plan for *Disqualification for non-custodial parent's non-cooperation with Child Support* in accordance with 7 CFR 272.2(d)(1)(xiii) and 7 CFR 273.11(p).
2. Revised template language for the *Federal-State Agreement* in response to Executive Order (EO) 14168 and EO 14224.
3. Revised note under the *Comparable Disqualification* item to clarify that it is required for SNAP State agencies to impose comparable disqualifications for individuals disqualified from the Food Distribution Program on Indian Reservations (FDPIR) for an intentional program violation.
4. Added clarifying language under the *Restaurant Meals Program (RMP)* item noting that States do not need to resubmit their RMP plans if there are no changes to the plan from the previous year.

If you have any questions, please reach out to us in the region. Thank you for your continued diligence and commitment to serving your customers with energy and vision.

My best,
Evan

Evan Moss
Branch Chief
SNAP
Operations Branch
Technology, Nutrition, and Integrity Branch
Western Regional Office


U.S. DEPARTMENT OF AGRICULTURE
Food and Nutrition Service
p: (415) 744-2986 | c: (415) 635-5867

This electronic message contains information generated by the USDA solely for the intended
recipients. Any unauthorized interception of this message or the use or disclosure of the
information it contains may violate the law and subject the violator to civil or criminal
penalties. If you believe you have received this message in error, please notify the sender and
delete the email immediately.

# VII.    Attachment 2

Attachment 2: Workload Management Matrix

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Business Process Reengineering (BPR) | Implemented | Update (August 22, 2025): CIA facilitated two-day working sessions with ET1 staff to assess front desk operations. A final report is expected in late August, with recommendations to reduce client wait times, improve quality, and streamline processes. Implementation will occur over the next six months based on scope of changes required. The Policy Unit has also engaged with CIA to identify opportunities to refocus work and shift non-policy tasks, though no implementation timeline is set due to competing project priorities. Updated May 21, 2025. This update is informational and non-substantive. Contract with Change Innovation Agency (CIA) to guide DPA Business Process Redesign and the reopening of DPA offices. 1.    CIA is providing staffing pattern recommendations. 2.    CIA is recommendations for training program to expedite staff onboarding while maintaining high-quality case processing standards have been implemented. 3.    CIA will evaluate policy unit to identify business process redesign opportunities. Document and process between policy decision and operational |
| Call Centers | Implemented | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications. In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |
| Compromise Claims and Termination of Claims | Implemented | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim. If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows: Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months). Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |
| Elderly Simplified Application Project (ESAP) | Implemented | Updated May 21, 2025. This non-substantive update has been amended for clarity and conciseness. The Department of Health, Division of Public Assistance, launched the federally approved Elderly Simplified Application Project (ESAP) demonstration on December 1, 2024. ESAP applies to SNAP households where all adults are age 60 or older or have a qualifying disability. Under ESAP: -The certification period is extended to 36 months -No interim report is required -Recertification interviews are waived unless clarification is needed or requested by the household |
| Electronic Case Filing or Document Management | Implemented | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| Extending Certifications to 12 Months | Implemented | Effective June 2023, SNAP certification periods have been extended to 12-months. These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period. Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| FNS Regional Office Assistance with QC Case Completion | Implemented | December 2022 instituted regular meetings. |
| Fully Implementing Allowable Activities for Non-Merit Personnel | Implemented | Update (August 22, 2025): The Division executed a 12-month extension of the PCG contract effective August 1, 2025, to continue support of non-merit duties. The Division is actively evaluating additional functions that can be assigned to PCG to further support workload management and allow state staff to focus on eligibility determinations. April 2023 the division contracted out the Virtual Call Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs that have auto adjudicated eligibility within the ARIES database. FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |

Attachment 2: Workload Management Matrix

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| FNS Recommendation | Status | Details |
| Notice of Agency Caused Delay | Implemented | Updated May 21, 2025. Automated notifications for agency-caused delays were fully implemented on April 30, 2025. These notices are generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed—on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday.<br><br>To mitigate operational risk and avoid overwhelming the Division's Fair Hearings staff and the Administrative Law Group (ALG), the Division of Public Assistance (DPA) implemented a phased rollout. This approach ensured systematic processing of overdue cases while maintaining service continuity and staff capacity for handling appeals.<br><br>The phased schedule was as follows:<br><br>March 4, 2025: Notices for applications delayed over 90 days<br><br>March 31, 2025: Notices for applications delayed over 60 days<br><br>April 30, 2025: Notices for applications delayed over 30 days<br><br>With the final phase completed, the automated system now runs daily and issues timely notifications for all new overdue cases. |
| Online Applications | Implemented | Updated May 21, 2025. This non-substantive update reflects enhancements to client access and self-service tools. The Change Report Form is now available as an electronic form (eForm), joining the existing online SNAP application and Interim Report Form. All three forms are accessible through the MyAlaska portal and the Department of Health website. |
| Online Self-Service Portal | Implemented | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process.<br>Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. Note: Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| Real-Time Data Access Services | Implemented | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (EVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |
| Recertification Interview for Certain Elderly/Disabled Member Households | Implemented | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forgo the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2021 through 05/31/2026. |
| Reinstatement of Eligibility | Implemented | Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| Reviewing and Streamlining the SNAP Application | Implemented | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |
| Same Day Service Interviews | Implemented | Updated May 21, 2025. This non-substantive update reflects current operational capacity. While all Division of Public Assistance (DPA) offices are now open and offering same-day service, including interviews, staffing shortages in Kodiak, Nome, and Sitka have limited the scope of in-office services in those locations. Emphasizing same-day service interviews aligns with our Business Process Redesign effort. The rollout was completed as follows: Bethel – August 2023, Juneau – November 13, 2023, Kodiak – November 27, 2023, Kenai – January 25, 2024, Homer – January 25, 2024, Wasilla – March 18, 2024, Fairbanks – July 8, 2024, Ketchikan – August 27, 2024, and Anchorage – November 18, 2024. |

Attachment 2: Workload Management Matrix

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| FNS Recommendation | Status | Details |
| Simplified Self Employment Deduction Standard | Implemented | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self-employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
| Streamline Data Matches | Implemented | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |
| Streamline Verification Requirements | Implemented | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify:<br>1. Gross nonexempt income,<br>2. Alien eligibility,<br>3. Utility expenses,<br>4. Medical expenses,<br>5. Social security numbers,<br>6. Residency,<br>7. Identity,<br>8. Disability,<br>9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC,<br>10. Household composition,<br>11. Students,<br>12. Legal obligation and actual child support payments, and<br>13. Additional verification for able-bodied adults subject to the time limit.<br><br>7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |
| Streamlining SNAP Access in Rural Alaska | Implemented | To ensure timely delivery of benefits to Alaskans, we exercised the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval.<br>DPA met with Food and Nutrition Service (FNS) on January 16, 2025 to discuss the regulatory authorities allowed to Alaska at 7 CFR 272.7.  Alaska implemented the federal authority to postpone SNAP interviews, as explained above, for individuals living in areas designated rural I and rural II on March 20, 2025. |
| Targeted Interviewing and Case Processing | Implemented | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |
| Telephonic and Electronic Signatures | Implemented | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications.<br><br>Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms.<br><br>In process: Improve signature capture via the phone. |
| Telephonic Interviews | Implemented | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship.<br><br>FNS approved state plan option. |
| Voluntary Employment and Training Program | Implemented | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. |
| DPA in a Box | Implemented | Update June 9, 2025: To improve access to public assistance in underserved areas, the Division of Public Assistance is launching "DPA Office in a Box." This outreach initiative sends an Eligibility Technician into communities to provide hands-on support with applications, renewals, and case management.<br><br>The first deployment is scheduled for June 9–12, 2025, in Kotzebue, in collaboration with Maniilaq Association. A second event will take place June 23–26, 2025, in Delta Junction, in partnership with the Division of Public Health.<br><br>Proposed outreach locations for State Fiscal Year 2026 include Valdez, Cordova, Wrangell, Gustavus, and Hoonah. |

