STEPHEN J. COX
ATTORNEY GENERAL

Lael A. Harrison (Alaska Bar No. 0811093)
Senior Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Senior Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

David Wilkinson (Alaska Bar No. 1211136)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email:  david.wilkinson@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>Defendant. | Case No.: 3:23-cv-00044-SLG |

**PARTIES' STIPULATED SUMMARY JUDGMENT BRIEFING SCHEDULE**

The parties stipulate to the following deadlines for summary judgment briefing. With respect to Defendant's Motion for Summary Judgment, Dkt. 102 (Sept. 2, 2025):

- Plaintiffs' opposition is due October 17, 2025;

- Defendant's reply is due November 7, 2025.

Any other summary judgment motions, filed by either party, will have the following deadlines:

- Summary judgment motions are due September 15, 2025;

- Oppositions are due October 24, 2025;

- Replies are due November 17, 2025.

*John Andrew et. al. v. Heidi Hedberg*  Case No.: 3:23-cv-00044-SLG
PARTIES' STIPULATED SUMMARY JUDGMENT  Page 2 of 6
BRIEFING SCHEDULE
Case 3:23-cv-00044-SLG    Document 105    Filed 09/12/25    Page 2 of 6

A proposed order approving this stipulation is enclosed.

    DATED: September 12, 2025.

                                    STEPHEN J. COX
                                    ATTORNEY GENERAL

By:    */s/David Wilkinson*
        David Wilkinson
        Alaska Bar No. 1211136
        Senior Assistant Attorney General
        Lael A. Harrison
        Alaska Bar No. 0811093
        Justin D. Nelson
        Alaska Bar No. 1102007
        Department of Law
        Attorneys for Defendant

    DATED: September 12, 2025.

By:    */s/Saima Akhtar*
        Nicholas Feronti, AK Bar No. 2106069
        Goriune Dudukgian, AK Bar No. 0506051
        **NORTHERN JUSTICE PROJECT, LLC**
        406 G Street, Suite 207 Anchorage, AK 99501
        (907) 308-3395 (telephone)
        (866) 813-8645 (fax)
        Email: gdudukgian@njp-law.com
        Email: nferonti@njp-law.com

        *Saima Akhtar (New York Bar No. 4661237)
        **NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
        50 Broadway, Suite 1500 New York, NY 10004
        (212) 633-6967 (telephone)
        (212) 633-6371 (fax)
        Email: akhtar@nclej.org

        *Margaret D. Craig (Mass. Bar No. 569130)
        *Kelsey Tavares (Mass. Bar No. 705934)
        **DLA PIPER LLP (US)**

*John Andrew et. al. v. Heidi Hedberg*         Case No.: 3:23-cv-00044-SLG
PARTIES' STIPULATED SUMMARY JUDGMENT         Page 3 of 6
BRIEFING SCHEDULE

Case 3:23-cv-00044-SLG     Document 105     Filed 09/12/25     Page 3 of 6

33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-4629
(214) 743-4572 (telephone)
(972) 692-7272 (fax)
Email: sean.fulton@us.dlapiper.com

Attorneys for plaintiffs.

Certificate of Service

I certify that on September 12, 2025 the foregoing **Parties' Stipulated Summary Judgment Briefing Schedule** and **Proposed Order** was served electronically on:

Goriune Dudukgian
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK  99501

*John Andrew et. al. v. Heidi Hedberg*   Case No.: 3:23-cv-00044-SLG
PARTIES' STIPULATED SUMMARY JUDGMENT   Page 4 of 6
BRIEFING SCHEDULE

Case 3:23-cv-00044-SLG   Document 105   Filed 09/12/25   Page 4 of 6

gdudukgian@njp-law.com

Nicholas Feronti
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
nferonti@njp-law.com
CC all pleadings to:
Jim Davis - jdavis@njp-law.com

Saima Akhtar
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
akhtar@nclej.org

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
kelsey.tavares@us.dlapiper.com

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Sean P. Fulton
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
sean.fulton@us.dlapiper.com

Constance I. Du

*John Andrew et. al. v. Heidi Hedberg*   Case No.: 3:23-cv-00044-SLG
PARTIES' STIPULATED SUMMARY JUDGMENT   Page 5 of 6
BRIEFING SCHEDULE

Case 3:23-cv-00044-SLG   Document 105   Filed 09/12/25   Page 5 of 6

DLA Piper LLP (US)
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
constance.du@us.dlapiper.com

*/s/David Wilkinson*
David Wilkinson, Assistant Attorney General

*John Andrew et. al. v. Heidi Hedberg*	Case No.: 3:23-cv-00044-SLG
PARTIES' STIPULATED SUMMARY JUDGMENT	Page 6 of 6
BRIEFING SCHEDULE
Case 3:23-cv-00044-SLG    Document 105    Filed 09/12/25    Page 6 of 6