STEPHEN J. COX
ATTORNEY GENERAL

Lael A. Harrison (Alaska Bar No. 0811093)
Senior Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Senior Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

David Wilkinson (Alaska Bar No. 1211136)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email:  david.wilkinson@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>Defendant. | Case No.: 3:23-cv-00044-SLG |

## [PROPOSED] ORDER APPROVING PARTIES' STIPULATED SUMMARY JUDGMENT BRIEFING SCHEDULE

The Parties' Stipulated Summary Judgment Briefing Schedule is approved. IT IS ORDERED that the following deadlines shall apply to summary judgment briefing. With respect to Defendant's Motion for Summary Judgment, Dkt. 102 (Sept. 2, 2025):

- Plaintiffs' opposition is due October 17, 2025;
- Defendant's reply is due November 7, 2025.

Any other summary judgment motions, filed by either party, will have the following deadlines:

- Summary judgment motions are due September 15, 2025;
- Oppositions are due October 24, 2025;
- Replies are due November 17, 2025.

*John Andrew et. al. v. Heidi Hedberg*  Case No.: 3:23-cv-00044-SLG
[PROPOSED] ORDER  Page 2 of 3
Case 3:23-cv-00044-SLG   Document 105-1   Filed 09/12/25   Page 2 of 3

DATED: _____ 2025.

_____
Sharon L. Gleason
United States District Judge