# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DELLA KAMKOFF, *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>HEIDI HEDBERG, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>        Defendant. | Case No. 3:23-cv-00044-SLG |

## ORDER RE PARTIES' STIPULATED SUMMARY JUDGMENT BRIEFING SCHEDULE

Before the Court at Docket 105 is the Parties' Stipulated Summary Judgment Briefing Schedule. Upon due consideration, the stipulation is hereby GRANTED. IT IS ORDERED that the following deadlines shall apply to summary judgment briefing. With respect to Defendant's Motion for Summary Judgment, Dkt. 102 (Sept. 2, 2025):

- Plaintiffs' opposition is due October 17, 2025;
- Defendant's reply is due November 7, 2025.

Any other summary judgment motions, filed by either party, will have the following deadlines:

- Summary judgment motions are due September 15, 2025;
- Oppositions are due October 24, 2025;

- Replies are due November 17, 2025.

DATED this 16th day of September, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00044-SLG, *Kamkoff, et al. v. Hedberg*
Order Re Parties' Stipulated Summary Briefing Schedule
Page 2 of 2

Case 3:23-cv-00044-SLG   Document 113   Filed 09/16/25   Page 2 of 2