STEPHEN J. COX
ATTORNEY GENERAL

Lael A. Harrison (Alaska Bar No. 0811093)
Senior Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Senior Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

David Wilkinson (Alaska Bar No. 1211136)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email:  david.wilkinson@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Heidi Hedberg, in her official capacity as Commissioner of the Alaska Department of Health,<br><br>Defendant. | Case No.: 3:23-cv-00044-SLG |

## NOTICE OF FILING
## DIVISION OF PUBLIC ASSISTANCE COURT REPORT

Pursuant to this Court's Order of December 31, 2024, the Alaska Department of Health files its tenth Monthly Status Report.

DATED: November 3, 2025.

STEPHEN J. COX
ATTORNEY GENERAL

By: /s/Lael Harrison
Lael A. Harrison
Assistant Attorney General
Alaska Bar No. 0811093
Department of Law
Attorney for Defendant

By: /s/Justin Nelson
Justin D. Nelson
Alaska Bar No. 1102007

*John Andrew et. al. v. Heidi Hedberg*  Case No.: 3:23-cv-00044-SLG
NOTICE OF FILING DPA COURT REPORT  Page 2 of 4
Case 3:23-cv-00044-SLG   Document 119   Filed 11/03/25   Page 2 of 4

Assistant Attorney General
Alaska Department of Law
Attorney for Defendant

Certificate of Service

I certify that on November 3, 2025, the foregoing **Notice of Filing Division of Public Assistance Court Report** was served electronically on:

Goriune Dudukgian
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
gdudukgian@njp-law.com

Nicholas Feronti
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
nferonti@njp-law.com
CC all pleadings to:
Jim Davis - jdavis@njp-law.com

Saima Akhtar
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
akhtar@nclej.org

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
kelsey.tavares@us.dlapiper.com

*John Andrew et. al. v. Heidi Hedberg*　　　　　　　　　　Case No.: 3:23-cv-00044-SLG
NOTICE OF FILING DPA COURT REPORT　　　　　　　　　　Page 3 of 4
Case 3:23-cv-00044-SLG　　Document 119　　Filed 11/03/25　　Page 3 of 4

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Sean P. Fulton
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
sean.fulton@us.dlapiper.com

Constance I. Du
DLA Piper LLP (US)
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
constance.du@us.dlapiper.com

*/s/Lael Harrison*
Lael A. Harrison, Assistant Attorney General

*/s/Justin Nelson*
Justin D. Nelson, Assistant Attorney General

*John Andrew et. al. v. Heidi Hedberg*　　　　　　　　　　Case No.: 3:23-cv-00044-SLG
NOTICE OF FILING DPA COURT REPORT　　　　　　　　　　Page 4 of 4
Case 3:23-cv-00044-SLG    Document 119    Filed 11/03/25    Page 4 of 4