# Report on Compliance with Court-Ordered Requirements

SNAP/APA

STATE OF ALASKA, DEPARTMENT OF HEALTH, MARCH 1, 2026

## Table of Contents

I.   Introduction ................................................................................................................ 2

II.  Federal Correspondence and Guidance ................................................................. 2

III. Timely Processing of Applications ....................................................................... 5

   A. Workload and Timeliness ............................................................................... 5

   B. Information Technology Modernization ......................................................... 7

   C. Staffing Improvements. ................................................................................... 9

   D. Contracted Staffing ........................................................................................ 10

   E. Training and Development .............................................................................. 12

IV.  Workload Management Matrix Updates ............................................................... 11

V.   Conclusion ........................................................................................................... 13

   Attachment 1: Federal Correspondence and Guidance .......................................... 14

   Attachment 1.1: FNS State Systems Office Analyst Transition & Milestone .......... 14

   Attachment 1.2: GY2026 SNAP Financial Management Review Scheduling Letter ... 18

   Attachment 1.3: FFY 2026 SNAP Management Evaluation Entrance Letter ............. 24

   Attachment 2: Workload Management Matrix. ....................................................... 29

   Attachment 3: Dashboard with Detail .................................................................. 35

   Attachment 4: Information Technology Modernization Project Roadmap ............... 39

   Attachment 4.2: Executive Status Portfolio Report. ............................................. 51

   Attachment 5: Staffing and Workforce Capacity ................................................. 61

   Attachment 5.2: VCC Hiring Update ................................................................... 65

   Attachment 6: Distribution and Status of Contracted Staff .................................. 67

   Attachment 7: Training and Staffing Update ........................................................ 68

# I.     Introduction

This report provides the Court with an update on the Division's continued efforts to improve timeliness, strengthen program accuracy, stabilize the workforce, and advance system modernization. During this reporting period, the Division has focused on balancing operational workload with structured training expansion, targeted quality initiatives, and phased information technology improvements.

The Division remains engaged with federal partners on oversight matters while continuing to implement internal process improvements designed to support compliance, improve workflow efficiency, and build long-term operational sustainability. The updates below reflect coordinated progress across federal correspondence, timely processing, modernization efforts, staffing stabilization, contracted support, training development, and workload management oversight.

# II.     Federal Correspondence

During this reporting period, the Division received multiple items of federal correspondence related to SNAP oversight, fiscal compliance, and systems coordination.

On January 8, 2026, the Food and Nutrition Service notified the Division of a transition in State Systems Office analyst oversight for Alaska's Supplemental Nutrition Assistance Program integrated eligibility and enrollment and Electronic Benefit Transfer projects. Effective January 7, 2026, Dawn Bartolomeo assumed responsibility for these projects on behalf of the Food and Nutrition Service.

The State Systems Office analyst serves as Alaska's primary federal point of contact for eligibility systems and Electronic Benefit Transfer modernization, including review and approval of planning documents, federal funding participation, project milestones, and compliance with federal systems requirements. As Alaska advances significant modernization efforts, consistent federal oversight is essential to maintaining timelines and securing federal funding.

Ms. Bartolomeo has not previously worked with Alaska. The Division will provide project background and current status updates to support a smooth transition and continuity of oversight.

On February 18, 2026, the Division submitted the updated Milestone 3 Supplemental Nutrition Assistance Program migration Request for Proposal and supporting documentation to the Food and Nutrition Service for review. The Request for Proposal seeks a vendor to support migration of the Supplemental Nutrition Assistance Program off the legacy mainframe system and into a modern, modular eligibility platform.

Milestone 3 represents the overall Supplemental Nutrition Assistance Program system migration project. The Division is currently entering the initial phase of that milestone, beginning with procurement activities necessary to implement the transition to a modern, federally compliant eligibility environment.

That same day, the Food and Nutrition Service acknowledged receipt of the submission and advised that a response would be provided within 60 days.

On February 13, 2026, the Food and Nutrition Service scheduled a Fiscal Year 2026 Financial Management Review of the Supplemental Nutrition Assistance Program and Supplemental Nutrition Assistance Program Education, with review dates set for May 11–15, 2026. On February 20, 2026, the Food and Nutrition Service issued the entrance letter for the Federal Fiscal Year 2026 Supplemental Nutrition Assistance Program Management Evaluation, with on-site review scheduled for April 27–May 1, 2026.

These reviews are part of the Food and Nutrition Service's standard federal oversight cycle and do not reflect specific compliance concerns. The Division is coordinating required responses and preparation activities to support both reviews.

See Attachment 1: Federal Correspondence.

Attachment 1.1 – January 8, 2026 FNS State Systems Office Analyst Transition and February 18, 2026 Milestone 3 RFP Submission Acknowledgment

1.2 – February 13, 2026, FY26 SNAP Financial Management Review (FMR) Scheduling Letter

1.3 – February 20, 2026, FFY 2026 SNAP Management Evaluation (ME) Entrance Letter

# III.     Timely Processing of Applications

## A. Workload and Timeliness

The Division continues to work through pending applications in the Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA). As of

February 12, 2026, SNAP applications and recertifications total 3,342 pending cases, with 2,636 currently in process and 706 not yet started.

Within the 00–30 day aging category, 1,295 cases are expedited applications. This aging category reflects expedited applications that are beyond the initial 7-day processing window and are aged approximately 8–30 days. The remaining pending cases consist of non-expedited applications and recertifications distributed across the subsequent aging categories.

Adult Public Assistance applications total 327 pending cases, with 125 currently in process and 202 not yet started. At this time, the pending Adult Public Assistance workload consists entirely of initial applications. There are no pending recertifications contributing to the current workload, as recertification volume is current and being processed within regular operations.

SNAP processing flow has improved. During the earlier reporting period, the average SNAP case waited about 27 days before action. In the most recent period, that average decreased to about 23 days, even though some staff were temporarily reassigned to cash training and the Division continued to experience challenges from disruptions.

The report also shows an average SNAP application decision time of 44 days. This number measures something different. It reflects the total time it took to finish SNAP applications that were completed during the reporting period. Because it includes older cases that took longer to resolve, it is higher than the current average wait time in queue.

The Division has transitioned away from the prior cold-call interview approach and resumed scheduled interviews. Scheduled interviews allow applicants to know their appointment time in advance, reduce missed contacts, and increase the likelihood that eligibility can be determined during the first interaction. This adjustment is intended to improve workflow consistency and support more timely case completion.

Overall SNAP timeliness for the prior six-month period remains at 47 percent. Efforts to increase staff capacity for Adult Public Assistance processing are discussed later in this report.

See Attachment 3: Timeliness Dashboard and Detail.

## B.    Information Technology Modernization

The Division continues phased modernization efforts across document management, workflow automation, analytics, and eligibility systems. To assist the Court in reviewing this work, the attachments to this section have been reformatted for greater clarity and organization. The underlying content has not changed; however, projects are now more clearly categorized as completed, in progress, and planned to improve readability and transparency.

During this reporting period, the Division advanced several modernization initiatives designed to reduce manual processing, improve oversight, and strengthen compliance alignment.

Automated interview scheduling functionality has been configured and integrated with workflow systems, including text message confirmations and reminders. This supports more consistent scheduling practices and improves first-contact service delivery.

The Division continues to build enhanced analytics and dashboard capabilities. These tools are in user acceptance testing and are designed to provide leadership with improved real-time visibility into document intake, workflow progression, and workload distribution. Increased visibility supports earlier identification of bottlenecks and data-driven management decisions. Over time, this analytics infrastructure is intended to serve as a foundational component for future enhancements to the Alaska Connect consumer portal, with the goal of improving client access to case information and status visibility. These enhancements are not yet deployed but represent a building block toward a more transparent and responsive client experience.

Centralized mailroom automation has been prioritized, and project planning activities are underway. This initiative will establish a single, standardized mail intake process where incoming and returned mail is scanned, electronically captured, and routed through digital workflows rather than handled manually. Scanning equipment has been received and will first be used to process returned mail. This will allow the Division to track undeliverable notices and support timely updates to client address information.

By reducing paper handling and improving electronic tracking of non-deliverable mail, the Division expects to strengthen intake controls and improve the accuracy of client contact information. These enhancements are not yet fully implemented but represent an important step toward more reliable communication with Alaskans.

The multi-program Application for Services electronic form has been fully configured and tested. The application has been submitted to the Centers for Medicare and Medicaid Services and the Food and Nutrition Service for approval and remains pending federal review. The Division is prepared to launch immediately upon approval.

The Division also submitted its Milestone 3 Supplemental Nutrition Assistance Program modernization Request for Proposal to the Food and Nutrition Service. The Request for Proposal is to move Supplemental Nutrition Assistance Program processing out of the legacy Eligibility Information System mainframe and into the Division's modern Integrated Eligibility Platform, which is the successor eligibility system.

This is not a new concept stage. Milestone 3 is the next phase of an approved, multi-year modernization plan that builds on significant work already completed. The transition will automate key eligibility functions, reduce manual steps, improve quality controls, decrease error risk, and simplify system navigation for Eligibility Technicians. Moving SNAP into the modern platform will also reduce reliance on aging infrastructure and create a more stable and sustainable system long term.

In addition to system migration work, the Division is actively meeting with contractors to develop Requests for Proposals and contract structures associated with the SNAP Quality Control Investment Plan. These efforts are focused on strengthening error tracking, improving oversight tools, and supporting targeted corrective action to improve payment accuracy and reduce federal fiscal exposure.

Collectively, the Division's modernization strategy focuses on reducing manual workflow steps, expanding client self-service options, improving data transparency, and mitigating operational risk. Completed automation efforts have already reduced document handling time and improved intake accuracy. Projects currently in progress will further strengthen compliance alignment and position the Division for sustainable long-term operations.

See Attachment 4: Systems Modernization Status Report and Roadmap.

## C.     Staffing Improvements

The staffing data reflects a shift from workforce volatility to stabilization. Fiscal year 2025 was marked by significant internal movement across the Eligibility Technician classifications. That movement largely reflects promotions and internal transfers along the established career ladder rather than loss of workforce capacity. The data shows strong upward mobility within the Division, indicating internal development and advancement.

Despite that level of internal movement, overall staffing levels improved and vacancy rates began to decline from their 2025 peak of approximately 34 percent. The current vacancy rate of approximately 23 percent reflects sustained recruitment progress and improved position fill rates.

In fiscal year 2026, internal movement has moderated and teams are stabilizing. Transfers and promotional churn have slowed, and hiring is outpacing separations. This indicates that the Division is retaining staff within units while continuing to rebuild overall capacity.

In addition, the Division is actively onboarding the 15 legislatively appropriated positions for establishment of the Virtual Contact Center. Accepted offers and pending starts across multiple locations reflect expansion of capacity rather than replacement hiring. These positions are intended to increase call-handling capacity and support improved first-contact service delivery.

Collectively, the data reflects a workforce that is stabilizing, advancing internally, and gradually strengthening.

See Attachment 5: Eligibility Technician Staffing Status

See Attachment 5.1: Eligibility Technician Personnel Actions

## D.    Contracted Staffing

The Division continues to utilize contracted staff to support call center operations and administrative workload functions. Current contracted staffing totals 131 positions, including one Call Center Manager, one Quality Assurance Manager/Trainer, 13 active supervisors, and 110 active Eligibility Associates, with six staff currently inactive or on leave.

The staffing structure reflects layered supervision and quality oversight, with a defined management structure and dedicated quality assurance and training capacity. Supervisors provide real-time oversight and escalation support, while the Quality Assurance Manager/Trainer monitors performance and ensures adherence to established policies and procedures.

Contracted Eligibility Associates perform administrative and support functions that do not require independent eligibility discretion. These functions include intake of applications and renewal forms, follow-up on requested verification, call center support, and other administrative processing activities. Eligibility determinations and benefit authorization decisions remain the responsibility of state merit staff.

The current contractor staffing levels provide structured support to reduce manual workload burden on state staff and improve responsiveness to client inquiries, while maintaining state oversight and program compliance controls.

See Attachment 6: Distribution and Status of Contracted Staff.

## E.    Training and Development

The Division continues to run concurrent training cohorts to expand processing capacity and strengthen program accuracy. Current and upcoming cohorts include Modified Adjusted Gross Income and Supplemental Nutrition Assistance Program training for field staff, Supplemental Nutrition Assistance Program training for contracted Eligibility Associates, Adult Public Assistance training, and additional cohorts designated for Virtual Contact Center staff. An Eligibility Technician one-program upskill initiative is also planned to increase program-specific processing capacity.

