STEPHEN J. COX
ATTORNEY GENERAL

Lael A. Harrison (Alaska Bar No. 0811093)
Senior Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Senior Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

David Wilkinson (Alaska Bar No. 1211136)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email:  david.wilkinson@alaska.gov

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

John Andrew, Kayla Birch, Rose Carney, )
Tereresa Ferguson, Zoya Jenkins, )
Troy Fender, Rhonda Conover, Autumn )
Ellanna, and Nataliia Moroz, on behalf of )
themselves, and all those similarly situated, )
)
    Plaintiffs, )
)
v. ) Case No.: 3:23-cv-00044-SLG
)
Heidi Hedberg, in her official capacity as )
Commissioner of the Alaska Department of )
Health, )
)
    Defendant. )
)

## [PROPOSED] ORDER

Defendant's Unopposed Motion for Extension of Time is GRANTED. The

deadline to file defendant's next monthly court report is reset to April 8, 2026.

   DATED: _____ 2026.


          _____
          Sharon L. Gleason
          United States District Judge