# Report on Compliance with Court-Ordered Requirements

SNAP/APA

STATE OF ALASKA, DEPARTMENT OF HEALTH, APRIL 2026

# Table of Contents

I. Introduction ...................................................................................................................... 2

II. Federal Correspondence and Guidance ............................................................................ 2

III. Timely Processing of Applications ................................................................................... 6

   A. Workload and Timeliness ............................................................................................. 6

   B. Information Technology Modernization ....................................................................... 9

   C. Staffing Improvements. ................................................................................................ 10

   D. Contracted Staffing .................................................................................................... 18

   E. Training and Development ........................................................................................... 14

IV. Efforts to Streamline Administration of Programs ........................................................ 15

V. Conclusion ..................................................................................................................... 16

Attachment 1: Federal Correspondence and Guidance ......................................................... 18

Attachment 1.1: FNS QC Policy Memo 02.27.26 ................................................................. 12

Attachment 1.2: FNS Civil Rights Memo, 03.03.26 ............................................................. 21

Attachment 1.3: FNS Response Expedited Screening, 03.18.26 ........................................... 23

Attachment 1.4: FNS Denial Major Change Reporting, 01.13.26 ......................................... 25

Attachment 2: Workload Management Matrix ...................................................................... 26

Attachment 3: Dashboard with Detail .................................................................................. 33

Attachment 4: Information Technology Modernization Project Roadmap ............................. 39

Attachment 5.1: Staffing and Workforce Capacity ............................................................... 47

Attachment 5.2: Staffing Status Report ................................................................................ 49

Attachment 6: Distribution and Status of Contracted Staff ................................................... 51

Attachment 7: Training and Staffing Update ........................................................................ 52

# I.  Introduction

This report is submitted in compliance with court-ordered requirements and provides an update on the Division of Public Assistance's efforts to improve the timely and accurate delivery of Supplemental Nutrition Assistance Program (SNAP) and Adult Public Assistance (APA) benefits.

During this reporting period, the Division continued to manage high application volumes while advancing targeted operational improvements. These efforts include strengthening staffing capacity, expanding the use of contracted support, implementing system enhancements, and advancing initiatives to improve accuracy and efficiency. The Division also continued to work closely with federal partners to ensure alignment with program requirements and to implement approved flexibilities.

This report provides updates on federal guidance and correspondence, progress in timely processing of applications, and ongoing efforts to streamline program administration.

# II. Federal Guidance and Correspondence

During this reporting period, the Division received updated federal guidance and continued working with federal partners on SNAP operations and process improvements.

On February 27, 2026, the Food and Nutrition Service (FNS) issued guidance related to SNAP Quality Control reviews for November 2025. This guidance recognizes that states faced challenges during the federal funding lapse and allows certain cases to be excluded from error findings when benefits were issued based on earlier federal direction. It also provides direction on how timeliness should be evaluated for impacted cases. (Attachment 1.1).

On March 3, 2026, FNS issued updated guidance on civil rights requirements, directing states to rely on applicable federal civil rights laws and regulations when addressing compliance issues, rather than prior FNS instruction documents (Attachment 1.2).

This guidance represents a shift in how civil rights compliance is interpreted and applied within SNAP operations. The Division is reviewing this change to ensure that policies, procedures, and training materials align directly with federal law and regulatory requirements. This may require updates to existing guidance and internal processes that were previously based on FNS-issued instruction documents.

The Division will continue to work with FNS as needed to ensure appropriate implementation and consistent application of civil rights requirements.

The Division recognizes that expedited SNAP timeliness remains an area of concern and represents one of the most significant performance challenges at this time. A primary contributing factor is the way expedited eligibility is currently screened at the point of application.

Expedited SNAP eligibility is determined at the household level; however, the current application includes screening questions that are structured in a way that can be interpreted at the individual level. This creates confusion for applicants and has resulted in a higher number of cases being initially identified as potentially eligible for expedited service when they do not meet the federal criteria.

Specifically, the application asks applicants to respond to the following screening questions:

• Do you have more than $100 in cash or money in the bank

• Is your household's monthly gross income less than $150

• Are your housing and utility costs more than your combined income and available resources

Due to the structure and wording of these questions, responses may not accurately reflect the financial circumstances of the entire household. As a result, the Division is experiencing a higher rate of false positive expedited designations.

These false positives require additional review and verification by staff, which diverts resources from households that meet true expedited criteria. This dynamic contributes to delays in processing and impacts reported timeliness, as cases initially flagged as expedited must be worked through standard eligibility processes when they do not qualify.

The Division cannot unilaterally modify expedited screening criteria, as these are governed by federal requirements. However, the Division has worked in coordination with the Food and Nutrition Service (FNS) to revise the screening questions to better align with household level eligibility standards. FNS has reviewed the proposed changes and confirmed there are no concerns with the revised approach. (Attachment 1.3)

Implementation of updated screening questions is underway and is expected to improve the accuracy of expedited identification. This will allow staff to more effectively prioritize households that meet expedited criteria and improve timeliness performance over time.

In the interim, the Division continues to take operational steps to mitigate impact, including targeted staff guidance on expedited review and prioritization of cases most likely to meet criteria.

On January 13, 2026, FNS denied the Division's request to waive SNAP major change reporting requirements under 7 CFR 272.15(b). This correspondence was inadvertently not included in prior reports and is being included here for completeness.

The request was part of the Division's broader effort to identify and pursue operational efficiencies that reduce administrative burden and allow staff to focus on eligibility and case processing workload. FNS determined the proposed alternative did not meet approval criteria, as it would not result in a more efficient or effective program. As a result, existing federal reporting requirements remain in place and the Division continues to comply with those requirements.

The Division will continue to evaluate and pursue administrative flexibilities that align with federal criteria, as part of its ongoing commitment to improving timeliness and efficiency while maintaining program integrity. FNS encouraged continued collaboration and future waiver submissions. (Attachment 1.4)

These items reflect federal guidance and coordination during the current reporting period. In addition, the Division has dedicated significant staff time and resources to preparing materials requested by FNS for upcoming federal reviews, including the Management Evaluation (ME) and Financial Management Review (FMR), such as documentation, data validation, and internal process review.

The federal government shutdown does not impact the scheduling of the ME or FMR, and the Division is proceeding with preparation and coordination as planned. Materials prepared for these reviews will be reported after they are complete.

Attachment 1 – Federal Correspondence

1.1 – February 27, 2026 FNS QC Policy Memo 26-02 – Review Procedures for November 2025 Sample

1.2 – March 3, 2026 FNS Memorandum – Modification to FNS Instruction 113-1 (Civil Rights Compliance)

1.3 – March 18, 2026 FNS Response – Expedited Service Screening Questions

1.4 – January 13, 2026 FNS Denial – SNAP Major Change Reporting Waiver Request

# III. Timely Processing of Applications

## A. Workload and Timeliness

The Division continues to manage a high volume of applications and recertifications across programs while working to improve processing and client access.

As of early March 2026, there are approximately 3,300 SNAP applications and recertifications in progress. Of these, about 2,700 are actively being worked and 600 are pending action (see Attachment 3).

The Division is seeing improvement in the number of clients being reached and served, particularly through a combination of scheduled interviews and outbound contact efforts. Clients calling in for scheduled interviews continue to be a strong driver of successful contact, contributing to consistent engagement and movement of applications.

In March, the no-show rate for scheduled interviews conducted through the Virtual Contact Center (VCC) was 28 percent, resulting in a 72 percent successful contact rate for those appointments. This measure reflects clients who called in and completed their scheduled interview.

Overall interview completion rates, which reflect a combination of scheduled interviews and outbound calling efforts, are approximately 89 percent. This indicates that both approaches are contributing to improved outcomes, with scheduled interviews supporting client-initiated contact and outbound efforts helping to reach those who may not otherwise connect.

Together, these strategies are increasing successful client contact and supporting continued movement of applications through the eligibility process.

At the same time, the Division is actively implementing an internal operational improvement plan to bring interview scheduling closer to the date of application and reduce delays. While automation remains a priority, current system limitations continue to require manual intervention.

Interview scheduling is not fully synchronized across systems, which limits daily scheduling capacity and has contributed to interviews being set further out than intended. Staff are manually reviewing and adjusting schedules to bring appointments closer to appropriate timeframes. In addition, automated client notifications are not always aligned with updated interview schedules, resulting in inconsistent or inaccurate messaging.

