STEPHEN J. COX
ATTORNEY GENERAL

Lael A. Harrison (Alaska Bar No. 0811093)
Senior Assistant Attorney General
Department of Law
PO Box 110300
Juneau, AK 99811-300
Telephone: (907) 465-3600
Facsimile: (907) 465-2539
Email: lael.harrison@alaska.gov

Justin D. Nelson (Alaska Bar No. 1102007)
Senior Assistant Attorney General
Alaska Department of Law
100 Cushman Street, Suite 400
Fairbanks, AK 99701
Telephone: (907) 451-2811
Facsimile: (907) 451-2985
Email: justin.nelson@alaska.gov
Email: Fai.law.ecf@alaska.gov

David Wilkinson (Alaska Bar No. 1211136)
Senior Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6612
Facsimile: (907) 258-4978
Email:  david.wilkinson@alaska.gov

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

John Andrew, Kayla Birch, Rose Carney, )
Tereresa Ferguson, Zoya Jenkins, )
Troy Fender, Rhonda Conover, Autumn )
Ellanna, and Nataliia Moroz, on behalf of )
themselves, and all those similarly situated, )
                                 )
          Plaintiffs, )
                                 )
v. )   Case No.: 3:23-cv-00044-SLG
                                 )
Heidi Hedberg, in her official capacity as )
Commissioner of the Alaska Department of )
Health, )
                                 )
          Defendant. )
                                 )

## NOTICE OF FILING
## DIVISION OF PUBLIC ASSISTANCE COURT REPORT

Pursuant to this Court's Order of December 31, 2024, the Alaska Department of

Health files its sixteenth Monthly Status Report.

DATED: April 28, 2026.

                              STEPHEN J. COX
                              ATTORNEY GENERAL

          By:    */s/Lael Harrison*
                 Lael A. Harrison
                 Alaska Bar No. 0811093
                 David Wilkinson
                 Alaska Bar No. 1211136
                 Justin D. Nelson

Alaska Bar No. 1102007
Senior Assistant Attorneys General
Department of Law
Attorneys for Defendant

<u>Certificate of Service</u>
I certify that on April 28, 2026, the foregoing **Notice of Filing Division of Public Assistance Court Report** was served electronically on:
Goriune Dudukgian
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK  99501
gdudukgian@njp-law.com

Nicholas Feronti
Northern Justice Project
406 G Street, Suite 207
Anchorage, AK 99501
nferonti@njp-law.com
CC all pleadings to:
Jim Davis - jdavis@njp-law.com

Saima Akhtar
National Center for Law and Economic Justice
50 Broadway, Suite 1500
New York, NY 10004
akhtar@nclej.org

Margaret D. Craig
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
maggie.craig@us.dlapiper.com

Kelsey Tavares
DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447

kelsey.tavares@us.dlapiper.com

Christopher M. Young
DLA Piper LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
christopher.young@dlapiper.com

Sean P. Fulton
DLA Piper LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
sean.fulton@us.dlapiper.com

Constance I. Du
DLA Piper LLP (US)
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
constance.du@us.dlapiper.com

*/s/Justin Nelson*
Justin Nelson, Senior Assistant Attorney General