# Report on Compliance with Court-Ordered Requirements

SNAP/APA

STATE OF ALASKA, DEPARTMENT OF HEALTH, MAY 2026

# Table of Contents

I. Introduction..................................................................................................................................2

II. Federal Correspondence and Guidance ........................................................................................2

III. Timely Processing of Applications .............................................................................................4

   A. Workload and Timeliness...........................................................................................................4

   B. Information Technology Modernization ....................................................................................5

   C. Staffing Improvements..............................................................................................................7

   D. Contracted Staffing...................................................................................................................9

   E. Training and Development .......................................................................................................10

IV. Efforts to Streamline Administration of Programs ....................................................................12

V. Conclusion ...............................................................................................................................14

Attachment 1: Federal Correspondence and Guidance ...................................................................15

Attachment 2: Workload Management Matrix..................................................................................21

Attachment 3: Dashboard with Detail..............................................................................................28

Attachment 4.1: Information Technology Modernization Project Roadmap.....................................32

Attachment 4.2: ILINX Executive Status Portfolio.........................................................................42

Attachment 5.1: Staffing and Workforce Capacity..........................................................................53

Attachment 5.2: Staffing Status Report ...........................................................................................55

Attachment 5.3: Class Study Process Overview...............................................................................58

Attachment 6: Distribution and Status of Contracted Staff..............................................................61

Attachment 7: Training and Staffing Update ...................................................................................62

# I. Introduction

This report provides the Division of Public Assistance's May 2026 status update regarding ongoing efforts to improve the timely administration of public assistance programs and strengthen service delivery for Alaskans. During this reporting period, the Division continued work in several key areas, including federal reporting and oversight activities, application timeliness, technology modernization, workforce development, contracted operational support, and process improvements intended to reduce administrative burden and improve client access.

The Division's current efforts reflect both immediate operational needs and longer-term system improvements. As described in the sections below, progress during this reporting period included continued staffing stabilization, advancement of technology projects, expanded training activity, and implementation of strategies to streamline service delivery across programs.

# II. Federal Correspondence and Guidance

During this reporting period, the Division continued coordination with federal partners, including the Food and Nutrition Service (FNS), regarding program operations, required reporting, and federal oversight activities.

On April 10, 2026, the Division submitted its first required report for the approved SNAP Non Merit Staff Demonstration. FNS provided a standardized reporting template designed to track implementation progress, staffing, costs, quality control findings, and case processing outcomes over time. Because contracted Eligibility Associates began work in March 2026, the initial submission primarily reflects baseline information from the period before implementation, including population and cost data

from September 1, 2025, through February 28, 2026. This report establishes a baseline for future comparisons as post implementation data becomes available. The next report is due July 1, 2026, and will include the first full reporting period with operational data following implementation.

On April 15, 2026, the Division submitted its annual Elderly Simplified Application Project (ESAP) report to FNS. The ESAP waiver allows the Division to use a simplified certification process for eligible elderly or disabled households intended to reduce administrative burden while maintaining program integrity. The annual report provides FNS with summary information on program operations, including participation levels, certification activity, and other measures required to monitor the effectiveness of the waiver and continued compliance with federal requirements.

The Division also responded to an FNS request for an updated assessment of Alaska's readiness to implement H.R. 1 Able Bodied Adults Without Dependents (ABAWD) work requirement changes. In that response, the State reported that full implementation is projected for November 1, 2026, and described a phased approach that includes policy updates, system changes, staff training, communications, and operational readiness activities (Attachment 1.1).

In addition, the SNAP Management Evaluation entrance conference was held on April 15, 2026. Management Evaluations are periodic federal program reviews that assess state administration of SNAP, including eligibility practices, timeliness, accuracy, and compliance with federal rules. The Division participated in the opening meeting and continues to support review activities and requests associated with the evaluation. At the conclusion of the evaluation, FNS will prepare a report with program recommendations.

The Division will continue working with federal partners to meet reporting obligations, support oversight reviews, and implement approved operational changes in a manner that promotes program access, accuracy, and administrative readiness.

See Attachment:

Attachment 1.1: ABAWD Readiness Assessment Response to FNS

## III. Timely Processing of Applications

### A. Workload and Timeliness

During this reporting period, the Division continued efforts to improve the timely processing of applications while managing ongoing demand for SNAP and Adult Public Assistance (APA) benefits. The Division remains focused on reducing older workloads, improving current processing performance, and increasing visibility into the status of pending cases.

The April 3, 2026 dashboard reflects that SNAP timeliness for the six month reporting period of October 2025 through March 2026 was 35 percent overall. Within that total, non expedited applications were processed timely at 46 percent, expedited applications at 25 percent, and recertifications at 31 percent. The average number of days to process SNAP applications and related actions was 47 days.

The SNAP aging inventory totaled 3,370 cases. Of those cases, 3,028 were in a pending status and 342 were unacted. This distinction is important because pending cases generally reflect applications that are actively being worked and are awaiting client action, verification, interviews, or other required steps before eligibility can be finalized.

Unacted cases represent items still awaiting initial action. Separating these categories provides a more accurate picture of operational workload than a single combined total.

For APA, the dashboard reflects 223 total applications in the aging inventory. The report now separately identifies APA cases that are pending versus those with no action taken. Of the total APA inventory, 146 applications were pending and 77 were unacted. This additional level of detail is significant because it demonstrates that many older APA cases are not idle. Rather, they are in process and awaiting verification, client response, or additional eligibility steps needed to complete the determination.

This enhanced APA reporting improves transparency by distinguishing between applications that require continued casework and those still awaiting initial action. It also helps better explain aging data by showing that older cases are often associated with necessary pend periods rather than inactivity.

The Division continues to address both pending and unacted workloads through staffing investments, supervisory monitoring, targeted case review efforts, and process improvements described in later sections of this report. These efforts are intended to improve current timeliness while continuing to reduce older inventories over time.

See Attachment:

Attachment 3.1: Workload Dashboard with Detail

## B. Information Technology Modernization

The Division continued to advance technology improvements in April 2026 to make it easier for Alaskans to apply for benefits, submit information, complete required interviews, and stay connected with the Division. These projects are also intended to

reduce manual work for staff so more time can be spent processing cases and helping clients.

Several technology tools already support daily operations. The Interview and Reminder Confirmation (SMS) project remains in production and supports automated interview scheduling, confirmation texts, and reminder messages. For clients, this means clearer communication about interview dates and fewer missed appointments. In April, additional changes were completed to better handle interviews completed outside the original schedule, with testing of the next enhancement scheduled to begin.

Work also continued on tools that will support a stronger online client experience. Over time, these improvements are expected to help clients track activity, receive updates, and complete more tasks electronically without needing to call or visit an office.

Noteworthy progress was made on projects nearing launch. The All Services Application advanced after required federal approval was received in late March. In April, Division and vendor teams completed final planning, branding updates, communication planning, and validation steps. The Division is now targeting a mid May 2026 launch. Once launched, this tool will allow people to apply for multiple public assistance programs through one online application instead of completing separate forms.

The online Eligibility Review Form (GEN 72) also advanced in April and is moving toward user testing. This project will create one electronic renewal form for multiple programs, making it easier for clients to renew benefits and easier for staff to review submissions.

Additional internal system improvements are focused on staff efficiency. The Flex Migration project is in user acceptance testing and is expected to provide staff with a

more modern and reliable system environment, supporting faster processing and fewer system related disruptions. The ET Repository project also continued design and testing work in April and is intended to give staff faster access to job tools, reference materials, and operational resources that support timely and accurate case processing.

Modernization efforts also include improvements already delivered and in use. Since 2024, several practical changes have been implemented, including secure document upload, confirmation texts and emails, automated sorting of incoming documents, better workflow connections between systems, improved date tracking for after hours submissions, automatic resizing of emailed images, and improved handling of telephonic application recordings. These changes help reduce delays, improve accuracy, and lower the amount of manual handling required by staff.

Taken together, these technology improvements are intended to create fewer barriers for clients and fewer administrative steps for staff, resulting in a better customer experience today and a stronger foundation for faster, more reliable service over time.

See Attachments:

Attachment 4.1: Information Technology Project Roadmap

Attachment 4.2: ILINX Executive Status Portfolio Report

### C. Staffing Improvements

The Division continued workforce stabilization efforts during this reporting period to strengthen its ability to process applications, support clients, and improve long term operational performance. While prior reports focused heavily on vacancy reduction, the current phase of work increasingly includes training, supervision, and development of newly hired staff.

As of April 2, 2026, the vacancy rate for core field eligibility positions, including Eligibility Technician 1 through Eligibility Office Manager 2 classifications, was 23 percent. This reflects continued improvement from prior peak vacancy levels of approximately 34 percent. Although vacancy reduction remains important, staffing levels alone do not fully reflect available processing capacity, as new employees require training and supervised experience before independently managing complex workloads. (Attachment 5.1: Staffing Status – ET1 through EOM2 Positions)

Personnel activity continued during the reporting period, including new hires, promotions, transfers, and recruitment actions across the eligibility workforce. These staffing movements help fill critical gaps, support career advancement, and position experienced staff where they are most needed. (Attachment 5.2: Personnel Actions – ET1 through EOM2 Positions)

The Division also continued implementation of the additional state positions authorized in FY2026 to support Virtual Contact Center operations and related workload needs. Many of these positions have been filled, with newly hired staff in various stages of onboarding and training. This reflects continued progress in building additional state staffing resources dedicated to client contact and operational support.

The Division continues to balance current workload demands with the need to train new staff. Experienced workers and supervisors play a critical role in onboarding new employees while maintaining ongoing operations, making training capacity an important part of workforce recovery.

The Public Assistance Field Services classification study also progressed during this reporting period. The study is administered through the State's classification process

and is evaluating field eligibility and management positions to determine whether current job structures, classifications, and career pathways remain aligned with operational needs. The study is now moving from the needs assessment and job analysis phases into specification development and position allocation phases, where updated class specifications are drafted and positions are reviewed against those standards. (Attachment 5.3: Public Assistance Field Services Classification Study Process Overview)

Workforce improvement remains an ongoing process that includes hiring, training, retention, and development of staff capacity over time.

See Attachments:

Attachment 5.1: Staffing Status – ET1 through EOM2 Positions

Attachment 5.2: Personnel Actions – ET1 through EOM2 Positions

Attachment 5.3: Public Assistance Field Services Classification Study Process Overview

## D. Contracted Staffing

The Division continued to use contracted staffing during this reporting period to support client access, workload processing, and targeted operational functions while state workforce capacity continues to rebuild. Contracted staff remain an important supplemental resource that allows state merit staff to focus on complex eligibility work, supervision, and other functions that must remain with state employees.

During this reporting period, contract funding was increased to maintain eligibility support services in response to continued staffing challenges, the time required to train newly hired state staff to proficiency, and changing federal requirements affecting public assistance programs. Additional support is intended to help the Division address current workloads, protect timely and accurate program administration, and prepare for

upcoming H.R. 1 implementation activities. Contractor staffing reports for April 1, 2026 reflected management, supervisory, quality assurance, and eligibility support roles, along with a small number of individuals who were temporarily inactive or on leave. Because these reports reflect operational staffing at a specific point in time, categories may include combined functions or temporary support roles and are not intended to correspond directly to contract billing classifications.

Contracted staff continue to assist with call handling, interview scheduling, document processing, client communications, application support activities, and other approved functions. In addition, certain contractor staff are supporting SNAP eligibility work under the federally approved Non Merit Staff Demonstration, subject to state oversight, quality review, and the limitations established by federal approval.

The Division continues to monitor contractor performance through operational reporting, quality assurance processes, and direct state oversight. The use of contracted staffing remains one component of a broader strategy that also includes state hiring, training, technology modernization, and process improvements to strengthen long term service delivery.

See Attachment:

Attachment 6.1: Distribution and Status of Contracted Staff

## E. Training and Development

Training remained a central focus during this reporting period as the Division continued building staff readiness, expanding program knowledge, and strengthening the quality of eligibility work across operations.

