# Exhibit D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,

*Plaintiffs*,

v.

Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.

*Defendant.*

Case No. 3:23-cv-00044-SLG

**DECLARATION OF
TERERESA FERGUSON**

I, Tereresa Ferguson state as follows:

1.      I am a Plaintiff in this matter and have personal knowledge of the contents of this declaration. This declaration is in support of Plaintiffs' Renewed Motion for Preliminary Injunction, filed on May 8, 2024, ECF 35, and Plaintiffs' Motion for Class Certification, filed January 20, 2023. These facts were true as of January 20, 2023, and are the same facts that were alleged in the unsigned affidavit initially filed in this matter on January 20, 2023, ECF 7-8.

2.      My name is Tereresa Ferguson.

3.      I am 37 years old and live in Anchorage, Alaska.

DECLARATION OF TERERESA FERGUSON
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 3 of 6
Case 3:23-cv-00044-SLG      Document 145-1      Filed 05/04/26      Page 2 of 5

4. I live with my husband and four kids. My kids are 17, 15, 13, and 11 years old.

5. My husband and I currently have no income or savings. We have been using the money we received from last year's Permanent Fund Dividend to cover our rent and electricity. We have been able to prepay our rent through March of this year, but starting in April we will have to pay $1450 per month.

6. My sister will occasionally give me a little money to watch her daughter. My husband will occasionally do odd jobs in the community.

7. We have a cell phone under a friend's phone plan.

8. During the pandemic, my kids got computers through the school district to be able to attend classes remotely. This is our only access to the internet. However, the internet is not reliable and will often shut off by itself.

9. My family has received SNAP for the last 3 years.

10. In or about early October, 2022 I received my recertification packet in the mail.

11. The recertification was due to the agency November 30, 2022.

12. On or about November 15, 2022, I submitted my recertification application for SNAP.

13. I submitted my recertification application by going to the Anchorage SNAP office.

Case 3:23-cv-00044-SLG    Document 145-1    Filed 05/04/26    Page 3 of 5

14. The office was not physically open and I had to put my application in the drop box.

15. I have not received any notifications about my SNAP case since submitting my recertification application.

16. I have tried to call the call center about three times a week since the second week of December, 2022 multiple times to get an update on my application. At the end of December, 2022, I was calling the call center multiple times a day, every day.

17. When I called, I would get directed to an automated line that would confirm that my recertification had been received. On multiple occasions, when I tried to call back to get to a real person, the line would get disconnected.

18. I have never been able to speak to a representative, and often will wait for up to 45 minutes.

19. On or around December 13, 2022, I tried to go in person to the Anchorage office, but was told I could not speak to anyone face-to-face.

20. Not having SNAP has been really hard. I have four kids to feed in addition to my husband and myself. I have had to rely on my sister who has been cooking meals and bringing them over for us for the last few weeks. My kids are able to get free lunch at school. I was able to go to a food bank once at the end of

Case 3:23-cv-00044-SLG    Document 145-1    Filed 05/04/26    Page 4 of 5

December, but otherwise have not been able to travel to the food bank because gas is too expensive.

21.    I am willing to serve as a class representative in this lawsuit on behalf of myself and other needy families living in Alaska who seek food stamps benefits to which they are entitled.

22.    As a representative of a plaintiff class harmed by the same unlawful DOH conduct, I am willing to protect and advance the interests of the plaintiff class rather than acting in my own sole interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _April a<sup>th</sup>_  , 2026
Anchorage, Alaska

_____
Tereresa Ferguson