# Exhibit E

Case 3:23-cv-00044-SLG    Document 145-2    Filed 05/04/26    Page 1 of 9

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
maggie.craig@us.dlapiper.com
kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
christopher.young@dlapiper.com

*Micah A. Chavin (Cal. Bar No. 313634)
**DLA PIPER LLP (US)**
1415 L Street, Suite 270

DECLARATION OF ZOYA JENKINS
*Della Kamkoff et. al. v. Heidi Hedberg*; Case No. 3:23-cv-00044-SLG
Page 1 of 8

Case 3:23-cv-00044-SLG    Document 145-2    Filed 05/04/26    Page 2 of 9

Sacramento, CA 95814-3976
Tel.: (916) 930-3200
Fax: (916) 930-3201
micah.chavin@us.dlapiper.com

*Bethany M. Bunge (Tex. Bar No. 24120730)
**DLA Piper LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002
Tel.: (713) 425-8400
Fax: (713) 425-8401
bethany.bunge@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

*pro hac vice to be filed*

**Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br>*Defendant.* | Case No. 3:23-cv-00044-SLG<br><br>**DECLARATION OF ZOYA JENKINS** |

I, Zoya Jenkins state as follows:

1.     I am a Plaintiff in this matter and have personal knowledge of the contents of this declaration. This declaration is in support of Plaintiffs' Renewed Motion for Preliminary Injunction, filed on May 8, 2024, ECF 35, and Plaintiffs' Motion for Class Certification, filed January 20, 2023. These facts were true as of January 20, 2023, and are the same facts that were alleged in the unsigned affidavit initially filed in this matter on January 20, 2023, ECF 7-10.

2.     My name is Zoya Jenkins.

3.     I am 36 years old and live in Bethel, Alaska. I am an Alaska native.

4. I live with my husband and two daughters. One of my daughters is 15 years old and the other is 1 year old.

5. Although Yup'ik is my first language, I am also fluent in English and Sign Language.

6. I do not currently have a job. My last day of work was on December 27, 2022. Last year, I made $21,000.

7. I am currently interviewing for a new job.

8. I am also currently in school. I want to increase the amount of money that I can make. Living in Bethel is very expensive and we cannot continue to survive on the $15-20/hour that I have been able to make in my previous jobs.

9. All four of us also receive our native corporation shares twice per year. In April, we each receive $200 for a total of $800. In November, we each receive $100 for a total of $400.

10. My ex-boyfriend is supposed to pay me monthly child support for my fifteen-year-old daughter. He often does not pay. I usually receive payments twice a year that are taken out of his native corporation shares in May and December. In December 2022, I received $200 in child support.

11. We have very little money available to us at this time. I have approximately $100 cash at home and another $100 in the bank.

12. We rent our home. Our rent is $1,200 a month. I am concerned about paying rent while I am unemployed.

13. I have received SNAP for about ten years until September 2022. The SNAP benefits helped me cover most of our food. I covered the rest with my employment income.

14. At the beginning of September 2022, I received my recertification application in the mail.

15. I was supposed to submit the recertification to DOH before the end of September 2022.

16. I submitted my recertification application by fax and e-mail on September 23, 2022 and provided my paystubs. Unfortunately, I do not have copies of the e-mails anymore because I used the email address from my previous employer (zoya_jenkins@ykhc.org).

17. I tried to call the call center one time sometime in October. I was given the option to request a callback. Unfortunately, no one ever called me back.

18. The recording said the fastest way to contact them was to e-mail them.

19. At the end of October, I e-mailed DOH to check on the status of my application.

20. On November 11, 2022, Heather W from the Department of Health responded by e-mail and told me DOH was back logged at this time. She told me

Case 3:23-cv-00044-SLG    Document 145-2    Filed 05/04/26    Page 6 of 9

that I would receive a letter if they needed anything else. A copy of this e-mail is attached as Exhibit 1 to this affidavit. I have not received a letter.

21. In either the end of the October or the beginning of November, I tried to visit the Bethel District Office to find out about the status of my application. The doors were locked and nobody answered when I knocked.

22. I have heard from other members of my community that when they tried to go to the office that either no one was there or that no one answered the door when they knocked.

23. I have also tried to call the local Bethel office but they did not answer the phone.

24. We have been really struggling since we stopped receiving SNAP benefits.

25. Food is very expensive in Bethel.

26. The only store that I can buy food at is Alaska Commercial Company.

27. A typical trip to the Alaska Commercial Company for a few items can cost over $100.

28. Buying all meat, except chicken, is really expensive. One steak cost approximately $20.

29. A gallon of milk is about $14.

30. A small jar of mayonnaise is about $8.

Case 3:23-cv-00044-SLG    Document 145-2    Filed 05/04/26    Page 7 of 9

31.     The food banks in Bethel also do not give out as much food as in other parts of Alaska.

32.     The cost of living is very high in Bethel.

33.     For example, it costs me approximately $100 to buy a box of 116 diapers for my younger daughter. A box of wipes is an additional $70.

34.     Our fuel and electricity bills are also very expensive. These bills usually runs about $150 a month even though I try to use as little as possible.

35.     Life has been really hard since we stopped receiving our SNAP benefits. I have to prioritize how I am spending money. I have bills to pay. Children to take care of. Rent to pay. Food to buy. All with only my income.

36.     There are days where I prefer my kids to be able to have milk or juice instead of being able to eat myself.

37.     I sometimes only eat once in a day so that I make sure I have enough food for my children. They come first.

38.     Some days, my husband starves himself for the whole day until I finally can convince him to eat.

39.     Fortunately, my older daughter is also able to get some free food when she is at school.

40.     I am starving in my own home. Fortunately, my parents are sometimes able to give us meat. They harvest their own meat and fish.

Case 3:23-cv-00044-SLG     Document 145-2     Filed 05/04/26     Page 8 of 9

41. We would benefit from having a freezer. A freezer would allow us to store extra food. Unfortunately, we are not able to save for a freezer at this time because the cost of food is so high and we do not currently have SNAP. Until we can buy a freezer, we will have to keep buying small amounts of food at a time. It is much more cost efficient to buy large amounts of food and to store it in the freezer in food savers to last longer.

42. I am willing to serve as a class representative in this lawsuit on behalf of myself and other needy families living in Alaska who seek food stamps benefits to which they are entitled.

43. As a representative of a plaintiff class harmed by the same unlawful DOH conduct, I am willing to protect and advance the interests of the plaintiff class rather than acting in my own sole interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/4/26__, 2026
Bethel, Alaska

_Zoya Jenkins_