# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| JOHN ANDREW, *et al., on behalf of Themselves, and all those similarly situated,* | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Civil Action No. 3:23-cv-00044-SLG |
| | ) | |
| HEIDI HEDBERG, *in her official capacity as Commissioner of the Alaska Department of Health,* | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the court granted defendant's motions on all federal claims. Plaintiffs' state law claim is DISMISSED without prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: May 28, 2026

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court