Attachment 2: Workload Management Matrix

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| FNS Recommendation | Status | Details |
| Broad-Based Categorical Eligibility (BBCE) | Implemented | Updated July 21, 2025. This update clarifies that Broad-Based Categorical Eligibility (BBCE) was launched on July 1, 2025, for new SNAP applications recieved after July 1, 2025 or SNAP recertifications received on or after July 1, 2025 for August SNAP benefits.<br><br>BBCE removes the asset test requirement and raises the gross income threshold to 200% of the Federal Poverty Level, simplifying eligibility and reducing administrative burden.<br><br>Technical assistance has been provided by FNS in support of implementation. Resource limit requirements have been amended administratively with no system change required. Programming to apply the 200% gross income limit in the legacy Eligibility Information System (EIS) was completed by June 30, 2025. BBCE functionality will also be included in the transition to the new Integrated Eligibility and Enrollment System.<br><br>Finalization of EIS functionality to support the non-cash, TANF-funded benefit aligned with BBCE notice to SNAP households, supported by ACF, is underway. Training materials were finalized by the Business Process Redesign (BPR) training team and were completed to align with implementation. Public messaging was coordinated with the publications team and released in June 2025. |
| Required Online Application Fields (SNAP) – Demonstration | Planning to Implement | Update, NEW, August 22, 2025. Proposal with FNS in clearance. Would establish a required set of fields in the online SNAP application to improve data quality and reduce incomplete submissions. |
| Eliminate Interim Report (IR) – Demonstration | Planning to Implement | Update, NEW, August 22, 2025. Proposal with FNS in clearance. Would eliminate the SNAP interim report requirement, simplifying ongoing eligibility for households and reducing administrative burden. |
| Expansion of Non-Merit Tasks – Demonstration | Planning to Implement | Updated, NEW, August 22, 2025. Request under state review to respond to FNS questions. Would expand the scope of tasks assigned to non-merit staff to increase capacity and ensure timely processing of SNAP applications and recertifications. |
| Automated Voice Response/Interactive Voice Response System | Planning to Implement | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the call center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration)<br><br>Genesis is the VCC platform that connects can connect with Qualtrics as an example. |
| Bots/Robotic Process Automation | Planning to Implement | DPA is amending ImageSource contract to implement bots and robotic processes, a part of the online SNAP application. Phased implementation to align with other projects. |
| Check-in Kiosks | Planning to Implement | DPA plans to implement check-in kiosks at the University Center, in Anchorage. Will evaluate utility in other larger offices. |
| Online Identity Verification | Planning to Implement | Updated May 21, 2025. As part of Alaska's SNAP Quality Control (QC) error rate penalty investment plan, the State is moving from considering to actively planning the implementation of third-party identity authentication. This approach—recommended by FNS—would allow Alaska to authenticate SNAP applicants using a set of multiple-choice questions based on public record data.<br><br>Alaska does not currently have the system capability to support this functionality, which requires contracting with a third-party vendor. At present, Alaska's identity verification policy allows eligibility staff to verify identity through available interfaces, review of any document that reasonably establishes identity, or collateral contact with someone familiar with the |
| Revise Notices for Clarity | Planning to Implement | Updated May 21, 2025. This update reflects a change in how Alaska will implement a planned notice modernization strategy under its SNAP Quality Control (QC) error rate penalty investment plan. Through negotiations with the Food and Nutrition Service (FNS), the State will proceed with removing notices from the Eligibility Information System (EIS) to overcome longstanding formatting and content limitations. This marks a shift from earlier plans that tied notice improvements to the transition to a new Integrated Eligibility and Enrollment System. Technical assistance is underway to support development of clearer, more accessible SNAP notices using modern technology. |
| Transitional SNAP | Planning to Implement | Implementation is being evaluated as BBCE may address the benefit cliff and have a higher income limit. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online implement transitional SNAP |
| Case Banking | Not an option in Alaska | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the Long-Term Care cases but uses statewide caseload management for everything else. |
| Change Processing Unit | Not an option in Alaska | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased handling of cases, potentially causing delays in DPA workload. |

Attachment 2: Workload Management Matrix

| WORKLOAD MANAGEMENT MATRIX | | UPDATED JUNE |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| On-Demand Interviews | Not an option in Alaska | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is in full compliance with FNS Interview requirements. |
| Targeted Team Focus on SNAP | Not an option in Alaska | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs.<br>Business Process Resign created a team that focuses on SNAP backlog applications. |
| Verification Unit | Not an option in Alaska | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce situation. Alaska did try this in 2003 (EIOP) and it was not successful. |
| Advance Capture (Intelligent Scanning) | Implementing | Updated May 21, 2025. DPA amended ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality automates that categorization of documents. Phase 1, complete - auto recognition and workflow for Application and Renewal forms effective Q4 2024. Additional forms rolling out in FY2025 and ongoing. As functionality is applied to other documents this section will be updated. |
| E-notices | Implementing | Updated (August 22, 2025): Text messaging for scheduled interviews launched in June 2025 as a manual process. The next phase will automate these messages through ImageSource/ILINX.<br>Updated May 21, 2025. e-notices (text messaging or email) notifying applicant documents received. Launched March 13, 2024.<br>Text messaging for scheduled interviews scheduled to launch June, 2025. |
| National Accuracy Clearinghouse (NAC) | Implementing | Update May 21, 2025. FNS is implementing the NAC system in a phased approach over a period of 5 years. States must implement the NAC no later than October 4, 2027 in order to comply with the provisions of the interim final rule of the Agricultural Improvement Act of 2018 (2018 Farm Bill).<br><br>Alaska is confirmed for implementation group 14.<br>Alaska Scheduled kickoff date: March 2026<br>Alaska Anticipated NAC launch date: November 2026 |
| Standard Medical Deductions (SMDs) | Implementing | Updated June 19, 2025 – FNS has approved Alaska's SMD demonstration waiver for a four-year period beginning August 1, 2025, and ending July 31, 2029, subject to the attached terms and conditions. Due to competing priorities, Alaska is coordinating with FNS to delay implementation. This adjustment will preserve the full four-year approval period while revising the demonstration's official start and end dates accordingly. |
| University Center (UC) Lobby | Implementing | Updated July 21, 2025: The Anchorage UC lobby was relocated to a new space to better support both clients and staff. The new lobby remains within the UC Center—just across the hall from its current location—and offers a much-improved environment for delivering services.<br><br>To complete the move, the UC lobby will be closed from June 20 through June 30. The Communications Office posted signage and used social media to notify the public in advance and during the closure. The new lobby opened to the public on July 1, 2025.<br><br>The new lobby features a larger waiting area with seating, space for interviews, and improved visibility for staff to engage directly with clients. This move reflects DPA's ongoing commitment to respectful, responsive customer service and a more welcoming, efficient space. |
| Average Student Work Hours | Considering | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will explore this option to determine if it is a valuable change. |
| Stagger Certification Periods | Considering | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |

# VIII. Attachment 3

Attachment 3: Backlog Dashboard with Detail

## Backlog Summary Tab

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

Columns

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).