Cross-training depth among field staff continues to expand. Of the 115 filled Eligibility Technician 2 positions in the field, 106 are trained in Supplemental Nutrition Assistance Program and Modified Adjusted Gross Income processing; 66 in Adult Public Assistance and Senior Benefits; 57 in Temporary Assistance and General Relief Assistance; 52 in Heating Assistance; and 8 in Long Term Care. This reflects growing multi-program capacity within the eligibility workforce.

February's Focus on Quality training topic supported staff in strengthening use of Alaska's Resource for Integrated Eligibility Services auto-renewal functionality. This feature allows the system to automatically renew eligible cases when verified information

is already available, reducing the need for manual processing and minimizing unnecessary client contact.

The training reinforced proper system workflows, clarified when auto-renewal should occur, and emphasized best practices to ensure consistent use of the tool. Improving use of auto-renewal supports timeliness, reduces workload pressure, and helps maintain accurate and compliant eligibility determinations.

Development of a comprehensive Supplemental Nutrition Assistance Program Expedited Services training module is nearing completion. The course is currently under Policy review and will be tested by select field staff prior to broader release. The training is designed to reinforce interviewing standards, verification requirements, and documentation practices specific to expedited cases.

The Division will continue to provide updated training dashboards to reflect cohort activity and workforce preparation.

See Attachment 7: Training and Staffing Dashboard.

## IV.      Workload Management Matrix.

During this reporting period, the Workload Management Matrix has been updated to reflect recent action related to the Expansion of the Non-Merit Staff Demonstration.

On February 24, 2026, Alaska submitted a revised sampling plan to the Food and Nutrition Service for review and approval. The revised plan outlines the proposed review methodology and oversight structure associated with expanded administrative functions

assigned to contracted staff. The Demonstration was previously approved for a five-year period and remains pending finalization of terms and conditions prior to implementation.

This submission represents continued coordination with the Food and Nutrition Service to ensure compliance with federal requirements prior to launch of the expanded demonstration scope.

See Attachment 2: Workload Management Matrix.

## V.  Conclusion

During this reporting period, the Division continued to make measurable progress in stabilizing operations while advancing structural improvements. Timeliness indicators show improving workflow movement, staffing trends reflect greater workforce stability, and training initiatives continue to expand multi-program processing capacity.

Information Technology modernization remains a central component of the Division's long-term strategy. Ongoing automation, analytics development, centralized intake planning, and phased system migration efforts are designed to reduce manual processing, strengthen oversight, and mitigate reliance on legacy infrastructure. Submission of the Milestone 3 Supplemental Nutrition Assistance Program modernization Request for Proposal represents a significant step forward in that strategy.

Collectively, the Division's efforts across staffing, training, contracted support, workload management, and information technology are intended to improve service delivery, enhance compliance alignment, and build sustainable operational capacity. The Division remains committed to continued progress and transparent reporting to the Court.

# Attachment 1.1

| | |
|---|---|
| **From:** | Bartolomeo, Dawn - FNS |
| **To:** | Mueca, Andrea B (DOH) |
| **Cc:** | Tobin, Charles - FNS; Moss, Evan - FNS; Jennings, Scott - FNS; Smith, Barbara - FNS; Bourne, Jacqueline - FNS; Etheridge, Deb J (DOH); Mack, Tracy L (DOH); Ziegenfuss, Jacqelli Y (DOH) |
| **Subject:** | 2026-02-18 FNS Ack RE: 2026-01-08 FNS State Systems Office Analyst Transition for Alaska SNAP and SNAP EBT Projects |
| **Date:** | Wednesday, February 18, 2026 2:28:27 PM |
| **Attachments:** | image001.png |

Hi Andrea,

FNS acknowledges receipt of Alaska's February 18, 2026 Milestone 3 SNAP migration RFP. We will review the State's submission and respond no later than 60 days from receipt.

Hope you and the rest of the Alaska team have a wonderful afternoon.

-Dawn

## Dawn Bartolomeo
Management Analyst
State Systems Office


**U.S. DEPARTMENT OF AGRICULTURE**
Food and Nutrition Service

90 7th Street , San Francisco, CA, 94103
p: (415) 744-3774

---

**From:** Mueca, Andrea B (DOH) <andrea.mueca@alaska.gov>
**Sent:** Wednesday, February 18, 2026 1:34 PM
**To:** Bartolomeo, Dawn - FNS <dawn.bartolomeo@usda.gov>
**Cc:** Tobin, Charles - FNS <Charles.Tobin@usda.gov>; Moss, Evan - FNS <evan.moss@usda.gov>; Jennings, Scott - FNS <Scott.Jennings@usda.gov>; Smith, Barbara - FNS <Barbara.Smith2@usda.gov>; Bourne, Jacqueline - FNS <jacqueline.bourne@usda.gov>; Etheridge, Deb J (DOH) <deb.etheridge@alaska.gov>; Mack, Tracy L (DOH) <tracy.mack@alaska.gov>; Ziegenfuss, Jacqelli Y (DOH) <jacqelli.ziegenfuss@alaska.gov>
**Subject:** RE: 2026-01-08 FNS State Systems Office Analyst Transition for Alaska SNAP and SNAP EBT Projects

Good afternoon Dawn,

Thank you again for you and your team's patience. We appreciate the review which did catch discrepancies we missed due to versioning control issues. Attached you will find the following:

1. RFP 2026-1600-0155 - Milestone 3 SNAP Migration_20260218 - Updated RFP

AK SNAP Comments Worksheet - updated with DPA responses

3. RFP Attachments for reference:
    a. 01 - Submittal Forms A-F
    b. 02 - Submittal Form G DOH IT Contractual Requirements - SaaS Solutions
    c. 03 - Submittal Form H - Cost Proposal
    d. 04 - Standard Agreement Form - Appendices A through E
    e. 05 - Non-Disclosure Agreement & Intent to Propose
    f. 06 - Federal Regulations
    g. 07 Quality Assurance Plan (QAP) and Service Level Agreement (SLA)

Please let me know if you have any questions.

Thank you,

**Andrea Mueca** | Project Manager
Eligibility Modernization Office
Division of Public Assistance, Alaska Department of Health
P.O. Box 110640 | Juneau, AK 99811-0640
907.419.5947 (cell)
andrea.mueca@alaska.gov

**From:** Bartolomeo, Dawn - FNS dawn.bartolomeo@usda.gov
**Sent:** Thursday, January 8, 2026 3:31 PM
**To:** Mueca, Andrea B (DOH) andrea.mueca@alaska.gov
**Cc:** Tobin, Charles - FNS Charles.Tobin@usda.gov; Moss, Evan - FNS evan.moss@usda.gov; Jennings, Scott - FNS Scott.Jennings@usda.gov; Smith, Barbara - FNS Barbara.Smith2@usda.gov; Bourne, Jacqueline - FNS jacqueline.bourne@usda.gov; Etheridge, Deb J (DOH) deb.etheridge@alaska.gov; Mack, Tracy L (DOH) tracy.mack@alaska.gov; Ziegenfuss, Jacqelli Y (DOH) jacqelli.ziegenfuss@alaska.gov
**Subject:** 2026-01-08 FNS State Systems Office Analyst Transition for Alaska SNAP and SNAP EBT Projects

Some people who received this message don't often get email from dawn.bartolomeo@usda.gov. Learn why this is important

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening Andrea,

Hope this message finds you well. I am writing to let you know that Lynne Torphy, FNS State Systems Office analyst, retired from federal service on 12/31/25. Effective, 1/7/26, I assumed the SSO Analyst responsibilities for the Alaska's SNAP Integrated Eligibility and Enrollment and

EBT services projects noted below:

1. ARIES SNAP Project – We look forward to receiving responses to FNS' December 16, 2025 comments on the ARIES IAPDU by Monday, February 16, 2026 and receiving updates on your RFP response to our December 19, 2025 comments on your associated RFP by Thursday, February 19, 2026. Separately, is there a call series for this project, if so can it be shared for our team's participation?

2. SNAP EBT – FIS (expiring 7/31/2031 with no option years) – contract monitoring. Please share any amendments and/or notifications that are sent between the State and current vendor were amendments required that exceed 20% of the cumulative base contract value (where applicable).

As a reminder, any competitive SNAP IE&E system or EBT service procurement at or exceeding $6,000,000 in cost must be submitted for FNS review and approval (If a contract is initially under threshold, but through amendment reaches the $6 million threshold (base contract + cumulative total of the amendments) it will require submission and prior review and approval). Noncompetitive contracts for IE&E system or EBT services at or exceeding $1,000,000 will require prior FNS review and approval. Once either the competitive or noncompetitive procurement threshold is reached and FNS has approved the base procurement, contract amendments exceeding 20% of the cumulative base contract's value will require prior review and approval as well. All IE&E system and EBT services amendments for the ARIES project, M&O work on the State's legacy eligibility system, or its EBT service should be shared with FNS for our files regardless of whether they meet the required review threshold.

Attached is the 2025 version of Handbook 901 for your records. A separate email will be shared once the current Handbook is posted to the FNS website, but other resources are still posted and remain available at https://www.fns.usda.gov/sso.

We have also attached the SNAP State agency guide. This guide for SNAP State Agency staff is intended to support State Policy and Program Staff throughout the System Development Lifecycle (SDLC) of SNAP eligibility system implementations.

All questions, comments, and document submissions should be directed to me, Dawn Bartolomeo, with a cc to Barbara.Smith2@usda.gov, Scott.Jennings@usda.gov, and jacqueline.bourne@usda.gov , as well as any standing calls if any new projects get underway. Please forward this message if needed.

We appreciate your support during this time of change and look forward to working with you as you continue work on the ARIES project, SNAP IE&E M&O procurements (where applicable) and any future EBT service projects.  If you have any questions, please let us know.

Happy New Year and look forward to hearing from you soon.


-Dawn
Dawn Bartolomeo
Management Analyst
State Systems Office

 **U.S. DEPARTMENT OF AGRICULTURE**
Food and Nutrition Service

90 7th Street , San Francisco, CA, 94103
p: (415) 744-3774

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.



## U.S. DEPARTMENT OF AGRICULTURE

13 February 2026

Deb Etheridge, Director
Division of Public Assistance
Alaska Department of Health
P.O. Box 110640
Juneau, AK 99811

Dear Director Etheridge,

The review team at Western Regional Office (WRO) Food and Nutrition Service (FNS) is
scheduling a Fiscal Year 2026 Financial Management Review (FMR) at Alaska's Department of
Health with a focus on reviewing the FFY25 Supplemental Nutrition Assistance Program
(SNAP) and the FFY24 Supplemental Nutrition Assistance Program Education (SNAP-ED). We
will be conducting the review on 11 to 15 May, 2026.

The purpose of the review is to assess AK DOH's compliance with federal regulations,
instructions/policies pertaining to the above program, provide technical assistance, and promote
a collaborative partnership with the Alaska Department of Health, Division of Public Assistance.
The review may identify areas of achievement and innovation, as well as areas that may need
improvement. The final FMR report will detail the outcome of the review of data files,
documentation, and processes, as well as discussions between FNS staff and DOH personnel.

The FMR will include an evaluation of the following functional areas:

1. SAE
2. E&T
3. BENEFITS
4. SNAP ED

The review will be conducted by Coordinator Marina Broyles and Reviewers Nick Richardson
and Jennifer Green. Our review team would like to meet with you and your staff for a virtual
Entrance Conference on Wednesday, 06 May, from 1300 to 1400 AKT, to discuss work plans
and the availability of your staff throughout the week for each functional area reviewed. We have
also arranged a virtual Exit Conference on Wednesday, 20 May, from 1300 to 1400 AKT, during
which we will discuss preliminary findings of the FMR.

Enclosed you will find a data and documentation file request, indicating information that is to be
provided in advance of the FMR. The review team will schedule a separate meeting to discuss
the data request further. The accounting data file should be provided at least 30 days prior to the
onsite review. Initial review questions will be issued through the MEMS NG system, along with
this letter.

Case 3:23-cv-00044-SLG    Document 137-1    Filed 03/02/26    Page 19 of 69

Please provide the name of the DOH staff who will serve as the review coordinator, as well as a list of contacts for each functional area. Our staff will reach out to the AK coordinator to discuss logistics for the review. Please provide this information to Marina Broyles no later than Friday, 27 February.

We look forward to working with AK DOH during this review process and appreciate your cooperation. If you have any questions, please contact Marina Broyles at Marina.Broyles@usda.gov.