The Division is working with its vendor to improve system alignment while continuing interim strategies, including manual schedule adjustments and outbound calls, to ensure timely client contact.

For Adult Public Assistance (APA), work is progressing steadily. As of March 5, 2026, there are 216 APA applications pending and 1 recertification outstanding over 30 days. Of these, 139 were in pended status and only 78 applications and the 1 recertification were unacted (see Attachment 3). More Recently as of April 2, 206 there were 223 APA applications and no recertifications outstanding over 30 days. Of these 146 were in pended status and only 77 were unacted; also of the total, 119 were in the 31–45 day range and 52 were in the 46–60 day range, with 52 cases exceeding 60 days. This distribution shows that a significant portion of the workload is concentrated in the earlier aging categories rather than in the oldest timeframes.

The majority of cases outside standard timeframes are in a pended status, where the Division is awaiting additional information necessary to complete eligibility determinations. These cases are closely monitored, and staff are taking ongoing action to follow up on verification requirements and complete eligibility determinations as information becomes available (see Attachment 3).

The Division is also increasing capacity by continuing to train staff in APA case processing. In addition, the Division conducted a staff survey with 68 respondents to better understand barriers to timely processing and identify opportunities for improvement. Survey results indicate that delays are most often driven by verification requirements, particularly Social Security and Native dividend information, as well as competing workload across multiple programs. These findings are being used to inform

training, process improvements, and operational adjustments aimed at reducing delays and improving overall timeliness.

Staff are actively managing workload across both programs, balancing work on incoming applications with older cases. This includes ongoing review of pending items, clearing verification requirements, and making eligibility decisions as information becomes available.

The Division continues to monitor performance closely and make operational adjustments to improve processing while maintaining accuracy.

Attachment 3 – Workload and Timeliness Dashboard Updated March 2026

## B. Information Technology Modernization

The Division continues to make targeted system improvements to support more efficient processing and better client access.

On March 27, 2026, the Division received approval from the Centers for Medicare and Medicaid Services for its multi-program application. This approval allows the Division to move forward with a more streamlined application process across programs, reducing duplication for clients and supporting more efficient case processing. Approval from the Food and Nutrition Service had been received earlier, and implementation was pending CMS approval, reflecting the need for federal alignment across programs before changes can be implemented.

Several additional system improvements are in progress, including enhancements to online applications, eligibility review functionality, and reporting tools. These efforts

are focused on improving how work is tracked, increasing visibility into workload, and supporting more timely operational decisions.

The Division continues to evaluate and refine its approach to document accessibility and is implementing improvements to ensure materials meet accessibility standards. These efforts support clearer communication with clients and are part of ongoing work to improve access and service delivery.

While some processes still require manual steps, these targeted improvements are helping address current challenges while supporting longer-term system modernization.

See Attachment 4: Information Technology Modernization Project Roadmap – Updated March 2026.

Attachment 4.1 – Information Technology Project Roadmap

Attachment 4.2 – Information Technology Status Report

## C. Staffing Improvements

The Division continues to make steady progress in strengthening its workforce to support timely and accurate processing of cases.

As of March 2026, approximately 79 percent of eligibility positions are filled. The remaining 21 percent of positions are in various stages of recruitment, including posting, interviewing, and hiring.

Recent personnel activity includes new hires, promotions, and internal transfers, which are helping to both fill vacancies and build experience within the workforce. This level of activity has remained strong over time and indicates the workforce is continuing

to stabilize, with positions moving through the hiring process and staff gaining experience in their roles.

In addition to ongoing hiring, the Division has actively recruited for 15 eligibility positions authorized by the Legislature for fiscal year 2026 to support the Virtual Contact Center. These positions include one supervisory-level position, two lead positions, and twelve front-line staff. As of March, 14 of the 15 positions have been filled. These positions include 1 supervisory-level position, 2 lead positions, and 12 front-line staff. The supervisory position has been filled and is supporting hiring and onboarding efforts. The remaining position is in the final stages of recruitment.

Onboarding is occurring in phases based on hiring timelines, training capacity, and supervisory oversight. New staff require structured training and ongoing quality review before independently processing cases. As a result, increases in staffing do not immediately translate into increased processing capacity, as training and quality control are necessary to ensure accuracy and compliance.

Work on the Public Assistance Field Services classification study is also progressing. This effort includes multiple job classes across the Division and represents approximately 370 positions. The study is being conducted by the Department of Administration, Division of Personnel and Labor Relations, and is not a Division-led or self-evaluation process.

The study is currently focused on reviewing job duties, updating position descriptions, and gathering input from staff and subject matter experts. Division leadership continues to meet regularly with Classification staff to provide information

and support the review. The timeline and final determinations are dependent on the Department of Administration's process.

Given the size and complexity of the study, this effort will take time; however, progress remains steady. This work is expected to improve role clarity, better align positions with job responsibilities, and support long-term recruitment and retention.

While some turnover continues, these combined efforts are increasing overall capacity and contributing to a more stable and experienced workforce over time.

See Attachment 5: Staffing Summary and Contracted Workforce Data – Updated March 2026.

Attachment 5.1 – Staffing Personnel Actions

Attachment 5.2 – Staffing Status Report

## D. Contracted Staffing

Contracted staff continue to provide critical operational support across the Division. As of the most recent reporting period, there are 130 contracted staff, including 110 active Eligibility Associates, 13 supervisors, and dedicated management and quality assurance roles supporting call center operations.

Eligibility Associates are contracted, non-merit staff and are distinct from State Eligibility Technicians (ETs), which are merit system positions. While some duties may be similar, Eligibility Associates operate under defined scopes of work and supervision, and do not hold the same authority or classification as State ET staff.

The Division is implementing the SNAP Non-Merit Staff Demonstration using contracted staff and is actively deploying this model to support SNAP expedited case

processing. This work supports timely access to benefits for households with immediate need. At the time of this report, Eligibility Associates are operating under 100 percent quality review to ensure accuracy and compliance during initial implementation.

Federal approval to begin implementation was confirmed by the Food and Nutrition Service (FNS) on February 26, 2026, including approval of the required reporting template that establishes how data will be tracked before and after implementation. With this final step completed, the Division began implementation, and contracted staff started supporting operations on March 9, 2026.

This demonstration reflects the Division's ongoing efforts to identify and implement operational efficiencies that improve timeliness and accuracy while maintaining program integrity. These efforts are part of continuous evaluation and refinement of strategies, including those informed by internal review and external recommendations.

In addition to expedited processing, contracted staff provide front line support for call handling, application intake, and follow up activities, supporting over 314,000 calls in calendar year 2025 and more than 23,000 calls in January 2026 and 20,862 in February 2026 alone, allowing state Eligibility Technicians to focus on interviews, case processing, and more complex eligibility determinations.

The Division continues to actively manage contractor performance through supervision, training, and quality assurance processes to ensure alignment with state policy and service expectations. As part of the SNAP Non-Merit Staff Demonstration, the Division has agreed to specific federally approved procedures, including enhanced

oversight, reporting, and evaluation requirements. This work involves ongoing monitoring of performance and outcomes to ensure the model is effective, maintains program integrity, and meets federal expectations.

While contracted staffing remains essential in the near term, it is part of a time limited strategy as the Division continues hiring and building toward a sustainable, state-led workforce model.

See Attachment 6: Distribution and Status of Contracted Staff – Update March 2026.

## E. Training and Development

In March, the Division's instructors team completed training for contracted Eligibility Associates on SNAP determinations in support of the SNAP Non-Merit Staff Demonstration. Following this training, Eligibility Associates began processing SNAP cases with continued support from both the instructors team and the Quality Assurance team. At the time of this report, Quality Assurance is conducting 100 percent review of Eligibility Associate casework to ensure accuracy and compliance during initial implementation. Beginning in April, Quality Assurance reviews will transition to align with the federally approved reporting requirements of the demonstration project.

Instructors are also providing focused Medicaid training to Eligibility Associates beginning March 31 to support a defined body of Medicaid work, with training expected to continue through the end of June.

At the same time, training efforts for State Eligibility Technicians (ETs) have been adjusted to address operational priorities. Focus on Quality training courses were paused

in March to support a division-wide effort to bring scheduled interviews back within required timeframes. Training plans for April will be determined based on interview scheduling needs.