Current training data shows 104 staff trained in SNAP and MAGI, 69 in Adult Public Assistance and Senior Benefits, 53 in Temporary Assistance and General Relief Assistance, 54 in Heating Assistance, and 6 in Long Term Care. These figures reflect that workforce capacity is shaped not only by staffing levels, but also by the range of programs staff are trained to administer.

The Division continues to operate structured training cohorts for new staff. Cohort 11, which includes field and Virtual Contact Center staff, began on March 23, 2026. The cohort was extended by one week after the ARIES training environment was unavailable for more than a week, requiring adjustment to the training schedule. Updated completion dates are reflected in the training plan.

Additional contractor training also continued during this reporting period. Public Consulting Group MAGI only cohorts began supported Medicaid case processing in mid April following onboarding and training activities. This phased approach allows staff to begin production work with support while additional skills are developed over time.

Training also included focused quality improvement topics. Priority instruction was directed toward SNAP expedited processing for both workload and eligibility staff to improve timeliness and consistency in cases requiring faster action.

Quality assurance remains intricately connected to training operations. Contractor staff processing eligibility determinations under the Non Merit Staff Demonstration are subject to 100 percent case review by the quality assurance team. When error trends are identified, those findings are provided to instructors for targeted refresher training and are also shared with Division staff when similar trends are seen in state operations. This

approach allows training resources to respond quickly to emerging issues and reinforces continuous improvement across both state and contractor teams.

The Division will continue using structured training, coaching, and quality feedback processes to strengthen staff proficiency and support sustained operational improvement.

See Attachment:

Attachment 7.1: Training Cohorts and Workforce Development Update

## IV. Efforts to Streamline Administration of Programs

The Division continued implementing operational improvements intended to simplify processes, improve client access, and better align staff resources with current workload demands. During this reporting period, several previously launched initiatives moved into additional phases of implementation or continued expansion.

Business Process Reengineering efforts remain active and continue to generate operational changes across multiple areas. Recommendations from the front desk review have advanced from pilot status to full implementation, including the placement of Eligibility Technician 2 staff in lobby areas to better assist clients with more complex needs at first contact. This model will continue to be rolled out across Division offices over the next several months. Additional reviews were also completed for the Policy Unit and the Alaska Native Tribal Health Consortium (ANTHC) Unit. For the Policy Unit, improvement efforts are focused on clearer role definition, staffing alignment, and technology supports so staff can focus on core policy responsibilities, administrative rule changes, federal guidance, and operational support to program areas. For the ANTHC

Unit, work is underway to modernize older workflows, simplify steps where appropriate, and better align operations with current business needs.

The Division reviewed existing program flexibilities to reduce duplication and simplify administration. The current SNAP waiver allowing recertification interviews to be waived for certain elderly or disabled households will be allowed to expire on May 31, 2026, because that flexibility is now incorporated through the Elderly Simplified Application Project (ESAP). Continuing both authorities is no longer necessary.

Community based service delivery also continues through DPA in a Box. Outreach in Cordova is scheduled for April 22 through April 25, 2026, with additional deployments planned for Valdez in late May, Wrangell from June 1 through June 4, 2026, and Gustavus from June 22 through June 25, 2026.

Facility improvements at the University Center office also continued. The new interview spaces are operational and in use, and the Work Services area is open and active. Planning is underway for the next phase of space improvements, including relocation of the Eligibility Technician 1 team into larger office space across from the lobby.

The Division also continues planning efforts for future modernization initiatives. During this reporting period, FNS announced a temporary pause in further development of the National Accuracy Clearinghouse, a federally required system intended to prevent duplicate SNAP participation across states. Alaska will adjust planning timelines as additional federal guidance becomes available.

Taken together, these efforts reflect continued work to improve how services are delivered, reduce unnecessary steps, and create a more responsive and efficient system for the Alaskans served by the Division.

See Attachment

Attachment 2.1**:** Workload Management Matrix Update

## V. Conclusion

The Division continues to take active steps to improve program administration, strengthen operational capacity, and better serve Alaskans who rely on public assistance programs. Progress during this reporting period reflects continued work across staffing, technology, training, contracted support, and process improvement initiatives.

The Division recognizes that sustained improvement requires continued focus, disciplined execution, and ongoing adaptation to changing operational and federal requirements. The Department remains committed to transparent reporting and to continuing efforts that improve access, timeliness, accuracy, and service delivery over time.

# Attachment 1

 Outlook

---

**RE: Updated HR1 ABAWD Readiness Assessment (Due Friday 4/10 COB)**

---

**From** Lewis, Pandora - FNS <pandora.lewis@usda.gov>

**Date** Thu 4/9/2026 2:03 PM

**To** Barnes, Seth A (DOH) <seth.barnes@alaska.gov>

**Cc** Luchini, Lydia (DOH) <lydia.luchini@alaska.gov>; Davis, Christina L (DOH) <christina.davis@alaska.gov>; Bybee, Thomas L (DOH) <thomas.bybee@alaska.gov>; Sundmark, Dean S (DOH) <dean.sundmark@alaska.gov>; Bailey, Tasha Y (DOH) <natasha.bailey@alaska.gov>; Etheridge, Deb J (DOH) <deb.etheridge@alaska.gov>; Ziegenfuss, Jacqelli Y (DOH) <jacqelli.ziegenfuss@alaska.gov>; Harrison, Heather K (DOH) <heather.harrison@alaska.gov>; Solomon, Brian - FNS <brian.solomon@usda.gov>; Bourne, Jacqueline - FNS <jacqueline.bourne@usda.gov>; Gonzalez, Jodi - FNS <Jodi.Gonzalez@usda.gov>; Smith, Barbara - FNS <Barbara.Smith2@usda.gov>

Thank you!

Pandora Lewis
Program Analyst
Operations / SNAP | E&T
Western Regional Office

 U.S. DEPARTMENT OF AGRICULTURE

Food and Nutrition Service
(415) 293-3722

---

**From:** Barnes, Seth A (DOH) <seth.barnes@alaska.gov>
**Sent:** Thursday, April 9, 2026 3:00 PM
**To:** Solomon, Brian - FNS <brian.solomon@usda.gov>; Lewis, Pandora - FNS <pandora.lewis@usda.gov>; Bourne, Jacqueline - FNS <jacqueline.bourne@usda.gov>; Gonzalez, Jodi - FNS <Jodi.Gonzalez@usda.gov>; Smith, Barbara - FNS <Barbara.Smith2@usda.gov>
**Cc:** Luchini, Lydia (DOH) <lydia.luchini@alaska.gov>; Davis, Christina L (DOH) <christina.davis@alaska.gov>; Bybee, Thomas L (DOH) <thomas.bybee@alaska.gov>; Sundmark, Dean S (DOH) <dean.sundmark@alaska.gov>; Bailey, Tasha Y (DOH) <natasha.bailey@alaska.gov>; Etheridge, Deb J (DOH) <deb.etheridge@alaska.gov>; Ziegenfuss, Jacqelli Y (DOH) <jacqelli.ziegenfuss@alaska.gov>; Harrison, Heather K (DOH) <heather.harrison@alaska.gov>
**Subject:** RE: Updated HR1 ABAWD Readiness Assessment (Due Friday 4/10 COB)

Hello,

Please see below for Alaska's response to the HR1 ABAWD Readiness Assessment in Red.

1. Has your state **fully implemented the ABAWD / Work Requirement changes related to HR1**. (*Full implementation means that policy manuals have been updated, EWs trained, coding and tracking mechanisms updated, forms and noticed updated*.)
   No, Alaska has not fully implemented the ABAWD work requirement changes related to HR1. Alaska implemented the exemption for American Indians, California Indians, and Urban Indians effective November 2025. Alaska was also approved for a Good Faith waiver from ABAWD requirements.
   a. If so, on what date:
      N/A
   b. If not, on what date do you anticipate being fully implemented:
      November 1, 2026

2. If you **have already implemented the ABAWD changes**, when did you / or will you begin applying countable months:
   Alaska has not fully implemented the ABAWD changes. Alaska has implemented a portion of the changes related to the exemption for American Indians, California

Indians, and Urban Indians. System coding to support this exemption went live on November 2025. Alaska has not yet begun applying countable months under the remaining ABAWD work requirement changes related to HR1.

   a. Was it / will it be done as a change within the certification period on a case-by-case basis?
   Alaska anticipates applying changes within the certification period using a case-by-case approach supported by system-generated identification of individuals subject to ABAWD requirements. The final approach will be confirmed upon completion of system, policy, and training components.

   b. Was it / will it be done to all affected cases at once?
   Alaska does not anticipate implementing changes through a single mass update. The final approach will be determined as part of the State's implementation planning.

   c. Was it / will it be done while processing periodic reports?
   Alaska anticipates integrating ABAWD requirements into standard case processing workflows, including periodic reports and other client-driven actions. Final procedures will be established through policy and training.

   d. Or did you wait / are you waiting until the next certification period?
   Alaska does not anticipate delaying implementation until the next certification period. Timing will be aligned with system readiness and completion of all implementation components.

3. If you have **yet to implement the ABAWD changes**, then what is your state's plan for how to begin applying countable months:
   Alaska has not yet begun applying countable months under the remaining ABAWD work requirement changes. Alaska is operating under an approved Good Faith waiver and is executing a phased work plan to achieve full compliance. This work plan includes the coordinated development of policy, system functionality, training, communications, and operational readiness necessary for statewide implementation.
   Because these components must be completed and aligned prior to implementation, final operational decisions regarding how countable months will be applied are still under development. Alaska's approach is being designed to ensure consistent, accurate, and client-centered implementation once full compliance is achieved.

   a. Will it be done as a change within the certification period on a case-by-case basis?
   Alaska anticipates utilizing system-generated identification of individuals subject to ABAWD requirements to support case-level review within the certification period. Historically, this has included reports identifying potentially subject individuals for field review of exemptions and appropriate client notice. The final operational approach will be confirmed following completion of system configuration, policy finalization, and staff training

   b. Will it be done to all affected cases at once?
   Alaska does not anticipate implementing ABAWD changes through a single mass update. The final approach will be determined as part of the State's compliance work plan.

   c. Will it be done while processing periodic reports?
   Alaska anticipates integrating ABAWD requirements into standard case

processing workflows, including periodic reports and other client-driven actions. Final procedures will be established through policy and training.

  d. Or will you wait until the next certification period?
  Alaska does not anticipate deferring implementation solely to the next certification period. Timing and execution will be aligned with system readiness and completion of all implementation components.

4. FNS strongly recommends that states **certify ABAWD households for shorter certification periods** than 12 months (3, 4, or 6 months). Is that something the state is considering and, if so, what is the state proposing and when is implementation expected?
Yes, Alaska currently assigns shorter certification periods for households that include a non-exempt ABAWD. These households are assigned a maximum certification period of four months, consisting of the prorated initial month and three countable ABAWD months. This approach is currently in place and aligns with FNS guidance. Alaska will evaluate whether any adjustments are needed as part of implementing the remaining ABAWD work requirement changes related to HR1.

Please let us know if you have any further questions or need clarification on any particular item!