**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.

**Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).

**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public

Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

## SNAP Backlog Detail Tab

**Purpose:** Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.

Columns

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.

**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

**Purpose:** Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

Columns

**Program Categories:** Breaks out APA applications and recertifications.

**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.**

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab

**Purpose:** Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

Rows:

**Month:** Identifies the calendar month related to the data in the row

Attachment 3 - 2025.09 Backlog Dashboard with detail.xlsx                                          8/12/2025

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development: At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. This will take significant programming resources. Once scope of work is outlined a timeline for provision will be included.**

**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All approvals)

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

| Backlog Applications/Recertifications - *Updated 08/07/2025* | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
| **Adult Public Assistance** | | 106 | 70 | 138 | 61 | 36 | 4 | 6 | | | | | | | 421 |
| *APA Applications* | | *104* | *69* | *138* | *61* | *36* | *4* | *6* | | | | | | | *418* |
| *APA Recertifications* | | *2* | | | | | | | | | | | | | *2* |
| **Food stamps (applications, expedites & recertifications)** | 532 | 923 | 475 | 938 | 175 | 16 | 7 | | | | | | 1 | | 3,067 |
| *Food Stamps (Expedite)* | *532* | *44* | *2* | *3* | *3* | *-* | *1* | | | | | | | | *585* |
| *Food Stamps (non-Expedite Applications)* | | *364* | *89* | *374* | *125* | *4* | *1* | | | | | | *1* | | *958* |
| *Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution* | | *515* | *384* | *561* | *47* | *12* | *5* | | | | | | *-* | | *1,524* |
| **Total** | 532 | 1,029 | 545 | 1,076 | 236 | 52 | 11 | 6 | 0 | 0 | 0 | 0 | 1 | 0 | 3,488 |

**State of Alaska Dept. of Health – Division of Public Assistance**

**SNAP and APA Timeliness - Report Date September 2025**

| Timely Actions February 2025 - July 2025 | |
| --- | --- |
| Program | Percent Timely |
| **SNAP Applications and Recerts** | **47%** |
| SNAP Expedite applications | 57% |
| SNAP Initial applications | 59% |
| SNAP Recert applications | 20% |
| **Placeholder for APA Data** | |
| | |
| **Application Decision Cycle Time February 2025 - July 2025** | |
| Program | Average Days |
| SNAP | 49 |
| Placeholder for APA Data | |



| SNAP Backlog Detail | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
| SNAP Total (Applications and Recerts | 532 | 923 | 475 | 938 | 175 | 16 | 7 | - | - | - | - | - | 1 | - | 3,067 | 788 | 2279 | 2024-09-04 |
| SNAP (Expedite > 7 days) | 532 | 44 | 9 | | | | | | | | | | | | 585 | 431 | 154 | 2025-02-28 |
| SNAP (non-Expedite Applications) | | 364 | 89 | 374 | 128 | 4 | | | | | | | | | 958 | 208 | 750 | 2024-09-04 |
| SNAP (Recertifications) | | 515 | 384 | 561 | 47 | 12 | 5 | | | | | | | | 1,524 | 149 | 1375 | 2025-02-10 |

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 161-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APA Backlog Detail** | | | | | | | | | | | | | | | | | | |
| **APA Total (Applications and Recerts)** | - | **106** | **70** | **138** | **61** | **36** | **4** | **6** | - | - | - | - | - | - | **421** | **139** | **282** | **2025-01-22** |
| *APA Applications* | | *104* | *69* | *138* | *61* | *36* | *4* | *6* | | | | | | | 418 | 138 | 280 | 2025-01-22 |
| *APA Recertifications* | | *2* | *1* | | | | | | | | | | | | 3 | 1 | 2 | 2025-06-20 |

| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | 1,400 | 35 | 52% |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 520 | 119 | 23% | 2,121 | 1,013 | 40 | 48% |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 642 | 183 | 29% | 2,525 | 1,284 | 44 | 51% |
| Apr-25 | 1,065 | 650 | 61% | 1,013 | 557 | 55% | 574 | 101 | 18% | 2,652 | 1,308 | 46 | 49% |
| May-25 | 991 | 512 | 52% | 952 | 591 | 62% | 869 | 122 | 14% | 2,812 | 1,225 | 69 | 44% |
| Jun-25 | 939 | 501 | 53% | 891 | 545 | 61% | 809 | 174 | 22% | 2,639 | 1,220 | 53 | 46% |
| Jul-25 | 883 | 563 | 64% | 1,037 | 648 | 62% | 1,039 | 189 | 18% | 2,959 | 1,400 | 43 | 47% |
| **Totals:** | **5,695** | **3,366** | **59%** | **5,560** | **3,196** | **57%** | **4,453** | **888** | **20%** | **15,708** | **7,450** | **49** | **47%** |

**Alaska Supplemental Nutrition Assistance Program Timeliness**



SNAP Timeliness: Six Month Overview

SNAP Timeliness Detail                                                                                                                 8/12/2025

| | |
|---|---|
| **Alaska Adult Public Assistance Timeliness  Placeholder** | |
| **In process of developing data collection programming for this metric** | |
| | |
| At this time we are experiencing an issue with one of our  timeliness data reports not capturing all data points required to generate this metric for the APA program.  The division has been able to identify the root cause of the APA data issue.  This will take significant programming resources.  Once scope of work is outlined a timeline for provision will be included. | |