Respectfully,

TERRY GUNNELL
Digitally signed by
TERRY GUNNELL
Date: 2026.02.13
12:46:48 -08'00'

Terry Gunnell
Deputy Regional Administrator
Western Regional Office, Food & Nutrition Services
United States Department of Agriculture

CC:     Charles Tobin, WRO SNAP Director
        Jacqelli Ziegenfuss, DPA Division Operations Manager

FMR SNAP Attachment - Documentation

# Preliminary Documentation Request

## File Location

Upload files to **MEMS NextGen**.

## State Agency Standard Operating Procedures

- State agency procedures for preparing the SF-425/FNS-778 financial status reports.
- State agency procedures for the Program's LOC draws and accounting of cash receipts.
- State agency procedures for submitting the FNS-209 and processing claims.
- State agency procedures for all procurements. Also needed are specific procedures and/or copies of State agency Program training agendas with evidence of any training and technical assistance provided to subgrantees on procurement.
- State agency procedures for all property management, including a description of how Federal property is disposed of. Also needed are specific procedures and/or copies of State agency Program training agendas with evidence of any training and technical assistance provided to subgrantees on property management.
- State agency procedures for charging staff compensation to the Program, including how fringe benefits are assigned.
- State agency travel procedures/regulations.
- State agency procedures for the daily EBT tracking/reconciliation process including rejected, canceled, pending, and unmatched benefits.

## General Documentation

- List of all SNAP employees, including those who split their time between multiple programs.
- Program property inventory listing, including a separate list of any Program capital property that has been disposed of since October 1, 2024.
- State agency's subgrantee agreements.
- State agency's prior approval requests.
- State agency's detailed general ledger with all SNAP costs reported on the SF-425/FNS-778 for the period being reviewed. Additional details are provided on '**Attachment - S Data**'.
- State agency's approved Indirect Cost Rate Agreement or Cost Allocation Plan.
- Organization charts for Financial Management & Program staff, including names/titles.
- Organization charts for Benefits Issuance & EBT Reconciliation staff, including names/titles.

# Preliminary Data File Request

## Overview

Please provide applicable documentation for **Federal Fiscal Year (FFY) 2026 AK DOH SNAP FMR** to Western Regional Office (WRO) by **Tuesday, 31 March.** Documentation **must** represent FFY 24 and FFY 25 transactions and **must** be provided in an electronic format that permits data manipulation (e.g., Excel or CSV). Data containing personally identifiable information (PII) must be saved in an encrypted and password-protected format.

FNS point of contact for this request is Marina Broyles at Marina.Broyles@usda.gov.

## File Naming Convention

Each document must be named using the corresponding **Item Number** and **Document Title** as listed in the FMR Documentation Request Table below, please do not include contents in parenthesis in the filename but you may use abbreviations. If more than one document exists per an Item Number, use a methodical format.

Examples:
    Item 1 General Ledger (for SNAP and SNAP-Ed Grants)  ->  **1.1 GL SNAP** and **1.2 GL SNAP-Ed**
    Item 2 SNAP Supporting Transactions (for SF-425/FNS-778)  ->  **2 SNAP Supporting Trans**

## File Location

Upload files to **MEMS NextGen**. For files exceeding 20MB, please upload to CloudVault. A link will be provided as needed.

## Documentation Request Table

| Item Number | Functional Area | Document Title | Description |
|---|---|---|---|
| **Financial Reporting & Accounting** | | | |
| 1 | All | General Ledger | transaction detail reports for all expenditure and revenue data for the SNAP grants under review. See **General Ledger Data File Details** |
| 2 | SNAP | SNAP Supporting Transactions (for SF-425/FNS-778) | the detailed accounting transaction data files used by the State agency to complete the SF-425/FNS-778. Transactions totals must validate the outlays reported in each cost category column (labeled as Functions/Activities) of FNS-778 |
| 3 | SNAP-Ed | SNAP-Ed Supporting Transactions (for SF-425) | |
| 4 | SNAP | SNAP Benefits (FNS-46) | reviewers will select a sample of months |
| 5 | All | Chart of Accounts | identify all accounts and codes (Descriptive/Object/Program Cost Account (PCA)/Project) referenced in the General Ledger |
| 6 | All | Draw & Revenue Data | draw and revenue data for all grant funds for the review period |

## FMR SNAP Attachment - Data

| 7 | All | LOC Draw Process | state agencies procedure for drawing SNAP funds |
|---|---|---|---|
| 8 | All | Cost Allocation Workbook | detail that provides the State agency method for allocating costs |
| 9 | All | PACAP/SWCAP | Public Assistance and/or Statewide Cost Allocation Plan |
| 10 | All | Crosswalk (from PACAP/SWCAP to FNS-778) | documentation or file that helps identify amounts reported in the FNS-778 according to the PACAP/ SWCAP |
| 11 | SNAP | Status of Claims Against Households (FNS-209) | provide data for fiscal year under review |
| **Personnel & Payroll** | | | |
| 12 | All | Payroll | transaction details for staff salaries and fringe benefits allocated to SNAP |

# General Ledger Data File Details

General ledger data files should include data elements required to reconcile financial information in reports submitted to FNS in accordance with the 2CFR 200.302. Accounting transaction data files should include but may not be limited to the following data elements:

| | | | |
|---|---|---|---|
| Accounting Date | General Ledger | Liquidation Date | Revenue (Draws) |
| Comments/Notes | Account | Obligation Date | Amount |
| Department Code | Description | Paid Date | Transaction Date |
| PCA/Object Code | Grant Description | Posting Date | Transaction Type |
| Document Number | Grant Number | Project Code(s) | (Accrual, Expense, |
| Expenditure Amount | Invoice Amount | Purchase Order Date | Adjustment, etc.) |
| Fiscal Month | Invoice Date | Purchase Order | Vendor Name |
| Fiscal Year | Invoice Number | Number | Vendor Number |

**FMR SNAP Attachment - Data**

## Certification Statement

I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE, THE DATA SUBMITTED HEREIN WAS EXTRACTED FROM THE SYSTEM OF RECORD, IS UNALTERED, AND IS AN ACCURATE REPRESENTATION OF THE INFORMATION UTILIZED TO SUBMIT REPORTS TO THE USDA FOOD AND NUTRITION SERVICE.

_____ _____

*Printed Name of the State Agency Point of Contact* *Title*

_____

*Phone Number*

_____

*Email Address*

_____ _____

*Signature* *Date*



February 20,2026

Deb Etheridge, Director
Division of Public Assistance
Alaska Department of Health
350 Main Street, Room 304
Juneau, Alaska 99811-0640

Dear Director Etheridge:

This letter serves as the formal entrance notification of the Federal Fiscal Year (FFY) 2026, Food and Nutrition Service (FNS) Management Evaluation (ME), of the Alaska Division of Public Assistance. The following reviews will be conducted:

| Date | Location | Review Areas |
|------|----------|--------------|
| April 27- May 1, 2026 | Anchorage | Certification PAR, Recertification PAR, ABAWD, E&T, & Recipient Integrity, Recipient Claims, EBT and ME Shadow |

This years' review will be a combination of on-site and virtual components; the dates above represent the on-site portion of the review. Most interviews and observations will be on-site, and case and document reviews will be virtual. Virtual entrance and exit conferences will also be scheduled prior to, and after the conclusion of the ME.

The purpose of the ME is to assess the State agency's compliance with Federal regulations and policies, to provide technical assistance, and promote a collaborative partnership with your agency. During the review, we will conduct interviews with multiple individuals including State staff, local office staff, advocates, and clients. The review will also include observations of procedures, quality of services reviews, and case file reviews.

In addition to the ME, we will also be validating open findings from prior years to determine whether the issues have been effectively resolved. In some cases, you can submit documentation in advance so that we may review and validate that the items have been

resolved. In other cases, we will need to conduct on-site procedures, such as interviewing your staff, to determine if the finding has been remediated.

As we get closer to the review dates, we will be in touch with your designated contacts for the review areas to coordinate logistics and request any additional necessary documentation needed for the review.

**Please see the attached requirement and the due dates for the materials that are being requested for the review.**

If you have questions or concerns, or if we can be of further assistance, please contact the review lead, Shaunte' Milbourne at (415) 645-1933 or email at shaunte'.milbourne@usda.gov

Sincerely,

CHARLES TOBIN

Digitally signed by CHARLES TOBIN
Date: 2026.02.20 13:03:18 -08'00'

Charles Tobin

Supplemental Nutrition Assistance Program Director

Western Region

CC: Tracie Dablemont, DPA, Lydia Luchini, DPA, Rebecca Stovall, DPA, Seth Barnes, AK DPA, Evan Moss, FNS WRO, Jackie Bourne, FNS WRO, Jodi Gonzalez, FNS WRO, Shaunte' Milbourne, FNS WRO, Brian Solomon, FNS WRO, Pandora Lewis, FNS WRO, Barb Smith, FNS WRO, Curwin Lancaster, FNS WRO

**Attachments:**

1.  AK Organization Questionnaire

2.  AK Open Findings

3.  Certification PAR Checklist

4.  Certification PAR Tool 1

5.  Certification PAR Tool 2

6.  Recertification PAR Checklist

7.  Recertification PAR Tool 1

8.  Recertification PAR Tool 2

9.  E&T Checklist

10. ABAWD Checklist

11. State ME Checklist

12. Recipient Claims Checklist

13. Recipient Integrity Checklist

14. EBT Checklist

WRO File Code:  SNAP/400/Program Oversight/FY26 ME/AK/Entrance letter

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | UPDATED November | |
|---|---|---|
| FNS Recommendation | Status | Details |
| Business Process Reengineering (BPR) | Implemented | Update (August 22, 2025): CIA facilitated two-day working sessions with ET1 staff to assess front desk operations. A final report is expected in late August, with recommendations to reduce client wait times, improve quality, and streamline processes. Implementation will occur over the next six months based on scope of changes required. The Policy Unit has also engaged with CIA to identify opportunities to refocus work and shift non-policy tasks, though no implementation timeline is set due to competing project priorities.<br>Updated May 21, 2025. This update is informational and non-substantive.<br>Contract with Change Innovation Agency (CIA) to guide DPA Business Process Redesign and the reopening of DPA offices.<br>1.    CIA is providing staffing pattern recommendations.<br>2.    CIA is recommendations for training program to expedite staff onboarding while maintaining high-quality case processing standards have been implemented.<br>3.    CIA will evaluate policy unit to identify business process redesign opportunities.<br>Document and process between policy decision and operational implementation. |
| Call Centers | Implemented | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications.<br><br>In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |
| Interview Scheduling | Implemented | Added October 27, 2025. The Division changed interview practices to improve efficiency. Previously, staff conducted cold calls to reach applicants for interviews, which often resulted in lost time and incomplete contacts. The Division now schedules interviews in advance, allowing staff to focus on confirmed appointments. By assigning more staff to the Virtual Contact Center, the Division achieved nearly full interview completion rates. |
| Compromise Claims and Termination of Claims | Implemented | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim.<br>If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows:<br>Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months).<br>Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |
| Elderly Simplified Application Project (ESAP) | Implemented | Updated May 21, 2025. This non-substantive update has been amended for clarity and conciseness.<br>The Department of Health, Division of Public Assistance, launched the federally approved Elderly Simplified Application Project (ESAP) demonstration on December 1, 2024.<br><br>ESAP applies to SNAP households where all adults are age 60 or older or have a qualifying disability. Under ESAP:<br>-The certification period is extended to 36 months<br>-No interim report is required<br>-Recertification interviews are waived unless clarification is needed or requested by the household |
| Electronic Case Filing or Document Management | Implemented | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| Extending Certifications to 12 Months | Implemented | Effective June 2023, SNAP certification periods have been extended to 12-months.<br>These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period.<br>Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| FNS Regional Office Assistance with QC Case Completion | Implemented | December 2022 instituted regular meetings. |