In addition, both Eligibility Associates and State ETs received targeted training related to system updates in ILINX and ARIES, along with associated policy manual changes effective April 1. Staff were scheduled for training in the final week of March to ensure readiness for these updates.

See Attachment 7: Training and Development Update – March 2026.

IV. Efforts to Streamline Administration of Programs

The Division continues to advance efforts to streamline administration of public assistance programs by improving efficiency, reducing workload burden, and strengthening program accuracy. Updates to the Workload Management Matrix for March 2026 reflect both implementation of key strategies and clarification where federal requirements limit available options.

The Expansion of Non-Merit Tasks has been implemented following formal clearance from the Food and Nutrition Service (FNS) on February 26, 2026. This approval allows contracted staff to perform certain eligibility-related functions under State oversight. In support of this demonstration, the Division submitted a revised sampling plan to FNS on February 24, 2026 to ensure appropriate evaluation and quality assurance. This effort is intended to improve timeliness and reduce processing backlogs while maintaining program integrity.

The National Accuracy Clearinghouse initiative remains on track, with a scheduled kickoff date of March 31, 2026. This effort will enhance the Division's ability to identify duplicate participation across states and strengthen overall program accuracy and compliance.

The Division also evaluated options to reduce administrative burden associated with major change reporting requirements. While a waiver was requested to streamline these reporting obligations, FNS denied the request, determining that the proposed alternative would not improve program efficiency or effectiveness under federal standards. As a result, Alaska must continue to comply with existing federal requirements to submit quarterly reports on major program changes. The Division will continue to identify and pursue other opportunities to improve efficiency within federal parameters.

See Attachment 2: Workload Management Matrix – Updated March 2025.

V. Conclusion

The Division continues to make steady progress in improving the administration of SNAP and APA programs. Efforts during this reporting period reflect a balanced approach to increasing processing capacity, improving timeliness, and maintaining program accuracy.

Implementation of the SNAP Non-Merit Staff Demonstration, continued hiring and onboarding of staff, and targeted system improvements are contributing to increased operational capacity and more efficient service delivery. The Division remains focused on meeting federal requirements and strengthening internal processes to support consistent and accurate eligibility determinations.

The Division will continue to monitor performance, make necessary adjustments, and work in collaboration with federal partners to support sustained improvement.

![USDA Food and Nutrition Service, U.S. DEPARTMENT OF AGRICULTURE]

DATE:        February 27, 2026

SUBJECT:    Supplemental Nutrition Assistance Program (SNAP) Quality Control (QC)
Fiscal Year (FY) 2026 Review Procedures for November 2025 Active
Sample
QC Policy Memo 26-02

TO:          Regional Directors
SNAP Division
All Regions

SNAP State Agency Directors
All State Agencies

This memorandum provides guidance for State agencies on processing November 2025
Supplemental Nutrition Assistance Program (SNAP) quality control (QC) case reviews,
since benefit issuances were impacted by the October 1 to November 12, 2025, lapse in
Federal appropriations. FNS acknowledges State agencies faced challenges in
accurately issuing the November 2025 allotments to households because of rapidly
changing circumstances. Therefore, FNS is allowing a QC variance exclusion for cases
found in error due to using the incorrect maximum allotment for November 2025.

**Variance Exclusion for November 2025 Active QC Cases**

The variance exclusion provided in this memorandum is only applicable to active
November 2025 QC cases in which the allotment issued as of review date (AORD) was

Guidance documents lack the force and effect of law, unless expressly authorized
by statute or incorporated into a contract. USDA may not cite, use, or rely on any guidance
that is not available through their guidance portal, except to establish historical facts.

determined using a reduced maximum allotment of 50% or 65%, based on an FNS-issued memorandum about November issuance released prior to the signing of the FY26 Appropriations Act.[1] Therefore, QC cases in which the full November allotment was issued by November 30, 2025, are not eligible for this variance exclusion.

Once a QC case is identified to fit the requirements of this variance exclusion, the QC reviewer must provide thorough documentation of the circumstances in the QC review record and the final determination on the FNS 380 in Section 520 Arithmetic Computation. This documentation includes which maximum allotment was used, and which FNS issued memorandum was followed by the State agency AORD.

**Timeliness Coding**

For determining application processing timeliness (APT) rates, FNS will manually exclude November 2025 timeliness determinations as State agencies may have experienced challenges with application processing and recertification timeliness. States must continue to code cases for timeliness for administrative purposes. For cases not impacted by the lapse in Federal funding, States should follow existing coding instructions for item 68- Timeliness of Application Processing and 70- Timeliness of Recertification Processing using the current FY 2026 instructions for these codes. For cases that were affected by the lapse, please use the codes listed below for items 68 and 70 -

- Item 68: Initial households who were not provided with the opportunity to participate by the 7th or 30th day.

---

[1] Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026 (P.L. 119-37).

Guidance documents lack the force and effect of law, unless expressly authorized by statute or incorporated into a contract. USDA may not cite, use, or rely on any guidance that is not available through their guidance portal, except to establish historical facts.

- o Code 2 - Not timely: 7-day time frame for expedites, or

- o Code 3 - Not timely: 30-day time frame for regular applications.

- Item 70: For a recertifying household who was not provided the opportunity to participate by their normal issuance date.

  - o Code 13 - Agency failed to act on completed recertification application. This would include any completed recertification application that was filed timely, but an eligibility worker failed to act for whatever reason.

FNS would like to remind State agencies that it is important to continue to sample and review November 2025 under normal QC review procedures for all other SNAP elements of eligibility and benefit issuance. We appreciate your continued partnership appreciate your continued partnership to serve program participants across the country. State agencies with questions should contact their FNS Regional Office.

Sincerely,

# STEPHANIE PROSKA

Digitally signed by
STEPHANIE PROSKA
Date: 2026.02.27
14:06:33 -05'00'

Stephanie Proska

Acting Director

Program Administration and Nutrition Division

Supplemental Nutrition Assistance Program

Food and Nutrition Service

Guidance documents lack the force and effect of law, unless expressly authorized by statute or incorporated into a contract. USDA may not cite, use, or rely on any guidance that is not available through their guidance portal, except to establish historical facts.

# Attachment 1.2


## Food and Nutrition Service
### U.S. DEPARTMENT OF AGRICULTURE

**DATE:**            March 3, 2026

**MEMO CODE:**       CRD 01-2026

**TO:**              Regional Directors
                     All Food and Nutrition Service Programs
                     All Regions

                     State Directors
                     All Food and Nutrition Service Programs
                     All Regions

**SUBJECT:**         Modifying the FNS Instruction 113-1: *Civil Rights Compliance and Enforcement – Nutrition Programs and Activities*


This memorandum seeks to ensure that current Food and Nutrition Service (FNS) guidance pertaining to federal civil rights and nondiscrimination obligations remains aligned with applicable laws, regulations, executive orders and directives relevant to the Agency's 16 nutrition assistance programs. In that vein, FNS is modifying the [FNS Instruction 113-1: *Civil Rights Compliance and Enforcement – Nutrition Programs and Activities*](), and developing a new guidance tool which will be used to provide assistance and direction to FNS employees and recipients of federal financial assistance in accordance with applicable laws and regulations. Amended guidance will be released when finalized.

In the interim, civil rights and nondiscrimination laws and regulations remain in effect, along with related compliance and enforcement requirements. FNS Program offices and State agencies are advised to immediately discontinue citing FNS Instruction 113-1 when there are noncompliance issues or concerns resulting from management evaluations (MEs), compliance reviews or any similar monitoring and oversight activities, and to discontinue utilizing FNS Instruction 113-1 for technical guidance.

Rather, pertinent civil rights and nondiscrimination laws[1] and regulations[2] should be cited and utilized instead.

FNS Program offices and State agencies are reminded to distribute this memorandum to their staff, local agencies and other program providers. In the interim while release of amended guidance is pending, FNS Program offices and State agencies should direct all questions regarding civil rights and nondiscrimination obligations to CRD at SM.FN.CR-Compliance@usda.gov. Local agencies and other program providers should direct all questions regarding civil rights and nondiscrimination obligations to their respective State agency.