Seth Barnes
Public Assistance Analyst II
Policy and Program Development
Division of Public Assistance
Phone: 907-500-2423

---

**From:** Solomon, Brian - FNS <brian.solomon@usda.gov>
**Sent:** Tuesday, April 7, 2026 2:36 PM
**To:** Luchini, Lydia (DOH) <lydia.luchini@alaska.gov>; Davis, Christina L (DOH) <christina.davis@alaska.gov>; Barnes, Seth A (DOH) <seth.barnes@alaska.gov>; Bybee, Thomas L (DOH) <thomas.bybee@alaska.gov>; Sundmark, Dean S (DOH) <dean.sundmark@alaska.gov>; Bailey, Tasha Y (DOH) <natasha.bailey@alaska.gov>; Amber.Bonilla@dss.ca.gov; kathy.jew@dss.ca.gov; Louise.Thao@dss.ca.gov; Alexis.Garcia@dss.ca.gov; Christine.SanNicolas@dphss.guam.gov; NicolePuanani.Cruz@dphss.guam.gov; Lazaro.Quinata@dphss.guam.gov; Luke.Duenas@dphss.guam.gov; alyssa.uncangco@dphss.guam.gov; patrice.hara@dphss.guam.gov; snakasone2@dhs.hawaii.gov; GHayes@dhs.hawaii.gov; Kristin.Matthews@dhw.idaho.gov; jacqueline.simpkins@dhw.idaho.gov; SGALLUCCI@dwss.nv.gov; bmuchicko@dwss.nv.gov; snelson@dwss.nv.gov; NCOOPER@dwss.nv.gov; heather.j.miles@odhs.oregon.gov; Jessica.AMAYA@odhs.oregon.gov; Meorah.A.SOLAR@odhs.oregon.gov; jean.t.cubic@odhs.oregon.gov; antonio.heras-delaluz@odhs.oregon.gov; jennifer.j.granera@odhs.oregon.gov; sara.a.kliewer@odhs.oregon.gov; RUDINA.CEKANI@odhs.oregon.gov; joyce.hensen@dshs.wa.gov; sharon.hill-laguerre@dshs.wa.gov
**Cc:** Lewis, Pandora - FNS <pandora.lewis@usda.gov>; Solomon, Brian - FNS <brian.solomon@usda.gov>; Bourne, Jacqueline - FNS <jacqueline.bourne@usda.gov>;

Gonzalez, Jodi - FNS <Jodi.Gonzalez@usda.gov>; Smith, Barbara - FNS
<Barbara.Smith2@usda.gov>
**Subject:** Updated HR1 ABAWD Readiness Assessment (Due Friday 4/10 COB)
**Importance:** High

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Greetings WRO State ABAWD Colleagues**: Hope this finds you well. It's been a while since we've checked in on your status for implementing HR1, so we'd like to check in for a quick update. We know how busy you are, so we will just keep the questions short and simple:

1. Has your state **fully implemented the ABAWD / Work Requirement changes related to HR1**. (*Full implementation means that policy manuals have been updated, EWs trained, coding and tracking mechanisms updated, forms and noticed updated*.)
   a. If so, on what date: XX
   b. If not, on what date do you anticipate being fully implemented: XX

2. If you **have already implemented the ABAWD changes**, when did you / or will you begin applying countable months:
   a. Was it / will it be done as a change within the certification period on a case-by-case basis?
   b. Was it / will it be done to all affected cases at once?
   c. Was it / will it be done while processing periodic reports?
   d. Or did you wait / are you waiting until the next certification period?

3. If you have **yet to implement the ABAWD changes**, then what is your state's plan for how to begin applying countable months:
   a. Will it be done as a change within the certification period on a case-by-case basis?
   b. Will it be done to all affected cases at once?
   c. Will it be done while processing periodic reports?
   d. Or will you wait until the next certification period?

4. FNS strongly recommends that states **certify ABAWD households for shorter certification periods** than 12 months (3, 4, or 6 months). Is that something the state is considering and, if so, what is the state proposing and when is implementation expected?

That's all we need right now. Thank you so much and please let us know if you have any question or want to further discuss any of this. If possible, please try to get back to us by *Friday 4/10 COB*.