## IX.  Attachment 4



Attachment 4: IT Project Roadmap – Updated September 2025 – Completed



## Technology Project Roadmap – Next Six Months



# Technology Project Roadmap – Planned



| Project name | Project Description | Project start date | Project end date | Funding Source(s) | Key Outcome(s) | Dependency(s) | Project comments |
|---|---|---|---|---|---|---|---|
| Automated Renewals | Streamlined the renewal process for Modified Adjusted Gross Income (MAGI) Medicaid recipients by implementing automation in compliance with federal re-parte renewal requirements | 2022-03-01 | 2023-04-30 | Federal 90% / State 10% | * Enhanced efficiency<br>* Reduced manual workload<br>* Reduced postage costs<br>* Improved user experience | | |
| ILINXB Cloud Migration | Migrated ILINXB system from State data center to vendor-managed Microsoft Azure cloud hosting. | 2023-03-01 | 2023-11-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Aligned with Governor's Cloud mandate<br>* Reduced administrative costs<br>* Improved infrastructure scalability | | |
| Milestone 2 - increment 6: ILINXB Online SNAP Application eForm | Developed an ILINXB smart form to streamline Supplemental Nutrition Assistance Program (SNAP) applications | 2021-09-01 | 2023-12-31 | Grant | * Reduced paperwork submissions<br>* Improved data quality<br>* Increased staff productivity | | |
| Azure Migration | Migrated Alaska's Resource for Integrated Eligibility Services (ARIES) infrastructure to Microsoft Azure cloud environment | 2022-05-01 | 2024-01-31 | Grant | * Reduced paperwork submissions<br>* Improved data quality<br>* Increased staff productivity | | |
| Pregnancy / Postpartum Extended Certification | Extended postpartum Medicaid coverage from 60 days to 12 months | 2023-07-01 | 2024-02-28 | Federal 90% / State 10% | * Improved health equity<br>* Reduced eligibility staff intervention frequency | | |
| Automated Short Message Service (SMS) Text and Email Notifications | Implemented automated client confirmations via SMS and email for eForm submissions | 2023-11-01 | 2024-03-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced phone inquiries and duplicate submissions<br>* Enhanced client experience | | |
| ILINXB Secure Document Upload | Enabled clients to securely upload eligibility documentation via mobile-friendly portal | 2023-11-01 | 2024-03-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced manual workload<br>* Improved client service | | |
| Milestone 2 - increment 6: ILINXB Online SNAP Interim Report eForm | Digitized the interim report process for SNAP clients through dynamic smart forms | 2022-02-01 | 2024-05-31 | Federal 90% / State 10% | * Improved data completeness<br>* Reduced manual data entry<br>* Increased client access | | |
| SNAP Eligible Medicaid Extension | Automated Medicaid eligibility extension for individuals eligible for SNAP, without staff intervention | 2023-01-01 | 2024-05-31 | Federal 75% / State 25% | * Reduced eligibility technician processing time<br>* Fully automated 'no-touch' eligibility determinations | | |
| Case to Individual Determination | Shifted automatic renewals from the case-level to the individual level to align with CMS regulations. | 2023-09-01 | 2024-06-30 | Federal 75% / State 25% | * Met CMS regulatory compliance<br>* Increased number of individuals auto-renewed | | |
| Milestone 2 - increment 6: ILINXB Online Report of Change eForm | Developed an online smart form for clients to report household changes impacting eligibility | 2024-05-01 | 2024-07-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Improved data collection<br>* Enhanced client accessibility<br>* Reduced processing delays | | |
| Milestone 2 - increment 7: Alaska Connect (Self Service Portal) Phase 1 | Implements a client portal for application, case review, updates, and event tracking | 2024-01-01 | 2024-07-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduces in-person and call center traffic<br>* Increased client access | | |
| Child Care Assistance Program Document Automation | Integrated ILINXB with AkICGS to move childcare document management from paper to electronic. | 2023-09-01 | 2024-09-30 | Federal 100% American Rescue Plan Act | * Improved document security<br>* Faster document retrieval<br>* Enhanced compliance and disaster recovery | | |
| ILINXB - Advanced Capture Automated Document Type Classification (phase 1) | Automate the classification of electronically received applications and renewals for public assistance programs | 2024-04-01 | 2024-11-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced manual sorting<br>* Decreased processing errors | | |
| Elderly Simplified Application Project (ESAP) | Increases certification period from 24 months to 36 months for elderly, low-income population and households are not required to submit an interim report | 2024-01-01 | 2024-11-30 | Federal 50% / State 50% | * Increased SNAP participation<br>* Reduced paperwork submissions<br>* Reduced processing delays | | |
| National Change of Address (NCOA) Integration | Integrated with the national database to automatically update recipient addresses | 2024-05-01 | 2024-11-30 | Federal 50% / State 50% | * Reduced postage costs<br>* Decreased manual updates<br>* Improved eligibility accuracy | | |
| Automatic Image Resizing in ILINXB | System enhancement to automatically resize large email attachments to avoid processing errors | 2024-11-01 | 2025-03-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Eliminated manual resizing<br>* Improved system performance | | |
| Alaska Childcare Modernization | Implemented cloud-based Alaska Child Care Information System (AkICGS) with provider and client portals | 2023-09-01 | 2025-04-30 | Federal 100% American Rescue Plan Act | * Reduced admin costs<br>* Improved client/provider experience | | |
| Application Processing Interface (API) Framework | Created a framework for system interoperability, enhancing data sharing among public assistance systems | 2024-06-01 | 2025-04-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined staff access<br>* Improved interoperability | | |
| Application Processing Delay Notice | Automates notices to inform clients when there is a delay in benefit processing. | 2025-01-01 | 2025-04-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Required as a result of the APA lawsuit | | |
| ILINXB Cognitive Services for Virtual Contact Center (VCC) Recordings | Automates transcription and clipping of Virtual Call Center recordings to meet federal attestation requirements | 2023-11-01 | 2025-05-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined attestation collection<br>* Improved accessibility | | |
| Current™ Integration with ILINXB | Configures ILINXB to push DPA associate data directly into Current™ workflow management system. | 2025-02-01 | 2025-06-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced redundant data entry<br>* Improved data management | | Jun 30, 2025: Implemented 6/29/2025 |
| ILINXB - Workflow Modernization | Eliminates ILINXB work queues to prepare for Current™ workflow system integration | 2025-04-01 | 2025-06-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined workflow<br>* Increased eligibility technician efficiency | | Jun 30, 2025: Implemented 6/29/2025 |
| Automated Date Received | Automating the date received date stamp in ILINXB to the next business day when it falls on a holiday or after hours, unless it is an FPM application | 2025-06-01 | 2025-06-30 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined workflow<br>* Increased eligibility technician efficiency | | Jun 30, 2025: New project added 6/10/2025<br>Implemented 6/26/2025 |
| Broad Based Categorical Eligibility (BBCE) Project | New category of eligibility for SNAP households. | 2024-04-01 | 2025-06-30 | Federal 50% / State 50% | * Increased SNAP participation<br>* Reduced eligibility technician (ET) time for resource verification | | Jun 30, 2025: Implemented 6/30/2025<br>Jul 14, 2025: Testing scheduled for mid-July |
| ILINXB Upgrade | Upgrades ILINXB system to improve usability, storage management, and flexibility. | 2024-07-01 | 2025-08-31 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced storage costs<br>* Enhanced user experience | Current™ integration | Jul 31, 2025: Testing is progressing<br>Resolving found defects. Go-live date is now 9/31/2025. |