Page 27 of 69

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | UPDATED November | |
|---|---|---|
| FNS Recommendation | Status | Details |
| Fully Implementing Allowable Activities for Non-Merit Personnel | Implemented | Update (August 22, 2025): The Division executed a 12-month extension of the PCG contract effective August 1, 2025, to continue support of non-merit duties. The Division is actively evaluating additional functions that can be assigned to PCG to further support workload management and allow state staff to focus on eligibility determinations.<br> April 2023 the division contracted out the Virtual Call Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs that have auto adjudicated eligibility within the ARIES database.<br>FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |
| Notice of Agency Caused Delay | Implemented | Updated May 21, 2025. Automated notifications for agency-caused delays were fully implemented on April 30, 2025. These notices are generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed—on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday.<br><br>To mitigate operational risk and avoid overwhelming the Division's Fair Hearings staff and the Administrative Law Group (ALG), the Division of Public Assistance (DPA) implemented a phased rollout. This approach ensured systematic processing of overdue cases while maintaining service continuity and staff capacity for handling appeals.<br><br>The phased schedule was as follows:<br><br>March 4, 2025: Notices for applications delayed over 90 days<br><br>March 31, 2025: Notices for applications delayed over 60 days<br><br>April 30, 2025: Notices for applications delayed over 30 days<br><br>With the final phase completed, the automated system now runs daily and issues timely notifications for all new overdue cases. |
| Online Applications | Implemented | Updated May 21, 2025. This non-substantive update reflects enhancements to client access and self-service tools. The Change Report Form is now available as an electronic form (eForm), joining the existing online SNAP application and Interim Report Form. All three forms are accessible through the MyAlaska portal and the Department of Health website. |
| Online Self-Service Portal | Implemented | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process.<br>Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. Note: Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| Real-Time Data Access Services | Implemented | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (IEVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED November |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Recertification Interview for Certain Elderly/Disabled Member Households | Implemented | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forego the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2024 through 05/31/2026. |
| Reinstatement of Eligibility | Implemented | Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| Reviewing and Streamlining the SNAP Application | Implemented | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |
| Same Day Service Interviews | Implemented | Updated May 21, 2025. This non-substantive update reflects current operational capacity. While all Division of Public Assistance (DPA) offices are now open and offering same-day service, including interviews, staffing shortages in Kodiak, Nome, and Sitka have limited the scope of in-office services in those locations. Emphasizing same-day service interviews aligns with our Business Process Redesign philosophy. The rollout was completed as follows: Bethel – August 2023, Juneau – November 13, 2023, Kodiak – November 27, 2023, Kenai – January 25, 2024, Homer – January 25, 2024, Wasilla – March 18, 2024, Fairbanks – July 8, 2024, Ketchikan – August 27, 2024, and Anchorage – November 18, 2024. |
| Simplified Self Employment Deduction Standard | Implemented | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self-employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
| Streamline Data Matches | Implemented | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |
| Streamline Verification Requirements | Implemented | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify:<br>1. Gross nonexempt income,<br>2. Alien eligibility,<br>3. Utility expenses,<br>4. Medical expenses,<br>5. Social security numbers,<br>6. Residency,<br>7. Identity,<br>8. Disability,<br>9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC,<br>10. Household composition,<br>11. Students,<br>12. Legal obligation and actual child support payments, and<br>13. Additional verification for able-bodied adults subject to the time limit.<br><br>7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |
| Streamlining SNAP Access in Rural Alaska | Implemented | To ensure timely delivery of benefits to Alaskans, we exercised the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval.<br>DPA met with Food and Nutrition Service (FNS) on January 16, 2025 to discuss the regulatory authorities allowed to Alaska at 7 CFR 272.7. Alaska implemented the federal authority to postpone SNAP interviews, as explained above, for individuals living in areas designated rural I and rural II on March 20, 2025. |
| Targeted Interviewing and Case Processing | Implemented | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED November |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Telephonic and Electronic Signatures | Implemented | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications.<br><br>Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms.<br><br>In process: Improve signature capture via the phone. |
| Telephonic Interviews | Implemented | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship.<br><br>FNS approved state plan option. |
| Voluntary Employment and Training Program | Implemented | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. |
| DPA in a Box | Implemented | Update June 9, 2025: To improve access to public assistance in underserved areas, the Division of Public Assistance is launching "DPA Office in a Box." This outreach initiative sends an Eligibility Technician into communities to provide hands-on support with applications, renewals, and case management.<br><br>The first deployment is scheduled for June 9–12, 2025, in Kotzebue, in collaboration with Maniilaq Association. A second event will take place June 23–26, 2025, in Delta Junction, in partnership with the Division of Public Health.<br><br>Proposed outreach locations for State Fiscal Year 2026 include Valdez, Cordova, Wrangell, Gustavus, and Hoonah. |
| Required Online Application Fields (SNAP) – Demonstration | Not an option in Alaska | Updated December 8, 2025: On November 20, 2025, FNS denied Alaska's two demonstration requests to require fields in addition to name, address, and signature on a SNAP online application. The FNS denial letter stated the following:<br><br>*The State's request would require FNS to adjust the application provisions of Section 11(e)(2)(B)iv) of the Food and Nutrition Act (the Act) and SNAP regulations at 273.2(b)(1)(v) and 273.2(c)(1)(iii).*<br><br>*FNS cannot use administrative waiver authority to waive provisions of the Act. Typically, a request to waive a provision of the Act would require a demonstration project request. However, Section 17(b)(1)(B)(iv)(III) explicitly prohibits waivers of certain provisions of the Act. Under Section 17(b)(1)(B)(iv)(III)(ff), a demonstration project may not waive the need to file an application with only name, address, and signature as described in Section 11(e)(2)(B).* |
| Adult Public Assistance and Senior Benefit payment method change | Implemented | Updated December 8, 2025: Effective December 2, 2025, the Division stopped sending warrants for Adult Public Assistance (APA) and Senior Benefit (SB) payments.<br>•Senior Benefits cases that are approved on or after December 3, 2025, that do not have direct deposit set up, will be issued an EBT card since these are all stand-alone cases.<br>• APA cases that are approved on or after December 3, 2025, that do not have open SNAP benefits on the same case number and do not have direct deposit set up, will be issued an EBT card. |
| Eliminate Interim Report (IR) – Demonstration | Not an option in Alaska | Updated December 8, 2025: On November 20, 2025, FNS denied Alaska's request to eliminate the periodic report for SNAP households certified longer than six months. The FNS denial letter stated the following:<br><br>*The State agency's request would require FNS to waive Section 6(c)(1)(D)(i) of the Food and Nutrition Act (the Act) and SNAP regulations at 7 CFR 273.12(a)(5)(iii)(B).*<br>*FNS cannot use administrative waiver authority to waive provisions of the Act, and a request to waive a provision of the Act requires a demonstration project. Section 17(b)(1)(A) explains that the purpose of a demonstration project is to test changes that may increase efficiency and improve delivery of SNAP benefits to eligible households.* |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED November |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Expansion of Non-Merit Tasks – Demonstration | Implementing | **Updated February 24, 2026:** FNS approved Alaska's Non-Merit (contract) staff Demonstration Project on September 3, 2025, for a duration of five years from the date of implementation. FNS and Alaska are currently negotiating the terms and conditions of the demonstration project. Alaska must sign and agree to the terms and conditions prior to implementation of the demonstration project. On September 25, 2025, FNS requested Alaska provide estimates of the number and/or percentage of SNAP cases in the State that may be handled by non-merit staff in each phase of the project.

The Demonstration will expand the scope of tasks assigned to non-merit staff to increase capacity and ensure timely processing of SNAP applications and recertifications.

Alaska submitted formal acceptance of the terms and conditions for the non-merit demonstration to WIMS on December 12, 2025. Alaska submitted a revised sampling plan to FNS on 02/24/2026 for FNS review and approval. |
| Automated Voice Response/Interactive Voice Response System | Planning to Implement | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the call center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration)

Genesis is the VCC platform that connects can connect with Qualtrics as an example. |
| Bots/Robotic Process Automation | Planning to Implement | DPA is amending ImageSource contract to implement bots and robotic processes, a part of the online SNAP application. Phased implementation to align with other projects. |
| Check-in Kiosks | Planning to Implement | DPA plans to implement check-in kiosks at the University Center, in Anchorage. Will evaluate utility in other larger offices. |
| Online Identity Verification | Planning to Implement | Updated May 21, 2025. As part of Alaska's SNAP Quality Control (QC) error rate penalty investment plan, the State is moving from considering to actively planning the implementation of third-party identity authentication. This approach—recommended by FNS—would allow Alaska to authenticate SNAP applicants using a set of multiple-choice questions based on public record data.

Alaska does not currently have the system capability to support this functionality, which requires contracting with a third-party vendor. At present, Alaska's identity verification policy allows eligibility staff to verify identity through available interfaces, review of any document that reasonably establishes identity, or collateral contact with someone familiar with the applicant. |
| Revise Notices for Clarity | Planning to Implement | Updated May 21, 2025. This update reflects a change in how Alaska will implement a planned notice modernization strategy under its SNAP Quality Control (QC) error rate penalty investment plan. Through negotiations with the Food and Nutrition Service (FNS), the State will proceed with removing notices from the Eligibility Information System (EIS) to overcome longstanding formatting and content limitations. This marks a shift from earlier plans that tied notice improvements to the transition to a new Integrated Eligibility and Enrollment System. Technical assistance is underway to support development of clearer, more accessible SNAP notices using modern technology. |
| Transitional SNAP | Planning to Implement | Implementation is being evaluated as BBCE may address the benefit cliff and have a higher income limit. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online implement transitional SNAP program. |
| Case Banking | Not an option in Alaska | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the Long-Term Care cases but uses statewide caseload management for everything else. |
| Change Processing Unit | Not an option in Alaska | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased handling of cases, potentially causing delays in DPA workload. |
| On-Demand Interviews | Not an option in Alaska | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is in full compliance with FNS Interview requirements. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED November |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Targeted Team Focus on SNAP | Not an option in Alaska | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs.<br>Business Process Resign created a team that focuses on SNAP backlog applications. |
| Verification Unit | Not an option in Alaska | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce situation. Alaska did try this in 2003 (EIOP) and it was not successful. |
| Advance Capture (Intelligent Scanning) | Implementing | Updated May 21, 2025. DPA amended ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality automates that categorization of documents. Phase 1, complete - auto recognition and workflow for Application and Renewal forms effective Q4 2024. Additional forms rolling out in FY2025 and ongoing. As functionality is applied to other documents this section will be updated. |
| Broad-Based Categorical Eligibility (BBCE) | Implemented | Updated July 21, 2025. This update clarifies that Broad-Based Categorical Eligibility (BBCE) was launched on July 1, 2025, for new SNAP applications recieved after July 1, 2025 or SNAP recertifications received on or after July 1, 2025 for August SNAP benefits.<br><br>BBCE removes the asset test requirement and raises the gross income threshold to 200% of the Federal Poverty Level, simplifying eligibility and reducing administrative burden.<br><br>Technical assistance has been provided by FNS in support of implementation. Resource limit requirements have been amended administratively with no system change required. Programming to apply the 200% gross income limit in the legacy Eligibility Information System (EIS) was completed by June 30, 2025. BBCE functionality will also be included in the transition to the new Integrated Eligibility and Enrollment System.<br><br>Finalization of EIS functionality to support the non-cash, TANF-funded benefit aligned with BBCE notice to SNAP households, supported by ACF, is underway. Training materials were finalized by the Business Process Redesign (BPR) training team and were completed to align with implementation. Public messaging was coordinated with the publications team and released in June 2025. |
| E-notices | Implementing | Updated (August 22, 2025): Text messaging for scheduled interviews launched in June 2025 as a manual process. The next phase will automate these messages through ImageSource/ILINX.<br>Updated May 21, 2025.  e-notices (text messaging or email) notifying applicant documents received. Launched March 13, 2024.<br>Text messaging for scheduled interviews scheduled to launch June, 2025. |
| National Accuracy Clearinghouse (NAC) | Implementing | Update May  21, 2025. FNS is implementing the NAC system in a phased approach over a period of 5 years. States must implement the NAC no later than October 4, 2027 in order to comply with the provisions of the interim final rule of the Agricultural Improvement Act of 2018 (2018 Farm Bill).<br><br>Alaska is confirmed for implementation group 14.<br>Alaska Scheduled kickoff date: March 2026<br>Alaska Anticipated NAC launch date: November 2026 |
| Standard Medical Deductions (SMDs) | Implementing | Updated June 19, 2025 – FNS has approved Alaska's SMD demonstration waiver for a four-year period beginning August 1, 2025, and ending July 31, 2029, subject to the attached terms and conditions. Due to competing priorities, Alaska is coordinating with FNS to delay implementation. This adjustment will preserve the full four-year approval period while revising the demonstration's official start and end dates accordingly. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED November |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| University Center (UC) Lobby | Implemented | Updated July 21, 2025: The Anchorage UC lobby was relocated to a new space to better support both clients and staff. The new lobby remains within the UC Center—just across the hall from its current location—and offers a much-improved environment for delivering services.<br><br>To complete the move, the UC lobby will be closed from June 20 through June 30. The Communications Office posted signage and used social media to notify the public in advance and during the closure. The new lobby opened to the public on July 1, 2025.<br><br>The new lobby features a larger waiting area with seating, space for interviews, and improved visibility for staff to engage directly with clients. This move reflects DPA's ongoing commitment to respectful, responsive customer service and a more welcoming, efficient space. |
| Average Student Work Hours | Considering | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will explore this option to determine if it is a valuable change. |
| Stagger Certification Periods | Considering | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |
| Reduce Major Change Reporting Requirement - Waiver | Planning to Implement | Updated September 15, 2025: Alaska submitted a waiver on 09/11/2025 to FNS to reduce the quarterly reporting requirements for FNS-acknowledged major changes in program design. Due to limitations within Alaska's legacy eligibility system, collecting and reporting certain required data is not feasible without significant and cost-prohibitive system modifications. Granting this waiver will allow Alaska to continue focusing its limited resources on service delivery, accurate case processing, and the implementation of a modern SNAP eligibility system. |
| Good Faith Effort Request for Additional Time Limit Exemptions - Waiver | Implemented | Updated December 8, 2025: In response to Alaska's October 31, 2025 submission, Alaska received USDA FNS approval on November 3, 2025 for a Good Faith Effort Request for Additional Time Limit Exemptions waiver, based on Alaska's demonstrated efforts to meet ABAWD (able-bodied adults without dependents) work requirements.<br>The waiver works in conjunction with Alaska's ABAWD waiver, exempting all census areas and boroughs from ABAWD time limits, except the Anchorage Municipality. Alaska is also approved to continue exempting the following groups, despite changes under H.R. 1:<br>• Individuals aged 55–64;<br>• Households with children aged 14–17;<br>• Veterans;<br>• People experiencing homelessness; and<br>• Youth aged 18–24 transitioning from foster care.<br>Additionally, Alaska implemented the exemption for Alaska Native/American Indian individuals (as defined by HCIA).<br><br>Additional requirements for the Good Faith Exemption waiver approval include submitting quarterly progress reports on Alaska's efforts towards full compliance with the ABAWD time limit. On December 4, 2025, Alaska met with FNS to request technical assistance regarding these reports, as the due dates and reporting template were not included in the November 3, 2025 approval letter. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED November |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| SNAP Timely Benefits Replacement waiver | Implemented | Updated January 9, 2026: This waiver is no longer active. In response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a waiver on October 17, 2025, allowing SNAP recipients in designated areas of Alaska to request replacement benefits through November 7, 2025. A subsequent extension was approved on October 31, 2025, extending the reporting period through December 8, 2025, beyond the standard 10-day window.<br><br>This waiver applies to SNAP households in the following areas:<br>• Kashunamiut<br>• Lower Yukon<br>• Bering Strait Regional Education Attendance Area (REAA)<br>• Northwest Arctic Borough (NWAB)<br>• North Slope Borough (NSB)<br><br>DPA provided FNS with the number of households that requested replacement related to this specific waiver as a result of this disaster during the extended reporting period.<br><br>Summary of Manual Supplemental Issuances:<br>Total Cases: 106 |
| Automatic Mass Replacement of SNAP benefits | Implemented | Updated January 9, 2026: This waiver is no longer active. On November 13, 2025, in response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a waiver allowing Alaska to automatically replace 75% of the October 2025 Supplemental Nutrition Assistance Program (SNAP) benefits for households impacted by Typhoon Halong.<br><br>Alaska issued the majority of SNAP automated benefit replacements on November 25, 2025, to approximately 2958 households, and an additional 35 SNAP household cases were reviewed manually to ensure all eligible households receive their replacement benefits and issued these SNAP benefit replacements on November 28th.<br><br>Once the internal review is complete, a notice will be sent to these households informing them of their additional SNAP benefits. Due to the expedited timeline for programming and issuing the replacements, households should expect to receive this notice by mid December.<br><br>Actual numbers regarding replacement values must be reported on the FNS-46 form in the Food Programs Reporting System within 90 days after issuance of the replacement benefits. |
| Hot Foods waiver | Implemented | Updated January 9, 2026: This waiver expired on 12/20/2025. On November 22, 2025, in response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a temporary waiver allowing Alaska SNAP recipients to purchase hot, prepared foods statewide through December 20, 2025. |