Roberto Contreras
Director
Civil Rights Division
Food and Nutrition Service
U.S. Department of Agriculture

ROBERTO CONTRERAS

Digitally signed by ROBERTO CONTRERAS

cc: FNS Administrator
    Assistant Secretary for Civil Rights
    FNS Associate Administrators
    FNS Regional Administrators
    FNS Regional Civil Rights Officers
    OASCR Acting Deputy Assistant Secretary for Civil Rights
    OASCR Chief of Staff

---

[1] Laws may include, but are not limited to: Title VI of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, Section 504 of the Rehabilitation Act of 1973, Americans with Disabilities Act (ADA) of 1990, ADA Amendments Act of 2008, Age Discrimination Act of 1975, Civil Rights Restoration Act of 1987.

[2] Regulations may include, but are not limited to: 7 CFR 15, 7 CFR 16, 28 CFR 35, 28 CFR 36, 28 CFR 42, USDA Departmental Regulations, FNS Program Regulations.

# Attachment 1.3

**From:** Milbourne, Shaunte" - FNS
**To:** Davis, Christina L (DOH); Bourne, Jacqueline - FNS
**Cc:** Etheridge, Deb J (DOH); O"Brien, Victoria L (DOH); Stovall, Rebecca L (DOH); Luchini, Lydia (DOH)
**Subject:** RE: Expedited service questions
**Date:** Wednesday, March 18, 2026 8:01:45 AM
**Attachments:** image001.png

> **CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Christina

Thank you for providing the questions for review and feedback. At this time, we have no concerns with the draft revision of the SNAP expedited services questions.

Shaunte' Milbourne
Program Specialist
SNAP | Operations
Western Regional Office



U.S. DEPARTMENT OF AGRICULTURE
Food and Nutrition Services
(415) 645-1933

**From:** Davis, Christina L (DOH) <christina.davis@alaska.gov>
**Sent:** Tuesday, March 17, 2026 12:56 PM
**To:** Milbourne, Shaunte' - FNS <Shaunte'.Milbourne@usda.gov>; Bourne, Jacqueline - FNS <jacqueline.bourne@usda.gov>
**Cc:** Etheridge, Deb J (DOH) <deb.etheridge@alaska.gov>; O'Brien, Victoria L (DOH) <victoria.obrien@alaska.gov>; Stovall, Rebecca L (DOH) <becca.stovall@alaska.gov>; Luchini, Lydia (DOH) <lydia.luchini@alaska.gov>
**Subject:** Expedited service questions

Good morning,

As you are aware, Alaska has been working on a project to revise the SNAP expedited service questions that appear on our application to improve the accuracy of our expedited service screening. We would like your feedback regarding the draft questions before we move forward with this change.

> To see if you can get food benefits quickly (within 7 days), please answer the questions below.
> 1. How much money will your household get this month before taxes or other

deductions? (Include money from jobs, self-employment, child support, Social Security, unemployment, or any other income) $ _____

2.  How much money does your household have available right now? (Include cash on hand and money in checking or savings accounts) $ _____

3.  How much does your household pay each month for rent or mortgage (without housing assistance) $ _____

4.  How much does your household pay each month for utilities? (Include heating, electricity, gas, water, sewer, trash, and phone) $ _____

5.  Is anyone in your household a migrant or seasonal worker (for example, fishing, agriculture, or other seasonal work)? ☐ Yes ☐ No

Please let me know if you have any questions.

Thank you,

Christina Davis
Chief of Policy & Program Development
State of Alaska
(907) 500-4746

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

Docusign Envelope ID: 12B5CAD5-95C3-4CFD-8AC9-2FF590FDAC8B



**Food and Nutrition Service**
U.S. DEPARTMENT OF AGRICULTURE

January 13, 2026

Deb Etheridge
Director
Division of Public Assistance
Alaska Department of Health
P.O. Box 110640
Juneau, Alaska 99811

RE: Supplemental Nutrition Assistance Program (SNAP) – Alaska Request to Waive Major Changes Data Reporting Requirements – Initial – Denial

Dear Director Etheridge,

This letter transmits the Food and Nutrition Service's (FNS) denial of the Alaska Division of Public Assistance's (DPA) September 11, 2025, request to waive Supplemental Nutrition Assistance Program (SNAP) regulations at 7 CFR 272.15(b), which require the State to submit quarterly data reports for major changes in program design.

FNS appreciates that DPA believes this waiver would reduce administrative burden. However, we have determined these alternative procedures would not result in a more efficient or effective program per 7 CFR 272.3(c)(1)(ii). Therefore, FNS is denying DPA's request.

FNS appreciates our partnership with DPA and your ongoing efforts to increase efficiency in SNAP. We welcome the State to continue to submit waiver requests as you consider other innovative strategies to improve program operations and stand ready to provide technical assistance. If you have any questions or need additional information, please contact your respective Regional Office representative.

Sincerely,

DocuSigned by:

*Ronald Ward*

884CE83AFF4741A...

Ronald Ward
Acting Associate Administrator
Supplemental Nutrition Assistance Program
Food and Nutrition Service
U.S. Department of Agriculture

Food and Nutrition Service, Braddock Metro Center, 1320 Braddock Place, Alexandria, VA 22314

USDA is an equal opportunity provider, employer, and lender.