Warmly,

Brian and Pandora

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Average Student Work Hours | Considering | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will explore this option to determine if it is a valuable change. |
| Stagger Certification Periods | Considering | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |
| Business Process Reengineering (BPR) | Implemented | **Update April 22, 2026.** Business Process Reengineering efforts remain active and continue to expand. Recommendations from the Eligibility Technician 1 front desk assessment continue to be implemented. One key recommendation was to place an Eligibility Technician 2 in lobby areas to better support clients with more complex questions at first contact. Following successful pilot results and positive survey feedback from both staff and the Alaskans served, this model has moved to full implementation and will be rolled out across DPA offices over the next several months. Additional BPR reviews have also been completed for the Policy Unit and the Alaska Native Tribal Health Consortium (ANTHC) Unit. For the Policy Unit, the review identified a need for additional support, clearer role definition, and better alignment of work so policy staff can focus on core policy responsibilities, administrative rule changes, federal guidance, and operational support to program areas. Improvement efforts now underway include staffing restructuring, clearer assignment of responsibilities, and the use of technology tools to improve workflow, coordination, and document management. For the ANTHC Unit, the review found that some workflows had become highly specialized over time and continued to rely on older legacy processes. Improvement work is underway to modernize those workflows, simplify steps where appropriate, and better align operations with current business needs. These efforts are intended to improve service delivery, reduce inefficiencies, and ensure staff resources are focused on the highest value work. <br><br>Update (August 22, 2025): C!A facilitated two-day working sessions with ET1 staff to assess front desk operations. A final report is expected in late August, with recommendations to reduce client wait times, improve quality, and streamline processes. Implementation will occur over the next six months based on scope of changes required. The Policy Unit has also engaged with C!A to identify opportunities to refocus work and shift non-policy tasks, though no implementation timeline is set |
| Call Centers | Implemented | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications. <br><br>In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |
| Interview Scheduling | Implemented | Added October 27, 2025. The Division changed interview practices to improve efficiency. Previously, staff conducted cold calls to reach applicants for interviews, which often resulted in lost time and incomplete contacts. The Division now schedules interviews in advance, allowing staff to focus on confirmed appointments. By assigning more staff to the Virtual Contact Center, the Division achieved nearly full interview completion rates. |
| Compromise Claims and Termination of Claims | Implemented | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim. If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows: Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months). Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |
| Elderly Simplified Application Project (ESAP) | Implemented | Updated May 21, 2025. This non-substantive update has been amended for clarity and conciseness. The Department of Health, Division of Public Assistance, launched the federally approved Elderly Simplified Application Project (ESAP) demonstration on December 1, 2024. <br><br>ESAP applies to SNAP households where all adults are age 60 or older or have a qualifying disability. Under ESAP: <br>-The certification period is extended to 36 months <br>-No interim report is required <br>-Recertification interviews are waived unless clarification is needed or requested by the household |
| Electronic Case Filing or Document Management | Implemented | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| Extending Certifications to 12 Months | Implemented | Effective June 2023, SNAP certification periods have been extended to 12-months. These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period. Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| FNS Regional Office Assistance with QC Case Completion | Implemented | December 2022 instituted regular meetings. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
| --- | --- | --- |
| **FNS Recommendation** | **Status** | **Details** |
| Fully Implementing Allowable Activities for Non-Merit Personnel | Implemented | Update (August 22, 2025): The Division executed a 12-month extension of the PCG contract effective August 1, 2025, to continue support of non-merit duties. The Division is actively evaluating additional functions that can be assigned to PCG to further support workload management and allow state staff to focus on eligibility determinations. April 2023 the division contracted out the Virtual Call Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs that have auto adjudicated eligibility within the ARIES database. FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |
| Notice of Agency Caused Delay | Implemented | Updated May 21, 2025. Automated notifications for agency-caused delays were fully implemented on April 30, 2025. These notices are generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed—on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday. To mitigate operational risk and avoid overwhelming the Division's Fair Hearings staff and the Administrative Law Group (ALG), the Division of Public Assistance (DPA) implemented a phased rollout. This approach ensured systematic processing of overdue cases while maintaining service continuity and staff capacity for handling appeals. The phased schedule was as follows: March 4, 2025: Notices for applications delayed over 90 days March 31, 2025: Notices for applications delayed over 60 days April 30, 2025: Notices for applications delayed over 30 days With the final phase completed, the automated system now runs daily and issues timely notifications for all new overdue cases. |
| Online Applications | Implemented | Updated May 21, 2025. This non-substantive update reflects enhancements to client access and self-service tools. The Change Report Form is now available as an electronic form (eForm), joining the existing online SNAP application and Interim Report Form. All three forms are accessible through the MyAlaska portal and the Department of Health website. |
| Online Self-Service Portal | Implemented | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process. Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. Note: Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| Real-Time Data Access Services | Implemented | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (IEVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |
| Recertification Interview for Certain Elderly/Disabled Member Households | Implemented | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forego the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2024 through 05/31/2026. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Reinstatement of Eligibility | Implemented | **Updated April 22, 2026:**The existing SNAP waiver allowing the Division to waive recertification interviews for certain elderly or disabled households is scheduled to expire on May 31, 2026. The Division does not plan to request an extension because this flexibility is now largely incorporated through the Elderly Simplified Application Project (ESAP). Under ESAP, recertification interviews are generally not required for eligible households unless the recertification form is untimely or incomplete, required verifications are missing, information provided is questionable or contradictory, the household would otherwise be denied, or the household requests an interview. Allowing the prior waiver to expire avoids duplication, simplifies administration, and continues streamlined access for eligible elderly and disabled households through the ESAP structure already in place. Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| Reviewing and Streamlining the SNAP Application | Implemented | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |
| Same Day Service Interviews | Implemented | Updated May 21, 2025. This non-substantive update reflects current operational capacity. While all Division of Public Assistance (DPA) offices are now open and offering same-day service, including interviews, staffing shortages in Kodiak, Nome, and Sitka have limited the scope of in-office services in those locations. Emphasizing same-day service interviews aligns with our Business Process Redesign philosophy. The rollout was completed as follows: Bethel – August 2023, Juneau – November 13, 2023, Kodiak – November 27, 2023, Kenai – January 25, 2024, Homer – January 25, 2024, Wasilla – March 18, 2024, Fairbanks – July 8, 2024, Ketchikan – August 27, 2024, and Anchorage – November 18, 2024. |
| Simplified Self Employment Deduction Standard | Implemented | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self-employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
| Streamline Data Matches | Implemented | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |
| Streamline Verification Requirements | Implemented | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify: 1. Gross nonexempt income, 2. Alien eligibility, 3. Utility expenses, 4. Medical expenses, 5. Social security numbers, 6. Residency, 7. Identity, 8. Disability, 9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC, 10. Household composition, 11. Students, 12. Legal obligation and actual child support payments, and 13. Additional verification for able-bodied adults subject to the time limit. 7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |
| Streamlining SNAP Access in Rural Alaska | Implemented | To ensure timely delivery of benefits to Alaskans, we exercised the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval. DPA met with Food and Nutrition Service (FNS) on January 16, 2025 to discuss the regulatory authorities allowed to Alaska at 7 CFR 272.7. Alaska implemented the federal authority to postpone SNAP interviews, as explained above, for individuals living in areas designated rural I and rural II on March 20, 2025. |
| Targeted Interviewing and Case Processing | Implemented | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April | |
|---|---|---|---|
| FNS Recommendation | Status | Details | |
| Telephonic and Electronic Signatures | Implemented | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications.<br><br>Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms. | |
| Telephonic Interviews | Implemented | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship.<br><br>FNS approved state plan option. | |
| Voluntary Employment and Training Program | Implemented | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. | |
| DPA in a Box | Implemented | **Updated April 22, 2026.** DPA in a Box remains active. Outreach in Cordova is scheduled for April 22 through April 25, 2026. Additional deployments are planned for Valdez in late May, Wrangell from June 1 through June 4, 2026, and Gustavus from June 22 through June 25, 2026.<br>Update June 9, 2025: To improve access to public assistance in underserved areas, the Division of Public Assistance is launching "DPA Office in a Box." This outreach initiative sends an Eligibility Technician into communities to provide hands-on support with applications, renewals, and case management.<br><br>The first deployment is scheduled for June 9–12, 2025, in Kotzebue, in collaboration with Maniilaq Association. A second event will take place June 23–26, 2025, in Delta Junction, in partnership with the Division of Public Health.<br><br>Proposed outreach locations for State Fiscal Year 2026 include Valdez, Cordova, Wrangell, Gustavus, and Hoonah. | |
| Adult Public Assistance and Senior Benefit payment method change | Implemented | Updated December 8, 2025: Effective December 2, 2025, the Division stopped sending warrants for Adult Public Assistance (APA) and Senior Benefit (SB) payments.<br>•Senior Benefits cases that are approved on or after December 3, 2025, that do not have direct deposit set up, will be issued an EBT card since these are all stand-alone cases.<br>• APA cases that are approved on or after December 3, 2025, that do not have open SNAP benefits on the same case number and do not have direct deposit set up, will be issued an EBT card. | |
| Expansion of Non-Merit Tasks – Demonstration | Implemented | Updated April 13, 2026: FNS approved Alaska's Non-Merit (contract) staff Demonstration Project on September 3, 2025, for a duration of five years from the date of implementation. FNS and Alaska are currently negotiating the terms and conditions of the demonstration project. Alaska must sign and agree to the terms and conditions prior to implementation of the demonstration project. On September 25, 2025, FNS requested Alaska provide estimates of the number and/or percentage of SNAP cases in the State that may be handled by non-merit staff in each phase of the project.<br><br>Alaska submitted formal acceptance of the terms and conditions for the non-merit demonstration to WIMS on December 12, 2025. Alaska submitted a revised sampling plan to FNS via WIMs on 02/24/2026. FNS approved Alaska's sampling plan through and granted official clearance via WIMS to implement the Demonstration project effective March 2026.<br><br>The Demonstration will expand the scope of tasks assigned to non-merit staff to increase capacity and ensure timely processing of SNAP applications and recertifications.<br><br>Alaska submitted the first required demonstration project report to FNS on April 13, 2026. | |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Broad-Based Categorical Eligibility (BBCE) | Implemented | Updated July 21, 2025. This update clarifies that Broad-Based Categorical Eligibility (BBCE) was launched on July 1, 2025, for new SNAP applications recieved after July 1, 2025 or SNAP recertifications received on or after July 1, 2025 for August SNAP benefits.<br><br>BBCE removes the asset test requirement and raises the gross income threshold to 200% of the Federal Poverty Level, simplifying eligibility and reducing administrative burden.<br><br>Technical assistance has been provided by FNS in support of implementation. Resource limit requirements have been amended administratively with no system change required. Programming to apply the 200% gross income limit in the legacy Eligibility Information System (EIS) was completed by June 30, 2025. BBCE functionality will also be included in the transition to the new Integrated Eligibility and Enrollment System.<br><br>Finalization of EIS functionality to support the non-cash, TANF-funded benefit aligned with BBCE notice to SNAP households, supported by ACF, is underway. Training materials were finalized by the Business Process Redesign (BPR) training team and were completed to align with implementation. Public messaging was coordinated with the publications team and released in June 2025. |
| University Center (UC) Lobby | Implemented | **Updated April 22, 2026.** The new interview spaces are operational and in use, and the Work Services area is also open and active. The Division is planning the next phase of office improvements by moving the Eligibility Technician 1 team into the larger office space across from the lobby. Workstations are ready, and move planning is underway. Updated July 21, 2025: The Anchorage UC lobby was relocated to a new space to better support both clients and staff. The new lobby remains within the UC Center—just across the hall from its current location—and offers a much-improved environment for delivering services.<br><br>To complete the move, the UC lobby will be closed from June 20 through June 30. The Communications Office posted signage and used social media to notify the public in advance and during the closure. The new lobby opened to the public on July 1, 2025.<br><br>The new lobby features a larger waiting area with seating, space for interviews, and improved visibility for staff to engage directly with clients. This move reflects DPA's ongoing commitment to respectful, responsive customer service and a more welcoming, efficient space. |
| Good Faith Effort Request for Additional Time Limit Exemptions - Waiver | Implemented | Updated December 8, 2025: In response to Alaska's October 31, 2025 submission, Alaska received USDA FNS approval on November 3, 2025 for a Good Faith Effort Request for Additional Time Limit Exemptions waiver, based on Alaska's demonstrated efforts to meet ABAWD (able-bodied adults without dependents) work requirements. The waiver works in cojunction with Alaska's ABAWD waiver, exempting all census areas and boroughs from ABAWD time limits, except the Anchorage Municipality. Alaska is also approved to continue exempting the following groups, despite changes under H.R. 1:<br>• Individuals aged 55–64;<br>• Households with children aged 14–17;<br>• Veterans;<br>• People experiencing homelessness; and<br>• Youth aged 18–24 transitioning from foster care.<br>Additionally, Alaska implemented the exemption for Alaska Native/American Indian individuals (as defined by HCIA).<br><br>Additional requirements for the Good Faith Exemption waiver approval include submitting quarterly progress reports on Alaska's efforts towards full compliance with the ABAWD time limit. On December 4, 2025, Alaska met with FNS to request technical assistance regarding these reports, as the due dates and reporting template were not included in the November 3, 2025 approval letter. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| SNAP Timely Benefits Replacement waiver | Implemented | Updated January 9, 2026: This waiver is no longer active. In response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a waiver on October 17, 2025, allowing SNAP recipients in designated areas of Alaska to request replacement benefits through November 7, 2025. A subsequent extension was approved on October 31, 2025, extending the reporting period through December 8, 2025, beyond the standard 10-day window.<br><br>This waiver applies to SNAP households in the following areas:<br>• Kashunamiut<br>• Lower Yukon<br>• Bering Strait Regional Education Attendance Area (REAA)<br>• Northwest Arctic Borough (NWAB)<br>• North Slope Borough (NSB)<br><br>DPA provided FNS with the number of households that requested replacement related to this specific waiver as a result of this disaster during the extended reporting period.<br><br>Summary of Manual Supplemental Issuances:<br>Total Cases: 106<br>Total Benefits Issued: $122,959 |
| Automatic Mass Replacement of SNAP benefits | Implemented | Updated January 9, 2026: This waiver is no longer active. On November 13, 2025, in response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a waiver allowing Alaska to automatically replace 75% of the October 2025 Supplemental Nutrition Assistance Program (SNAP) benefits for households impacted by Typhoon Halong.<br><br>Alaska issued the majority of SNAP automated benefit replacements on November 25, 2025, to approximately 2958 households, and an additional 35 SNAP household cases were reviewed manually to ensure all eligible households receive their replacement benefits and issued these SNAP benefit replacements on November 28th.<br><br>Once the internal review is complete, a notice will be sent to these households informing them of their additional SNAP benefits. Due to the expedited timeline for programming and issuing the replacements, households should expect to receive this notice by mid December.<br><br>Actual numbers regarding replacement values must be reported on the FNS-46 form in the Food Programs Reporting System within 90 days after issuance of the replacement benefits. |
| Hot Foods waiver | Implemented | Updated January 9, 2026: This waiver expired on 12/20/2025. On November 22, 2025, in response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a temporary waiver allowing Alaska SNAP recipients to purchase hot, prepared foods statewide through December 20, 2025. |
| Advance Capture (Intelligent Scanning) | Implementing | Updated May 21, 2025. DPA amended ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality automates that categorization of documents. Phase 1, complete - auto recognition and workflow for Application and Renewal forms effective Q4 2024. Additional forms rolling out in FY2025 and ongoing. As functionality is applied to other documents this section will be updated. |
| E-notices | Implementing | Updated (August 22, 2025): Text messaging for scheduled interviews launched in June 2025 as a manual process. The next phase will automate these messages through ImageSource/ILINX.<br>Updated May 21, 2025. e-notices (text messaging or email) notifying applicant documents received. Launched March 13, 2024.<br>Text messaging for scheduled interviews scheduled to launch June, 2025. |
| National Accuracy Clearinghouse (NAC) | Implementing | **Updated April 13, 2026**. FNS is implementing the NAC system in a phased approach over a period of 5 years. States must implement the NAC no later than October 4, 2027 in order to comply with the provisions of the interim final rule of the Agricultural Improvement Act of 2018 (2018 Farm Bill).<br><br>Alaska is confirmed for implementation group 14.<br>Alaska Scheduled kickoff date: March 31, 2026<br>Alaska Anticipated NAC launch date: November 2026<br>**FNS notified all states on March 27, 2026 that they are temporarily pausing further development on the NAC. All scheduled meetings were canceled.** |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Standard Medical Deductions (SMDs) | Implementing | Updated June 19, 2025 – FNS has approved Alaska's SMD demonstration waiver for a four-year period beginning August 1, 2025, and ending July 31, 2029, subject to the attached terms and conditions. Due to competing priorities, Alaska is coordinating with FNS to delay implementation. This adjustment will preserve the full four-year approval period while revising the demonstration's official start and end dates |
| Required Online Application Fields (SNAP) – Demonstration | Not an option in Alaska | Updated December 8, 2025: On November 20, 2025, FNS denied Alaska's two demonstration requests to require fields in addition to name, address, and signature on a SNAP online application. The FNS denial letter stated the following:<br><br>*The State's request would require FNS to adjust the application provisions of Section 11(e)(2)(B)iv of the Food and Nutrition Act (the Act) and SNAP regulations at 273.2(b)(1)(v) and 273.2(c)(1)(iii).*<br><br>*FNS cannot use administrative waiver authority to waive provisions of the Act. Typically, a request to waive a provision of the Act would require a demonstration project request. However, Section 17(b)(1)(B)(iv)(III) explicitly prohibits waivers of certain provisions of the Act. Under Section 17(b)(1)(B)(iv)(III)(ff), a demonstration project may not waive the right to file an application with only name, address, and signature as described in Section 11(e)(2)(B).* |
| Eliminate Interim Report (IR) – Demonstration | Not an option in Alaska | Updated December 8, 2025: On November 20, 2025, FNS denied Alaska's request to eliminate the periodic report for SNAP households certified longer than six months. The FNS denial letter stated the following:<br><br>*The State agency's request would require FNS to waive Section 6(c)(1)(D)(i) of the Food and Nutrition Act (the Act) and SNAP regulations at 7 CFR 273.12(a)(5)(iii)(B). FNS cannot use administrative waiver authority to waive provisions of the Act, and a request to waive a provision of the Act requires a demonstration project. Section 17(b)(1)(A) explains that the purpose of a demonstration project is to test changes that may increase efficiency and improve delivery of SNAP benefits to eligible households.* |
| Case Banking | Not an option in Alaska | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the Long-Term Care cases but uses statewide caseload management for everything else. |
| Change Processing Unit | Not an option in Alaska | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased handling of cases, potentially causing delays in DPA workload. |
| On-Demand Interviews | Not an option in Alaska | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is in full compliance with FNS Interview requirements. |
| Targeted Team Focus on SNAP | Not an option in Alaska | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs.<br>Business Process Resign created a team that focuses on SNAP backlog applications. |
| Verification Unit | Not an option in Alaska | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce situation. Alaska did try this in 2003 (EIOP) and it was not successful. |
| Reduce Major Change Reporting Requirement - Waiver | Not an option in Alaska | Updated March 11, 2026: FNS denied Alaska's waiver request with the following justification: FNS appreciates that DPA believes this waiver would reduce administrative burden. However, we have determined these alternative procedures would not result in a more efficient or effective program per 7 CFR 272.3(c)(1)(ii). Therefore, FNS is denying DPA's request.<br><br>Alaska submitted a waiver on 09/11/2025 to FNS to reduce the quarterly reporting requirements for FNS-acknowledged major changes in program design. Due to limitations within Alaska's legacy eligibility system, collecting and reporting certain required data is not feasible without significant and cost-prohibitive system modifications. Granting this waiver will allow Alaska to continue focusing its limited resources on service delivery, accurate case processing, and the implementation of a modern SNAP eligibility system. |
| Automated Voice Response/Interactive Voice Response System | Planning to Implement | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the call center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration)<br>Genesis is the VCC platform that connects can connect with Qualtrics as an example. |

# Attachment 3

Backlog Dashboard with Detail - Updated April 03, 2026

## Backlog Summary Tab

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

Columns

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).

**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.

**Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).

**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public

Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

## SNAP Backlog Detail Tab

Purpose: Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.

Columns

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.

**Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

Purpose: Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

Columns

**Program Categories:** Breaks out APA applications and recertifications.

**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.**

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab

Purpose: Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

Rows:

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

Columns:

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development: At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. There has been progress made with the programming required to report this metric. DPA expects to be able to provide some data with the November report.**

Purpose: Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

Rows:

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

Columns:

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

Backlog Dashboard with Detail - Updated April 03, 2026

### Backlog Applications/Recertifications - *Updated - April 2, 2026*

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adult Public Assistance** | 0 | 119 | 52 | 26 | 13 | 8 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 223 |
| *APA Applications* | 0 | 119 | 52 | 26 | 13 | 8 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 223 |
| *APA Recertifications* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Food stamps (applications, expedites & recertifications)** | 862 | 1,326 | 594 | 164 | 24 | 27 | 37 | 131 | 188 | 17 | 0 | 0 | 0 | 0 | 3,370 |
| *Food Stamps (Expedite Applications)* | 862 | 434 | 237 | 28 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,563 |
| *Food Stamps (non-Expedite Applications)* | 0 | 552 | 250 | 51 | 4 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 859 |
| *Food Stamps (Recertifications)* | 0 | 340 | 107 | 85 | 19 | 27 | 35 | 131 | 187 | 17 | 0 | 0 | 0 | 0 | 948 |
| **Total** | 862 | 1,445 | 646 | 190 | 37 | 35 | 39 | 133 | 188 | 17 | 0 | 0 | 0 | 1 | 3,593 |

### SNAP Backlog Detail - April 2, 2026

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SNAP Total (Applications and Recerts** | 862 | 1,326 | 594 | 164 | 24 | 27 | 37 | 131 | 188 | 0 | 0 | 0 | 0 | 0 | 3,370 | 3028 | 342 | 2025-07-14 |
| *SNAP (Expedite > 7 days)* | 862 | 434 | 237 | 28 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,563 | 1560 | 3 | 2025-10-14 |
| *SNAP (non-Expedite Applications)* | 0 | 552 | 250 | 51 | 4 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 859 | 851 | 8 | 2025-08-06 |
| *SNAP (Recertifications)* | 0 | 340 | 107 | 85 | 19 | 27 | 35 | 131 | 187 | 17 | 0 | 0 | 0 | 0 | 948 | 617 | 331 | 7/14//2025 |

### APA Backlog Detail - Updated April 02, 2026

| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Oldest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APA Total (Applications and Recerts** | - | 119 | 52 | 26 | 13 | 8 | 2 | 2 | - | - | - | - | - | 1 | 223 | 2025-02-04 |
| *APA Pended Applications* | | 45 | 50 | 26 | 13 | 7 | 2 | 2 | | | | | | 1 | 146 | 2025-02-04 |
| *APA Unacted Applications* | | 74 | 2 | | | 1 | | | | | | | | | 77 | 2025-11-06 |
| *APA Pended Recertifications* | - | | | | | | | | | | | | | | 0 | - |
| *APA Unacted Recertifications* | | | | | | | | | | | | | | | 0 | - |

| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | 1,400 | 35 | 52% |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 520 | 119 | 23% | 2,121 | 1,013 | 40 | 48% |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 642 | 183 | 29% | 2,525 | 1,284 | 44 | 51% |
| Apr-25 | 1,065 | 650 | 61% | 1,013 | 557 | 55% | 574 | 101 | 18% | 2,652 | 1,308 | 46 | 49% |
| May-25 | 991 | 512 | 52% | 952 | 591 | 62% | 869 | 122 | 14% | 2,812 | 1,225 | 69 | 44% |
| Jun-25 | 939 | 501 | 53% | 891 | 545 | 61% | 809 | 174 | 22% | 2,639 | 1,220 | 53 | 46% |
| Jul-25 | 883 | 563 | 64% | 1,037 | 648 | 62% | 1,039 | 189 | 18% | 2,959 | 1,400 | 43 | 47% |
| Aug-25 | 750 | 470 | 63% | 881 | 535 | 61% | 738 | 181 | 25% | 2,369 | 1,186 | 38 | 50% |
| Sep-25 | 767 | 512 | 67% | 809 | 467 | 58% | 611 | 156 | 26% | 2,187 | 1,135 | 36 | 52% |
| Oct-25 | 1,098 | 657 | 60% | 684 | 143 | 21% | 1,096 | 597 | 54% | 2,878 | 1,397 | 40 | 49% |
| Nov-25 | 637 | 337 | 53% | 401 | 82 | 20% | 843 | 373 | 44% | 1,881 | 792 | 50 | 42% |
| Dec-25 | 835 | 509 | 61% | 662 | 167 | 25% | 876 | 308 | 35% | 2,373 | 984 | 45 | 41% |
| Jan-26 | 791 | 238 | 30% | 706 | 152 | 22% | 866 | 86 | 10% | 2,363 | 476 | 53 | 20% |
| Feb-26 | 893 | 287 | 32% | 888 | 246 | 28% | 649 | 101 | 16% | 2,430 | 634 | 46 | 26% |
| Mar-26 | 1,016 | 392 | 39% | 947 | 289 | 31% | 828 | 116 | 14% | 2,791 | 797 | 47 | 29% |
| **Totals:** | **5,270** | **2,420** | **46%** | **4,288** | **1,079** | **25%** | **5,158** | **1,581** | **31%** | **14,716** | **5,080** | **47** | **35%** |

*Alaska Supplemental Nutrition Assistance Program Timeliness*



SNAP Timeliness: Six Month Overview

**State of Alaska Dept. of Health – Division of Public Assistance**

**SNAP and APA Timeliness - Report Date May 2026**

| Timely Actions October 2025 - March 2026 | |
|---|---|
| **Program** | **Percent Timely** |
| **SNAP Applications and Recerts** | **35%** |
| SNAP Expedite applications | 25% |
| SNAP Initial applications | 46% |
| SNAP Recert applications | 31% |
| **Placeholder for APA Data** | |
| | |
| **Application Decision Cycle Time October 2025 - March 2026** | **Average Days** |
| **Program** | |
| SNAP | 47 |
| Placeholder for APA Data | |



| Alaska Adult Public Assistance Timeliness Placeholder |
|---|
| In process of developing data collection programming for this metric |

At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. Progress has been made in programming for this metric and we should be able to provide some data with the November report.

# Attachment 4.1

## Department of Health - Division of Public Assistance – IT Project Roadmap



| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| ILINX® Flex | Expands ILINX® capabilities with configurable workflow and document management enhancements to support automation, routing flexibility, and improved case document lifecycle management. | • Vendor configuration timelines<br>• Coordination with Advanced Capture and Centralized Registration<br>• Business process redesign requirements<br>• Competing modernization priorities | Improves operational agility by allowing programs to adjust workflows without major system redevelopment. Reduces manual handling and supports scalability during workload surges. |
| Milestone 2 - Increment 6: Online Application for Services (eForms) | Implements a comprehensive, client-facing Online Application for Services platform using dynamic eForms that integrate with ILINX®, Centralized Registration, and the Integrated Eligibility Platform (IEP). | • CMS and FNS approval of the Online Application for Services<br>• Integration sequencing with Centralized Registration and ILINX® Advanced Capture<br>• Workforce capacity constraints during concurrent modernization milestones<br>• Data mapping and validation across multiple programs<br>• Policy review to ensure regulatory compliance across benefit types<br>• Testing cycles to validate cross-program eligibility logic | Modernizing the application process is foundational to improving access, equity, and timeliness across all public assistance programs. By shifting intake to a digital-first model, the division reduces administrative burden while improving service delivery and program integrity. The solution replaces paper-based and static PDF applications with smart forms that adapt based on program selection, household composition, and eligibility pathways.<br><br>The eForms platform supports multi-program applications (e.g., Medicaid, SNAP, Heating Assistance, Burial Assistance, and Cash Programs) and reduces manual intake processes by enabling direct electronic submission and automated ingestion into eligibility workflows. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Eligibility Technician (ET) Repository | Develops a centralized, searchable digital repository that houses policy guidance, desk aids, procedural manuals, job tools, training materials, and reference documents for Eligibility Technicians across all public assistance programs. The repository will serve as a single source of truth to support consistent eligibility determinations and reduce reliance on informal knowledge sharing. | • Policy standardization and formatting of existing materials<br>• SME time required to validate and update legacy desk aids<br>• Governance structure to maintain version control and updates<br>• Alignment with Worker Assist tool (to ensure content integration)<br>• Workforce capacity constraints during active modernization efforts | Eligibility policy is complex and frequently updated. Inconsistent access to current guidance increases the risk of eligibility errors, federal findings, and payment inaccuracies. By improving access to standardized guidance, this initiative directly supports payment accuracy, timeliness compliance, and program integrity across Medicaid, SNAP, and cash programs. |
| Permanent Medicaid Card | Transitions from recurring reissuance of Medicaid cards to a durable permanent card model, supported by updated eligibility verification processes and communication protocols. | • Policy alignment and regulatory review<br>• Coordination with providers and MMIS<br>• Communication planning and stakeholder education<br>• System configuration adjustments | Reduces administrative costs, printing expenses, and call center volume related to lost or replacement cards. Improves client convenience while maintaining eligibility verification integrity. |
| Income and Eligibility Verification System Modernization - IEVS | Modernizes interfaces and data exchange processes for Income and Eligibility Verification to improve automation of third-party data matches and reduce manual verification processes. | • Federal and interagency data-sharing agreements<br>• Security and compliance approvals<br>• Interface modernization sequencing<br>• Legacy system integration complexity | Enhances program integrity by improving eligibility accuracy and reducing improper payments. Decreases staff time spent on manual verification and improves timeliness of case actions. |
| Milestone 2 – Increment 6: Heating Assistance Application eForm | Implements a dynamic, client-facing electronic application for Heating Assistance that integrates with ILINX® and eligibility systems to reduce manual intake and improve application completeness. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Paper applications slow intake, require manual data entry, and increase error rates. Digitizing the Heating Assistance application improves accessibility for clients and streamlines intake for staff. Dynamic smart forms reduce incomplete submissions and prevent common errors at the point of entry. |

April 22, 2026     Department of Health - Division of Public Assistance – IT Project Roadmap
Case 3:23-cv-00044-SLG     Document 144-3     Filed 04/28/26     Page 35 of 64
Page 34 of 63

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Milestone 2 - Increment 6: Online Eligibility Review (eForm) | Implements a client-facing Online Eligibility Review eForm solution within the Integrated Eligibility Platform (IEP), allowing participants to complete required periodic renewals electronically through dynamic smart forms. The solution pre-populates known case information, incorporates data verification sources, and routes submissions through automated intake and workflow processes. | <ul><li>CMS approval requirements for Medicaid renewal/application processes</li><li>Integration with IEVS and third-party data verification systems</li><li>Configuration complexity for multi-program renewal logic</li><li>Completion of foundational Online Application and intake automation work</li><li>Workforce capacity constraints during concurrent IEP increments</li><li>Testing and validation of pre-populated data and ex parte workflows</li></ul> | Renewals are one of the highest-volume and most time-sensitive eligibility functions. Manual renewal processing increases workload strain and creates risk of procedural terminations. By modernizing renewals, the division improves program integrity, client stability, and workforce sustainability. |
| Centralized Mailroom | Establishes a centralized document intake and scanning model to standardize mail processing, improve document tracking, and integrate with ILINX® automated workflows. | <ul><li>Physical infrastructure and logistics planning</li><li>Workforce realignment and training</li><li>Integration with Advanced Capture and Centralized Registration</li><li>Change management and regional transition planning</li></ul> | Reduces lost or delayed documents, improves timeliness compliance, and ensures consistent intake practices statewide. Enables stronger tracking and accountability. |

April 22, 2026                    Department of Health - Division of Public Assistance – IT Project Roadmap
Case 3:23-cv-00044-SLG     Document 344-3     Filed 04/28/26     Page 36 of 64
Page 35 of 63