| Project name | Project Description | Project start date | Project end date | Funding Source(s) | Key Outcome(s) | Dependency(s) | Project comments |
|---|---|---|---|---|---|---|---|
| Short Message Service (SMS) Messaging | Implements SMS messaging to notify clients of scheduled interviews and events | 2025-04-21 | 2025-09-30 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced rescheduling<br>* Increased timeliness<br>* Decreased lobby traffic | | Jun 30, 2025: Delay due to learning new developing technology (new API with EIS) and iLIANB upgrade. Date moved to 9/31/2025.<br>Jul 31, 2025: Delay due to reprioritization of projects. Automate Case Closure for Loss of Contact, iLIANB LTC Workflow, and this project are scheduled to go live the end of September, after iLIANB Upgrade. |
| Transition Adult Public Assistance (APA) and Senior Benefit (SB) programs from warrant to Electronic Benefit Transfer (EBT) | Campaign to move clients from paper warrants to direct deposit or EBT | 2024-10-01 | 2025-09-30 | 100% State | * Reduces printing and postage costs<br>* Improves benefit delivery times | | Jun 30, 2025: Delay due to negative testing results. Date moved to 9/31/2025.<br>Jul 22, 2025: Implementation delayed due to coordination with vendor and negative testing results. Date moved to 9/30/2025. |
| iLIANB Long Term Care Workflow | Creates electronic workflows to streamline Long Term Care provider document submissions. | 2025-05-01 | 2025-09-30 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Improved document submission<br>* Streamlined provider communication | | Jul 31, 2025: Delay due to reprioritization of projects. Automate Case Closure for Loss of Contact, iLIANB LTC Workflow, and this project are scheduled to go live the end of September, after iLIANB Upgrade. |
| Automate Case Closure for Loss of Contact | Automating the closure of cases when a renewal packet is not received timely. | 2025-07-01 | 2025-09-30 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced manual updates<br>* Increased timeliness | | |
| Instant Eligibility Verification System (IEVS) - Automated Asset Verification | Systematically generate the eligibility/asset verification report for ex parte Medicaid renewals. | 2024-02-15 | 2025-10-31 | Federal 75% / State 25% | * Reduced manual tasks<br>* Streamlined benefits processing | | Jun 30, 2025: Working to procure equipment.<br>9/31/2026 to 10/31/2025<br>* Implemented 5/31/2025 MAGI Medicaid renewals are manually batched each evening and sent to the IEVS (streamlined benefits processing achieved)<br>* Manual batch process will be automated by 6/01/2025<br>* Non-MAGI Medicaid applications will be automatically sent to the IEVS by 10/31/2025 |
| Centralized Mailroom | Automate mail handling and routing using iLIANB integrated with Current™. | 2025-05-01 | 2025-11-30 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program / GIC Reinvestment funds | * Reduced manual sorting<br>* Improved mail routing efficiency | | Jul 31, 2025: Extended go live date due to reprioritization of projects. |
| Eligibility Determination (ET) Repository | Develops a centralized repository for policies, procedures, and resources for eligibility staff | 2025-09-01 | 2025-11-30 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined staff access to resources<br>* Integrated with iLIANB | | |
| Milestone 2 - increment 4: iLIANB Online Application for Services eForm | Develops an online iLIANB eForm application portal for multiple assistance programs | 2024-01-01 | 2025-11-30 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlines applications<br>* Mobile-friendly<br>* Improved client access | Requires federal review | PROD-HI-00: Tracy Mack Jul 31, 2025: delay due to awaiting federal approval. Extending planned go live date to 11/30/2025. |
| Milestone 2 - increment 7: Alaska Connect (Self Service Portal) Phase 2 | Implements a client portal for application, case review, updates, and event tracking. | 2025-05-01 | 2025-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced in-person and call center traffic<br>* Increased client access | Workforce capacity constraints | Jul 31, 2025: Delay due to learning new developing technology (new API with EIS) |
| Unified Change Address Module | This feature will automate the ability for a user to enter an address once and have it update ARIES and EIS | 2025-08-01 | 2025-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined workflow<br>* Reduced client error | | |
| iLIANB - Advanced Capture Automated Document Type Classification (phase 2) | Automates the routing and classification of electronically received documents for public assistance programs | 2025-08-01 | 2025-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced manual sorting<br>* Decreased processing errors | Centralized mailroom functionality | |
| Milestone 2 - increment 4: iLIANB Online Heating Assistance Application eForm | Digitized the heating assistance application process for clients through dynamic smart forms | 2025-08-01 | 2025-12-31 | Low Income Heating Assistance Program (LIHEAP) Grant | * Expanded client self-service<br>* Improved accessibility for applications | | |
| Milestone 2 - increment 4: iLIANB Online Burial Assistance Application eForm | Digitized the burial assistance application process for clients through dynamic smart forms. | 2025-08-01 | 2025-12-31 | 100% State | * Expanding client self-service<br>* Improved accessibility for applications | | |
| Identify Deceased Medicaid Enrollees | Ensure that individuals enrolled in Alaska Medicaid are periodically checked to identify if any enrollees are deceased prior to renewing Medicaid benefits. | 2025-06-01 | 2025-12-31 | Federal 75% / State 25% | * Notices are not sent to deceased individuals<br>* Benefits are not issued to deceased individuals | | Jul 2, 2025: Blocker - awaiting SSA Death Match File.<br>Jul 31, 2025: Still blocked. Extending planned go live date to 12/31/2025. |
| iLIANB Plex | Enhanced version of iLIANB with newly added features that simplifies usability. | 2025-09-01 | 2025-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Streamlined workflow<br>* Increased eligibility technician efficiency | Workforce capacity constraints | |
| Centralized Registration | Automates registration of electronically submitted applications | 2024-10-01 | 2026-01-01 | Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Reduced manual intervention<br>* Streamlined online registration | | Awaiting CMS approval of the online Application for Services. Once approval is obtained, work to ingest the application and automate the registration process will begin. |

| Project name | Project Description | Project start date | Project end date | Funding Source(s) | Key Outcome(s) | Dependency(s) | Project comments |
|---|---|---|---|---|---|---|---|
| Milestone 2 - increment 6: ILN/XB Online Eligibility Review eForm | Digitized the eligibility review form's process for clients through dynamic smart forms | 2025-09-01 | 2026-02-28 | Costs are allocated amongst program s based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program / QC Reinvestment funds | * Expanded client self-service * Improved accessibility for applications | | Jun 30, 2025: Project delayed, awaiting FNS approval |
| Qualtrics Implementation | Develops surveys to drive better experiences of employees, clients, and providers across digital and physical touchpoints | 2024-02-01 | 2026-02-28 | Funding: Costs are allocated amongst programs based on the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program. | * Engages teams * Improves manager effectiveness * Drives informed decisions | | |
| Worker Assist | Develops virtual assistant to provide real-time access to policies and guidance for eligibility workers | 2025-09-01 | 2026-03-31 | 100% State / QC Reinvestment funds | * Increased accuracy * Reduced search time for staff * Improved case outcomes | | Jun 30, 2025: Project delayed, awaiting FNS approval |
| Intelligent Policy Tracking and Compliance Support | Implements AI-powered system for monitoring regulatory changes and alerting staff | 2025-09-01 | 2026-08-31 | 100% State / QC Reinvestment funds | * Reduced lag in policy updates * Improved compliance response | | Jun 30, 2025: Project delayed, awaiting FNS approval |
| Notice Enhancements | Modernizes notices through a correspondence management platform to standardize communications | 2025-09-01 | 2026-08-31 | 100% State / QC Reinvestment funds | * Improved client understanding * Reduced pending cases due to communication gaps | | Jun 30, 2025: Project delayed, awaiting FNS approval |
| Quality Control (QC) System Replacement | Replaces QC system with platform providing real-time error data and analysis | 2025-09-01 | 2026-08-31 | 100% State / QC Reinvestment funds | * Enhanced oversight * Improved training * Reduced eligibility errors | | Jun 30, 2025: Project delayed, awaiting FNS approval |
| ILN/XB - Analytics Dashboards | Deploys analytics reporting to track application and clerical productivity through ILN/XB | 2026-01-01 | 2026-12-31 | | * Improved transparency * Enhanced performance monitoring | Resource availability and project prioritization | Jun 30, 2025: Procurement activities are underway |
| Milestone 2 - increment 1-5: Aged, Blind, Disabled, Long Term Care (LTC), Hospital Presumptive Eligibility (HPE), and Non-MAGI Medicaid Modernization Module | Deploys modern Integrated Eligibility Platform (IEP) replacing legacy systems | 2025-07-01 | 2026-12-31 | Federal 90% / State 10% | * Reduced administrative burden * Simplified Medicaid determinations | Workforce capacity constraints | Jul 31, 2025: Notice of intent to Award was issued. Awaiting CMS approval prior to contract execution. |
| Milestone 3 - Supplemental Nutrition Assistance Program (SNAP) Modernization Module | Modernizes SNAP eligibility processing through Integrated Eligibility Platform (IEP) | 2026-01-01 | 2026-12-31 | Federal 50% / State 50% | * Streamlined workflows * Improved reporting capabilities | Workforce capacity constraints | Jul 31, 2025: Awaiting federal funding approval |
| Milestone 2.6 – Data Architecture and Interoperability | Data integration solution that ingests and migrates data from multiple enterprise systems into a modern integrated operational data repository | 2025-10-01 | 2026-12-31 | the Public Assistance Cost Allocation Plan (PACAP) with federal matching dollars varying per program | * Makes data from multiple systems available and accessible for reporting and operations requests | Workforce capacity constraints | |
| Milestone 2 - increment 8: Adult Public Assistance (APA) Cash Program Modernization Module | Modernizes Adult Public Assistance program through new Integrated Eligibility Platform (IEP) | 2026-07-01 | 2027-06-30 | 100% State | * Reduced administrative burden * Improved eligibility efficiency | Milestone 2 increments 1-5 and Milestone 3 migration off legacy EIS | |
| Milestone 4 – Cash Program Modernization (Alaska Temporary Assistance Program (ATAP), Senior Benefits, General Relief Assistance (GRA)) Module | Modernizes Alaska Temporary Assistance Program (ATAP), Senior Benefits, and General Relief Assistance (GRA) programs under the new Integrated Eligibility Platform (IEP) **Allows for decommissioning of the legacy Eligibility Information System (EIS)** | 2027-02-01 | 2028-01-31 | Funding: 100% State-funded unless the Temporary Assistance for Needy Families (TANF) Maintenance of Effort (MOE) requirement is met, in which case federal support becomes available | * Reduced administrative burden * Improved eligibility efficiency | Milestone 2 increments 1-5, Milestone 2 increment 6, and Milestone 3 migration off legacy EIS | |