# Attachment 3

Backlog Dashboard with Detail - Updated February 03, 2026

## Backlog Summary Tab

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

**Columns**

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).
**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.
**Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).
**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).
Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

## SNAP Backlog Detail Tab

**Purpose:** Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.

**Columns**

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.
**Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.
**Number Pended:** The number that are being processed, in a pending status and not yet completed.
**Number Unacted:** Cases yet to be acted upon.
**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

**Purpose:** Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

**Columns**

**Program Categories:** Breaks out APA applications and recertifications.
**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.**
**Number Pended:** The number that are being processed, in a pending status and not yet completed.
**Number Unacted:** Cases yet to be acted upon.
**Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab

**Purpose:** Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

**Rows:**

Backlog Dashboard with Detail - Updated February 03, 2026

**Month:** Identifies the calendar month related to the data in the row
**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)
**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)
**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development: At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. There has been progress made with the programming required to report this metric. DPA expects to be able to provide some data with the November report.**
**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**

**Month:** Identifies the calendar month related to the data in the row
**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)
**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All approvals)
**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

| Backlog Applications/Recertifications - *Updated 02/12/2026* | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
| **Adult Public Assistance** | | 45 | 47 | 76 | 111 | 35 | 12 | | | | | | | 1 | 327 |
| *APA Applications* | | *45* | *47* | *76* | *111* | *35* | *12* | | | | | | | *1* | *327* |
| *APA Recertifications* | | | | | | | | | | | | | | | *0* |
| **Food stamps (applications, expedites & recertifications)** | 1,295 | 1,019 | 104 | 131 | 48 | 124 | 316 | 265 | 38 | 2 | | | | | 3,342 |
| *Food Stamps (Expedite)* | *1295* | *528* | *29* | *15* | *2* | | *-* | *-* | *-* | *-* | | | | | *1,870* |
| *Food Stamps (non-Expedite Applications)* | *-* | *359* | *43* | *36* | *6* | *1* | *5* | *1* | *1* | | | | | | *452* |
| *Food Stamps (Recertifications)* | *-* | *132* | *32* | *80* | *40* | *122* | *311* | *264* | *37* | *2* | | | | | *1,020* |
| **Total** | **1,295** | **1,064** | **151** | **207** | **159** | **159** | **328** | **265** | **38** | **2** | **0** | **0** | **0** | **1** | **3,669** |

| APA Backlog Detail | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
| **APA Total (Applications and Recerts** | - | 45 | 47 | 76 | 111 | 35 | 12 | - | - | - | - | - | - | 1 | 327 | 125 | 202 | 2025-02-12 |
| *APA Applications* | - | *45* | *47* | *76* | *111* | *35* | *12* | - | - | - | - | - | - | *1* | 327 | 125 | 202 | 2025-02-12 |
| *APA Recertifications* | - | | | | | | | | | | | | | | **0** | - | - | - |

| SNAP Backlog Detail February 12, 2026 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
| **SNAP Total (Applications and Recerts** | 1,295 | 1,019 | 104 | 131 | 48 | 124 | 316 | 265 | 38 | 2 | - | - | - | - | 3,342 | 2,636 | 706 | 2025-05-29 |
| *SNAP (Expedite > 7 days)* | *1295* | *528* | *29* | *15* | *2* | | *1* | | | | | | | | **1,870** | 1,867 | 3 | 2025-09-15 |
| *SNAP (non-Expedite Applications)* | *-* | *359* | *43* | *36* | *6* | *1* | *5* | *1* | *1* | | | | | | **452** | 451 | 1 | 2025-07-09 |
| *SNAP (Recertifications)* | *-* | *132* | *32* | *80* | *40* | *122* | *311* | *264* | *37* | *2* | | *-* | | | **1,020** | 318 | 702 | 2025-05-29 |

**State of Alaska Dept. of Health – Division of Public Assistance**
**SNAP and APA Timeliness - Report Date March 2026**

| Timely Actions August 2025 - January 2026 | |
|---|---|
| **Program** | **Percent Timely** |
| **SNAP Applications and Recerts** | **47%** |
| SNAP Expedite applications | 37% |
| SNAP Initial applications | 56% |
| SNAP Recert applications | 36% |
| **Placeholder for APA Data** | |

| Application Decision Cycle Time August 2026 - January 2026 | |
|---|---|
| **Program** | **Average Days** |
| SNAP | 44 |
| Placeholder for APA Data | - |



SNAP & APA Timeliness
August 2025 - January 2026

| Alaska Adult Public Assistance Timeliness  Placeholder |
|---|
| In process of developing data collection programming for this metric |
| At this time we are experiencing an issue with one of our  timeliness data reports not capturing all data points required to generate this metric for the APA program. |

| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | 1,400 | 35 | 52% |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 520 | 119 | 23% | 2,121 | 1,013 | 40 | 48% |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 642 | 183 | 29% | 2,525 | 1,284 | 44 | 51% |
| Apr-25 | 1,065 | 650 | 61% | 1,013 | 557 | 55% | 574 | 101 | 18% | 2,652 | 1,308 | 46 | 49% |
| May-25 | 991 | 512 | 52% | 952 | 591 | 62% | 869 | 122 | 14% | 2,812 | 1,225 | 69 | 44% |
| Jun-25 | 939 | 501 | 53% | 891 | 545 | 61% | 809 | 174 | 22% | 2,639 | 1,220 | 53 | 46% |
| Jul-25 | 883 | 563 | 64% | 1,037 | 648 | 62% | 1,039 | 189 | 18% | 2,959 | 1,400 | 43 | 47% |
| Aug-25 | 750 | 470 | 63% | 881 | 535 | 61% | 738 | 181 | 25% | 2,369 | 1,186 | 38 | 50% |
| Sep-25 | 767 | 512 | 67% | 809 | 467 | 58% | 611 | 156 | 26% | 2,187 | 1,135 | 36 | 52% |
| Oct-25 | 1,098 | 657 | 60% | 684 | 143 | 21% | 1,096 | 597 | 54% | 2,878 | 1,397 | 40 | 49% |
| Nov-25 | 637 | 337 | 53% | 401 | 82 | 20% | 843 | 373 | 44% | 1,881 | 792 | 50 | 42% |
| Dec-25 | 835 | 509 | 61% | 662 | 167 | 25% | 876 | 308 | 35% | 2,373 | 984 | 45 | 41% |
| Jan-26 | 791 | 238 | 30% | 706 | 152 | 22% | 866 | 86 | 10% | 2,363 | 476 | 53 | 20% |
| **Totals:** | **4,878** | **2,723** | **56%** | **4,143** | **1,546** | **37%** | **5,030** | **1,804** | **36%** | **14,647** | **6,894** | **44** | **47%** |

*(table title: Alaska Supplemental Nutrition Assistance Program Timeliness)*



# Department of Health - Division of Public Assistance – IT Project Roadmap - Completed



# Department of Health - Division of Public Assistance – IT Project Roadmap - Completed



| Project name | FY22 Q2 | FY22 Q3 | FY22 Q4 | FY23 Q1 | FY23 Q2 | FY23 Q3 | FY23 Q4 | FY24 Q1 | FY24 Q2 | FY24 Q3 | FY24 Q4 | FY25 Q1 | FY25 Q2 | FY25 Q3 | FY25 Q4 | FY26 Q1 | FY26 Q2 | FY26 Q3 | FY26 Q4 | FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Automatic Image Resizing in ILINX® | | | | | | | | | | | | | | Nov 1, 2024 \| Mar 31, 2025 | | | | | | |
| Alaska Childcare Modernization | | | | | | | | Sep 1, 2023 \| Apr 30, 2025 | | | | | | | | | | | | |
| Application Processing Delay Notice | | | | | | | | | | | | | Jan 1, 2025 \| Apr 30, 2025 | | | | | | | |
| Application Processing Interface (API) Framework | | | | | | | | | | | Aug 1, 2024 \| Apr 30, 2025 | | | | | | | | | |
| ILINX® Cognitive Services for Virtual Contact Center (VCC) Recordings | | | | | | | | Nov 1, 2023 \| May 31, 2025 | | | | | | | | | | | | |
| Automated Date Received | | | | | | | | | | | | | | | Jun 10, 2025 \| Jun 26, 2025 | | | | | |
| Current™ Integration with ILINX® | | | | | | | | | | | | | Feb 1, 2025 \| Jun 26, 2025 | | | | | | | |
| ILINX® - Workflow Modernization | | | | | | | | | | | | | | | Apr 1, 2025 \| Jun 26, 2025 | | | | | |
| Broad Based Categorical Eligibility (BBCE) Project | | | | | | | | | Apr 1, 2024 \| Jun 30, 2025 | | | | | | | | | | | |
| Current™ Cloud Migration | | | | | | | | | | | | | | | | Jul 1, 2025 \| Aug 8, 2025 | | | | |
| ILINX® Upgrade | | | | | | | | | | Jul 1, 2024 \| Aug 31, 2025 | | | | | | | | | | |
| ILINX® Long Term Care Workflow | | | | | | | | | | | | | | | May 1, 2025 \| Oct 31, 2025 | | | | | |
| Transition Adult Public Assistance (APA) and Senior Benefit (SB) programs from warrant to Electronic Benefit Transfer (EBT) | | | | | | | | | | | Oct 1, 2024 \| Dec 2, 2025 | | | | | | | | | |
| Intelligent Policy Tracking and Compliance Support | | | | | | | | | | | | | | | | Nov 1, 2025 \| Dec 31, 2025 | | | | |
| Automate Case Closure for Loss of Contact | | | | | | | | | | | | | | | Jul 1, 2025 \| Jan 31, 2026 | | | | | |
| Short Message Service (SMS) Messaging | | | | | | | | | | | | | | | Apr 21, 2025 \| Jan 31, 2026 | | | | | |