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED March | |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Business Process Reengineering (BPR) | Implemented | Update (August 22, 2025): C!A facilitated two-day working sessions with ET1 staff to assess front desk operations. A final report is expected in late August, with recommendations to reduce client wait times, improve quality, and streamline processes. Implementation will occur over the next six months based on scope of changes required. The Policy Unit has also engaged with C!A to identify opportunities to refocus work and shift non-policy tasks, though no implementation timeline is set due to competing project priorities. Updated May 21, 2025. This update is informational and non-substantive. Contract with Change Innovation Agency (C!A) to guide DPA Business Process Redesign and the reopening of DPA offices. 1. C!A is providing staffing pattern recommendations. 2. C!A is recommendations for training program to expedite staff onboarding while maintaining high-quality case processing standards have been implemented. 3. C!A will evaluate policy unit to identify business process redesign opportunities. Document and process between policy decision and operational implementation. |
| Call Centers | Implemented | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications. In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |
| Interview Scheduling | Implemented | Added October 27, 2025. The Division changed interview practices to improve efficiency. Previously, staff conducted cold calls to reach applicants for interviews, which often resulted in lost time and incomplete contacts. The Division now schedules interviews in advance, allowing staff to focus on confirmed appointments. By assigning more staff to the Virtual Contact Center, the Division achieved nearly full interview completion rates. |
| Compromise Claims and Termination of Claims | Implemented | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim. If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows: Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months). Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |
| Elderly Simplified Application Project (ESAP) | Implemented | Updated May 21, 2025. This non-substantive update has been amended for clarity and conciseness. The Department of Health, Division of Public Assistance, launched the federally approved Elderly Simplified Application Project (ESAP) demonstration on December 1, 2024. ESAP applies to SNAP households where all adults are age 60 or older or have a qualifying disability. Under ESAP: -The certification period is extended to 36 months -No interim report is required -Recertification interviews are waived unless clarification is needed or requested by the household |
| Electronic Case Filing or Document Management | Implemented | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| Extending Certifications to 12 Months | Implemented | Effective June 2023, SNAP certification periods have been extended to 12-months. These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period. Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| FNS Regional Office Assistance with QC Case Completion | Implemented | December 2022 instituted regular meetings. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED March |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Fully Implementing Allowable Activities for Non-Merit Personnel | Implemented | Update (August 22, 2025)**:** The Division executed a 12-month extension of the PCG contract effective August 1, 2025, to continue support of non-merit duties. The Division is actively evaluating additional functions that can be assigned to PCG to further support workload management and allow state staff to focus on eligibility determinations. April 2023 the division contracted out the Virtual Call Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs that have auto adjudicated eligibility within the ARIES database. FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |
| Notice of Agency Caused Delay | Implemented | Updated May 21, 2025. Automated notifications for agency-caused delays were fully implemented on April 30, 2025. These notices are generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed—on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday. To mitigate operational risk and avoid overwhelming the Division's Fair Hearings staff and the Administrative Law Group (ALG), the Division of Public Assistance (DPA) implemented a phased rollout. This approach ensured systematic processing of overdue cases while maintaining service continuity and staff capacity for handling appeals. The phased schedule was as follows: March 4, 2025: Notices for applications delayed over 90 days March 31, 2025: Notices for applications delayed over 60 days April 30, 2025: Notices for applications delayed over 30 days With the final phase completed, the automated system now runs daily and issues timely notifications for all new overdue cases. |
| Online Applications | Implemented | Updated May 21, 2025. This non-substantive update reflects enhancements to client access and self-service tools. The Change Report Form is now available as an electronic form (eForm), joining the existing online SNAP application and Interim Report Form. All three forms are accessible through the MyAlaska portal and the Department of Health website. |
| Online Self-Service Portal | Implemented | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process. Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. Note: Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| Real-Time Data Access Services | Implemented | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (IEVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED March |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Recertification Interview for Certain Elderly/Disabled Member Households | Implemented | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forego the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2024 through 05/31/2026. |
| Reinstatement of Eligibility | Implemented | Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| Reviewing and Streamlining the SNAP Application | Implemented | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |
| Same Day Service Interviews | Implemented | Updated May 21, 2025. This non-substantive update reflects current operational capacity. While all Division of Public Assistance (DPA) offices are now open and offering same-day service, including interviews, staffing shortages in Kodiak, Nome, and Sitka have limited the scope of in-office services in those locations. Emphasizing same-day service interviews aligns with our Business Process Redesign philosophy. The rollout was completed as follows: Bethel – August 2023, Juneau – November 13, 2023, Kodiak – November 27, 2023, Kenai – January 25, 2024, Homer – January 25, 2024, Wasilla – March 18, 2024, Fairbanks – July 8, 2024, Ketchikan – August 27, 2024, and Anchorage – November 18, 2024. |
| Simplified Self Employment Deduction Standard | Implemented | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self-employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
| Streamline Data Matches | Implemented | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |
| Streamline Verification Requirements | Implemented | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify: 1. Gross nonexempt income, 2. Alien eligibility, 3. Utility expenses, 4. Medical expenses, 5. Social security numbers, 6. Residency, 7. Identity, 8. Disability, 9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC, 10. Household composition, 11. Students, 12. Legal obligation and actual child support payments, and 13. Additional verification for able-bodied adults subject to the time limit.<br><br>7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |
| Streamlining SNAP Access in Rural Alaska | Implemented | To ensure timely delivery of benefits to Alaskans, we exercised the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval.<br>DPA met with Food and Nutrition Service (FNS) on January 16, 2025 to discuss the regulatory authorities allowed to Alaska at 7 CFR 272.7. Alaska implemented the federal authority to postpone SNAP interviews, as explained above, for individuals living in areas designated rural I and rural II on March 20, 2025. |
| Targeted Interviewing and Case Processing | Implemented | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED March |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Telephonic and Electronic Signatures | Implemented | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications.<br><br>Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms.<br><br>In process: Improve signature capture via the phone. |
| Telephonic Interviews | Implemented | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship.<br><br>FNS approved state plan option. |
| Voluntary Employment and Training Program | Implemented | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. |
| DPA in a Box | Implemented | Update June 9, 2025: To improve access to public assistance in underserved areas, the Division of Public Assistance is launching "DPA Office in a Box." This outreach initiative sends an Eligibility Technician into communities to provide hands-on support with applications, renewals, and case management.<br><br>The first deployment is scheduled for June 9–12, 2025, in Kotzebue, in collaboration with Maniilaq Association. A second event will take place June 23–26, 2025, in Delta Junction, in partnership with the Division of Public Health.<br><br>Proposed outreach locations for State Fiscal Year 2026 include Valdez, Cordova, Wrangell, Gustavus, and Hoonah. |
| Required Online Application Fields (SNAP) – Demonstration | Not an option in Alaska | Updated December 8, 2025: On November 20, 2025, FNS denied Alaska's two demonstration requests to require fields in addition to name, address, and signature on a SNAP online application. The FNS denial letter stated the following:<br><br>*The State's request would require FNS to adjust the application provisions of Section 11(e)(2)(B)iv of the Food and Nutrition Act (the Act) and SNAP regulations at 273.2(b)(1)(v) and 273.2(c)(1)(iii).*<br><br>*FNS cannot use administrative waiver authority to waive provisions of the Act. Typically, a request to waive a provision of the Act would require a demonstration project request. However, Section 17(b)(1)(B)(iv)(III) explicitly prohibits waivers of certain provisions of the Act. Under Section 17(b)(1)(B)(iv)(III)(ff), a demonstration project may not waive the right to file an application with only name, address, and signature as described in Section 11(e)(2)(B).* |
| Adult Public Assistance and Senior Benefit payment method change | Implemented | Updated December 8, 2025: Effective December 2, 2025, the Division stopped sending warrants for Adult Public Assistance (APA) and Senior Benefit (SB) payments.<br>•Senior Benefits cases that are approved on or after December 3, 2025, that do not have direct deposit set up, will be issued an EBT card since these are all stand-alone cases.<br>• APA cases that are approved on or after December 3, 2025, that do not have open SNAP benefits on the same case number and do not have direct deposit set up, will be issued an EBT card. |
| Eliminate Interim Report (IR) – Demonstration | Not an option in Alaska | Updated December 8, 2025: On November 20, 2025, FNS denied Alaska's request to eliminate the periodic report for SNAP households certified longer than six months. The FNS denial letter stated the following:<br><br>*The State agency's request would require FNS to waive Section 6(c)(1)(D)(i) of the Food and Nutrition Act (the Act) and SNAP regulations at 7 CFR 273.12(a)(5)(iii)(B).*<br>*FNS cannot use administrative waiver authority to waive provisions of the Act, and a request to waive a provision of the Act requires a demonstration project. Section 17(b)(1)(A) explains that the purpose of a demonstration project is to test changes that may increase efficiency and improve delivery of SNAP benefits to eligible households.* |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED March |
|---|---|---|
| FNS Recommendation | Status | Details |
| Expansion of Non-Merit Tasks – Demonstration | Implemented | **Updated March 11, 2026:** FNS approved Alaska's Non-Merit (contract) staff Demonstration Project on September 3, 2025, for a duration of five years from the date of implementation. FNS and Alaska are currently negotiating the terms and conditions of the demonstration project. Alaska must sign and agree to the terms and conditions prior to implementation of the demonstration project. On September 25, 2025, FNS requested Alaska provide estimates of the number and/or percentage of SNAP cases in the State that may be handled by non-merit staff in each phase of the project.<br><br>Alaska submitted formal acceptance of the terms and conditions for the non-merit demonstration to WIMS on December 12, 2025. Alaska submited a revised sampling plan to FNS via WIMs on 02/24/2026. FNS approved Alaska's sampling plan through and granted official clearance via WIMS to implement the Demonstration project effective March 2026.<br><br>The Demonstration will expand the scope of tasks assigned to non-merit staff to increase capacity and ensure timely processing of SNAP applications and recertifications. |
| Automated Voice Response/Interactive Voice Response System | Planning to Implement | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the call center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration)<br><br>Genesis is the VCC platform that connects can connect with Qualtrics as an example. |
| Bots/Robotic Process Automation | Planning to Implement | DPA is amending ImageSource contract to implement bots and robotic processes, a part of the online SNAP application. Phased implementation to align with other projects. |
| Check-in Kiosks | Planning to Implement | DPA plans to implement check-in kiosks at the University Center, in Anchorage. Will evaluate utility in other larger offices. |
| Online Identity Verification | Planning to Implement | Updated May 21, 2025. As part of Alaska's SNAP Quality Control (QC) error rate penalty investment plan, the State is moving from considering to actively planning the implementation of third-party identity authentication. This approach—recommended by FNS—would allow Alaska to authenticate SNAP applicants using a set of multiple-choice questions based on public record data.<br><br>Alaska does not currently have the system capability to support this functionality, which requires contracting with a third-party vendor. At present, Alaska's identity verification policy allows eligibility staff to verify identity through available interfaces, review of any document that reasonably establishes identity, or collateral contact with someone familiar with the applicant. |
| Revise Notices for Clarity | Planning to Implement | Updated May 21, 2025. This update reflects a change in how Alaska will implement a planned notice modernization strategy under its SNAP Quality Control (QC) error rate penalty investment plan. Through negotiations with the Food and Nutrition Service (FNS), the State will proceed with removing notices from the Eligibility Information System (EIS) to overcome longstanding formatting and content limitations. This marks a shift from earlier plans that tied notice improvements to the transition to a new Integrated Eligibility and Enrollment System. Technical assistance is underway to support development of clearer, more accessible SNAP notices using modern technology. |
| Transitional SNAP | Planning to Implement | Implementation is being evaluated as BBCE may address the benefit cliff and have a higher income limit. Once the EIS system is retired and the new Integrated Eligibility Enrollment System online implement transitional SNAP program. |
| Case Banking | Not an option in Alaska | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the Long-Term Care cases but uses statewide caseload management for everything else. |
| Change Processing Unit | Not an option in Alaska | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased handling of cases, potentially causing delays in DPA workload. |
| On-Demand Interviews | Not an option in Alaska | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is in full compliance with FNS Interview requirements. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | UPDATED March | |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Targeted Team Focus on SNAP | Not an option in Alaska | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs. Business Process Resign created a team that focuses on SNAP backlog applications. |
| Verification Unit | Not an option in Alaska | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce situation. Alaska did try this in 2003 (EIOP) and it was not successful. |
| Advance Capture (Intelligent Scanning) | Implementing | Updated May 21, 2025. DPA amended ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality automates that categorization of documents. Phase 1, complete - auto recognition and workflow for Application and Renewal forms effective Q4 2024. Additional forms rolling out in FY2025 and ongoing. As functionality is applied to other documents this section will be updated. |
| Broad-Based Categorical Eligibility (BBCE) | Implemented | Updated July 21, 2025. This update clarifies that Broad-Based Categorical Eligibility (BBCE) was launched on July 1, 2025, for new SNAP applications recieved after July 1, 2025 or SNAP recertifications received on or after July 1, 2025 for August SNAP benefits.<br><br>BBCE removes the asset test requirement and raises the gross income threshold to 200% of the Federal Poverty Level, simplifying eligibility and reducing administrative burden.<br><br>Technical assistance has been provided by FNS in support of implementation. Resource limit requirements have been amended administratively with no system change required. Programming to apply the 200% gross income limit in the legacy Eligibility Information System (EIS) was completed by June 30, 2025. BBCE functionality will also be included in the transition to the new Integrated Eligibility and Enrollment System.<br><br>Finalization of EIS functionality to support the non-cash, TANF-funded benefit aligned with BBCE notice to SNAP households, supported by ACF, is underway. Training materials were finalized by the Business Process Redesign (BPR) training team and were completed to align with implementation. Public messaging was coordinated with the publications team and released in June 2025. |
| E-notices | Implementing | Updated (August 22, 2025): Text messaging for scheduled interviews launched in June 2025 as a manual process. The next phase will automate these messages through ImageSource/ILINX.<br>Updated May 21, 2025.  e-notices (text messaging or email) notifying applicant documents received. Launched March 13, 2024.<br>Text messaging for scheduled interviews scheduled to launch June, 2025. |
| National Accuracy Clearinghouse (NAC) | Implementing | **Update March 11, 2026**. FNS is implementing the NAC system in a phased approach over a period of 5 years. States must implement the NAC no later than October 4, 2027 in order to comply with the provisions of the interim final rule of the Agricultural Improvement Act of 2018 (2018 Farm Bill).<br><br>Alaska is confirmed for implementation group 14.<br>**Alaska Scheduled kickoff date: March 31, 2026**<br>Alaska Anticipated NAC launch date: November 2026 |
| Standard Medical Deductions (SMDs) | Implementing | Updated June 19, 2025 – FNS has approved Alaska's SMD demonstration waiver for a four-year period beginning August 1, 2025, and ending July 31, 2029, subject to the attached terms and conditions. Due to competing priorities, Alaska is coordinating with FNS to delay implementation. This adjustment will preserve the full four-year approval period while revising the demonstration's official start and end dates accordingly. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED March |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| University Center (UC) Lobby | Implemented | Updated July 21, 2025: The Anchorage UC lobby was relocated to a new space to better support both clients and staff. The new lobby remains within the UC Center—just across the hall from its current location—and offers a much-improved environment for delivering services.<br><br>To complete the move, the UC lobby will be closed from June 20 through June 30. The Communications Office posted signage and used social media to notify the public in advance and during the closure. The new lobby opened to the public on July 1, 2025.<br><br>The new lobby features a larger waiting area with seating, space for interviews, and improved visibility for staff to engage directly with clients. This move reflects DPA's ongoing commitment to respectful, responsive customer service and a more welcoming, efficient space. |
| Average Student Work Hours | Considering | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will explore this option to determine if it is a valuable change. |
| Stagger Certification Periods | Considering | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |

# Attachment 3

## Backlog Summary Tab

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

**Columns**

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).

**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.

**Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Application

**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application

Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SN

## SNAP Backlog Detail Tab

**Purpose:** Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cas

**Columns**

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.

**Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

**Purpose:** Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

**Columns**

**Program Categories:** Breaks out APA applications and recertifications.

**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pendin**

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab

**Purpose:** Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

**Rows:**

Overview

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, A

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (A Application, All approvals)

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application

## APA Timeliness Detail Tab

**Currently under development:  At this time we are experiencing an issue with one of our  timeliness data reports not capturing all data metric for the APA program.  The division has been able to identify the root cause of the APA data issue.  There has been progress mad to report this metric.  DPA expects to be able to provide some data with the November report.**

**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (A

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification,  All approvals)

Overview

Backlog Dashboard with Detail - Updated March 05, 2026

| | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APA Backlog Detail** | | | | | | | | | | | | | | | |
| Program | | | | | | | | | | | | | | | |
| APA Total (Applications and Recerts | - | 83 | 35 | 46 | 15 | 25 | 12 | - | - | - | - | 1 | - | - | |
| *APA Applications* | | *82* | *35* | *46* | *15* | *25* | *12* | *-* | | *-* | | *1* | | *-* | |
| *APA Recertifications* | *-* | *1* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | *-* | |

Backlog Dashboard with Detail - Updated March 05, 2026

| | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Backlog Detail updated March 05, 2026** | | | | | | | | | | | | | | | |
| Program | | | | | | | | | | | | | | | |
| SNAP Total (Applications and Recerts | 896 | 1,516 | 200 | 82 | 68 | 46 | 143 | 298 | 87 | - | 1 | - | - | - | |
| *SNAP (Expedite > 7 days)* | *896* | *599* | *56* | *16* | *3* | *-* | *-* | *-* | *-* | | *-* | | | *-* | |
| *SNAP (non-Expedite Applications)* | | *507* | *94* | *25* | *11* | | *2* | *1* | *2* | | *-* | | | *-* | |
| *SNAP (Recertifications)* | *-* | *410* | *50* | *41* | *54* | *46* | *141* | *297* | *85* | | *1* | | | *-* | |

Backlog Dashboard with Detail - Updated March 05, 2026

| | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-33 days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Backlog Applications/Recertifications - *Updated 03/05/2026*** | | | | | | | | | | | | |
| Program | | | | | | | | | | | | |
| Adult Public Assistance | | 83 | 35 | 46 | 15 | 25 | 12 | | | | | |
| *APA Applications* | | *82* | *35* | *46* | *15* | *25* | *12* | | | | | |
| *APA Recertifications* | | *1* | | | | | | | | | | |
| Food stamps (applications, expedites & recertifications) | 896 | 1,516 | 200 | 82 | 68 | 46 | 143 | 298 | 87 | | 1 | |
| *Food Stamps (Expedite)* | *896* | *599* | *56* | *16* | *3* | | | | | | | |
| *Food Stamps (non-Expedite Applications)* | | *507* | *94* | *25* | *11* | | *2* | *1* | *2* | | | |
| *Food Stamps (Recertifications) no formula pull numbers from SPSS output Thur. Application Age of Distribution* | | *410* | *50* | *41* | *54* | *46* | *141* | *297* | *85* | | *1* | |
| Total | 896 | 1,599 | 235 | 128 | 83 | 71 | 155 | 298 | 87 | 0 | 1 | |