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Unified Change Address Module - ARIES | Implements a unified Change of Address (COA) capability that allows a client or eligibility technician to enter an address once and have it automatically update across ARIES. | • Workforce capacity constraints<br>• Milestone 2 – Increment 7: Alaska Connect (Self Service Portal) Phase 2 is a predecessor and required foundation<br>• Cross-system integration between ARIES and legacy EIS<br>• Data mapping and regression testing across programs<br>• Alignment with Notice Enhancements to ensure synchronized correspondence<br>• Competing modernization priorities funded through QC Reinvestment | Accurate address data is foundational to eligibility compliance and client communication. Currently, fragmented address updates increase the risk of inconsistent records, returned mail, delayed notices, and procedural closures. This automation eliminates the need for duplicate manual entry across systems and ensures address changes are consistently reflected in eligibility records, notice generation, and case workflows. The solution is designed to integrate with Alaska Connect self-service functionality and support cross-program synchronization during the modernization transition period. |
| Unified Change Address Module - EIS | Implements a unified Change of Address (COA) capability that allows a client or eligibility technician to enter an address once and have it automatically update across EIS. | • Workforce capacity constraints<br>• Milestone 2 – Increment 7: Alaska Connect (Self Service Portal) Phase 2 is a predecessor and required foundation<br>• Cross-system integration between ARIES and legacy EIS<br>• Data mapping and regression testing across programs<br>• Alignment with Notice Enhancements to ensure synchronized correspondence<br>• Competing modernization priorities funded through QC Reinvestment | Accurate address data is foundational to eligibility compliance and client communication. Currently, fragmented address updates increase the risk of inconsistent records, returned mail, delayed notices, and procedural closures. This automation eliminates the need for duplicate manual entry across systems and ensures address changes are consistently reflected in eligibility records, notice generation, and case workflows. The solution is designed to integrate with Alaska Connect self-service functionality and support cross-program synchronization during the modernization transition period. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Milestone 2 - Increment 7: Alaska Connect Self-Service Portal —Phase 2 | Expands the Alaska Connect Self-Service Portal through Phase 2 enhancements to increase client functionality, improve usability, and deepen integration with the Integrated Eligibility Platform (IEP). Because Alaska Connect serves as the public-facing interface for multiple modernization initiatives, its timeline is closely tied to upstream intake automation, eligibility system integration, and federal compliance approvals. | • Completion and stabilization of Online Application and Online Renewal functionality (Increment 6 dependencies)<br>• Integration with ILINX®, Centralized Registration, and Notice Enhancements<br>• CMS and FNS oversight where portal functionality impacts application and renewal processes<br>• Identity verification and security configuration for expanded client access<br>• Data synchronization across legacy EIS and IEP modules during transition<br>• Vendor development timelines and testing capacity<br>• Workforce capacity constraints during concurrent IEP increments | Alaska Connect is the front door to public assistance services. Expanding self-service capabilities directly supports modernization goals and workforce sustainability.<br><br>Phase 2 builds upon the foundational portal capabilities by enabling additional self-service features such as case status visibility, document upload, renewal tracking, benefit updates, and real-time communication enhancements. The portal will further integrate with online applications, renewals, change reporting, and notice delivery to support a comprehensive digital client experience.<br><br>This phase strengthens portal performance, accessibility, and cross-program functionality across Medicaid, SNAP, and Cash programs. |
| Centralized Registration | Implements automated intake and registration of electronically submitted applications to ensure timely logging, standardized case creation, and reduced manual processing. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Manual registration of applications creates delays and inconsistent intake practices. Automated registration ensures applications are logged consistently and immediately upon receipt. |
| Identify Deceased Medicaid Enrollees | Implements automated data matching and case closure processes to more timely identify and appropriately act on deceased participant records across benefit programs. | • Access to reliable death data sources<br>• Interagency agreements and data-sharing approvals<br>• Cross-program workflow alignment<br>• Policy reconciliation across benefit types | Reduces improper payments, strengthens program integrity, and improves compliance with federal oversight requirements. Protects program resources and reduces audit findings. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
| --- | --- | --- | --- |
| ILINX – Advanced Capture Automated Document Type Classification (phase 2) | Enhances automated document intake by expanding intelligent classification capabilities to reduce manual sorting and routing of electronically submitted documents across public assistance programs. Builds on Phase 1 implementation to improve accuracy and throughput. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Public assistance programs receive thousands of documents monthly. Manual document sorting delays eligibility decisions and increases the risk of misrouted or unprocessed documents. Automating document classification improves timeliness, reduces backlog, and ensures documents are correctly associated with the appropriate case. This directly supports compliance with federal timeliness standards and improves client service by reducing processing delays. |
| Notice Enhancements | Modernizes client correspondence through a centralized correspondence management solution that standardizes notice language, improves regulatory compliance, and supports multi-program alignment. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | SNAP Investment Project - Inconsistent or outdated notices create confusion for clients and increase appeals, fair hearings, and call center volume. A modern correspondence management platform standardizes notices across programs, ensures regulatory compliance, and improves clarity. |
| Worker Assist | Develops a real-time virtual assistant tool that provides eligibility staff with searchable access to policy guidance, procedural instructions, and program rules to improve decision consistency and reduce training burden. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | SNAP Investment Project - Policy complexity and frequent updates increase the risk of inconsistent eligibility decisions. A real-time virtual assistant provides staff with immediate access to accurate guidance. |
| Milestone 2 – Increment 1-5: Non-MAGI Medicaid | Builds the Integrated Eligibility Platform (IEP), Transitions Non-MAGI Medicaid programs (ABD, LTC, HPE) from legacy systems to the IEP, improving sustainability, compliance, and workflow standardization. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | The Integrated Eligibility Platform is the backbone to moving DPA to the agile, modular experience and builds off of the ARIES structure. Legacy systems create operational risk, require costly maintenance, and limit modernization efforts. Transitioning Non-MAGI Medicaid to the Integrated Eligibility Platform improves sustainability and compliance. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Milestone 2.5 – Data Architecture, Interoperability, and Reporting | Implements a modern data integration and operational data repository to consolidate data from multiple enterprise systems, improving cross-program reporting, analytics, and federal compliance capabilities. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Data currently exists across multiple systems, limiting reporting accuracy and slowing federal reporting, forecasting, and program analysis. An integrated operational data repository improves interoperability and analytics. |
| Milestone 2 – Increment 8: Adult Public Assisstance (APA) Cash Program | Modernizes the APA Cash Program within the Integrated Eligibility Platform to standardize workflows, improve system reliability, and reduce reliance on legacy infrastructure. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Modernizing APA within the IEP reduces reliance on legacy workflows and ensures consistency across cash and medical programs. |
| Quality Assurance (QA) System Replacement | Replaces the legacy SNAP QA system with a modern platform that provides real-time error tracking, case sampling automation, and enhanced reporting to support federal performance requirements and reduce payment error rates. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | SNAP Investment Project - SNAP payment error rates directly impact federal funding and can result in fiscal penalties. A modern QC platform with real-time error tracking allows earlier identification of trends and targeted corrective action. |

# Department of Health - Division of Public Assistance – Completed IT Projects



| Project name | FY23 | | | | | | | FY24 | | | | FY25 | | | | FY26 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY22 Q2 | FY22 Q3 | FY22 Q4 | FY23 Q1 | FY23 Q2 | FY23 Q3 | FY23 Q4 | FY24 Q1 | FY24 Q2 | FY24 Q3 | FY24 Q4 | FY25 Q1 | FY25 Q2 | FY25 Q3 | FY25 Q4 | FY26 Q1 | FY26 Q2 | FY26 Q3 |
| Automated Renewals | | | Mar 1, 2022 \| Apr 30, 2023 | | | | | | | | | | | | | | | |
| ILINX® Cloud Migration | | | | | | | Mar 1, 2023 \| Nov 30, 2023 | | | | | | | | | | | |
| Milestone 2 - Increment 6: ILINX® Online SNAP Application eForm | Sep 1, 2021 \| Dec 31, 2023 | | | | | | | | | | | | | | | | | |
| Azure Migration | | | May 1, 2022 \| Jan 31, 2024 | | | | | | | | | | | | | | | |
| Pregnancy / Postpartum Extended Certification | | | | | | | | Jul 1, 2023 \| Feb 28, 2024 | | | | | | | | | | |
| Automated Short Message Service (SMS) Text and Email Notifications | | | | | | | | | Nov 1, 2023 \| Mar 31, 2024 | | | | | | | | | |
| ILINX® Secure Document Upload | | | | | | | | | Nov 1, 2023 \| Mar 31, 2024 | | | | | | | | | |
| Milestone 2 - Increment 6: ILINX® Online SNAP Interim Report eForm | | | Feb 1, 2022 \| May 31, 2024 | | | | | | | | | | | | | | | |
| SNAP Eligible Medicaid Extension | | | | | Jan 1, 2023 \| May 31, 2024 | | | | | | | | | | | | | |
| Case to Individual Determination | | | | | | | | Sep 1, 2023 \| Jun 30, 2024 | | | | | | | | | | |
| Milestone 2 - Increment 6: ILINX® Online Report of Change eForm | | | | | | | | | | | May 1, 2024 \| Jul 31, 2024 | | | | | | | |
| Milestone 2 - Increment 7: Alaska Connect (Self Service Portal) Phase 1 | | | | | | | | | | Jan 1, 2024 \| Jul 31, 2024 | | | | | | | | |
| Child Care Assistance Program Document Automation | | | | | | | | Sep 1, 2023 \| Sep 30, 2024 | | | | | | | | | | |
| Elderly Simplified Application Project (ESAP) | | | | | | | | | Jan 1, 2024 \| Nov 30, 2024 | | | | | | | | | |
| ILINX® - Advanced Capture Automated Document Type Classification (phase 1) | | | | | | | | | | Apr 1, 2024 \| Nov 30, 2024 | | | | | | | | |
| National Change of Address (NCOA) Integration | | | | | | | Jun 1, 2023 \| Nov 30, 2024 | | | | | | | | | | | |
| Automatic Image Resizing in ILINX® | | | | | | | | | | | | Nov 1, 2024 \| Mar 31, 2025 | | | | | | |
| Alaska Childcare Modernization | | | | | | | | Sep 1, 2023 \| Apr 30, 2025 | | | | | | | | | | |
| Application Processing Delay Notice | | | | | | | | | | | | Jan 1, 2025 \| Apr 30, 2025 | | | | | | |



| Project | Timeline |
|---|---|
| Application Processing Interface (API) Framework | Aug 1, 2024 \| Apr 30, 2025 |
| ILINX® Cognitive Services for Virtual Contact Center (VCC) Recordings | Nov 1, 2023 \| May 31, 2025 |
| Automated Date Received | Jun 10, 2025 \| Jun 26, 2025 |
| Current™ Integration with ILINX® | Feb 1, 2025 \| Jun 26, 2025 |
| ILINX® - Workflow Modernization | Apr 1, 2025 \| Jun 26, 2025 |
| Broad Based Categorical Eligibility (BBCE) Project | Apr 1, 2024 \| Jun 30, 2025 |
| Current™ Cloud Migration | Jul 1, 2025 \| Aug 8, 2025 |
| ILINX® Upgrade | Jul 1, 2024 \| Aug 31, 2025 |
| ILINX® Long Term Care Workflow | May 1, 2025 \| Oct 31, 2025 |
| Transition Adult Public Assistance (APA) and Senior Benefit (SB) programs from warrant to Electronic Benefit Transfer (EBT) | Oct 1, 2024 \| Dec 2, 2025 |
| Intelligent Policy Tracking and Compliance Support | Nov 1, 2025 \| Dec 31, 2 |
| Automate Case Closure for Loss of Contact | Jul 1, 2025 \| Jan 31, 2026 |
| Short Message Service (SMS) Messaging | Apr 21, 2025 \| Jan 31, 2026 |
| Qualtrics Implementation | Feb 1, 2024 \| Feb 28, 2026 |

April 22, 2026

Department of Health - Division of Public Assistance – IT Project Roadmap



# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

*ILINX Casefiles Notice Renewal Interview (SMS) Process*

*Project Sponsor: Deb Etheridge*                    *Project Manager: Jason Darrow*

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | Project is in production. **Change Order 06** (Support for off schedule interview completion & freeing up original interview date for re-assignment) targeting UAT next week. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

| ● **Red:** Critical issues jeopardize projects | ● **Yellow**: At risk, but mitigation efforts are in place or underway | ● **Green**: On track, progressing as planned. |
|---|---|---|