## State of Alaska/DPA: Executive Status Report

**Report Date: 08/08/25**

*ILINX Casefiles Renewal Packet Process*

*Project Sponsor: Deb Etheridge*　　　　　　　　　*Project Manager: David MacWatters*

### Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | Discovery/design meetings scheduled for 815.2025. |
| Scope | | | As defined in the executed Project Charter. |
| Schedule | | | Defined after discovery/solution design meeting and generation/approval of project plan. |
| Cost | | | As defined in the executed Project Charter. |
| Risk | | | |

| | | |
|---|---|---|
| 🔴 **Red:** Critical issues jeopardize projects | 🟡 **Yellow:** At risk, but mitigation efforts are in place or underway | 🟢 **Green:** On track, progressing as planned. |

### Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

### Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| 1. TBD | | | | |



## State of Alaska/DPA: Executive Status Report

*ILINX Casefiles Workflow Modernization*

*Project Sponsor: Deb Etheridge*

Report Date: 08/08/25

Project Manager: David MacWatters

### Key Project Metrics

| CATEGORY | STATUS | | NOTES |
|---|---|---|---|
| | Previous\Current | | |
| Overall Status | | | Project in Production! Roll Out Support concludes 07.03.2025. CR 3 approved and accepted. Promoted to production evening of 7.08.2025. 07.16.2025 - Additional changes required to support CURRENT transition from Azure to AWS data center.  ILINX Test configured to integrate with CURRENT/AWS instance to support DPA  testing. 08.08.2025 – CURRENT/AWS go live scheduled for 8-09.25, 3:00 pm AT. |
| Scope | | | DPA/C!A request for ILINX to send test payload to new AWS/CURRENT solution. |
| Schedule | | | Project extended to support C!A/CURRENT migration to AWS data center which is scheduled to begin on 8.8.205, completed on 8.10.2025. |
| Cost | | | Review funding/encumbrance with DPA after 04.01.25 meeting. |
| Risk | | | Resource availability State of Alaska and ImageSource. |

| 🔴 | **Red:** Critical issues jeopardize projects | 🟡 | **Yellow:** At risk, but mitigation efforts are in place or underway | 🟢 | **Green:** On track, progressing as planned. |
|---|---|---|---|---|---|

### Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| 3. Solution Acceptance  4. Go Live Planning / Production Promotion | DPA Test team identified an issue – when phone number not added in ILINX (blank value passed to CURRENT) but exists in CURRENT, the existing CURRENT phone number value is replaced spaces (blank). | 06.20 (4:20 pm PT) C!A notified of issue (Linda). C!A to address issue where CURRENT API is not processing received blank values (valid) properly and DPA is validation of fix. | C!A indicated this is a how the CURRENT API is designed. Decision by DPA to go live with current configuration, this will be addressed when DPA ARIES/EIS lookup contains Phone Number. | 06.24.2025 |
| CR 03 | When Mobile Phone Number is left blank or does not exist in ILINX, the CURRENT application removes previously stored Phone Numbers in CURRENT.  CURRENT unable to address defect. | Configure ILINX Mobile Number a required field.  In instances where a Mobile Number does not exist in ARIES, the DPA user will enter '000-000-0000' in ILINX and therefore CURRENT will not blank out previously provided Phone Number is CURRENT. | Implement logic update for Mobile Phone Number and ILINX/CURRENT Integration function to support requested action. | 07.09.2025 |
| CR 04 | C!A/CURRENT is transitioning from MS Azure to Amazon Web Service data center (new version). IS in process of upgrading ILINX to newest GA release. | Modify ILINX (new release)/CURRENT Integration to leverage new AWS endpoints, and update integration code as required to support DPA testing/validation. | ImageSource updated CURRENY integration endpoints as well as integration code to support DPA/C!A testing to support DPA/C!A CURRENT go live of 8.8.2025. | 08.08.2025 |

**IMAGESOURCE**

**Milestones/Deliverables**

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| 2. Project Plan Acceptance | 04.14.2025 | 04.17.2025 | 100% | Formal DPA acceptance of Project Plan set planned for 04.14.2025 |
| 3. Design, Configure, Sprints, Sprint Reviews | 06.06.2025 | 05.23.2025 | 100% | Configuration Complete! |
| 4. Solution Acceptance | 06.11.2025 | 06.23.2025 | 100% | Formal DPA acceptance for this deliverable received 06.24.2025. |
| 5. Go Live Planning / Production Promotion | 06.25.2025 | 06.24.2025 | 100% | Formal DPA acceptance for this deliverable received 06.24.2025. |
| 6. Roll Out Support / Project Close | 06.25.2025 | 07.02.2025 | 100% | 5 days after Go Live. |
| 7. CR 3 | 07.08.2025 | 07.08.2025 | 100% | Project complete. Formal DPA acceptance for this deliverable sent for review. |
| 8. CR 4 | 08.08.2025 | | 75% | ILINX (upgrade version) updated to support integration to CURRENT new AWS instance. DPA acceptance (Test) achieved. Prepare go promotion to production on 8.09.2025. |



## State of Alaska/DPA: Executive Status Report          Report Date: 08/08/25
### ILINX/CURRENT Integration

**Project Sponsor: Deb Etheridge**                    **Project Manager: Jason Darrow**

### Key Project Metrics

| CATEGORY | STATUS | | NOTES |
|----------|--------|--------|-------|
| | Previous\Current | | |
| Overall Status | 🟩 | 🟩 | CR002 went Live on 7.08.2025. 07.16.2025 - Additional changes required to support CURRENT transition from Azure to AWS data center.  ILINX Test configured to integrate with CURRENT/AWS instance to support DPA  testing. 08.08.2025 – CURRENT/AWS go live scheduled for 8-09.25, 3:00 pm AT. |
| Scope | 🟩 | 🟩 | DPA/C!A request for ILINX to send test payload to new AWS/CURRENT solution. |
| Schedule | 🟩 | 🟩 | Project extended to support C!A/CURRENT migration to AWS data center, which is scheduled to begin on 8.8.205, completed on 8.10.2025. |
| Cost | 🟩 | 🟩 | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | 🟩 | 🟩 | Resource availability State of Alaska and ImageSource. |

| | | | |
|---|---|---|---|
| 🔴 **Red:** Critical issues jeopardize projects | 🟡 **Yellow:** At risk, but mitigation efforts are in place or underway | 🟢 **Green:** On track, progressing as planned. | |

### Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|------------------------|-------|------------------|------------|-----------------|
| 3. Solution Acceptance  4. Go Live Planning / Production Promotion | DPA Test team identified an issue – when phone number not added in ILINX (blank value passed to CURRENT) but exists in CURRENT, the existing CURRENT phone number vale is replaced spaces (blank). | 06.20 (4:20 pm PT) C!A notified of issue (Linda). C!A to address issue where CURRENT API is not processing received blank values (valid) properly and DPA is validation of fix. | C!A indicated this is a how the CURRENT API is designed. Decision by DPA to go live with current configuration, this will be addressed when DPA ARIES/EIS lookup contains Phone Number. | 06.24.2025 |
| CR002 | Logic was originally expected to be managed on the Current Application side, which would have automatically interpreted and adjusted the Express value based on Access Point and Program. However, the Current team has confirmed that they are unable to support this behavior at this time. They plan to implement the required enhancements in October, and this ILINX configuration change serves as an interim solution to ensure accurate | Configuration change in ILINX Capture related to the Express checkbox prompt logic as part of the integration with the Current Application. The logic will be updated as follows:  •If Access Point = Lobby or VCC, users will not be allowed to select the Express field (the checkbox will be disabled).  •If Access Point = Non Lobby and Program = HAPX or Snap XFS, the Express checkbox will default to checked but remain editable so users can unselect if appropriate. | Implemented logic in to ILINX Capture Prompt | 07.09.2025 |



| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
|  | processing during the integration period. |  |  |  |
| CR 4 | C!A/CURRENT is transitioning from MS Azure to Amazon Web Service data center (new version). IS in process of upgrading ILINX to newest GA release. | Modify ILINX (new release)/CURRENT Integration to leverage new AWS endpoints, and update integration code as required to support DPA testing/validation. | ImageSource updated CURRENY integration endpoints as well as integration code to support DPA/C!A testing to support DPA/C!A CURRENT go live of 8.8.2025. | 08.08.2025 |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| D1 | Project Plan – Create/Refine User Stories | May 21, 2025 | May 21, 2025 | 100% | Project Plan signed on 05/21. |
| D2 | Design, Configure, Sprints, Sprint Reviews | June 10, 2025 | June 10, 2025 | 100% | Deliverable 2 Acceptance on 06/12. |
| D3 | Solution Acceptance | June 19, 2025 | June 19, 2025 | 100% | Formal DPA acceptance for this deliverable received 06.24.2025. |
| D4 | Go Live Planning | June 25, 2025 | June 25, 2025 | 100% | Formal DPA acceptance for this deliverable received 06.24.2025. |
| D5 | Production Go Live/Roll Out Support | June 25, 2025 | July 02, 2025 | 100% | Project complete. Formal DPA acceptance for this deliverable received 07.09.2025 |
| CR002 | July 8, 2025 | July 08,2025 | 95% | Project complete. Formal DPA acceptance for this deliverable sent for review. |
| CR 4 | 08.08.2025 |  | 75% | ILINX (upgrade version) updated to support integration to CURRENT new AWS instance. DPA acceptance (Test) achieved. Prepare go promotion to production on 8.09.2025. |



## State of Alaska/DPA: Executive Status Report

Report Date: 8/08/25

### ILINX Long Term Care

Project Sponsor: Deb Etheridge

Project Manager: Jason Darrow

### Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | Project Plan approved. Configuration will begin following the upgrade to version 9.6 |
| Scope | | | Updating requirements |
| Schedule | | | Defined at update project plan approval. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

🔴 **Red:** Critical issues jeopardize projects  🟡 **Yellow:** At risk, but mitigation efforts are in place or underway  🟢 **Green:** On track, progressing as planned.

### Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

### Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | July 25, 2025 | July 25, 2025 | 100% | Project Plan approved |
| Deliverable 2: Design, Configure, Sprints, Sprint Reviews | August 18, 2025 | | 0% | Configuration will begin following the upgrade to version 9.6 |
| Deliverable 3: Solution Acceptance | August 27, 2025 | | | |
| Deliverable 4: Go Live Planning | | | | |
| Deliverable 5: Promote Solution (SaaS Production) | | | | |
| Deliverable 6: Production Go Live/Roll out Support | | | | |



## State of Alaska/DPA: Executive Status Report

*ILINX Casefiles Notice Renewal Interview (SMS) Process*

**Report Date: 08/08/25**

*Project Sponsor: Deb Etheridge*

*Project Manager: David MacWatters*

### Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | 🟩 | 🟩 | Project Plan approved. Design rereviewed session with C!A/CURRENT schedule for 08.13.2025 (post CURRENT/AWS migration). |
| Scope | 🟩 | 🟩 | Validated during Project Plan review process. |
| Schedule | 🟩 | 🟩 | Defined after ILINX upgrade project completion. |
| Cost | 🟩 | 🟩 | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | 🟩 | 🟩 | Resource availability State of Alaska and ImageSource. |

| 🔴 **Red:** Critical issues jeopardize projects | 🟡 **Yellow:** At risk, but mitigation efforts are in place or underway | 🟢 **Green:** On track, progressing as planned. |
|---|---|---|

### Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

### Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 07.25.2025 | 07.25.2025 | 100% | Project Plan Approval. |
| Deliverable 2: Design, Configure, Sprints, Sprint Reviews | 08.18.2025 | | 0% | Configuration will begin following the upgrade to version 9.6 |
| Deliverable 3: Solution Acceptance | | | | |
| Deliverable 4: Go Live Planning | | | | |
| Deliverable 5: Promote Solution (SaaS Production) | | | | |
| Deliverable 6: Production Go Live/Roll out Support | | | | |



## State of Alaska/DPA: Executive Status Report

Report Date: 08/08/25

*ILINX All Services Application*

*Project Sponsor: Deb Etheridge*

*Project Manager: David MacWatters*

### Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | 🟥 | 🟥 | **Blocked.** Project Delay Notice #1 transmitted May 29, 2025, to Deb Etheridge. SOA mandatory regulatory approvals from FNS, CMS, and Policy are blocking remaining project tasks. |
| Scope | 🟩 | 🟩 | DPA user acceptance achieved. |
| Schedule | 🟥 | 🟥 | **Blocked.** See overall status. The remaining project tasks cannot be planned/scheduled |
| Cost | 🟩 | 🟩 | Fixed bid |
| Risk | 🟥 | 🟥 | **Blocked.** Resource availability State of Alaska. Requirement to obtain multiple external. (FNS/CMS) and internal (Policy) approvals |

| | | |
|---|---|---|
| 🔴 **Red:** Critical issues jeopardize projects | 🟡 **Yellow:** At risk, but mitigation efforts are in place or underway | 🟢 **Green:** On track, progressing as planned. |

### Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| User Acceptance Testing | FNS, CMS (federal reviews/acceptance are not complete. Internal SOA Policy review dependent upon completion of FNS/CMS. Affecting ability to deliver solution. | ImageSource generated Project Delay Notice transmitted to SOA DPA on 05.29.2025. Request FNS, CMS review completion date. Establish reasonable SOA Policy review/acceptance timeline. | **08.08.2025 – No Updates.** **08.01.2025 – No updates.** **07.25.2025 – No updates.** **07.18.2025 – No updates.** **07.11.2025 – No updates.** **07.03.2025 – No updates.** **06.27.2025 – No Updates.** **06.20.2025 – No updates.** **06.13.2025 – No Updates.** **06.06.2025 – No updates.** **05.30.2025 – Project Delay Notice sent to SOA (Deb).** **05.23.2025 – No Change.** **05.16.2025 No Change.** **05.09.2025 – No Change,** **05.02.2025:** No updates from CMS/FMS regarding review/status. **04.25.2025:** Initial review of CMS/FNS introductory questions completed on 4.21.25. ImageSource documenting via Change Request. **04.18.2025 –** Initial Change Request started to record FNS/CMS introductory | |

**IMAGE**SOURCE

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | comments, planned meeting for week of 04.21. 2025 to complete review and update CR in prep for Becky response back to FNS and CMS. It is understood that FNS/CMS comments are initial, cursory, doth team agree no changes to be made until official response(s) are received. 4.11.2025 – Reviewed CMS comments, creating Change Request to address potential updates (pending clarification from CMS and Policy.  Scheduling similar review of FNS comments. 04.04.25 – Initial review meeting scheduled for 04.08.25.03.28.2025 – targeting meeting Becky, Dave, Maidson to review CMS email and prepare response. 03.21.25 initial response from CMS received, being reviewed internally by DPA. | |

### Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Project Plan | 07.30.2024 | 07.30.2024 | 100% | Complete. |
| Configure, Sprints, Sprint Reviews and Acceptance Testing | 12.01.2024 | See Note. | | Configuration and UAT complete and received. **Project delayed for FNS, CMS, and internal SOA Policy review/acceptance. ImageSource generated Project Delay Notice transmitted to SOA (DPA) on 05.29.2025.** |
| Go Live Planning | 30 days | | 0% | Original completion date target undefined due to external review/approvals outside of DPA/ImageSource control. Completion for this task is 30 days from FNS/CMS/Policy approval. |
| Promote Solution (SaaS Production) | 1 week | See Note. | 0% | One week to promote solution to production after D2 and D3 above. |
| Production Go Live/Roll Out Support | 40 hours | See Note | 0% | ImageSource to provide 40 hours go live support begin day one (1) of production operations. |

## X. Attachment 5

Distribution of Full-Time Permanent, Long-Term Non-Permanent, and Short-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions



**Pie Chart: PCN Control - Field ET Vacancies**

Status
Total Issues: **261**

| | | |
|---|---|---|
| 🟩 | PCN Filled | 192 |
| 🟦 | PCN Vacant | 20 |
| 🟥 | Interviewing | 19 |
| 🟨 | PCN Deletion | 12 |
| 🟪 | PCN Recruiting | 8 |
| 🟪 | Posted | 7 |
| ⬜ | Hire Pending | 3 |



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 07/09/2025*

*Definitions:

**Field Eligibility Technician (ET):** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*

**Eligibility Technician 2 (ET 2)** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*

***Eligibility Technician 3 (ET3)*** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

***Eligibility Technician 4 (ET4)*** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

***Eligibility Office Manager 1 (EOM1)*** *Eligibility Office Manager 1 is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

***Eligibility Office Manager 2 (EOM2)*** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

***Permanent (Budgeted) Positions:*** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

***Long-Term Non-Permanent (LTNP) Positions:*** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

***PCN Recruiting:*** *The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.*

***PCN Posted:*** *The position has been advertised, and applications are being accepted through the designated recruitment platform.*

***PCN Interviewing:*** *Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.*

***PCN Hire Pending:*** *A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.*

***PCN Filled:*** *The position has been successfully filled, and the new hire has started or is scheduled to begin work.*

***PCN Vacant:*** *The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.*

*Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class) that had a Personnel Action take place in the month.*



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 07/09/2025*

# XI.    Attachment 6

*Attachment 6: Distribution and Status of Contracted Staff*

Table 3. Current Contracted Call Center Staffing Levels

| Position | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Supervisors | 13 |
| Active Eligibility Associates | 108 |
| Inactive Staff/On Leave | 5 |
| **Total** | **128** |

*Data provided by Public Consulting Group, July 1, 2025*

*Position Descriptions:

**Call Center Manager:** *The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.*

**Quality Assurance Manager/Trainer:** *The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.*

**Supervisors:** *The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.*

**Active Eligibility Associates:** *The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.*

***Inactive Staff/On Leave:*** *Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangements.*

# XII.    Attachment 7

**Training and Staffing**

**Introduction:** The Division of Public Assistance is currently engaged in intensive training programs to address staffing needs and improve efficiency in eligibility case processing. This report outlines the training timelines, cohort details, and staffing outcomes, supplemented by data on new hires, recruitment efforts, and Position Control Number (PCN) statuses.

**Training Overview:** The main training program running at present is the Modified Adjusted Gross Income Medicaid (MAGI)/Supplemental Nutrition Assistance Program (SNAP) training, which spans ten weeks from onboarding to readiness for production. The timeline is structured as follows:

- **Week 1:** Division orientation
- **Week 2:** System preparation—familiarization with operational systems
- **Weeks 3-4:** Virtual instructor-led training for MAGI
- **Weeks 5-6:** On-the-job (OJT) training for MAGI processing, transitioning to SNAP
- **Weeks 7-8:** Virtual instructor-led training for SNAP
- **Weeks 9-10:** OJT for SNAP and MAGI/SNAP processing

By Week 10, staff are expected to independently handle cases, albeit with some assistance.


Adult Public Assistance (APA) training is a two-week course. Week one is virtual instructor led and week two is OJT processing cases. This training builds on skills learned in the MAGI and SNAP trainings, introducing new policy and procedures specific to the APA program.

Heating Assistance (HAP) is an online course that staff can access as needed. This course is intended for staff with existing eligibility background. When new staff are hired in off the street for HAP, an instructor-led training will be used.

1

**Current Training Cohorts:** The Division is running several consecutive, concurrent MAGI/SNAP training cohorts, with trainings scheduled as needed to meet the needs of new hires as they are onboarded Additionally, training plans are in progress for other programs such as Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP) program. Below is the training schedule dashboard. This dashboard will be provided to the court on a monthly basis:

| Training Start Date | Training Name | Number of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 5/19/25 | Ktn/Sitka/Nome MAGI/SNAP | 5 | 7/25/25 | 5 |
| 6/2/25 | Anchorage/Wasilla MAGI/SNAP | 8 | 8/15/25 | 8 |
| 6/23/25 | Fairbanks/Kodiak MAGI/SNAP | 5 | 9/5/25 | 5 |
| 7/28/25 | APA | 15 | 8/8/25 | 15 |
| 6/30/25 | Fairbanks/Nome MAGI/SNAP | 4 | 9/12/25 | 4 |
| ~7/2025 | Juneau/Ketchikan MAGI/SNAP | *3 | ~10/2025 | 3 |
| ~8/2025 | Wasilla MAGI/SNAP | *4 | ~11/2025 | 4 |
| ~9/2025 | Anchorage MAGI/SNAP | *4 | ~12/2025 | 4 |

*Data provided by Chief of DPA Learning & Development, 7/3/2025*
*These numbers are based on current vacancies as of 7/3/2025.*

2