February 12, 2026
Case 3:23-cv-00044-SLG    Document 137-1    Filed 03/02/26    Page 41 of 69
Department of Health, Division of Public Assistance – IT Project Roadmap - Completed
Page 40 of 69

# Department of Health - Division of Public Assistance – IT Project Roadmap – Planned



| Project Name | Description and Status | Program Impact |
|---|---|---|
| ILINX® - Advanced Capture Automated Document Type Classification (phase 2) | Enhances automated document intake by expanding intelligent classification capabilities to reduce manual sorting and routing of electronically submitted documents across public assistance programs. Builds on Phase 1 implementation to improve accuracy and throughput.<br><br>**Dependencies / Delay Drivers:**<br>• Competing IT resource allocation across IEP modernization work<br>• Ongoing refinement of document taxonomy and business rules<br>• Integration sequencing with Centralized Registration<br>• Vendor configuration timelines and testing capacity | Public assistance programs receive thousands of documents monthly. Manual document sorting delays eligibility decisions and increases the risk of misrouted or unprocessed documents. Automating document classification improves timeliness, reduces backlog, and ensures documents are correctly associated with the appropriate case. This directly supports compliance with federal timeliness standards and improves client service by reducing processing delays. |
| Milestone 2 - Increment 6: Heating Assistance Application eForm | Implements a dynamic, client-facing electronic application for Heating Assistance that integrates with ILINX® and eligibility systems to reduce manual intake and improve application completeness.<br><br>**Dependencies / Delay Drivers:**<br>• Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Paper applications slow intake, require manual data entry, and increase error rates. Digitizing the Heating Assistance application improves accessibility for clients and streamlines intake for staff. Dynamic smart forms reduce incomplete submissions and prevent common errors at the point of entry. |
| Notice Enhancements | Modernizes client correspondence through a centralized correspondence management solution that standardizes notice language, improves regulatory compliance, and supports multi-program alignment.<br><br>**Dependencies / Delay Drivers:**<br>• Policy review and legal approval cycles<br>• Coordination across multiple program areas<br>• IEP module deployment sequencing<br>• Limited subject matter expert (SME) availability for notice redesign | SNAP Investment Project - Inconsistent or outdated notices create confusion for clients and increase appeals, fair hearings, and call center volume. A modern correspondence management platform standardizes notices across programs, ensures regulatory compliance, and improves clarity. |
| Quality Control (QC) System Replacement | Replaces the legacy SNAP QC system with a modern platform that provides real-time error tracking, case sampling automation, and enhanced reporting to support federal performance requirements and reduce payment error rates.<br><br>**Dependencies / Delay Drivers:**<br>• Federal FNS oversight and reporting alignment<br>• Data integration with eligibility systems<br>• Competing SNAP modernization priorities | SNAP Investment Project - SNAP payment error rates directly impact federal funding and can result in fiscal penalties. A modern QC platform with real-time error tracking allows earlier identification of trends and targeted corrective action. |

February 26, 2026

Department of Health - Division of Public Assistance – IT Project Roadmap - Planned

| Project Name | Description and Status | Program Impact |
|---|---|---|
| | • Resource prioritization within SNAP Investment Project scope | |
| Centralized Registration | Implements automated intake and registration of electronically submitted applications to ensure timely logging, standardized case creation, and reduced manual processing.<br><br>**Dependencies / Delay Drivers:**<br>• CMS and FNS approval of online Application for Services<br>• Integration with ILINX® Advanced Capture<br>• Workforce capacity limitations<br>• Business process redesign to support centralized intake model | Manual registration of applications creates delays and inconsistent intake practices. Automated registration ensures applications are logged consistently and immediately upon receipt. |
| ILINX® - Analytics Dashboards | Deploys operational dashboards to provide leadership and managers with real-time visibility into workload, productivity, document processing, and timeliness metrics.<br><br>**Dependencies / Delay Drivers:**<br>• Resource availability and competing modernization priorities<br>• Data governance alignment across programs<br>• Completion of upstream automation (eForms, Advanced Capture)<br>• Standardization of performance metrics | Programs need real-time visibility into workload, productivity, and processing timeliness to manage staffing and meet federal performance standards. Analytics dashboards provide leadership with actionable data. |
| Milestone 2 - Increment 6: Burial Assistance Application eForm | Implements a client-facing electronic Burial Assistance application to improve accessibility, reduce manual intake, and streamline eligibility processing during urgent circumstances.<br><br>**Dependencies / Delay Drivers:**<br>• Workforce capacity constraints<br>• Integration alignment with ILINX® ingestion<br>• Competing priorities within Increment 6 scope<br>• Policy validation and form redesign cycles | Burial Assistance serves families during a crisis period. Paper processes delay assistance at a critical time. A digital application improves accessibility and reduces administrative burden during sensitive circumstances. |
| Worker Assist | Develops a real-time virtual assistant tool that provides eligibility staff with searchable access to policy guidance, procedural instructions, and program rules to improve decision consistency and reduce training burden.<br><br>**Dependencies / Delay Drivers:**<br>• Policy content standardization and knowledge base development<br>• Ongoing policy updates requiring structured documentation<br>• SME time for validation and testing<br>• Alignment with data architecture strategy | SNAP Investment Project - Policy complexity and frequent updates increase the risk of inconsistent eligibility decisions. A real-time virtual assistant provides staff with immediate access to accurate guidance. |

| Project Name | Description and Status | Program Impact |
|---|---|---|
| Milestone 2.5 - Data Architecture, Interoperability, and Reporting | Implements a modern data integration and operational data repository to consolidate data from multiple enterprise systems, improving cross-program reporting, analytics, and federal compliance capabilities.<br><br>**Dependencies / Delay Drivers:**<br>• Enterprise data governance decisions<br>• Integration complexity across legacy and IEP systems<br>• Infrastructure readiness and security review<br>• Sequencing relative to IEP module rollouts | Data currently exists across multiple systems, limiting reporting accuracy and slowing federal reporting, forecasting, and program analysis. An integrated operational data repository improves interoperability and analytics. |
| Milestone 2 - Increment 1-5: Non-MAGI Medicaid | Transitions Non-MAGI Medicaid programs (ABD, LTC, HPE) from legacy systems to the Integrated Eligibility Platform (IEP), improving sustainability, compliance, and workflow standardization.<br><br>**Dependencies / Delay Drivers:**<br>• CMS approval checkpoints<br>• Complex eligibility rule configuration<br>• Data migration and validation requirements | Legacy systems create operational risk, require costly maintenance, and limit modernization efforts. Transitioning Non-MAGI Medicaid to the Integrated Eligibility Platform improves sustainability and compliance. |
| Milestone 3 - SNAP Modernization Module | Implements SNAP eligibility processing within the Integrated Eligibility Platform to replace legacy workflows and align SNAP operations with enterprise modernization efforts.<br><br>**Dependencies / Delay Drivers:**<br>• Federal FNS approval and oversight<br>• Integration with QC replacement and data repository<br>• Resource competition with other IEP increments<br>• Testing and conversion complexity | Modernizing SNAP processing improves eligibility accuracy, supports automation, and reduces manual case handling. This directly impacts federal performance measures and client timeliness. |
| Milestone 2 - Increment 8: Adult Public Assistance (APA) Cash Program | Modernizes the APA Cash Program within the Integrated Eligibility Platform to standardize workflows, improve system reliability, and reduce reliance on legacy infrastructure.<br><br>**Dependencies / Delay Drivers:**<br>• Sequencing behind Medicaid and SNAP modernization<br>• Configuration complexity for unique APA business rules<br>• Data conversion validation<br>• Funding and resource prioritization | Modernizing APA within the IEP reduces reliance on legacy workflows and ensures consistency across cash and medical programs. |

February 26, 2026

Case 3:23-cv-00044-SLG    Document 137-1    Filed 03/02/26    Page 45 of 69
Department of Health - Division of Public Assistance – IT Project Roadmap - Planned
Page 44 of 69

| Project Name | Description and Status | Program Impact |
|---|---|---|
| Milestone 4 - Cash Program Modernization | Transitions ATAP, Senior Benefits, and GRA into the Integrated Eligibility Platform, enabling full decommissioning of the legacy Eligibility Information System (EIS) and reducing long-term operational risk.<br><br>**Dependencies / Delay Drivers:**<br>• Completion of prior IEP increments<br>• Funding alignment and legislative support<br>• Comprehensive regression testing<br>• Risk mitigation planning for EIS decommissioning | Bringing all major cash programs into the IEP allows for full decommissioning of the legacy Eligibility Information System (EIS), significantly reducing operational risk and maintenance costs. |

# Department of Health - Division of Public Assistance – IT Project Roadmap – Next 6 Months



| Project Name | Description and Status | Program Impact |
|---|---|---|
| Eligibility Technician (ET) Repository | Develops a centralized, searchable digital repository that houses policy guidance, desk aids, procedural manuals, job tools, training materials, and reference documents for Eligibility Technicians across all public assistance programs. The repository will serve as a single source of truth to support consistent eligibility determinations and reduce reliance on informal knowledge sharing.<br>**Dependencies / Delay Drivers**<br>• Policy standardization and formatting of existing materials<br>• SME time required to validate and update legacy desk aids<br>• Governance structure to maintain version control and updates<br>• Alignment with Worker Assist tool (to ensure content integration)<br>• Workforce capacity constraints during active modernization efforts | Eligibility policy is complex and frequently updated. Inconsistent access to current guidance increases the risk of eligibility errors, federal findings, and payment inaccuracies. By improving access to standardized guidance, this initiative directly supports payment accuracy, timeliness compliance, and program integrity across Medicaid, SNAP, and cash programs. |
| Qualtrics Implementation | Implements a structured client and stakeholder feedback platform to collect, analyze, and report on customer experience, program access, and service delivery performance.<br><br>**Dependencies / Delay Drivers**<br>• Privacy and data-sharing approvals<br>• Survey governance and question standardization<br>• Integration planning with eligibility systems<br>• Staff capacity to analyze and operationalize findings | Provides actionable insight into client experience and service gaps. Supports continuous improvement, improves equity in access, and strengthens accountability to stakeholders and legislators. |
| ILINX Flex | Expands ILINX® capabilities with configurable workflow and document management enhancements to support automation, routing flexibility, and improved case document lifecycle management.<br><br>**Dependencies / Delay Drivers**<br>• Vendor configuration timelines<br>• Coordination with Advanced Capture and Centralized Registration<br>• Business process redesign requirements<br>• Competing modernization priorities | Improves operational agility by allowing programs to adjust workflows without major system redevelopment. Reduces manual handling and supports scalability during workload surges. |
| Income and Eligibility Verification System Modernization - IEVS | Modernizes interfaces and data exchange processes for Income and Eligibility Verification to improve automation of third-party data matches and reduce manual verification processes. | Enhances program integrity by improving eligibility accuracy and reducing improper payments. Decreases staff time spent on manual verification and improves timeliness of case actions. |