Page 35 of 52

## State of Alaska Dept. of Health – Division of Public Assistance
## SNAP and APA Timeliness - Report Date April 2026

| Timely Actions September 2025 - February 2026 | |
|---|---|
| **Program** | **Percent Timely** |
| **SNAP Applications and Recerts** | **38%** |
| SNAP Expedite applications | 30% |
| SNAP Initial applications | 51% |
| SNAP Recert applications | 33% |
| **Placeholder for APA Data** | |
| | |
| **Application Decision Cycle Time September 2025 - February 2026** | |
| **Program** | **Average Days** |
| SNAP | 45 |
| Placeholder for APA Data | |



 03.05.2026

| | Alaska Supplemental Nutrition Assistance Program Timeliness | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Month** | **Non-Expedite Applications** | | | **Expedite Applications** | | | **Recertifications** | | | **Total Initial Appl** | |
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 520 | 119 | 23% | 2,121 | |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 642 | 183 | 29% | 2,525 | |
| Apr-25 | 1,065 | 650 | 61% | 1,013 | 557 | 55% | 574 | 101 | 18% | 2,652 | |
| May-25 | 991 | 512 | 52% | 952 | 591 | 62% | 869 | 122 | 14% | 2,812 | |
| Jun-25 | 939 | 501 | 53% | 891 | 545 | 61% | 809 | 174 | 22% | 2,639 | |
| Jul-25 | 883 | 563 | 64% | 1,037 | 648 | 62% | 1,039 | 189 | 18% | 2,959 | |
| Aug-25 | 750 | 470 | 63% | 881 | 535 | 61% | 738 | 181 | 25% | 2,369 | |
| Sep-25 | 767 | 512 | 67% | 809 | 467 | 58% | 611 | 156 | 26% | 2,187 | |
| Oct-25 | 1,098 | 657 | 60% | 684 | 143 | 21% | 1,096 | 597 | 54% | 2,878 | |
| Nov-25 | 637 | 337 | 53% | 401 | 82 | 20% | 843 | 373 | 44% | 1,881 | |
| Dec-25 | 835 | 509 | 61% | 662 | 167 | 25% | 876 | 308 | 35% | 2,373 | |
| Jan-26 | 791 | 238 | 30% | 706 | 152 | 22% | 866 | 86 | 10% | 2,363 | |
| Feb-26 | 893 | 287 | 32% | 888 | 246 | 28% | 649 | 101 | 16% | 2,430 | |
| **Totals:** | **5,021** | **2,540** | **51%** | **4,150** | **1,257** | **30%** | **4,941** | **1,621** | **33%** | **14,112** | |



SNAP Timeliness Detail



**Alaska Adult Public Assistance Timeliness  Placeholder**
**In process of developing data collection programming for this metric**

At this time we are experiencing an issue with one of our  timeliness data reports not capturing all data points required to generate this m

APA Timeliness Detail

# Attachment 4

## Department of Health - Division of Public Assistance – IT Project Roadmap



Department of Health - Division of Public Assistance – IT Project Roadmap

Case 3:23-cv-00044-SLG    Document 143-1    Filed 04/08/26    Page 40 of 53

| ...ion and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|
| ...ILINX® capabilities with configurable workflow ...ment management enhancements to support ...on, routing flexibility, and improved case ...t lifecycle management. | • Vendor configuration timelines<br>• Coordination with Advanced Capture and Centralized Registration<br>• Business process redesign requirements<br>• Competing modernization priorities | Improves operational agility by allowing programs to adjust workflows without major system redevelopment. Reduces manual handling and supports scalability during workload surges. |
| ...es interfaces and data exchange processes for ...nd Eligibility Verification to improve automation ...arty data matches and reduce manual ...on processes. | • Federal and interagency data-sharing agreements<br>• Security and compliance approvals<br>• Interface modernization sequencing<br>• Legacy system integration complexity | Enhances program integrity by improving eligibility accuracy and reducing improper payments. Decreases staff time spent on manual verification and improves timeliness of case actions. |
| ...nts a comprehensive, client-facing Online ...on for Services platform using dynamic eForms ...grate with ILINX®, Centralized Registration, and ...rated Eligibility Platform (IEP). | • CMS and FNS approval of the Online Application for Services<br>• Integration sequencing with Centralized Registration and ILINX® Advanced Capture<br>• Workforce capacity constraints during concurrent modernization milestones<br>• Data mapping and validation across multiple programs<br>• Policy review to ensure regulatory compliance across benefit types<br>• Testing cycles to validate cross-program eligibility logic | Modernizing the application process is foundational to improving access, equity, and timeliness across all public assistance programs. By shifting intake to a digital-first model, the division reduces administrative burden while improving service delivery and program integrity. The solution replaces paper-based and static PDF applications with smart forms that adapt based on program selection, household composition, and eligibility pathways.<br><br>The eForms platform supports multi-program applications (e.g., Medicaid, SNAP, Heating Assistance, Burial Assistance, and Cash Programs) and reduces manual intake processes by enabling direct electronic submission and automated ingestion into eligibility workflows. |

Department of Health - Division of Public Assistance – IT Project Roadmap

| ...ion and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|
| ...a centralized, searchable digital repository that ...olicy guidance, desk aids, procedural manuals, ...training materials, and reference documents for ...Technicians across all public assistance ...s. The repository will serve as a single source of ...upport consistent eligibility determinations and ...liance on informal knowledge sharing. | • Policy standardization and formatting of existing materials<br>• SME time required to validate and update legacy desk aids<br>• Governance structure to maintain version control and updates<br>• Alignment with Worker Assist tool (to ensure content integration)<br>• Workforce capacity constraints during active modernization efforts | Eligibility policy is complex and frequently updated. Inconsistent access to current guidance increases the risk of eligibility errors, federal findings, and payment inaccuracies. By improving access to standardized guidance, this initiative directly supports payment accuracy, timeliness compliance, and program integrity across Medicaid, SNAP, and cash programs. |
| ...nts a client-facing Online Eligibility Review ...lution within the Integrated Eligibility Platform ...owing participants to complete required periodic ...electronically through dynamic smart forms. ...ion pre-populates known case information, ...ates data verification sources, and routes ...ons through automated intake and workflow ...s. | • CMS approval requirements for Medicaid renewal/application processes<br>• Integration with IEVS and third-party data verification systems<br>• Configuration complexity for multi-program renewal logic<br>• Completion of foundational Online Application and intake automation work<br>• Workforce capacity constraints during concurrent IEP increments<br>• Testing and validation of pre-populated data and ex parte workflows | Renewals are one of the highest-volume and most time-sensitive eligibility functions. Manual renewal processing increases workload strain and creates risk of procedural terminations. By modernizing renewals, the division improves program integrity, client stability, and workforce sustainability. |

Department of Health - Division of Public Assistance – IT Project Roadmap

| ion and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|
| the Alaska Connect Self-Service Portal through enhancements to increase client functionality, usability, and deepen integration with the d Eligibility Platform (IEP). Because Alaska serves as the public-facing interface for multiple cation initiatives, its timeline is closely tied to n intake automation, eligibility system on, and federal compliance approvals. | <ul><li>Completion and stabilization of Online Application and Online Renewal functionality (Increment 6 dependencies)</li><li>Integration with ILINX®, Centralized Registration, and Notice Enhancements</li><li>CMS and FNS oversight where portal functionality impacts application and renewal processes</li><li>Identity verification and security configuration for expanded client access</li><li>Data synchronization across legacy EIS and IEP modules during transition</li><li>Vendor development timelines and testing capacity</li><li>Workforce capacity constraints during concurrent IEP increments</li></ul> | Alaska Connect is the front door to public assistance services. Expanding self-service capabilities directly supports modernization goals and workforce sustainability.<br><br>Phase 2 builds upon the foundational portal capabilities by enabling additional self-service features such as case status visibility, document upload, renewal tracking, benefit updates, and real-time communication enhancements. The portal will further integrate with online applications, renewals, change reporting, and notice delivery to support a comprehensive digital client experience.<br><br>This phase strengthens portal performance, accessibility, and cross-program functionality across Medicaid, SNAP, and Cash programs. |
| ns from recurring reissuance of Medicaid cards ple permanent card model, supported by eligibility verification processes and ication protocols. | <ul><li>Policy alignment and regulatory review</li><li>Coordination with providers and MMIS</li><li>Communication planning and stakeholder education</li><li>System configuration adjustments</li></ul> | Reduces administrative costs, printing expenses, and call center volume related to lost or replacement cards. Improves client convenience while maintaining eligibility verification integrity. |
| es a centralized document intake and scanning standardize mail processing, improve t tracking, and integrate with ILINX® automated s. | <ul><li>Physical infrastructure and logistics planning</li><li>Workforce realignment and training</li><li>Integration with Advanced Capture and Centralized Registration</li><li>Change management and regional transition planning</li></ul> | Reduces lost or delayed documents, improves timeliness compliance, and ensures consistent intake practices statewide. Enables stronger tracking and accountability. |