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 07.25.2025 | 10.03.2025 | 100% | **Project plan approved on 10.03.2025. Change Request sent for approval 10.17.25** |
| Deliverable 2A: Design, Configure, Sprints, Sprint Reviews | 12.05.2025 | 12.19.2025 | 100% | Solution accepted as configured. |
| Deliverable 2B: Design, Configure, Sprints, Sprint Reviews | 12.19.2025 | 01.15.2025 | 100% | DB Lookup configured and accepted in TEST |
| Deliverable 3: Solution Acceptance | 12.19.2025 | 01.15.2025 | 100% | UAT complete. |
| Deliverable 4: Go Live Planning | 01.20.2026 | 01.20.2026 | 100% | |
| Deliverable 5: Promote Solution (SaaS Production) | 01.27.2026 | 01.27.2026 | 100% | Go Live acceptance 01.27.2026 |
| Deliverable 6: Production Go Live/Roll out Support | 02.03.2026 | 02.03.2026 | 100% | Deliverable 6 signed 02.06.2026 |



# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

## *ILINX Casefiles Analytics*

### *Project Sponsor: Deb Etheridge*

### *Project Manager: David MacWatters*

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | In production! DPA in process of populating AD Groups to support access permissions to dashboards. This project has a dependency w ILINX Flex project. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

| | **Red:** Critical issues jeopardize projects | | **Yellow**: At risk, but mitigation efforts are in place or underway | | **Green**: On track, progressing as planned. |
|---|---|---|---|---|---|

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 11.15.2025 | 11.19.2025 | 100% | DPA availability constraints, targeting project kickoff meeting for week of early January. |
| Deliverable 2: Design, Configure, Sprints, Sprint Reviews | 01.30.2026 | 01.30.2026 | 100% | Design & configuration tasks completed! |
| Deliverable 3: Solution Acceptance | 02.13.2026 | 02.23.2026 | 100% | Complete. |
| Deliverable 4: Go Live Planning | 02.16.2026 | 02.23.2026 | 100% | Complete. |
| Deliverable 5: Promote Solution (SaaS Production) | 02.20.2026 | 02.23.2026 | 100% | Complete. |
| Deliverable 6: Production Go Live/Roll out Support | 03.06.2026 | | 95% | DPA in process of populating AD Groups to support access permissions to dashboards. Dashboards are in production with limited DPA accessibility. |



# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

*ILINX Casefiles ET Repository*

*Project Sponsor: Deb Etheridge*

*Project Manager: Bob Stellick*

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | Started document collaboration design and review, assist DPA with AD Group definitions and Testing Scripts, and begin migrating components to from DEV to Test environment. Meeting with DPA teams to provide outstanding Engage content links/artifacts for us to complete the Engage layout work. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

| | | |
|---|---|---|
| 🔴 **Red:** Critical issues jeopardize projects | 🟡 **Yellow**: At risk, but mitigation efforts are in place or underway | 🟢 **Green**: On track, progressing as planned. |

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 12.31.2025 | | 100% | Project Plan approved on 12/30/2025 |
| Deliverable 2: Generate Solution Design Document (SDD) | 2.27.2026 | | 100% | Solution design review completed. Deliverable accepted. |
| Deliverable 3: Configure, Sprints, Sprint Reviews | 4.24.2026 | | 70% | Configuration tasks are underway.<br>- Started document collaboration design and review w Danny V.<br>- Assisting Becky with AD Group definition and test script planning.<br>- Migrated completed configuration in the ILINX Testing environment.<br>- Reviewing DOH Look/Feel standards vs State of Alaska.<br>- 4/10 meeting with DPA teams to provide outstanding Engage content links/artifacts for us to complete the Engage layout work. |



| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 4: Solution Acceptance | 5.15.2026 | | 0% | |
| Deliverable 5: Go Live Planning | 5.22.2026 | | 0% | |
| Deliverable 6: Promote Solution (SaaS Production) | 6.5.2026 | | 0% | |
| Deliverable 7: Production Go Live/Roll out Support | 6.12.2026 | | 0% | |



# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

*ILINX Flex Migration*

*Project Sponsor: Deb Etheridge*                    *Project Manager: Jason Darrow*

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | UAT is in progress with the DPA Testing Team. ImageSource supporting user testing and addressing performance observations identified during this phase. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

| ● **Red:** Critical issues jeopardize projects | ● **Yellow**: At risk, but mitigation efforts are in place or underway | ● **Green**: On track, progressing as planned. |
|---|---|---|

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 11.26.2025 | 12.04.2025 | 100% | DPA approval of Project Plan set received 12/04/2025! |
| Deliverable 2: Design, Configure, Sprints, Sprint Reviews | 03.27.2025 | 03.13.2026 | 100% | Configuration tasks completed! DPA ILINX Flex End User document created to assist with DPA internal change management. |
| Deliverable 3: Solution Acceptance | 05.01.2025 | | 80% | UAT is in progress with the DPA Testing Team. ImageSource supporting user testing and addressing performance observations identified during this phase. |
| Deliverable 4: Go Live Planning | 05.04.2025 | | 0% | |
| Deliverable 5: Promote Solution (SaaS Production) | 05.08.2025 | | 0% | |
| Deliverable 6: Production Go Live/Roll out Support | 05.15.2025 | | 0% | |



# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

*ILINX Eligibility Review Form eForm (GEN 72)*

*Project Sponsor: Deb Etheridge*                    *Project Manager: Jason Darrow*

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | Configuration complete, sprint review (w DPA Management team) complete, Sprint Review 2 completed, Sprint Review 3 planned for 4/14. UAT to begin after Sprint 4. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

| ● **Red:** Critical issues jeopardize projects | ● **Yellow**: At risk, but mitigation efforts are in place or underway | ● **Green**: On track, progressing as planned. |
|---|---|---|

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 12/31/2025 | 01/09/2026 | 100% | Project Plan approval received on 01.09.26! |
| Deliverable 2: Generate/Approve Solution Design | 02/20/2025 | 03/04/2026 | 100% | Solution design approval received 03.04.2026! |
| Deliverable 3: Configure, Sprints, Sprint Reviews | 03/31/2026 | 03/30/2026 | 99% | Configuration complete, sprint 1 review (w DPA Management team) complete, Sprint 2 planned for 4/7. |
| Deliverable 4: Solution Acceptance | 04/30/2026 | | 20% | UAT to begin after Sprint 4. Custom PDF print configured after UAT. |
| Deliverable 5: Go Live Planning | 05/15/2026 | | 0% | |
| Deliverable 6: Promote Solution (SaaS Production) | 05/29/2026 | | 0% | |



# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

*ILINX All Services Application*

*Project Sponsor: Deb Etheridge*                    *Project Manager: David MacWatters*

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | 🟨 | 🟩 | **Note:** Change Request to document and define impact to release Project Delay Notice approved by DPA. Updated schedule to support go live to be jointly defined by DPA and ImageSource Project Managers. **CMS approval received on 03.30.2026! Go Live Planning session completed, tasks identified. DPA provided MyAlaska tile branding to support Engage update. DPA addressing internal/external communication plan.** |
| Scope | 🟩 | 🟩 | DPA user acceptance achieved. |
| Schedule | 🟨 | 🟩 | Recover from Project Delay Notice. **CMS approval received on 03.30.2026! Go Live Planning session completed, tasks identified. DPA provided MyAlaska tile branding to support Engage update. Custom PDF Print ready for validation. DPA addressing internal/external communication plan. Preliminary go live target date is 04.30.2026.** |
| Cost | 🟩 | 🟩 | Fixed bid |
| Risk | 🟨 | 🟩 | See overall status. |

| | | |
|---|---|---|
| 🔴 **Red:** Critical issues jeopardize projects | 🟡 **Yellow**: At risk, but mitigation efforts are in place or underway | 🟢 **Green**: On track, progressing as planned. |

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| User Acceptance Testing | FNS, CMS (federal reviews/acceptance are not complete. Internal SOA Policy review dependent upon completion of FNS/CMS. Affecting ability to deliver solution. | ImageSource generated Project Delay Notice transmitted to SOA DPA on 05.29.2025. Request FNS, CMS review completion date. Establish reasonable SOA Policy review/acceptance timeline. | **04.10.2026 - DPA provided MyAlaska tile branding to support Engage update. DPA addressing internal/external communication plan. 04.03.2026 -** CMS approval received on 03.30.2026! Go Live Planning session completed, tasks identified. DPA gathering MyAlaska tile branding to support Engage update. Custom PDF Print ready for validation. DPA addressing internal/external communication plan. Preliminary go live target date is 04.30.2026. **03.27.2026 –** Go Live planning session complete, tasks identified. **03.20.2026 -** Custom PDF Print configuration | |



| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | completed this week, final UAT process to start next week followed by Go Live Planning! **03.13.2026 –** UAT Custom PDF Print configuration completed, ImageSource validation underway. **03.06.2026 -** CaseFiles workflow, automated SMS/Email notification UAT has started. Additional CMS requested updates received on 02.26.2026 and have been updated. **02.27.2026 -** DPA/ImageSource UAT meetings occur daily to report/review UAT findings. eForm acceptance achieved! CaseFiles workflow and Custom PDF Print configuration tasks are underway. Additional **CMS requested updates received on 02.26.2026.** **02.20.2026 –** DPA UAT daily sessions continue, form entry/navigation testing nearing completion. **02.13.2026 –** DPA UAT daily sessions continue. **02.06.2026 –** DPA UAT daily sessions continue. **01.30.2026 –** DPA/ImageSource teams meeting daily to review reported incremental findings. **01.23.2026 –** Initial UAT finding meeting, reviewing findings. **01.16.2026 –** CR approved by DPA. **01.09.0256 –** Draft CR sent to DPA to define recovery from Project Delay. **01.02.2026 –** No updates. **12.26.2025 –** Scheduling w DPA to review of Project Restart CR. **12.19.2025 –** Re-start Change Request with DPA PM next week. | |



| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | **12.12.2025** – DPA request to remove project delay status and restart project. ImageSource creates CR to formally document and coordinate DPA's request. **12.05.2025** - Target completion of CMS and FNS requested updates week of 12.08.2025. **11.28.2025** - ImageSource updating configuration based upon CMS review comments. FNS initial comments received this week. **11.21.2025** – Meeting 11.24 to review CMS review comments. **11.14.2025** – CMS provide review response received by DPA. DPA coordinating CMS comments with Policy department. **11.07.2025** – DPA response provided to CMS. **10.31.2025** – Overviewed CMS initial updates. DPA coordinating w DPA Policy prior to finalizing approved updates. **10.24.2025 – No Updates.** **10.17.2025 – No Updates.** **10.10.2025** – No Update. **10.03.2026** – No Update**.** **09.26.2025** – CR 03 created for CMS/FNS initial review request/updates. Updates completed enabling DPA to submit formal CMS/FNS response. **09.19.2025** – CMS provide preliminary review response. Initial findings reviewed (DPA, ImageSource, and Policy. Updates/Impacts being defined to support re-submission of All Services eform to CMS by 10.06.2025**.** **09.12.2025** -  No Update. **09.05.2025 – No Updates.** **08.29.2025 – No Updates.** **08.22.2025 – No Updates.** | |