February 26, 2026

Case 3:23-cv-00044-SLG    Document 137-1    Filed 03/02/26    Page 48 of 69
Department of Health - Division of Public Assistance – IT Project Roadmap – Next 6 Months
Page 47 of 69

| Project Name | Description and Status | Program Impact |
|---|---|---|
| | **Dependencies / Delay Drivers**<br>• Federal and interagency data-sharing agreements<br>• Security and compliance approvals<br>• Interface modernization sequencing<br>• Legacy system integration complexity | |
| Milestone 2 – Increment 6: Online Application for Services (eForms) | Implements a comprehensive, client-facing Online Application for Services platform using dynamic eForms that integrate with ILINX®, Centralized Registration, and the Integrated Eligibility Platform (IEP).<br><br>**Dependencies / Delay Drivers**<br>• CMS and FNS approval of the Online Application for Services<br>• Integration sequencing with Centralized Registration and ILINX® Advanced Capture<br>• Workforce capacity constraints during concurrent modernization milestones<br>• Data mapping and validation across multiple programs<br>• Policy review to ensure regulatory compliance across benefit types<br>• Testing cycles to validate cross-program eligibility logic | Modernizing the application process is foundational to improving access, equity, and timeliness across all public assistance programs. By shifting intake to a digital-first model, the division reduces administrative burden while improving service delivery and program integrity. The solution replaces paper-based and static PDF applications with smart forms that adapt based on program selection, household composition, and eligibility pathways.<br>The eForms platform supports multi-program applications (e.g., Medicaid, SNAP, Heating Assistance, Burial Assistance, and Cash Programs) and reduces manual intake processes by enabling direct electronic submission and automated ingestion into eligibility workflows. |
| Milestone 2 – Increment 6: Online Eligibility Review (eForm) | Implements a client-facing Online Eligibility Review eForm solution within the Integrated Eligibility Platform (IEP), allowing participants to complete required periodic renewals electronically through dynamic smart forms. The solution pre-populates known case information, incorporates data verification sources, and routes submissions through automated intake and workflow processes.<br><br>**Dependencies / Delay Drivers**<br>• CMS approval requirements for Medicaid renewal/application processes<br>• Integration with IEVS and third-party data verification systems<br>• Configuration complexity for multi-program renewal logic<br>• Completion of foundational Online Application and intake automation work<br>• Workforce capacity constraints during concurrent IEP increments<br>• Testing and validation of pre-populated data and ex parte workflows | Renewals are one of the highest-volume and most time-sensitive eligibility functions. Manual renewal processing increases workload strain and creates risk of procedural terminations. By modernizing renewals, the division improves program integrity, client stability, and workforce sustainability. |
| Identify Deceased Medicaid Enrollees | Implements automated data matching and case closure processes to more timely identify and appropriately act on deceased participant records across benefit programs. | Reduces improper payments, strengthens program integrity, and improves compliance with federal oversight requirements. Protects program resources and reduces audit findings. |

February 26, 2026

Case 3:23-cv-00044-SLG    Document 137-1    Filed 03/02/26    Page 49 of 69
Department of Health - Division of Public Assistance – IT Project Roadmap – Next 6 Months
Page 48 of 69

| Project Name | Description and Status | Program Impact |
|---|---|---|
| | **Dependencies / Delay Drivers**<br>• Access to reliable death data sources<br>• Interagency agreements and data-sharing approvals<br>• Cross-program workflow alignment<br>• Policy reconciliation across benefit types | |
| Permanent Medicaid Cards | Transitions from recurring reissuance of Medicaid cards to a durable permanent card model, supported by updated eligibility verification processes and communication protocols.<br><br>**Dependencies / Delay Drivers**<br>• Policy alignment and regulatory review<br>• Coordination with providers and MMIS<br>• Communication planning and stakeholder education<br>• System configuration adjustments | Reduces administrative costs, printing expenses, and call center volume related to lost or replacement cards. Improves client convenience while maintaining eligibility verification integrity. |
| Centralized Mailroom | Establishes a centralized document intake and scanning model to standardize mail processing, improve document tracking, and integrate with ILINX® automated workflows.<br><br>**Dependencies / Delay Drivers**<br>• Physical infrastructure and logistics planning<br>• Workforce realignment and training<br>• Integration with Advanced Capture and Centralized Registration<br>• Change management and regional transition planning | Reduces lost or delayed documents, improves timeliness compliance, and ensures consistent intake practices statewide. Enables stronger tracking and accountability. |
| Milestone 2 – Increment 7: Alaska Connect Self-Service Portal – Phase 2 | Expands the Alaska Connect Self-Service Portal through Phase 2 enhancements to increase client functionality, improve usability, and deepen integration with the Integrated Eligibility Platform (IEP). Because Alaska Connect serves as the public-facing interface for multiple modernization initiatives, its timeline is closely tied to upstream intake automation, eligibility system integration, and federal compliance approvals.<br><br>**Dependencies / Delay Drivers**<br>• Completion and stabilization of Online Application and Online Renewal functionality (Increment 6 dependencies)<br>• Integration with ILINX®, Centralized Registration, and Notice Enhancements<br>• CMS and FNS oversight where portal functionality impacts application and renewal processes | Alaska Connect is the front door to public assistance services. Expanding self-service capabilities directly supports modernization goals and workforce sustainability.<br>Phase 2 builds upon the foundational portal capabilities by enabling additional self-service features such as case status visibility, document upload, renewal tracking, benefit updates, and real-time communication enhancements. The portal will further integrate with online applications, renewals, change reporting, and notice delivery to support a comprehensive digital client experience.<br><br>This phase strengthens portal performance, accessibility, and cross-program functionality across Medicaid, SNAP, and Cash programs. |

February 26, 2026

Department of Health - Division of Public Assistance – IT Project Roadmap – Next 6 Months

| Project Name | Description and Status | Program Impact |
|---|---|---|
| | • Identity verification and security configuration for expanded client access<br>• Data synchronization across legacy EIS and IEP modules during transition<br>• Vendor development timelines and testing capacity<br>• Workforce capacity constraints during concurrent IEP increments | |
| Unified Change of Address Module – ARIES | Implements a unified Change of Address (COA) capability that allows a client or eligibility technician to enter an address once and have it automatically update across ARIES.<br><br>**Dependencies / Delay Drivers**<br>• Workforce capacity constraints<br>• Milestone 2 – Increment 7: Alaska Connect (Self Service Portal) Phase 2 is a predecessor and required foundation<br>• Cross-system integration between ARIES and legacy EIS<br>• Data mapping and regression testing across programs<br>• Alignment with Notice Enhancements to ensure synchronized correspondence<br>• Competing modernization priorities funded through QC Reinvestment | Accurate address data is foundational to eligibility compliance and client communication. Currently, fragmented address updates increase the risk of inconsistent records, returned mail, delayed notices, and procedural closures. This automation eliminates the need for duplicate manual entry across systems and ensures address changes are consistently reflected in eligibility records, notice generation, and case workflows. The solution is designed to integrate with Alaska Connect self-service functionality and support cross-program synchronization during the modernization transition period. |

February 26, 2026

Case 3:23-cv-00044-SLG    Document 137-1    Filed 03/02/26    Page 51 of 69
Department of Health - Division of Public Assistance – IT Project Roadmap – Next 6 Months
Page 50 of 69





# State of AK, Dept. of Health
# Division of Public Assistance

## ILINX Automation Projects:

## Status Report

Report #12:

February 13, 2026

Case 3:23-cv-00044-SLG    Document 137-1    Filed 03/02/26    Page 52 of 69



# Projects Completed to Date

| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| Long Term Care (LTC) Assistance Workflow | 11/07/2025 | The purpose of this project is to identify LTC workflow packages and configure ILINX Case Files workflow so SOA staff can view Long Term Care content discretely. | • Configure ILINX to solution with capability to uniquely identify Long Term Care centric workflow packages at content intake and though the workflow process.<br>• New LTC specific Secure Document Upload eform created to facilitate LTC providers submission of electronic content and subsequent workflow.<br>• Configure ILINX email import client for Outlook to facilitate one step ingestion of LTC content received via email inbox into the ILIINX LTC workflow process. |
| ILINX Upgrade, ability to leverage browser agnostic ILINX interface (Flex) | 9/12/2025 | ILINX Enterprise platform upgraded to version 9.6 (latest release) in all environments. | • Baseline version to support transition to ILINX Flex client facilitating a streamlined and browser independent experience.<br>• Required to support Analytics/dashboards.<br>• Latest product updates and enhancements. |
| Date Received for after hours, weekends, and holidays | 6/25/2025 | ILINX solution configured to interrogate the actual date and time content is received by the SOA. Automated date calculation evaluates SOA business hours, holidays, and weekends and automates the actual receive date. | • Elimination of errors caused in auto date stamp when clerical mistakenly enters incorrect received date.<br>• Automated date received logic calculation replacing need for staff to manually calculate received data based upon content type, after hours, weekends and/or holidays leveraging SOA approved calculation rules. |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| CURRENT Integration | 6/25/2025 | ILINX solution configure configured to integrate with SOA CURRENT (task assignment solution) application, the data typed in by the DPA associate directly into CURRENT. | • Significant reduction in labor/effort relating to manually updating the CURRENT Task Management solution.<br>• Reduction in processing times.<br>• Increased in process visibility.<br>• Baseline for additional automation efforts. |
| ILINX Case Files Workflow Modernization | 6/25/2025 | Streamline with ILINX Workflow processing by eliminating two (2) workflow steps through consolidation and integration with SOA CURRENT solution. | • Reduce workflow process time: estimated labor saving of 30-45 seconds per package.<br>• Streamline SOA staff system exposure leveraging data integrations and image enablement of CURRENT solution.<br>• Provide baseline for future planned projects. |
| Simplify current method for the way ET 1s interact with ILINX (classifying documents) | 6/25/2025 | Elimination of two (2) workflow steps through consolidation and integration with SOA CURRENT solution. | • Reduce workflow process time: estimated labor savings of 30-45 seconds per package.<br>• Automated process to skip CURRENT integration leveraging automated business rules. |
| ILINX Cognitive Services: Automated processing of VCC Recordings | 6/1/2025 | ILINX automatically converts the Virtual Call Center (voice recorded signed applications) recordings into a searchable document as well as clipping the entire recording (interview) to just the required portion, the attestation. | • Automated conversion of voice recorded SNAP Applications received telephonically.<br>• Creation of voice call transcript files to be stored with clipped call file (voice signature) in the electronic records repository. |
| Automatic resizing of emailed images | 3/28/2025 | ILINX automatically adjusts received content to 8 ½ x 11 eliminating large file processing errors received primarily through automated email monitoring. | • Automated process to re-size large attachment received via email.<br>• Eliminates the need for staff to address errors through manual intervention/re-sizing of images. |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| | | | • Increase process efficiency and processing volume. |
| Automated Document Type Classification | 11/18/2024 | ILINX automatically reviews the electronic documents received via email by the public, looking for Applications and Reviews. If it finds an *Application or Review*, it moves the *Application or Review* to the **Priority** work queue. | • Reduced the review and classification of *Applications and Reviews* by hundreds of hours a week.<br>• Staff work *Applications and Reviews* first, striving to align to the SLA. |
| Childcare Assistance Program (CCAP): Provider and Family Eligibility | 9/27/2024 | Two ILINX applications were configured. ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can view the electronic documents by clicking an icon in AKCCIS. | • Productivity gain - access to electronic documents, statewide, from any office<br>• Productivity gains - staff work in one system, AKCCIS.<br>• Reduction of printing costs<br>• Reduction of filing supplies costs<br>• Reduced risk associated with the loss of paper records due to fire, earthquake, water damage, etc. |
| Childcare Program Office: Licensing | 9/27/2024 | ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can view the electronic documents by clicking an icon in the AKCCIS. | • See above |
| Childcare Program Office: Accounting | 9/27/2024 | ILINX is integrated with DPA's new business system, AKCCIS. ILINX was configured to ingest and store process documentation. Staff can review the electronic documents by clicking an icon in the AKCCIS. | • See above |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| ILINX eForms: Color code by form type | 7/31/2024 | Numerous ILINX *smart forms* were configured so that clients and applicants could fill them out electronically from their phones, tablets, computers, etc. Besides the Title, staff would need to read through the eForm if they had been pulled off for a phone call, etc. | • Productivity gain- staff can easily identify the different eForms, allowing them to work per the proper process requirements. |
| ILINX Engage: Phase 1 Client Portal- *Alaska Connect* | 7/24/2024 | ILINX was configured for DPA's Alaska Connect Portal. All ILINX eForms, links to PDF forms and essential information, are available through the experience. | • Easy to work with – applicant/client self-service and integrated with MyAlaska.<br>• Access to applications and documentation from any device, any time and any location. |
| ILINX eForm: Report of Change | 7/11/2024 | An ILINX smart form was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Easy to work with, client self-service.<br>• Smart form fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to Report of Change from any device, any time and any location. |
| ILINX eForm: SNAP Interim Report | 5/6/2024 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar experience. Based on the client's answer | • Easy to work with, client self-service.<br>• Smart form fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in)<br>• Access to SNAP Interim Report from any device, any time and any location. |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| | | to a question, only the necessary additional questions will be asked. | |
| ILINX Secure Document Upload | 3/13/2024 | A link on DPA's website was added to support an applicant/client's ability to securely upload documents required to support benefits determination. | • Easy to work with, client self-service. Clients/applicants can use the camera on their phone to upload pictures of their documents.<br>• Eliminated staff manual paper tasks -opening mail, scanning documents, and document classification. |
| Automated SMS/Email Notification | 3/12/2024 | Automated SMS/Text and email confirmation notices transmitted when client opts-in during all eForm submissions (SNAP Application, Interim Report, Change Report, Secure Document Upload) | • "Blackhole" - clients and applicants would call or submit duplicate paperwork as no confirmation was provided.<br>• Reduction of phone inquiries and duplicate submissions as clients who Opt In receive a confirmation email or text message. |
| USDS Consultation | 3/1/2024 | FNS sent USDS to AK to provide support – process and technology. ImageSource met to provide information and access (integrate) to the ILINX system. | • Minimize key data entry into multiple systems. DPA associate key once, data is pushed to the eligibility system, supporting faster determinations. |
| Weekly Data Report: ILINX Utilization | 1/1/2024 – on going | Weekly data by volume for each configured customer for work processed through DPA ILINX solution. | • Provides DPA with the ability to see where work is coming in, the volume of work by media and where process bottlenecks. |
| ILINX eForm: SNAP Application | 12/28/2023 | An ILINX *smart form* was configured to ensure ease of use and the collection of good data. The form fields are scripted to align with the desired data type such as a 9-digit numeric, a calendar "pop up", a list of choices in a pull-down list and yes/no radio buttons to create a stellar. | • Easy to work with, client self-service.<br>• Smart form fills in fields, enforces the collection of data to ensure completeness (minimize process delays).<br>• Eliminated 'black hole': client receives text or email (if they Opt in) |