Department of Health - Division of Public Assistance – IT Project Roadmap

| ...ion and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|
| ...nts a unified Change of Address (COA) capability ...vs a client or eligibility technician to enter an ...once and have it automatically update across | • Workforce capacity constraints<br>• Milestone 2 – Increment 7: Alaska Connect (Self Service Portal) Phase 2 is a predecessor and required foundation<br>• Cross-system integration between ARIES and legacy EIS<br>• Data mapping and regression testing across programs<br>• Alignment with Notice Enhancements to ensure synchronized correspondence<br>• Competing modernization priorities funded through QC Reinvestment | Accurate address data is foundational to eligibility compliance and client communication. Currently, fragmented address updates increase the risk of inconsistent records, returned mail, delayed notices, and procedural closures. This automation eliminates the need for duplicate manual entry across systems and ensures address changes are consistently reflected in eligibility records, notice generation, and case workflows. The solution is designed to integrate with Alaska Connect self-service functionality and support cross-program synchronization during the modernization transition period. |
| ...nts a unified Change of Address (COA) capability ...vs a client or eligibility technician to enter an ...once and have it automatically update across | • Workforce capacity constraints<br>• Milestone 2 – Increment 7: Alaska Connect (Self Service Portal) Phase 2 is a predecessor and required foundation<br>• Cross-system integration between ARIES and legacy EIS<br>• Data mapping and regression testing across programs<br>• Alignment with Notice Enhancements to ensure synchronized correspondence<br>• Competing modernization priorities funded through QC Reinvestment | Accurate address data is foundational to eligibility compliance and client communication. Currently, fragmented address updates increase the risk of inconsistent records, returned mail, delayed notices, and procedural closures. This automation eliminates the need for duplicate manual entry across systems and ensures address changes are consistently reflected in eligibility records, notice generation, and case workflows. The solution is designed to integrate with Alaska Connect self-service functionality and support cross-program synchronization during the modernization transition period. |

Department of Health - Division of Public Assistance – IT Project Roadmap

| ion and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|
| nts automated data matching and case closure s to more timely identify and appropriately act sed participant records across benefit s. | • Access to reliable death data sources<br>• Interagency agreements and data-sharing approvals<br>• Cross-program workflow alignment<br>• Policy reconciliation across benefit types | Reduces improper payments, strengthens program integrity, and improves compliance with federal oversight requirements. Protects program resources and reduces audit findings. |

Department of Health - Division of Public Assistance – IT Project Roadmap

# artment of Health - Division of Public Assistance – Completed IT Projects



Department of Health - Division of Public Assistance – IT Project Roadmap



Department of Health - Division of Public Assistance – IT Project Roadmap

# Attachment 5.1

*Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class) that had a Personnel Action take place in the month.*



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 3/11/2026*

*Definitions:

**Field Eligibility Technician (ET):** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*
**Eligibility Technician 2 (ET 2)** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*

*Eligibility Technician 3 (ET3)* *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

*Eligibility Technician 4 (ET4)* *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

*Eligibility Office Manager 1 (EOM1)* *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

*Eligibility Office Manager 2 (EOM2)* *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

*Permanent (Budgeted) Positions:* *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

*Long-Term Non-Permanent (LTNP) Positions:* *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

*Transfer within Division (OUT):* *The position has been vacated but the incumbent has remained with the Division.*

*Transfer within Division (IN):* *The position has been filled with an incumbent within the Division.*

*New Hire:* *The position has been filled with an incumbent new to state service.*

*Separation:* *The position has been vacated by an incumbent who has left state service or retired from state service.*

*Lateral Transfer WITHIN Division:* *The position has been filled with an incumbent within the Division and there is no change in range or merit date.*

*Promotion Within the Division:* *The position has been filled with an incumbent within the Division in a promotional capacity, there is an increase in range, a new merit date, and new probation period.*

*Transfer into Division:* *The position has been filled with an incumbent from outside the Division, but a current state employee.*

# Attachment 5.2

Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 3/11/2026*

\*Definitions:

> ***Field Eligibility Technician (ET):*** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*
>
> ***Eligibility Technician 2 (ET 2)*** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*

***Eligibility Technician 3 (ET3)*** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

***Eligibility Technician 4 (ET4)*** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

***Eligibility Office Manager 1 (EOM1)*** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

***Eligibility Office Manager 2 (EOM2)*** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

***Permanent (Budgeted) Positions:*** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

***Long-Term Non-Permanent (LTNP) Positions:*** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

***PCN Recruiting:*** *The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.*

***PCN Posted:*** *The position has been advertised, and applications are being accepted through the designated recruitment platform.*

***PCN Interviewing:*** *Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.*

***PCN Hire Pending:*** *A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.*

***PCN Filled:*** *The position has been successfully filled, and the new hire has started or is scheduled to begin work.*

***PCN Vacant:*** *The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.*

# Attachment 6

*Attachment 6: Distribution and Status of Contracted Staff*

Table 3. Current Contracted Call Center Staffing Levels

| Position | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Active Supervisors (includes QA Supervisor) | 13 |
| Active Eligibility Associates | 110 |
| Inactive Staff/On Leave | 5 |
| **Total** | **130** |

*Data provided by Public Consulting Group, February 27, 2026*

\*Position Descriptions:

**Call Center Manager:** *The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.*

**Quality Assurance Manager/Trainer:** *The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.*

**Supervisors:** *The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.*

**Active Eligibility Associates:** *The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.*

**Inactive Staff/On Leave:** *Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangements.*

# Attachment 7

**Training and Staffing**

**Introduction:** The Division of Public Assistance is currently engaged in intensive training programs to address staffing needs and improve efficiency in eligibility case processing. This report outlines the training timelines, cohort details, and staffing outcomes, supplemented by data on new hires, recruitment efforts, and Position Control Number (PCN) statuses.

**Training Overview:** The main training program running at present is the Modified Adjusted Gross Income Medicaid (MAGI)/Supplemental Nutrition Assistance Program (SNAP) training, which spans ten weeks from onboarding to readiness for production. The timeline is structured as follows:

- **Week 1:** Division orientation
- **Week 2:** System preparation—familiarization with operational systems
- **Weeks 3-4:** Virtual instructor-led training for MAGI
- **Weeks 5-6:** On-the-job (OJT) training for MAGI processing, transitioning to SNAP
- **Weeks 7-8:** Virtual instructor-led training for SNAP
- **Weeks 9-10:** OJT for SNAP and MAGI/SNAP processing

By Week 10, staff are expected to independently handle cases, albeit with some assistance. Adult Public Assistance (APA) training is a two-week course. Week one is virtual instructor led and week two is OJT processing cases. This training builds on skills learned in the MAGI and SNAP trainings, introducing new policy and procedures specific to the APA program.

Heating Assistance (HAP) is an online course that staff can access as needed. This course is intended for staff with existing eligibility background. When new staff are hired in off the street for HAP, an instructor-led training will be used.

**Current Training Cohorts:** The Division is running several consecutive, concurrent MAGI/SNAP training cohorts, with trainings scheduled as needed to meet the needs of new hires as they are onboarded Additionally, training plans are in progress for other programs such as Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP) program. Below is the training schedule dashboard. This dashboard will be provided to the court on a monthly basis:

| Training Start Date | Training Name | # of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 3/23/26 | Cohort 11 MAGI/SNAP – field and VCC | 19 | 5/29/26 | 19 |
| 3/31/26 | PCG Cohorts – MAGI only – 2 cohorts of 15 | 30 | 4/24/26 | 30 |
| ~5/2026 | Cohort 12 MAGI/SNAP | TBD | ~7/2026 | TBD |
| ~5/2026 | TA | TBD | TBD | TBD |

*Data provided by Chief of DPA Learning & Development, 3/20/2026*

1