Case 3:23-cv-00044-SLG    Document 144-1    Filed 04/28/26    Page 51 of 64



| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | **08.15.2025 – No Updates.** | |
| | | | **08.08.2025 – No Updates.** | |
| | | | **08.01.2025 – No updates.** | |
| | | | **07.25.2025 – No updates.** | |
| | | | **07.18.2025 – No updates.** **07.11.2025 – No updates.** | |
| | | | **07.03.2025 – No updates.** | |
| | | | **06.27.2025 –** No Updates. **06.20.2025 –** No updates. | |
| | | | **06.13.2025 –** No Updates. | |
| | | | **06.06.2025 –** No updates. | |
| | | | **05.30.2025 –** Project Delay Notice sent to SOA (Deb). **05.23.2025 –** No Change. **05.16.2025** No Change**.** **05.09.2025 –** No Change, **05.02.2025:** No updates from CMS/FMS regarding review/status. **04.25.2025:** Initial review of CMS/FNS introductory questions completed on 4.21.25. ImageSource documenting via Change Request. | |
| | | | **04.18.2025** – Initial Change Request started to record FNS/CMS introductory comments, planned meeting for week of 04.21. 2025 to complete review and update CR in prep for Becky response back to FNS and CMS**.** It is understood that FNS/CMS comments are initial, cursory, both teams agree that no changes to be made until official response(s) are received. 4.11.2025 **–** Reviewed CMS comments, creating Change Request to address potential updates (pending clarification from CMS and Policy. Scheduling similar review of FNS comments. 04.04.25 – Initial review meeting scheduled for 04.08.**25**.03.28.2025 – targeting meeting Becky, Dave, Maidson to review CMS email and prepare | |



| MILESTONE\DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | response. 03.21.25 initial response from CMS received, being reviewed internally by DPA. | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Project Plan | 07.30.2024 | 07.30.2024 | 100% | Complete. |
| Configure, Sprints, Sprint Reviews and Acceptance Testing | 12.01.2024 | 03.27.2026 | 99% | Project delayed for FNS, CMS, and internal SOA Policy review/acceptance. ImageSource generated Project Delay Notice transmitted to SOA (DPA) on 05.29.2025. **CR to lift Project Delay status approved by DPA on 01.16.26. UAT achieved.** |
| Go Live Planning | 30 days | 03.27.2026 | 99% | FNS/CMS/Policy approval received 03.30.2026! Target go live date is 04.30.2026 (pending MyAlaska Application for Services tile definition and update. |
| Promote Solution (SaaS Production) | 03.31.2026 | | 95% | Request to postpone staff visual updates until closer to go live date. |
| Production Go Live/Roll Out Support | 40 hours | See Note | 0% | ImageSource to provide 40 hours go live support begin day one (1) of production operations. |

# Attachment 5.1

Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 04/02/2026*

**\*Definitions:**

**Field Eligibility Technician (ET):** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*

**Eligibility Technician 2 (ET 2)** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*

**Eligibility Technician 3 (ET3)** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized*

Page **1** of **2**

*services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*

***Eligibility Technician 4 (ET4)*** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*

***Eligibility Office Manager 1 (EOM1)*** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*

***Eligibility Office Manager 2 (EOM2)*** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

***Permanent (Budgeted) Positions:*** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

***Long-Term Non-Permanent (LTNP) Positions:*** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

***PCN Recruiting:*** *The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.*

***PCN Posted:*** *The position has been advertised, and applications are being accepted through the designated recruitment platform.*

***PCN Interviewing:*** *Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.*

***PCN Hire Pending:*** *A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.*

***PCN Filled:*** *The position has been successfully filled, and the new hire has started or is scheduled to begin work.*

***PCN Vacant:*** *The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.*

# Attachment 5.2

*Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class) that had a Personnel Action take place in the month.*



Pie Chart: DPA Field Eligibility Personnel Actions MAR 2026

Personnel Action
Total Issues: **41**

| | Personnel Action | |
|---|---|---|
| | New Hire | 13 |
| | Transfer within Division (OUT) | 13 |
| | Promotion Within the Division | 5 |
| | Lateral Transfer WITHIN Division | 3 |
| | Rehire | 2 |
| | Transfer into Division | 2 |
| | Transfer within Division (IN) | 2 |
| | Separation | 1 |



*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 04/02/2026*

**\*Definitions:**

> ***Field Eligibility Technician (ET):*** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*
>
> ***Eligibility Technician 2 (ET 2)*** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*
>
> ***Eligibility Technician 3 (ET3)*** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*
>
> ***Eligibility Technician 4 (ET4)*** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*
>
> ***Eligibility Office Manager 1 (EOM1)*** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*
>
> ***Eligibility Office Manager 2 (EOM2)*** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through*

*one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

***Permanent (Budgeted) Positions:*** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

***Long-Term Non-Permanent (LTNP) Positions:*** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

***Transfer within Division (OUT):*** *The position has been vacated but the incumbent has remained with the Division.*

***Transfer within Division (IN):*** *The position has been filled with an incumbent within the Division.*

***New Hire:*** *The position has been filled with an incumbent new to state service.*

***Separation:*** *The position has been vacated by an incumbent who has left state service or retired from state service.*

***Lateral Transfer WITHIN Division:*** *The position has been filled with an incumbent within the Division and there is no change in range or merit date.*

***Promotion Within the Division:*** *The position has been filled with an incumbent within the Division in a promotional capacity, there is an increase in range, a new merit date, and new probation period.*

***Transfer into Division:*** *The position has been filled with an incumbent from outside the Division, but a current state employee.*

# Attachment 5.3

## Study Process Overview

The Department of Administration, Division of Personnel (DOP) conducts job classification studies to establish new job classes or change the class definition or distinguishing characteristics, class concepts, class series structure, or pay grade of one or more existing job classes.

A classification study may impact only one department or involve positions from numerous agencies. In either situation, studies are a collaborative process between agencies and DOP. Studies vary in scope from a single, unique position to hundreds of related positions. Along this continuum, a study may take only a few days to complete, or it may require the concentrated, ongoing joint efforts of numerous DOP and agency staff over several months.

### The seven major stages of a classification study, what happens, and who is involved.

1. The first stage of a study is <u>Needs Assessment and Planning</u>:
   - Problem identification – either from an agency or from DOP staff.
   - Proposal for, and priority of, a classification study.
   - Determining the scope of the study, the method, and the primary contacts.

   This stage primarily involves Classification management working together with agency management and Human Resources (HR) to determine how best to address the issues, fit the project into the study queue, and initiate the project.

2. The second stage is <u>Discovery</u>:
   - DOPLR conducting background research of the studied occupation(s) and agency.
   - Updating and submittal of position descriptions.
   - Informational meetings with agency management and/or identified Subject Matter Experts.
   - Desk audits of a sampling of positions.

   This stage involves employees in study positions, agency management, HR, and Classification Section. This is the more interactive part of the study. At this stage, many employees in study positions participate in meetings, discussions, audits, or interviews.

3. The third stage is <u>Job Analysis</u>:
   - Analyzing the duties and responsibilities of every position in the study.
   - Sorting positions into groups based on their similarities and the classification principles in Whole Job Classification.
   - Sorting the resulting groups into a class structure that meets the personnel administration needs of the State.

   This stage is very labor intensive for the Classification Section and is sometimes perceived as the "behind-the-scenes" part of a study. How long this stage takes depends on the size, scope, and complexity of the study and, for the most complicated studies, could take several months to complete. During this stage analysts primarily interact with Study Contacts and Subject Matter Experts as needed. The class structure that results from this stage is reviewed by and discussed with agency management before moving on to the next stage.

4. The fourth stage is <u>Specification Writing</u>:
   - Revising existing class specifications or writing new specifications to describe each job class in the

Last updated: April 19, 2022
H:\_May\staff\2026-05_MayReport_Attachment5.3_ClassStudy_ProcessOverview.docx

new class structure.

## Study Process Overview

- o Agency management review and comment on draft class specifications.
- o A "test" of the draft specifications by DOP.
- o Revising the class specifications, as necessary.

The employees that are involved in this stage varies. Each agency determines who to have participate in the review of the draft specifications, with consideration of the need for coordinating a timely response, the potential for conflict of interest, and the responsibilities of management. The test conducted in DOP includes all available analysts in the Classification Section and representatives from HR. All revisions to the class specifications are completed before moving to the next stage.

5. The fifth stage is <u>Position Allocations</u>:
   - o Analyzing each study position and determining its allocation using the revised or new class specifications.
   - o Agency management reviews proposed position allocations; and identifies position allocation(s) that may be in error.
   - o Second review of questioned positions and final allocations determined.

This stage can involve agency management only or can involve most supervisory employees in the agency, depending on how agency management chooses to handle the review of proposed allocations. Management makes this decision based on the review's purpose as a reasonable check against error, workloads of available reviewers, and the potential for conflict of interest.

6. The sixth stage is <u>Salary Range Alignment and Study Documentation</u>:
   - o Aggregating the job class or class series into the appropriate Occupational Group and Job Family in the <u>Classification Outline's</u> schematic.
   - o Analyzing job class placement in the pay plan based on the class structure and comparison with other job classes in the same job family.
   - o Analyzing and evaluating the resulting range structure's comparison with other job families, if appropriate.
   - o Determining the appropriate pay grads for each study job class.
   - o Completing the Study Memorandum and other documentation of the study process and results.

This stage involves the Classification Section and the Director of the Division of Personnel & Labor Relations.

7. The seventh stage in the study is <u>Implementation</u>:
   - o Closing recruitment, when necessary, in the superseded job classes.
   - o Publishing the study documents (study memorandum, class specifications, and position allocations).
   - o Entering the revised and new class specifications in Workplace Alaska.
   - o Completing the position allocations in OPD and IRIS-HRM.
   - o Opening recruitment with the revised or new class specifications.

The actions at this stage are predominantly in DOP with agency management and HR coordinating

the distribution of information within their department.

*Attachment 6: Distribution and Status of Contracted Staff*

Table 3. Current Contracted Call Center Staffing Levels

| Position | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Active Supervisors | 18 |
| Quality Assurance Leads | 3 |
| Active Eligibility Associates | 158 |
| Inactive Staff/On Leave | 4 |
| **Total** | **185** |

*Data provided by Public Consulting Group, April 1, 2026.*

\*Position Descriptions:

**Call Center Manager:** *The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.*

**Quality Assurance Manager/Trainer:** *The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.*

**Supervisors:** *The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.*

**Active Eligibility Associates:** *The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.*

**Inactive Staff/On Leave:** *Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangements.*

# Attachment 7

**Training and Staffing**

**Introduction:** The Division of Public Assistance is currently engaged in intensive training programs to address staffing needs and improve efficiency in eligibility case processing. This report outlines the training timelines, cohort details, and staffing outcomes, supplemented by data on new hires, recruitment efforts, and Position Control Number (PCN) statuses.

**Training Overview:** The main training program running at present is the Modified Adjusted Gross Income Medicaid (MAGI)/Supplemental Nutrition Assistance Program (SNAP) training, which spans ten weeks from onboarding to readiness for production. The timeline is structured as follows:

- **Week 1:** Division orientation

- **Week 2:** System preparation—familiarization with operational systems

- **Weeks 3-4:** Virtual instructor-led training for MAGI

- **Weeks 5-6:** On-the-job (OJT) training for MAGI processing, transitioning to SNAP

- **Weeks 7-8:** Virtual instructor-led training for SNAP

- **Weeks 9-10:** OJT for SNAP and MAGI/SNAP processing

By Week 10, staff are expected to independently handle cases, albeit with some assistance.

Adult Public Assistance (APA) training is a two-week course. Week one is virtual instructor led and week two is OJT processing cases. This training builds on skills learned in the MAGI and SNAP trainings, introducing new policy and procedures specific to the APA program.

Heating Assistance (HAP) is an online course that staff can access as needed. This course is intended for staff with existing eligibility background. When new staff are hired in off the street for HAP, an instructor-led training will be used.

1

**Current Training Cohorts:** The Division is running several consecutive, concurrent MAGI/SNAP training cohorts, with trainings scheduled as needed to meet the needs of new hires as they are onboarded Additionally, training plans are in progress for other programs such as Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP) program. Below is the training schedule dashboard. This dashboard will be provided to the court on a monthly basis:

| Training Start Date | Training Name | Number of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 3/23/26 | Cohort 11 MAGI/SNAP – field and VCC | 19 | 6/5/26 | 19 |
| 3/31/26 | PCG Cohorts – MAGI only – 2 cohorts of 15 | 30 | 4/24/26 | 30 |
| 5/4/26 | TA/GA Cohort 2 | Up to 15 | 5/22/26 | TBD |
| ~6/26 | PCG SNAP next phase | TBD | TBD | TBD |
| 6/15/26 | Cohort 12 MAGI/SNAP | TBD | 8/21/26 | TBD |

*Data provided by Chief of DPA Learning & Development, 4/14/2026*