| PROJECT NAME | DATE COMPLETED | CONFIGURED FUNCTIONALITY | VALUE DELIVERED: HOW IT HELPED |
|---|---|---|---|
| | | experience. Based on the client's answer to a question, only the necessary additional questions will be asked. | • Access to SNAP Application from any device, any time and any location. |
| ILINX Interview and Reminder Confirmation (SMS) Process. | 02/05/2026 | An ILINX *smart form* was configured to provide application and renewal interview appointments receive from constituents via both paper base submission and/or request received via phone call. Fulling integrated proactive Application/Renewal interview scheduling for all constituent base content received electronically. Automated workflow to transmit SMS based interview appointment confirmation as well as a second reminder message transmitted day of interview. Fully integrated with DPA Task management line of business application. | • Automated, efficient method for SOA DPA Casefile staff schedule constituent Application and Renewal Interviews.<br>• Integrated Application and Interview internal task generation.<br>• Automated generation and transmission to constituent interview date/time confirmation and remainder text messages. |



# Projects In Flight

| PROJECT NAME | PERCENT COMPLETE | PROJECT STATUS |
|---|---|---|
| ILINX eForm: Application for Services | 75% | **User Acceptance tasks in progress.**<br>Application for Services eForm configuration is complete, tested and accepted by DPA. The electronic application (eForm) has been submitted to FNS and CMS for approval. |
| ILINX Analytics | 75% | **User Acceptance tasks in progress.**<br>Reports and dashboards will be configured that illustrate statistics such as how many SNAP applications were processed this week. Preliminary requirements defined, to be configured when the software upgrade is complete. |
| Centralized Mailroom | 5% | **Project prioritized, Project Planning tasks are underway.**<br>The purpose of this project is to automate the opening and routing of returned mail. The current process is decentralized, with undeliverable mail returned to a field office and then being manually worked by DPA associates. |
| ILINX eForm: Eligibility Recertification Process | 10% | **Solution design tasks started.**<br>The purpose of this project is to configure an ILINX electronic form/smart form for the Eligibility Review process. This will provide a means for Alaskans to confirm their eligibility (continue to review current benefits). The Eligibility Review Form eform will leverage as many components as possible that are utilized in the ILINX for Services Application and Report of Change eForms. This new Eligibility Review form applies to the following programs: MAGI Medicaid, Alaska Temporary Assistance Program, Adult Public Assistance, SNAP, Senior Benefits, Long Term Care, and APA Medicaid. |



# Projects Queued Up: Working through Procurement

| PROJECT NAME | PROJECT PURPOSE |
|---|---|
| ILINX eForm: Heating Assistance Application | **No change since the previous Report due in part to Federal budget impacts.**<br>The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff. The Heating Assistance form will be available via the SOA public website, My Alaska website as well as the Alaska Connect portal. |
| ILINX eForm: Burial Assistance Request | **Project Plan in review/awaiting acceptance and prioritization.**<br>The purpose of this project is to configure an ILINX eform and workflow to automate the process, making it easier for in need Alaskans to apply as well as reducing the burden of manual tasks by DPA staff. The Burial Assistance smart form will be available via the SOA public website, My Alaska website as well as the Alaska Connect portal. |
|  |  |

Case 3:23-cv-00044-SLG     Document 137-1     Filed 03/02/26     Page 60 of 69



# Projects – ILINX Evolutions in Discussion

| PROJECT NAME | PROJECT PURPOSE |
|---|---|
| Simplify current method for the way SNAP Interim Reports are processed | **This initiative has been achieved by the ILINX Case Files Workflow Modernization which was implemented on June 25, 2025.** Eliminate one ILINX workflow queue when there are no changes identified on Interim Report, estimated labor saving and the potential disruption of client benefits. |
| Simplify current method for the way ET1s interacts with ILINX (classifying documents) | **This initiative has been achieved by the ILINX Case Files Workflow Modernization which implemented on June 25, 2025.** Consolidate three ILINX workflow queues into one: estimated labor saving of 30-45 seconds per package. |
| | |

**Attachment 5**

Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 02/02/2026*

**\*Definitions:**

**Field Eligibility Technician (ET):** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*

**Eligibility Technician 2 (ET 2)** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*

**Eligibility Technician 3 (ET3)** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

**Eligibility Technician 4 (ET4)** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

**Eligibility Office Manager 1 (EOM1)** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

**Eligibility Office Manager 2 (EOM2)** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

**Permanent (Budgeted) Positions:** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

**Long-Term Non-Permanent (LTNP) Positions:** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

**PCN Recruiting:** *The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.*

**PCN Posted:** *The position has been advertised, and applications are being accepted through the designated recruitment platform.*

**PCN Interviewing:** *Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.*

**PCN Hire Pending:** *A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.*

**PCN Filled:** *The position has been successfully filled, and the new hire has started or is scheduled to begin work.*

**PCN Vacant:** *The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.*

*Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class) that had a Personnel Action take place in the month.*



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 02/02/2026*

**\*Definitions:**

> ***Field Eligibility Technician (ET):*** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*
> ***Eligibility Technician 2 (ET 2)*** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*
> ***Eligibility Technician 3 (ET3)*** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs*

*specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

***Eligibility Technician 4 (ET4)*** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

***Eligibility Office Manager 1 (EOM1)*** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

***Eligibility Office Manager 2 (EOM2)*** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

***Permanent (Budgeted) Positions:*** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

***Long-Term Non-Permanent (LTNP) Positions:*** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

***Transfer within Division (OUT):*** *The position has been vacated but the incumbent has remained with the Division.*

***Transfer within Division (IN):*** *The position has been filled with an incumbent within the Division.*

***New Hire:*** *The position has been filled with an incumbent new to state service.*

***Separation:*** *The position has been vacated by an incumbent who has left state service or retired from state service.*

***Lateral Transfer WITHIN Division:*** *The position has been filled with an incumbent within the Division and there is no change in range or merit date.*

***Promotion Within the Division:*** *The position has been filled with an incumbent within the Division in a promotional capacity, there is an increase in range, a new merit date, and new probation period.*

***Transfer into Division:*** *The position has been filled with an incumbent from outside the Division, but a current state employee.*

# Attachment 5.2

| | |
|---|---|
| **From:** | Bybee, Thomas L (DOH) |
| **To:** | Etheridge, Deb J (DOH); Stovall, Rebecca L (DOH) |
| **Subject:** | VCC hire update |
| **Date:** | Friday, February 20, 2026 9:57:03 AM |

Good morning!

As of this morning....

-

## Accepted (3ish)

- Juneau (1 and possibly 2)
  - 1 with start date 3/02
  - 1 accepted but wants to work 4/10s and if performance is based off of quotas/metrics. Tasarla is responding
- Anchorage (1)
  - Start date 3/02

## Accepted, but conditional hire so no start date until PCN is moved (5)

- Wasilla (4)
  - 3, with a 4th that was offered and accepted before it was known that it was a conditional hire
- Kenai (1)
  - Accepted, but waiting for PCN location change

## Still waiting for HR approval to offer (2)

- 2 positions, both Anchorage

## Declined (2)

- 1 Anchorage, 1 Juneau, both declined due to other job offers

Thank you-

Tom Bybee
Chief of Field Operations
State of Alaska Public Assistance
1-907-283-2917
1-800-478-7778 EXT 3849
hss.dpa.offices@alaska.gov
888-269-6520 fx

Want to apply online or turn in documents electronically?
Check out Alaska Connect Portal link:

*Attachment 6: Distribution and Status of Contracted Staff*

Table 3. Current Contracted Call Center Staffing Levels

| Position | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Active Supervisors (includes QA Supervisor) | 13 |
| Active Eligibility Associates | 110 |
| Inactive Staff/On Leave | 6 |
| **Total** | **131** |

*Data provided by Public Consulting Group, February 3, 2026*

*Position Descriptions:

> ***Call Center Manager:*** *The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.*

> ***Quality Assurance Manager/Trainer:*** *The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.*

> ***Supervisors:*** *The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.*

> ***Active Eligibility Associates:*** *The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.*

> ***Inactive Staff/On Leave:*** *Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangements.*

# Attachment 7

**Training and Staffing**

**Introduction:** The Division of Public Assistance is currently engaged in intensive training programs to address staffing needs and improve efficiency in eligibility case processing. This report outlines the training timelines, cohort details, and staffing outcomes, supplemented by data on new hires, recruitment efforts, and Position Control Number (PCN) statuses.

**Training Overview:** The main training program running at present is the Modified Adjusted Gross Income Medicaid (MAGI)/Supplemental Nutrition Assistance Program (SNAP) training, which spans ten weeks from onboarding to readiness for production. The timeline is structured as follows:

- **Week 1:** Division orientation
- **Week 2:** System preparation—familiarization with operational systems
- **Weeks 3-4:** Virtual instructor-led training for MAGI
- **Weeks 5-6:** On-the-job (OJT) training for MAGI processing, transitioning to SNAP
- **Weeks 7-8:** Virtual instructor-led training for SNAP
- **Weeks 9-10:** OJT for SNAP and MAGI/SNAP processing

By Week 10, staff are expected to independently handle cases, albeit with some assistance.


Adult Public Assistance (APA) training is a two-week course. Week one is virtual instructor led and week two is OJT processing cases. This training builds on skills learned in the MAGI and SNAP trainings, introducing new policy and procedures specific to the APA program.

Heating Assistance (HAP) is an online course that staff can access as needed. This course is intended for staff with existing eligibility background. When new staff are hired in off the street for HAP, an instructor-led training will be used.

**Current Training Cohorts:** The Division is running several consecutive, concurrent MAGI/SNAP training cohorts, with trainings scheduled as needed to meet the needs of new hires as they are onboarded Additionally, training plans are in progress for other programs such as Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP) program. Below is the training schedule dashboard. This dashboard will be provided to the court on a monthly basis:

| Training Start Date | Training Name | Number of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 1/20/26 | SNAP for PCG EAs | 10 | 2/20/26 | 10 |
| 1/20/26 | Cohort 10 MAGI/ SNAP | 8 | 3/27/26 | 8 |
| 2/23/26 | APA | 11 | 3/6/26 | 11 |
| ~3/2026 | Cohort 11 MAGI/SNAP | TBD | ~5/2026 | TBD |
| ~3/2026 | Cohort 12 MAGI/SNAP – VCC staff | TBD | ~5/2026 | TBD |
| ~3/2026 | ET 1 one program Upskill | TBD | TBD | TBD |
| ~5/2026 | TA | TBD | TBD | TBD |

*Data provided by Chief of DPA Learning & Development, 2/13/2026*
*\*These numbers are based on current vacancies as of 2/13/2026.*